# EXHIBIT

# 6

## DECLARATION OF CATHY MULLEN
## PURSUANT TO 28 U.S.C. § 1746

I, Cathy Mullen, hereby state that I have personal knowledge of the facts set forth below.

If called as a witness, I could and would testify as follows:

1.    I am a U.S. citizen over the age of 18.

2.    I have a computer that runs Windows XP. In approximately March 2008, I was on the
Internet when I received a pop up that had pornographic pictures on it and the URL on
the pop up said the domain, advancedcleaner.com. The popup would appear every few
seconds and said that I had viruses on my computer and I must order the
AdvancedCleaner product in order to get rid of them.

3.    As time went on, the pop ups said that I had more viruses on my computer, at one point
saying I had 70 viruses on my computer. Also, the pornographic pictures got raunchier
and bigger. Each time the popup would say that I had a defect and I had to buy this anti-
spyware program.

4.    I tried to ignore the pop ups, but they kept appearing every few seconds and would not go
away. I never had a problem before this with pornographic materials on my computer,
and I had anti-spyware protection at the time.

5.    I had to stop using the computer because I kept getting these pop ups and my computer
slowed down tremendously. I also could not let my grandchildren on the computer
because I could not let them see the pornographic pop ups.

6.  I never bought the product.  It took several months to get my computer fixed so that I
    could use it again.

I state under penalty of perjury under the laws of the United States of America that the foregoing
is true and accurate.

Date: _Oct 11-08_                    _Cathrine M. Mullen_
                                         Cathy Mullen