# EXHIBIT

# 7

OCT 1 4 2008

## DECLARATION OF MELVIN PRITCHETT
## PURSUANT TO 28 U.S.C. § 1746

I, Melvin Pritchett, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18.

2. I have a Compaq Presario computer that runs Windows XP. On approximately June 9, 2008, I was on the Internet when I received a pop up advertising a product called "System Doctor." The advertisement offered to run a free scan of my computer to evaluate my computer for viruses, firewall violations, and spyware. The advertisement said that I had several viruses on my computer and asked me if I would like them to check it out. I clicked the button for the program to scan my computer and it reported that I had viruses and other problems that needed to be cleaned off my computer.

3. In order for me to get my computer clean, the pop up said that I had to buy the System Doctor product for $39.95. I agreed because I thought my computer needed to be cleaned since it told me I had viruses on it.

4. I received an email confirmation from "support@softwarepayments.net," and was actually billed $69.95 even though I only authorized $39.95 to be billed. Apparently they added on another product to my bill, an Internet Anonymizer, even though I did not authorize that charge. The email confirmation I received is attached to this Declaration as **Attachment A**.

5. I tried calling their customer support line, 202-904-2212, but was told that all operators were busy and the message system was full. I also tried to email them, but the email came back undeliverable.

6. After I paid for the product, I tried to download it, but it did not work. When I agreed to

purchase the program, it said that I had to reboot my computer once it was downloaded in order for it to work, but the computer would not reboot and I ended up having to use a computer recovery program that reset my computer settings so that it was back to the same condition as before I downloaded System Doctor. I lost a lot of my working files when I did that.

7. Once my computer was working again, I looked up this product on the Internet and read that it was a scam. There were a lot of complaints about it.

8. I contacted my bank to dispute the charge and the bank refunded my money.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Date: Oct. 10, 2008

_____
Melvin Pritchett