# EXHIBIT

# 9

# DECLARATION OF JOE RENTERIA
PURSUANT TO 28 U.S.C. § 1746

I, Joe Renteria, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.  I am a U.S. citizen over the age of 18 residing in Beaumont, California. I have personal knowledge of the facts stated herein.

2.  I use a Gateway Laptop computer that runs the Windows XP operating system.

3.  I work in the computer industry in the areas of web design and web hosting. Through my work, I am familiar with a number of software programs including Adobe Flash and Adobe Dreamweaver.

4.  In or around January 2008, an Internet Explorer window opened on my computer without any prompting from me.

5.  The Internet Explorer window displayed an animated scan of my computer and several pornographic thumbnail photographs. The scanner indicated that these pornographic images were located on my computer.

6.  At the conclusion of the scan, I was prompted to remove the pornographic images detected by the scanner by downloading "Advanced Cleaner."

7.  Because I am familiar with computers and computer graphics through my web design work, I recognized that the scan was fake and was merely an animated image. I copied the following url from the Internet Explorer window and submitted it along with a complaint to the Federal Bureau of Investigation:

Page 1 of 2

http://advancedcleaner.com/.cleaner/?p=1013&ida=swp_gronexx51&led=2822&afr=pp_22485 01152. I then closed the Internet Explorer window.

8. I was prompted to submit a complaint about AdvancedCleaner because of the aggressive nature and complete falseness of the pop-up advertising.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on  10 - 26  , 2008, at Beaumont, California.

_____
Joe Renteria