# EXHIBIT

# 14

## DECLARATION OF CHAD COHEN
### PURSUANT TO 28 U.S.C. § 1746

I, Chad Cohen, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.  I am a U.S. citizen over the age of 18 residing in Seattle, Washington.  I am the Corporate Controller of Zillow.  I have personal knowledge of the facts stated herein.

2.  One of my primary responsibilities is fraud prevention and protection   I provide operational support for fraud issues that impact Zillow.

3.  Zillow is an online real estate service that provides tools and information about real estate to consumers via its website zillow.com.  Zillow also sells advertising space on zillow.com.

4.  In mid-November 2007, a company calling itself NetMediaGroup contacted Zillow about running advertisements on zillow.com on behalf of SkyAuction.com.

5.  Between mid and late November, NetMediaGroup and Zillow worked out the details of the advertising campaign as well as terms and conditions through email exchanges.

6.  The NetMediaGroup advertising campaign for SkyAuction began running on zillow.com on December 1, 2007.

Page 1 of 3

7.    By December 4, 2007, Zillow became aware of reports from zillow.com customers that they were being redirected away from zillow.com to a different and unaffiliated "malware pop up" website where Zillow customers were exposed to "a false virus scanner built to get people to download 'protection updates' that actually infect their computer."

8.    Zillow investigated the customer complaints and determined that the SkyAuction advertisements placed by NetMediaGroup were the source of the advertisements that redirected customers away from zillow.com.

9.    On December 5, 2007, Zillow notified NetMediaGroup of the complaints associated with its advertising campaign.  Zillow also requested NetMediaGroup's signed agreement with SkyAuction.

10.    In response, NetMediaGroup provided an undated "Letter of Mandate" that stated "I hereby confirm that NetMediaGroup advertising agency is permitted to promote Skyauction.com™ services."  The letter appeared to be printed on Skyauction.com letterhead and was signed by Michael N. Hering, the President and Chief Executive Officer of Skyauction.Com, Inc.  The Letter of Mandate is attached to the Declaration at Ex. 1.

11.    On December 6, 2007, Zillow contacted SkyAuction and spoke directly with Michael Hering and with Gary Doughty, the CTO of SkyAuction.  Zillow learned that SkyAuction was neither aware of nor had any relationship with NetMediaGroup.

12.    Zillow informed NetMediaGroup that Skyauction denied having a relationship
       with NetMediaGroup.  Zillow then terminated its contract with NetMediaGroup.

13.    Upon being informed of the contract termination, NetMediaGroup responded with
       an email stating: "What can I say…?  It was worth a try."

14.    Zillow expended time and resources to remedy the problems resulting from and to
       protect its customers from NetMediaGroup's fraudulently placed and malicious
       advertisements.


I state under penalty of perjury that the foregoing statement is true and correct.

Executed on  October 29 , 2008, at Seattle, Washington.

Chad Cohen