# EXHIBIT

# 15

## DECLARATION OF ARLENE WILCOCK
PURSUANT TO 28 U.S.C. § 1746

I, Arlene Wilcock, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a Canadian citizen over the age of 18 residing in Hamilton, Ontario, Canada. I have personal knowledge of the facts stated herein.

2. I serve as a Competition Law Officer in the Competition Bureau of the Government of Canada.

3. In July 2008, Ethan Arenson from the Federal Trade Commission of the United States of America contacted me about obtaining court documents from the Ontario Superior Court of Justice for Innovative Marketing, Inc. v. D'Souza, *et al.* ("IMI Canadian Court File" or "File").

4. At the request of the FTC, I photocopied documents from the IMI Canadian Court File as detailed below.

5. On July 29, 2008, I went to Toronto to review the IMI Canadian Court File at the Ontario Superior Court of Justice, Bankruptcy/Commercial Court, Commercial List Office, 7th Floor, 330 University Avenue, Toronto ON M5G 1R7. Both myself and Enforcement Support Officer Alwyn Martins, also an employee of the Competition Bureau and working under my supervision, photocopied the cover pages and indexes of various documents from the File. I then followed up with Mr. Arenson about selecting documents from the File to copy in full.

6. I went back to the Ontario Superior Court of Justice in Toronto on August 13, 14, 19, 20, and 22 to photocopy File documents along with Enforcement Support

Page 1 of 2

Officer Stephanie Moriarity, another employee of the Competition Bureau. I located and pulled for copying the documents from the File requested by Mr. Arenson. Under my supervision, Ms. Moriarity did the majority of the photocopying. Ms. Moriarity photocopied File documents at the Court in Toronto on August 13, 14, 20, and 21. The photocopied File documents were secured each night in a room at the Court provided by the Court's Commercial List Office.

7. On August 22, 2008, I drove to Toronto where I picked up two bankers boxes of IMI Canadian Court File documents from the Ontario Superior Court of Justice's Commercial List Office. The documents were secured at all times while in my possession. I took the documents to my office in Hamilton, Ontario, where, under my supervision, the documents were copied and bound for the FTC.

8. Under my supervision Regional Administrative Assistant Dave Robertson in the Competition Bureau packaged the documents. On September 3, 2008, the IMI Canadian Court File documents were sent via courier to the FTC in Washington, D.C. The documents were delivered to the FTC on September 5, 2008.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on NOVEMBER 25, 2008, at Hamilton, Ontario, Canada.

_____
Arlene Wilcock