# EXHIBIT

# 16

## DECLARATION OF STEPHANIE MORIARITY
### PURSUANT TO 28 U.S.C. § 1746

I, Stephanie Moriarity, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.    I am a Canadian citizen over the age of 18 residing in Hamilton, Ontario, Canada. I have personal knowledge of the facts stated herein.

2.    I serve as an Enforcement Support Officer in the Competition Bureau of the Government of Canada.

3.    On August 13, 14, and 20, 2008, I went with Arlene Wilcock, a Competition Law Officer in the Competition Bureau, to the Ontario Superior Court of Justice, Bankruptcy/Commercial Court, Commercial List Office, 7th Floor, 330 University Avenue, Toronto ON M5G 1R7 to photocopy documents from Innovative Marketing, Inc. v. D'Souza, *et al.* ("IMI Canadian Court File" or "File"). Working under Ms. Wilcock's supervision, I photocopied the documents that she selected and pulled from the IMI Canadian Court File. On August 21, 2008, I returned to the court without Ms. Wilcock to finish photocopying the documents that she had selected from the File on our previous visits. At the end of each day that I spent photocopying the File documents, the photocopies were secured in a room at the Court provided by the Court's Commercial List Office.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>November 25</u>, 2008, at Hamilton, Ontario, Canada.

_____
Stephanie Moriarity