1  BAUTE & TIDUS LLP
   Mark D. Baute (State Bar No. 127329)
2  Jeffrey A. Tidus (State Bar No. 089585)
   801 South Figueroa Street, Suite 1100
3  Los Angeles, California 90017
   Telephone: (213) 630-5000
4
   Attorneys for Plaintiff
5  SYMANTEC CORPORATION

6

7

8                UNITED STATES DISTRICT COURT FOR THE

9                CENTRAL DISTRICT OF CALIFORNIA

                 WESTERN DIVISION
10
                              **CV04-3017 CHK  (Ex)**
11
   SYMANTEC CORPORATION,           )    Case No.
12
              Plaintiff,           )    **COMPLAINT FOR:**
13                                 )
                                   )    **(1)   TRADEMARK**
14     vs.                         )          **INFRINGEMENT**
                                   )    **(2)   FALSE DESIGNATION OF**
15                                 )          **ORIGIN – LANHAM ACT**
                                   )          **§ 43(a); 15 U.S.C. § 1125**
16  JAMES RENO; SAM JAIN; KAREN    )    **(3)   COPYRIGHT**
    SENA; BYTEHOSTING INTERNET     )          **INFRINGEMENT**
17  SERVICES, LLC, an Ohio limited )    **(4)   FRAUD**
    liability company; PROMOTIONAL )    **(5)   UNFAIR COMPETITION**
18  MANAGEMENT CONSULTING          )          **(B&P § 17200, et seq.)**
    INCORPORATED, an entity of     )    **(6)   COMMON LAW UNFAIR**
19  unknown organizational form;   )          **COMPETITION**
    INNOVATIVE MARKETING, INC., an )    **(7)   STATE LAW FALSE**
20  entity of unknown organizational form; )  **ADVERTISING**
    and DOES 1-50, inclusive,      )    **(8)   INTENTIONAL**
21                                 )          **INTERFERENCE WITH**
                                   )          **PROSPECTIVE**
22            Defendants.          )          **ECONOMIC**
                                   )          **ADVANTAGE**
23  _____  )    **(9)   NEGLIGENT**
                                        **INTERFERENCE WITH**
24                                      **PROSPECTIVE**
                                        **ECONOMIC**
25                                      **ADVANTAGE**

26                                 **[JURY TRIAL DEMANDED]**

27

28

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

DOCKETED ON CM
MAY - 6 2004
BY ___ 019

69575.6

Attachment X

## **SUBJECT MATTER JURISDICTION AND VENUE**

1.     This Court has subject matter jurisdiction over the claims in this action which relate to copyright, trademark and federal unfair competition laws pursuant to the provisions of 15 U.S.C. §1121, 28 U.S.C. §1338 and 28 U.S.C. §1331.

2.     This Court has supplemental jurisdiction over the claims in this complaint which arise under the statutory and common law of the State of California pursuant to 28 U.S.C. §1367(a), since the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(b). Software that is the subject of this complaint was mailed to customers in Los Angeles County. The infringing products which are the subject of this litigation were distributed and/or offered for distribution in the Central District of California, and the claims alleged in this action arose in the Central District of California.

## **PARTIES**

4.     Plaintiff Symantec Corporation ("Plaintiff" or "Symantec") is, and at all times herein mentioned was, a corporation organized and existing under the laws of the State of Delaware, and qualified to do business in California.

5.     Plaintiff is informed and believes and on that basis alleges that defendant James Reno ("Reno") is an individual with his principal residence and his principal business address in Ohio, who sometimes conducts business and personal affairs under numerous fictitious names, as described in this Complaint. Plaintiff may seek to amend this complaint to add additional such fictitious names when they are ascertained.

6.     Plaintiff is informed and believes and on that basis alleges that defendant Sam Jain ("Jain") is an individual with his principal residence and his

BAUTE & TIDUS, LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   principal business address in Ohio, who sometimes conducts business and
2   personal affairs under numerous fictitious names, as described in this Complaint.
3   Plaintiff may seek to amend this complaint to add additional such fictitious names
4   when they are ascertained.

5       7.      Plaintiff is informed and believes and on that basis alleges that
6   defendant Bytehosting Internet Services, LLC ("Bytehosting"), is a limited
7   liability company organized and existing under the laws of the state of Ohio, with
8   principal business offices in Amelia, Ohio and mailing address at PO Box 104,
9   Amelia, Ohio 45102.

10      8.      Plaintiff is informed and believes and on that basis alleges that
11  defendant Bytehosting also uses a mailing address at PO Box 820, Amelia, Ohio
12  45102.

13      9.      Plaintiff is informed and believes and on that basis alleges that
14  defendant Karen Sena ("Sena") is an individual with principal residence and
15  principal business address in Ohio, and is a "member" or a "manager" of
16  Bytehosting as those terms are defined under Ohio limited liability company law.

17      10.     Plaintiff is informed and believes and on that basis alleges that
18  defendant Reno founded Bytehosting and has managed and controlled Bytehosting
19  at all times relevant to this Complaint.

20      11.     Plaintiff is informed and believes and on that basis alleges that
21  defendant Promotional Management Consulting Incorporated is an entity of
22  unknown organizational form controlled by one or more of the other defendants.

23      12.     Plaintiff is informed and believes and on that basis alleges that
24  defendant Innovative Marketing, Inc. is an entity of unknown organizational form
25  controlled by one or more of the other defendants.

26      13.     Plaintiff is unaware of the true names and capacities of the defendants
27  sued herein under the fictitious names DOE 1 - DOE 50, inclusive.  Plaintiff will
28  seek leave to amend to state the true names and capacities of such defendants

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1  when such information is ascertained.

2      14.   Plaintiff is informed and believes and on that basis alleges that at all
3  times material herein, each of the defendants was the agent, employee, and/or
4  representative of each of the remaining defendants, and, in doing the things
5  alleged herein, was acting within the scope of such agency, employment, or
6  representation.

7      15.   Plaintiff is informed and believes and on that basis alleges that the
8  defendants have sometimes acted as alleged in this Complaint using one or more
9  of the following fictitious names:

10          Discount Bob
11          discountbob.com
12          bytehosting.com
13          Innovative Marketing, Inc.
14          Professional Management Consulting Incorporated
15          PMMCI
16          pmmci.com
17          WinAntiVirus
18          winantivirus.com

19      16.   Plaintiff is informed and believes and on that basis alleges that
20  defendants have sometimes acted as alleged in this Complaint using one or more
21  fictitious names in addition to those set forth above.  Plaintiff will amend this
22  Complaint as appropriate when such additional fictitious names are ascertained.

23      17.   Plaintiff is informed and believes and on that basis alleges that
24  defendant Reno, in his capacity as the founder of defendant Bytehosting, is
25  personally aware of, and has authorized, approved, ratified, participated in, and
26  instigated the wrongful conduct set forth in this complaint.

27      18.   Plaintiff is informed and believes and on that basis alleges that
28  defendant Jain is personally aware of, and has authorized, approved, ratified,

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

Attachment X

1   participated in, and instigated the wrongful conduct set forth in this complaint.

2      19.   Plaintiff is informed and believes and on that basis alleges that

3   defendant Sena is personally aware of, and has authorized, approved, ratified,

4   participated in, and instigated the wrongful conduct set forth in this complaint.

5      20.   Plaintiff is informed and believes and on that basis alleges that there

6   exists, and at all times relevant hereto there existed, a unity of interest and

7   ownership between defendants Reno, Jain, Sena and Bytehosting such that any

8   individuality and separateness of Bytehosting ceased or never existed, and

9   Bytehosting is the alter ego of Reno, Jain, and Sena.

10     21.   Plaintiff is informed and believes and on that basis alleges that

11  defendants Reno, Jain, and Sena created and continue to use Bytehosting to shield

12  them from liability for the actions complained of in this complaint.

13     22.   Plaintiff is informed and believes and on that basis alleges that Reno,

14  Jain, and Sena have and continue to: commingle and fail to segregate

15  Bytehosting's funds and other assets from their own; treat assets nominally

16  belonging to Bytehosting as their own; and share a unity of ownership, control and

17  management with Bytehosting.

18     23.   Plaintiff is informed and believes and on that basis alleges that

19  Bytehosting has inadequate capitalization and functions as a mere shell and/or

20  conduit for the business ventures of Reno, Jain, and Sena such that any activities

21  attributed to the former are in fact activities of the latter, and that Reno, Jain, and

22  Sena use Bytehosting as a subterfuge designed to avoid liability for the wrongful

23  conduct attributable to themselves as alleged throughout this complaint.

24     24.   Adherence to the fiction of the existence of defendant Bytehosting as

25  an entity separate and distinct from defendants Reno, Jain, and Sena would permit

26  an abuse of the limited liability company privilege and would promote injustice

27  and fraud in that it would enable defendants Reno, Jain, and Sena to continue to

28  commit the actions complained of in this complaint while shielding themselves

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1  from liability by use of the insolvent Bytehosting.

2  **CENTRAL ALLEGATIONS OF WRONGDOING**

3       25.     Plaintiff manufactures and distributes software for personal

4  computers.

5       26.     Plaintiff has produced several different versions of its Norton

6  SystemWorks products, including: Norton SystemWorks 2002 (hereinafter NSW

7  2002), Norton SystemWorks 2002 Professional Edition (hereinafter NSW 2002

8  Pro), Norton SystemWorks 2003 (hereinafter NSW 2003), Norton SystemWorks

9  2003 Professional Edition (hereinafter NSW 2003 Pro), Norton SystemWorks

10  2004 (hereinafter NSW 2004), and Norton SystemWorks 2004 Professional

11  Edition (hereinafter NSW 2004 Pro). The Norton SystemWorks Products are

12  sometimes referred to collectively herein as "NSW." Each NSW product consists

13  of a suite of several popular and useful software programs, including but not

14  limited to the following:

15       •     NSW 2002 includes Symantec's Norton AntiVirus 2002, Norton

16       Utilities, Norton CleanSweep, Roxio's GoBack (which Symantec

17       acquired from Roxio in 2003; before that time, Roxio owned the

18       copyright and had granted Symantec rights to use, including in

19       Symantec's NSW 2002, NSW 2002 Pro, NSW 2003 and NSW 2003

20       Pro).

21       •     NSW 2002 Pro includes software included in NSW 2002, plus

22       Symantec's Norton Ghost and revised and new full text material in

23       the computer programs.

24       •     NSW 2003 is an updated version of NSW 2002 and includes revised

25       and new full text material in the computer programs.

26       •     NSW 2003 Pro is an updated version of NSW 2002 Pro and includes

27       revised and new full text material in the computer programs.

28

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

- • NSW 2004 is an updated version of NSW 2003 and includes revised and new full text material in the computer programs.

- • NSW 2004 Pro is an updated version of NSW 2003 Pro and includes revised and new full text material in the computer programs.

27. Plaintiff also manufactures stand-alone versions of some of the software products bundled together in its NSW product. One popular product is Norton AntiVirus. Plaintiff has manufactured Norton AntiVirus 2003 and Norton AntiVirus 2003 Professional Edition for distribution and sale as separate products with their own disks and distinctive retail packaging.

28. For the 2004 product lines, Plaintiff added certain security features designed in part to make it more difficult for counterfeiters to sell, and for consumers to make use of, unauthorized copies of Plaintiff's software. These security features included enhanced procedures to prevent registration or use of counterfeit NSW and/or Norton AntiVirus software.

29. During 2002, Plaintiff became aware that the defendants were marketing and selling products using Plaintiff's trademarks, representing that such products were produced by Plaintiff, when in fact the defendants were marketing and selling products neither manufactured by nor authorized by Plaintiff, representing them as software manufactured by Plaintiff.

30. During 2002, Plaintiff began receiving complaints about defendants' advertising of purported Symantec and/or Norton brand products. The complaints included reports that the defendants were selling electronic downloadable copies as well as copies on Compact Discs ("CDs"). The complaints came from potential and/or existing customers of Plaintiff, hereinafter sometimes referred to as "Consumers."

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

**Page 7**

- 6 -

Attachment X

## **"Pop-Up" Advertising**

31.   Some Consumers notified Plaintiff that defendants were soliciting orders for purported Norton AntiVirus and Norton SystemWorks products via "pop-up" advertising as described below.

32.   Some Consumers notified Plaintiff that a "pop-up" window had appeared on their computer, purportedly notifying them that their Symantec software was about to expire and needed to be renewed in order to continue functioning.

33.   Plaintiff is informed and believes and on that basis alleges that those Consumers desired and intended to continue using Plaintiff's software for, among other things, purchasing (or acquiring) periodic updates to the virus-protection software built into NSW and Norton AntiVirus packages. Without those updates, those Consumers would not be protected by Plaintiff's NSW and/or Norton AntiVirus updates against new computer viruses and/or other forms of intrusion into their computer operating systems, memory and/or data stored in electronic form on their computers.

34.   Plaintiff is informed and believes and on that basis alleges that some Consumers received such "pop-up" notifications very close to one year after they had purchased and/or registered Norton or Symantec software, and thus those Consumers believed the notifications were generated by Plaintiff's software or by Plaintiff.

35.   Plaintiff is informed and believes and on that basis alleges that defendants caused such "pop-up" advertisements to appear on consumers' computer monitors. The "pop-up" advertisements sometimes advertise software represented to be manufactured or produced by Plaintiff.

36.   Plaintiff is informed and believes and on that basis alleges that the "pop-up" advertisements are designed to cause Consumers to visit one or more internet web sites owned or controlled by defendants for the purpose of inducing

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   the Consumers to purchase software represented to be manufactured or produced
2   by Plaintiff and bearing unauthorized copies of Plaintiff's trademarks, logos, and
3   copyrighted works, but which, in fact, has not been produced by Plaintiff and is
4   counterfeit.

5       37.    Plaintiff is informed and believes and on that basis alleges that the
6   "pop-up" advertisements are designed to confuse Consumers and to cause them to
7   visit one or more internet web sites owned or controlled by defendants for the
8   purpose of inducing them to purchase software manufactured, marketed,
9   distributed and/or sold by defendants.  The advertisements use descriptions and
10  depictions deceptively similar to Plaintiff's products, and the software delivered
11  by the defendants is designed to be deceptively similar to software produced by
12  Plaintiff.

13      38.    Plaintiff is informed and believes and on that basis alleges that the
14  "pop-up" advertisements are designed in a manner calculated to frighten
15  Consumers by, among other things, falsely indicating that the Consumer's
16  computer has been attacked by a computer virus or other harmful computer
17  program and the Consumer's data stored on the computer is in danger of being, or
18  is about to be, destroyed.  Consumers complained to Plaintiff about these
19  frightening advertisements, thinking they originated from Plaintiff.

20              **Unauthorized Redirection or "Hijacking"**

21      39.    Consumers notified Plaintiff that their attempts to visit one of
22  Plaintiff's web pages to order genuine updates or genuine products manufactured
23  and/or produced by Plaintiff were intercepted and redirected to defendants' web
24  pages.

25      40.    Plaintiff is informed and believes and on that basis alleges that
26  defendants intercept or redirect Consumers' attempts to access legitimate
27  Symantec internet web sites and cause unsuspecting Consumers to end up at one
28  or more of defendants' internet web sites.  At those web sites, deceptively

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   designed to give Consumers the impression they are accessing a legitimate

2   Symantec web site, Consumers are induced to purchase the defendants' products,

3   which defendants deceptively portray, design, and market to mislead Consumers

4   into believing they are purchasing genuine Symantec products when, instead,

5   defendants sell counterfeit, unauthorized Symantec products or their own products

6   intentionally designed to look like Symantec products.

7                    **Unsolicited Commercial E-Mail ("Spam")**

8         41.   Plaintiff is informed and believes and on that basis alleges that

9   defendants and/or defendants' agents sent unsolicited commercial e-mail

10  advertisements ("spam") to thousands of unsuspecting Consumers, advertising

11  software represented to be Norton and Symantec products at extremely low prices.

12  These "spam" e-mails included links to defendants' internet web sites.

13        42.   Plaintiff received numerous complaints from Consumers who had

14  received "spam" from defendants and/or that linked to defendants' web sites.

15        43.   Plaintiff is informed and believes and on that basis alleges that these

16  "spam" e-mails were sent in a manner constituting violations of Calif. Bus. & Prof.

17  Code §§ 17529-19529.9 and 17538.45, as well as violations of 15 U.S.C. §§ 7701

18  *et seq.*

19                    **Infringing and Unfair Internet Web Sites**

20        44.   Plaintiff is informed and believes and on that basis alleges that

21  defendants advertise merchandise for sale, including software falsely represented

22  to be produced by Plaintiff, on multiple internet web sites.  In fact, the products

23  offered for sale are counterfeit Symantec products or defendants' own products

24  intentionally designed to look like Symantec products.

25                    **Deceptive Domain Names**

26        45.   Plaintiff is informed and believes and on that basis alleges that

27  defendants have registered, caused to be registered, and/or use domain names

28  similar to Plaintiff's trademarks, so that Consumers who misspell the name

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   "Symantec" or "Norton" are directed or redirected to one of the defendants'

2   internet web sites where defendants market counterfeit Symantec software and/or

3   software deceptively similar to Plaintiff's software products, in order to induce

4   Consumers to purchase from defendants instead of purchasing from Plaintiff.

5       46.    Plaintiff is informed and believes and on that basis alleges that

6   defendants have linked their internet web sites to domains named similar to

7   Plaintiff's trademarks, so that Consumers who mistakenly access one of those sites

8   are redirected to one of the defendants' internet web sites where defendants market

9   counterfeit Symantec software and/or software deceptively similar to Plaintiff's

10   software products, in order to induce Consumers to purchase from defendants

11   instead of purchasing from Plaintiff.

12                          **Consumer Confusion**

13      47.    Plaintiff is informed and believes and on that basis alleges that

14   defendants falsely represent their own products as genuine Norton or Symantec

15   products via the aforementioned "pop-up" advertising, false notifications of

16   expiration dates of Plaintiff's software, "spam" e-mails and advertisements on

17   defendants' internet web sites, and market software deceptively similar to

18   Plaintiff's software products, in order to deceive consumers into purchasing

19   software manufactured, marketed, distributed and/or sold by defendants, believing

20   it to be genuine Norton and/or Symantec products.

21      48.    Plaintiff alleges on information and belief that Consumers who

22   purchased such software believed it to be produced by Plaintiff, and were

23   confused and misled by the defendants' deceptive methods of advertising and

24   packaging and/or marketing, labeling, and sale of unauthorized software using

25   Plaintiff's trademarks.

26          **Purchases of Counterfeit Software From Defendants**

27      49.    In or about September 2003 Plaintiff, through its agents, purchased a

28   copy of purported NSW 2003 Pro from defendants.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

50.   The NSW 2003 Pro disk was delivered to Plaintiff's agents in Los Angeles County.  The disk was shipped in a plain brown envelope in a white sleeve without any retail packaging, without any instruction manuals, and without any of the materials that would come with a genuine Symantec product.

51.   Plaintiff inspected the disk and packaging materials and determined that the disk purchased from defendants was counterfeit, and was neither produced by Plaintiff nor authorized by Plaintiff to be produced by any other person or entity.

52.   In or about October 2003 Plaintiff, through its agents, purchased a copy of purported Norton AntiVirus 2003 from defendants.

53.   The Norton AntiVirus 2003 disk was shipped in a plain brown envelope in a white sleeve without any retail packaging, without any instruction manuals, and without any of the materials that would come with a genuine Symantec product.

54.   Plaintiff inspected the disk and packaging materials and determined that the disk purchased from defendants was counterfeit, and was neither produced by Plaintiff nor authorized by Plaintiff to be produced by any other person or entity.

55.   Plaintiff is informed and believes and on that basis alleges that at numerous other times defendants sold purported copies of Symantec products to Consumers who believed they were purchasing genuine Symantec products.  Some of those Consumers contacted Plaintiff after becoming suspicious about the products delivered by defendants.

56.   Several Consumers sent Plaintiff the disks and packaging materials they had purchased from defendants.  Plaintiff inspected the disks and packaging materials and determined that the disks purchased from defendants were neither produced by Plaintiff nor authorized by Plaintiff to be produced by any other person or entity.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

57.   Plaintiff is informed and believes and on that basis alleges that the NSW 2003 Pro disks were sold by defendants and delivered to Consumers in white sleeves without any retail packaging, without any instruction manuals, and without any of the materials that would come with a genuine Symantec product.

58.   Defendants sell illegal counterfeit copies of Plaintiff's software. Defendants falsely represent to potential buyers that the software defendants sell is manufactured by Plaintiff. The software defendants deliver to purchasers bears the Symantec name and trademarks, but is neither produced by Plaintiff Symantec nor produced under Plaintiff Symantec's authorization or any Symantec license.

59.   Plaintiff is informed and believes, and on that basis alleges, that defendants used unauthorized copies of Plaintiff's trademarks and/or copyrighted materials as part of the computer programs that caused the deceptive "pop-up" ads to appear on Consumers' computer monitors, and/or as part of the messages displayed on those "pop-up" ads, and/or in the internet web sites to which those Consumers were directed, and/or in the program language used to create the defendants' internet web site pages.

60.   Plaintiff is informed and believes, and on that basis alleges, that defendants deliberately created their marketing scheme for the product called "WinAntiVirus," and deliberately designed the packaging and advertisements for WinAntiVirus, to deceive Consumers into purchasing WinAntiVirus thinking it was produced by Plaintiff, when in fact the WinAntiVirus product was not produced by Plaintiff but was produced by defendants and/or persons or entities unrelated to Plaintiff.

61.   Plaintiff is informed and believes, and on that basis alleges, that defendants marketed, sold and delivered NSW, Norton AntiVirus, Norton Utilities, Norton CleanSweep, and other software with which the purchasers or recipients of such software themselves produced infringing copies of Plaintiff's copyrighted works by installing the counterfeit programs on their computers. As

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   part of that installation process, each of those purchasers produces unauthorized
2   copies of Plaintiff's copyrighted works with each such installation.

3   ### FIRST CLAIM FOR RELIEF
4   ### [Trademark Infringement
5   ### Lanham Act, 15 U.S.C. § 1051 - 1157]
6   ### (Against All Defendants)

7   62.   Paragraphs 1 through 61 are incorporated by this reference as though
8   set forth herein in full.

9   63.   Plaintiff registered the name "Symantec" in the United States Patent
10  and Trademark Office on April 21, 1992, registration number 1683688.  Plaintiff
11  owns the trademark, which continues to be in full force and effect.

12  64.   Plaintiff registered the name "Norton SystemWorks" in the United
13  States Patent and Trademark Office on September 11, 2001, registration number
14  2488092.  Plaintiff owns the trademark, which continues to be in full force and
15  effect.

16  65.   Plaintiff registered the name "Norton AntiVirus" in the United States
17  Patent and Trademark Office on March 16, 1993, registration number 1758084.
18  Plaintiff owns the trademark, which continues to be in full force and effect.

19  66.   The name "Ghost" was registered in the United States Patent and
20  Trademark Office on November 28, 1978, registration number 1107115.  Plaintiff
21  owns the trademark, which continues to be in full force and effect.

22  67.   Plaintiff registered the name "LiveUpdate" in the United States Patent
23  and Trademark Office on May 4, 1999, registration number 2243057.  Plaintiff
24  owns the trademark, which continues to be in full force and effect.

25  68.   The name "Norton Utilities" was registered in the United States
26  Patent and Trademark Office on October 18, 1988, registration number 1508960.
27  Plaintiff owns the trademark, which continues to be in full force and effect.

28  69.   The name "pcAnywhere" was registered in the United States Patent

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1  and Trademark Office on July 13, 1993, registration number 1781148. Plaintiff
2  owns the trademark, which continues to be in full force and effect.

3      70.    From and after the date of registration of each of its trademarks,
4  Plaintiff has used the trademarks continuously to identify its products, including
5  NSW and other software. Plaintiff markets, distributes and sells software under
6  the "Symantec," "Norton SystemWorks," "Norton AntiVirus" and other
7  trademarks in California, throughout the United States, and in foreign countries.

8      71.    Plaintiff is informed and believes and on that basis alleges that, at all
9  times relevant to this complaint, defendants knew that the names "Symantec,"
10  "Norton SystemWorks" and "Norton AntiVirus" were registered trademarks,
11  owned by Plaintiff. Plaintiff is informed and believes and on that basis alleges
12  that, despite that knowledge, defendants intentionally continued to infringe
13  Plaintiff's trademarks by advertising, marketing, selling and delivering software
14  bearing Plaintiff Symantec's names and trademarks, designed to look like Plaintiff
15  Symantec's software.

16      72.    Plaintiff is informed and believes and on that basis alleges that
17  defendants use Plaintiff's trademarks in interstate commerce by: (1) causing
18  "spam" to be sent to Consumers, designed to mislead those Consumers into
19  believing the "spam" originated from Symantec and/or that the "spam" advertises
20  genuine Symantec products, when, in fact, the "spam" neither originates from
21  Symantec nor advertises genuine Symantec products; (2) advertising defendants'
22  products bearing the Plaintiff's trademarks on the internet; (3) using Plaintiff's
23  trademarks in or in the programming of the "pop-up" advertisements defendants
24  use to induce Consumers to purchase counterfeit and/or deceptively labeled
25  products from defendants; and (4) shipping counterfeit copies of Plaintiff's
26  software and deceptively labeled products in interstate commerce. Defendants'
27  use of Plaintiff's trademarks on defendants' products is likely to cause confusion
28  and has in fact misled and confused Consumers as to the source and quality of

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

69575.6           **Page 15**      Attachment X      OMPLAINT

1   defendants' products. Defendants' marketing and sales using deceptive
2   advertising and labeling are likely to cause confusion and have in fact misled and
3   confused Consumers as to the source and quality of defendants' products.

4        73.    Plaintiff is informed and believes and on that basis alleges that as a
5   proximate result of the defendants' use of Plaintiff's trademark, defendants have
6   taken unfair advantage of Plaintiff's research, development, advertising,
7   marketing, and consumer recognition of the Symantec, NSW, Norton AntiVirus
8   and other trademarks. Plaintiff is informed and believes and on that basis alleges
9   that defendants have sold substantial amounts of software using Plaintiff's
10  trademarks, and have thereby enjoyed substantial profits, in an amount as yet
11  undetermined but as shall be proven at trial.

12       74.    Plaintiff is informed and believes and on that basis alleges that unless
13  restrained by this Court, defendants will continue to infringe Plaintiff's
14  trademarks, thereby creating numerous claims against defendants and multiple
15  proceedings, and that monetary compensation cannot provide Plaintiff with
16  adequate relief for the damage caused by defendants to Plaintiff's trademarks,
17  consumer recognition, and public confidence in Plaintiff's products.

18       75.    Defendants' actions, if not restrained, will continue to cause
19  irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law.
20  Defendants misrepresent their own products as those manufactured by Plaintiff.
21  Plaintiff is informed and believes, and on that basis alleges, that Consumers who
22  purchase defendants' products, believing they have purchased Plaintiff's software,
23  will not purchase the genuine software from Plaintiff. Plaintiff has permanently
24  lost such Consumers as customers, and has permanently lost the profits Plaintiff is
25  entitled to under its trademarks.

26       76.    Plaintiff is informed and believes and on that basis alleges that
27  defendants' use of misleading, irritating and frightening "pop-up" advertisements,
28  if not restrained, will continue to cause irreparable harm to Plaintiff inasmuch as

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   numerous Consumers have already complained to Plaintiff about defendants'

2   tactics, believing that Plaintiff is responsible for the "pop-up" advertisements.

3       77.    Plaintiff is informed and believes and on that basis alleges that if

4   defendants' products do not work properly, defendants' actions have further

5   caused irreparable harm to Plaintiff's name and reputation, because defendants

6   market and sell their products bearing false reproductions of Plaintiff's

7   trademarks.

## SECOND CLAIM FOR RELIEF

### [False Designation of Origin]

### [Lanham Act § 43(a); 15 U.S.C. § 1125(a) and (d)]

### (Against All Defendants)

12      78.    Paragraphs 1 through 77 are incorporated by this reference as though

13  set forth herein in full.

14      79.    Plaintiff has marketed, advertised and promoted its software under the

15  names and logos "Symantec," "Norton SystemWorks," "Norton AntiVirus" and

16  other names and logos. As a result this marketing, advertising and promotion,

17  Plaintiff's names and logos have come to mean and are understood to mean

18  Plaintiff's products, and are the means by which Plaintiff's products are

19  distinguished from other software in the United States and worldwide.

20      80.    Because of Plaintiff's long, continuous and exclusive use of the

21  names and logos as described in this complaint, Plaintiff's names and logos have

22  acquired secondary meaning and are associated by both the software industry and

23  the public with Plaintiff's products.

24      81.    Defendants' activities in advertising and/or promoting their software

25  (including, but not limited to, "pop-up" ads) bearing Plaintiff's names, logos

26  and/or trademarks constitute false designation of origin, false description, and a

27  false representation that defendants' software originates from or is sponsored,

28  approved or authorized by Plaintiff. Thus, defendants' activities constitute

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   violations of Section 43(a) of the Lanham Trademark Act, 15 U.S.C. § 1125(a).

2       82.   Defendants' use of misspelled versions of Plaintiff's trademarks and

3   names in domain names that defendants use to direct or redirect consumers to

4   defendants' internet web sites constitutes false designation of origin, false

5   description, and a false representation that defendants' software originates from or

6   is sponsored, approved or authorized by Plaintiff. Thus, defendants' activities

7   constitute violations of Section 43(a) of the Lanham Trademark Act, 15 U.S.C.

8   § 1125(a) and (d).

9       83.   As a result of the foregoing, Plaintiff has been damaged in an amount

10  which has not been precisely ascertained, but which will be alleged by amendment

11  at such time when it is precisely ascertained.

12      84.   The activities of defendants have caused and will cause irreparable

13  harm to Plaintiff for which Plaintiff has no adequate remedy at law in that (1) if

14  defendants' wrongful conduct continues, consumers are likely to become further

15  confused as to the ownership and/or affiliations of defendants' products; (2) the

16  infringement by defendants constitutes an interference with Plaintiff's goodwill

17  and customer relationships; and (3) defendants' wrongful conduct, and the

18  damages resulting to Plaintiff, are continuing. Accordingly, Plaintiff is entitled to

19  preliminary and permanent injunctive relief.

20      85.   Defendants have committed the acts alleged above with previous

21  knowledge of Plaintiff's prior use and superior rights to its names and logos, and

22  with previous knowledge of the reputation of Plaintiff's products.

23      86.   Further, defendants' actions were for the willful and calculated

24  purpose of attracting customers to their products based upon the good will of

25  Plaintiff's name and business reputation, so as to mislead and deceive purchasers

26  and the public. Defendants' actions have caused and/or are likely to cause

27  confusion and mistake among purchasers and the public as to the ownership or

28  association of their products, all to defendants' gain and Plaintiff's damage.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   87.   Plaintiff is also entitled to recovery of attorneys' fees and costs of suit

2   pursuant to 15 U.S.C. § 1117.

3   ### THIRD CLAIM FOR RELIEF

4   **[Copyright Infringement**

5   **17 U.S.C. § 501]**

6   **(Against All Defendants)**

7   88.   Paragraphs 1 through 87 are incorporated by this reference as though

8   set forth herein in full.

9   89.   Plaintiff designed, created, developed and owns or licenses software,

10  including NSW, the other software included in the various versions of NSW, and

11  Norton AntiVirus, which constitute the original work of Plaintiff.

12  90.   Plaintiff complied with all laws governing copyright and secured the

13  exclusive rights and privileges in and to the copyrights of NSW, Norton

14  AntiVirus, Norton Utilities, Norton CleanSweep, Norton Ghost and other

15  software.

16  91.   Plaintiff has produced copies of the software in compliance with all

17  copyright laws, whether by producing copies itself or under license to third

18  parties.

19  92.   Defendants infringed Plaintiff's copyrights on NSW, Norton

20  AntiVirus, Norton Utilities, Norton CleanSweep, and other software by marketing,

21  selling and delivering software largely, if not entirely, copied from Plaintiff's

22  software.

23  93.   Plaintiff is informed and believes and on that basis alleges that at all

24  times relevant to this Complaint, defendants knew that Plaintiff owned both the

25  trademark and the copyright for NSW and other software.

26  94.   Despite that knowledge, defendants, and each of them, continue to

27  advertise, market, sell and deliver counterfeit copies of Plaintiff's software,

28  knowing that the discs they deliver are counterfeits and infringing on Plaintiff's

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1 copyrights. These actions have caused and continue to cause irreparable injury to
2 Plaintiff by inducing Plaintiff's prospective customers to purchase software from
3 defendants instead of from Plaintiff, and by misleading consumers as to the source
4 of the software.

5     95. At least from and after 2002, defendants have been producing,
6 marketing, selling and delivering counterfeit copies of Plaintiff's software, in
7 violation and derogation of Plaintiff's copyrights on such software, thereby
8 engaging in unfair trade practices and unfair competition against Plaintiff, causing
9 irreparable damage to Plaintiff.

10     96. Plaintiff is informed and believes and on that basis alleges that as a
11 proximate result of the defendants' marketing, selling and delivering counterfeit
12 copies of Plaintiff's software, defendants have taken unfair advantage of
13 Plaintiff's research, development, advertising, marketing, and consumer
14 recognition of the copyrighted content of the software sold by Plaintiff. Plaintiff
15 is informed and believes and on that basis alleges that defendants have sold
16 numerous counterfeit copies of Plaintiff's software, and have thereby enjoyed
17 substantial profits, in an amount as yet undetermined but as shall be proven at
18 trial.

19     97. Defendants' actions, if not restrained, will continue to cause
20 irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law.
21 Defendants misrepresent their own products as those manufactured by Plaintiff.
22 Plaintiff is informed and believes, and on that basis alleges, that consumers who
23 purchase defendants' products, believing they have purchased Plaintiff's software,
24 will not purchase the genuine software from Plaintiff. Plaintiff has permanently
25 lost such consumers as customers, and has permanently lost the profits Plaintiff is
26 entitled to under its copyrights.

27
28

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

## FOURTH CLAIM FOR RELIEF

### [Fraud]

### (Against all Defendants)

98.   Paragraphs 1 through 97 are incorporated by this reference as though set forth herein in full.

99.   Plaintiff is informed and believes and on that basis alleges that defendants, in their marketing and advertising (including "spam" and "pop-ups" as alleged in this Complaint) and on their internet web sites, have deliberately misrepresented to consumers that the products sold are Symantec and/or Norton products, knowing that they are not.

100.   Plaintiff is informed and believes and on that basis alleges that defendants intend that consumers will communicate those misrepresentations to plaintiff in order to obtain free customer service and free updates or upgrades that are available only to owners of genuine, authorized Symantec and/or Norton software products.

101.   Plaintiff is informed and believes and on that basis alleges that defendants make those misrepresentations intending that plaintiff will act in reasonable reliance thereon, including but not limited to by providing free customer service and free updates or upgrades to purchasers of defendants' products that are available only to owners of genuine, authorized Symantec and/or Norton software products.

102.   Plaintiff is informed and believes and on that basis alleges that plaintiff has justifiably relied on the misrepresentations of defendants in that plaintiff has provided free customer service and free updates or upgrades to some purchasers of defendants' products.

103.   Plaintiff has suffered damages as a proximate result of the defendants' wrongful acts in an amount as yet undetermined, but in an amount that will be proven at trial.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1    104.   Defendants' conduct was and continues to be oppressive, fraudulent

2    and malicious.   Accordingly, Plaintiff is entitled to punitive damages in an amount

3    to be proven at trial.

4

5                          **FIFTH CLAIM FOR RELIEF**

6                              **[Unfair Competition**

7                       **Calif. B&P Code § 17200, et seq.]**

8                          **(Against all Defendants)**

9    105.   Paragraphs 1 through 104 are incorporated by this reference as

10   though set forth herein in full.

11   106.   Plaintiff is informed and believes and on that basis alleges that

12   defendants have used "pop-up" advertisements, "spam," misspelled domain names

13   confusingly and deceptively similar to Plaintiff's names and trademarks, and other

14   unfair methods to direct consumers away from Plaintiff's internet web sites and to

15   defendants' internet web sites.   Defendants use these unfair methods to induce

16   consumers to purchase products from defendants instead of from Plaintiff.   The

17   products defendants sell to consumers are counterfeit, unauthorized copies of

18   Plaintiff's software and/or products deceptively similar to Plaintiff's products.

19   107.   Plaintiff is informed and believes and on that basis alleges that

20   defendants designed their marketing and advertising schemes for the purpose of

21   confusing consumers and deceiving them into purchasing counterfeit and/or

22   deceptively labeled products from defendants instead of genuine, authorized

23   copies of Plaintiff's products.

24   108.   The wrongful acts by defendants, as alleged throughout this

25   complaint, constitute unlawful, unfair or fraudulent business acts and/or practices

26   and unfair, deceptive, untrue or misleading statements and advertising in violation

27   of California Business and Professions Code ("B&P") § 17200.

28   109.   Plaintiff is informed and believes, and on that basis alleges, that

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   defendants have developed lists of customers who have purchased counterfeit
2   Symantec products, and use those lists to market additional products to those
3   customers by, among other things, "pop-up" advertising.  Plaintiff is informed and
4   believes, and on that basis alleges, that defendants have further misled those
5   customers into believing additional products offered for sale by defendants are
6   Symantec products or upgrades to Symantec products, when in fact they are not.

7      110.   As a result of irreparable injuries to Plaintiff caused by defendants'
8   actions for which Plaintiff has no adequate remedy at law, defendants' acts
9   constituting unfair competition should be enjoined, and the Court should make
10   such orders or judgments as may be necessary to prevent the use of any practice
11   which constitutes unfair competition under B&P § 17203.

12      111.   Under B&P § 17203, and in addition to, or in lieu of, the damages
13   Plaintiff has sustained to its business and reputation as a result of defendants'
14   actions, Plaintiff seeks as damages restitution and/or disgorgement of the profits
15   that defendants have made by virtue of their acts of unfair competition, in an
16   amount as yet undetermined but as shall be proven at trial.

17                    **SIXTH CLAIM FOR RELIEF**
18                  **[Common Law Unfair Competition]**
19                     **(Against all Defendants)**

20      112.   Paragraphs 1 through 111 are incorporated by this reference as
21   though set forth herein in full.

22      113.   Defendants have pirated the fruits of Plaintiff's labor and are
23   "palming off" those fruits as their own.

24      114.   Due to defendants' acts of unfair competition, trade dress
25   infringement, and deception, buyers of NSW and other software sold by
26   defendants under the Symantec label have been deceived as to the source,
27   approval and/or sponsorship of defendants' software, believing they are
28   purchasing software manufactured by Plaintiff when in fact they are not.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1    115.  As a result of defendants' acts of unfair competition, Plaintiff has lost
2  sales and profits in an amount as yet undetermined but in an amount that will be
3  proven at trial.

4    116.  Defendants' conduct was and continues to be oppressive, fraudulent
5  and malicious.  Accordingly, Plaintiff is entitled to punitive damages in an amount
6  to be proven at trial.

7                 **SEVENTH CLAIM FOR RELIEF**

8                 **[False Advertising**

9           **Calif. B&P Code §§ 17500, 17200]**

10            **(Against all Defendants)**

11    117.  Paragraphs 1 through 116 are incorporated by this reference as
12  though set forth herein in full.

13    118.  Plaintiff is informed and believes, and on that basis alleges, that
14  defendants include pictures of Plaintiff's software and depictions of Plaintiff's
15  trademarks and logos in their advertising materials sent to consumers as "spam,"
16  on the internet and elsewhere.

17    119.  Plaintiff is informed and believes, and on that basis alleges, that
18  defendants also use language and phrases copied from Plaintiff's advertising
19  literature in their advertising materials, which were disseminated to the public.

20    120.  Plaintiff is informed and believes and on that basis alleges that
21  defendants disseminate their "pop-up" advertisements to the public.  In those
22  "pop-up" advertisements and/or in their internet web sites, defendants use
23  Plaintiff's trademarks and logos, unauthorized copies of and/or depictions of
24  Plaintiff's products, and/or language and phrases copied from Plaintiff's
25  advertising literature.

26    121.  The pictures, depictions, language and phrases constitute untrue or
27  misleading statements and advertising in violation of B&P § 17500 in that they
28  suggest the software for sale in the defendants' advertising is software

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   manufactured by Plaintiff, when, in truth, what is being sold is defendants' inferior

2   products.

3       122.   The false and misleading statements and advertising also constitute

4   practices that serve as a predicate for a B&P § 17200 violation, and Plaintiff

5   separately alleges a violation of B&P § 17200.

6       123.   As a result of defendants' actions, Plaintiff has been damaged in an

7   amount as yet undetermined, but in an amount that will be proven at trial.

8       124.   Defendants' conduct was and continues to be oppressive, fraudulent

9   and malicious.  Accordingly, Plaintiff is entitled to punitive damages in an amount

10  to be proven at trial.

11              **EIGHTH CLAIM FOR RELIEF**

12      **[Intentional Interference with Prospective Economic Advantage]**

13                  **(Against all Defendants)**

14      125.   Paragraphs 1 through 124 are incorporated by this reference as

15  though set forth herein in full.

16      126.   This count arises under the unfair competition laws of the State of

17  California.

18      127.   Plaintiff has over the years developed a large base of customers and

19  institutions who purchase Plaintiff's products.  Plaintiff has also developed a

20  substantial and valuable economic relationship with its products, software

21  including but not limited to NSW.

22      128.   Defendants contacted Plaintiff's actual and prospective customers

23  with the intent to deprive Plaintiff of those customers' business.  Those customers

24  then purchased products from defendants rather than from Plaintiff.  Defendants

25  also interfered with Plaintiff's relationship with its products by marketing and

26  distributing inferior and confusing counterfeit and/or knock-off versions.

27      129.   As a proximate result of defendants' conduct, Plaintiff suffered

28  damages in a sum in excess of $1,000,000.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000


1   130.   The acts of defendants were willful and malicious.  Plaintiff is
2   therefore entitled to punitive damages in an amount not less than $5,000,000.
3   Unless restrained, defendants will continue to solicit Plaintiff's customers and
4   money damages could not afford adequate relief.

### NINTH CLAIM FOR RELIEF

**[Negligent Interference with Prospective Economic Advantage]**

**(Against all Defendants)**

8   131.   Paragraphs 1 through 130 are incorporated by this reference as
9   though set forth herein in full.

10   132.   This count arises under the unfair competition laws of the State of
11   California.

12   133.   Plaintiff has over the years developed a large base of customers and
13   institutions who purchase Plaintiff's products.  Plaintiff has also developed a
14   substantial and valuable economic relationship with its products, software
15   including but not limited to NSW.

16   134.   Defendants have a duty to use due care to refrain from wrongful
17   actions that would interfere with Plaintiff's prospective economically
18   advantageous relationships with Plaintiff's existing customers, potential
19   customers, and products.

20   135.   Defendants breached their duties by soliciting Plaintiff's existing
21   and/or potential customers for the purpose of selling to them products bearing
22   Plaintiff's trademarks but which defendant knew or should have known were
23   counterfeit.  Those customers then purchased counterfeit products from defendants
24   rather than genuine Symantec products from Plaintiff.  Defendants also interfered
25   with Plaintiff's relationship with its products by marketing confusing knock-off
26   versions when defendants should have known those versions were counterfeit.

27   136.   As a proximate result of defendants' conduct, Plaintiff suffered
28   damages in a sum in excess of $1,000,000.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

I.   On the First Claim for Relief for Trademark Infringement (Lanham Act, 15 U.S.C. § 1051 - 1157):

    A.   That defendants, their officers, agents, and servants, and all persons acting in concert with them, be temporarily restrained, preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter from engaging in further acts of:

        1.   using photos of Plaintiff's products or depictions of Plaintiff's products or logos in defendants' advertising;

        2.   advertising, selling, licensing, or otherwise marketing or distributing defendants' pirated copies of Plaintiff's software, or any product configuration similar to Plaintiff's products;

        3.   using language and phrases contained in Plaintiff's advertising literature in defendants' advertising;

        4.   causing any "pop-up" advertisement or warning to appear on any computer that does any of the acts prohibited in A.1, A.2, or A.3 above;

        5.   contacting, soliciting, directing advertisements to, or in any other manner using any information about any consumer to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products; and

        6.   using any internet domain name that is deceptively similar to any of Plaintiff's trademarks.

    B.   That defendants be required to turn over to Plaintiff any products advertised or packaged to appear similar to genuine Norton and/or Symantec products, together with the names, addresses, telephone

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1        numbers, e-mail addresses and other information concerning any and

2        all consumers to whom defendants have sold, distributed, delivered

3        and/or directed advertising for Norton and/or Symantec products or

4        counterfeit Norton and/or Symantec products.

5    C.    That defendants pay to Plaintiff the damages Plaintiff has sustained as

6        a consequence of their conduct.

7    D.    That defendants be required to account for and pay over to Plaintiff

8        all the profits which they have derived from their wrongful activities

9        and to pay such damages to Plaintiff as to this Court shall appear just

10       and proper.

11    E.    That defendants pay to Plaintiff punitive and/or treble damages for

12       their intentional and willful wrongful acts.

13    F.    That Plaintiff recover its costs and reasonable attorneys' fees.

14    G.    That defendants transfer to Plaintiff ownership and control of each

15       internet domain name owned or controlled by any of the defendants,

16       their officers, agents, and/or any persons acting in concert with them,

17       that is deceptively similar to any of Plaintiff's trademarks.

18    H.    That Plaintiff have such other and further relief as to this Court shall

19       appear just and proper.

20  II.  On the Second Claim for Relief for False Designation of Origin — Lanham

21    Act § 43(a):

22    A.    That defendants, their officers, agents, and servants, and all persons

23       acting in concert with them, be temporarily restrained, preliminarily

24       enjoined during the pendency of this action, and permanently

25       enjoined thereafter from engaging in further acts of:

26       1.    using photos of Plaintiff's products or depictions of Plaintiff's

27          products or logos in defendants' advertising;

28       2.    advertising, selling, licensing, or otherwise marketing or

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

distributing defendants' pirated copies of Plaintiff's software, or any product configuration similar to Plaintiff's products;

3.    using language and phrases contained in Plaintiff's advertising literature in defendants' advertising;

4.    causing any "pop-up" advertisement or warning to appear on any computer that does any of the acts prohibited in A.1, A.2, or A.3 above;

5.    contacting, soliciting, directing advertisements to, or in any other manner using any information about any consumer to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products; and

6.    using any internet domain name that is deceptively similar to any of Plaintiff's trademarks.

B.    That defendants be required to turn over to Plaintiff any products advertised or packaged to appear similar to genuine Norton and/or Symantec products, together with the names, addresses, telephone numbers, e-mail addresses and other information concerning any and all consumers to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products.

C.    That defendants pay to Plaintiff the damages Plaintiff has sustained as a consequence of their conduct.

D.    That defendants be required to account for and pay over to Plaintiff all the profits which they have derived from their wrongful activities and to pay such damages to Plaintiff as to this Court shall appear just and proper.

E.    That defendants pay to Plaintiff punitive and/or treble damages for

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1   their intentional and willful wrongful acts.

2   F.   That Plaintiff recover its costs and reasonable attorneys' fees.

3   G.   That defendants transfer to Plaintiff ownership and control of each

4        internet domain name owned or controlled by any of the defendants,

5        their officers, agents, and/or any persons acting in concert with them,

6        that is deceptively similar to any of Plaintiff's trademarks.

7   H.   That Plaintiff have such other and further relief as to this Court shall

8        appear just and proper.

9   III.   On the Third Claim for Relief for Copyright Infringement:

10   A.   That defendants, their officers, agents, and servants, and all persons

11        acting in concert with them, be temporarily restrained, preliminarily

12        enjoined during the pendency of this action, and permanently

13        enjoined thereafter from engaging in further acts of:

14        1.   using photos of Plaintiff's products or depictions of Plaintiff's

15             products or logos in defendants' advertising;

16        2.   advertising, selling, licensing, or otherwise marketing or

17             distributing defendants' pirated copies of Plaintiff's software,

18             or any product configuration similar to Plaintiff's products;

19        3.   using language and phrases contained in Plaintiff's advertising

20             literature in defendants' advertising;

21        4.   causing any "pop-up" advertisement or warning to appear on

22             any computer that does any of the acts prohibited in A.1, A.2,

23             or A.3 above; and

24        5.   contacting, soliciting, directing advertisements to, or in any

25             other manner using any information about any consumer to

26             whom defendants have sold, distributed, delivered and/or

27             directed advertising for Norton and/or Symantec products or

28             counterfeit Norton and/or Symantec products.

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

B. That defendants be required to turn over to Plaintiff any products advertised or packaged to appear similar to genuine Norton and/or Symantec products, together with the names, addresses, telephone numbers, e-mail addresses and other information concerning any and all consumers to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products.

C. That defendants pay to Plaintiff the damages Plaintiff has sustained as a consequence of their conduct.

D. That defendants be required to account for and pay over to Plaintiff all the profits which they have derived from their wrongful activities and to pay such damages to Plaintiff as to this Court shall appear just and proper.

E. That, upon election by Plaintiff, defendants be required to pay the maximum allowable amount of statutory damages for their wrongful acts.

F. That Plaintiff recover its costs and reasonable attorneys' fees.

G. That Plaintiff have such other and further relief as to this Court shall appear just and proper.

IV. On the Fourth Claim for Relief for Fraud:

A. That defendants, their officers, agents, and servants, and all persons acting in concert with them, be temporarily restrained, preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter from engaging in further acts of:

1. using photos of Plaintiff's products or depictions of Plaintiff's products or logos in defendants' advertising;

2. advertising, selling, licensing, or otherwise marketing or distributing defendants' pirated copies of Plaintiff's software,

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1    or any product configuration similar to Plaintiff's products;

2    3.    using language and phrases contained in Plaintiff's advertising

3          literature in defendants' advertising;

4    4.    causing any "pop-up" advertisement or warning to appear on

5          any computer that does any of the acts prohibited in A.1, A.2,

6          or A.3 above;

7    5.    contacting, soliciting, directing advertisements to, or in any

8          other manner using any information about any consumer to

9          whom defendants have sold, distributed, delivered and/or

10         directed advertising for Norton and/or Symantec products or

11         counterfeit Norton and/or Symantec products; and

12   6.    using any internet domain name that is deceptively similar to

13         any of Plaintiff's trademarks.

14   B.    That defendants be required to turn over to Plaintiff any products

15         advertised or packaged to appear similar to genuine Norton and/or

16         Symantec products, together with the names, addresses, telephone

17         numbers, e-mail addresses and other information concerning any and

18         all consumers to whom defendants have sold, distributed, delivered

19         and/or directed advertising for Norton and/or Symantec products or

20         counterfeit Norton and/or Symantec products.

21   C.    That defendants pay to Plaintiff the damages Plaintiff has sustained as

22         a consequence of their conduct.

23   D.    That defendants be required to account for and pay over to Plaintiff

24         all the profits which they have derived from their wrongful activities

25         and to pay such damages to Plaintiff as to this Court shall appear just

26         and proper.

27   E.    That defendants pay to Plaintiff punitive damages for their intentional

28         and willful wrongful acts.

F.   That Plaintiff recover its costs and reasonable attorneys' fees.

G.   That defendants transfer to Plaintiff ownership and control of each internet domain name owned or controlled by any of the defendants, their officers, agents, and/or any persons acting in concert with them, that is deceptively similar to any of Plaintiff's trademarks.

H.   That Plaintiff have such other and further relief as to this Court shall appear just and proper.

V.   On the Fifth Claim for Relief for Unfair Competition (Calif. B&P Code § 17200, *et seq.*):

A.   That defendants, their officers, agents, and servants, and all persons acting in concert with them, be temporarily restrained, preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter from engaging in further acts of:

1.   using photos of Plaintiff's products or depictions of Plaintiff's products or logos in defendants' advertising;

2.   advertising, selling, licensing, or otherwise marketing or distributing defendants' pirated copies of Plaintiff's software, or any product configuration similar to Plaintiff's products;

3.   using language and phrases contained in Plaintiff's advertising literature in defendants' advertising;

4.   causing any "pop-up" advertisement or warning to appear on any computer that does any of the acts prohibited in A.1, A.2, or A.3 above;

5.   contacting, soliciting, directing advertisements to, or in any other manner using any information about any consumer to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products; and

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

6. using any internet domain name that is deceptively similar to any of Plaintiff's trademarks.

B. That defendants be required to turn over to Plaintiff any products advertised or packaged to appear similar to genuine Norton and/or Symantec products, together with the names, addresses, telephone numbers, e-mail addresses and other information concerning any and all consumers to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products.

C. That defendants be required to account for and pay over to Plaintiff all the profits which they have derived from their wrongful activities and to pay such damages to Plaintiff as to this Court shall appear just and proper.

D. That Plaintiff recover its costs and reasonable attorneys' fees.

E. That defendants transfer to Plaintiff ownership and control of each internet domain name owned or controlled by any of the defendants, their officers, agents, and/or any persons acting in concert with them, that is deceptively similar to any of Plaintiff's trademarks.

F. That Plaintiff have such other and further relief as to this Court shall appear just and proper.

VI. On the Sixth Claim for Relief for Common Law Unfair Competition:

A. That defendants, their officers, agents, and servants, and all persons acting in concert with them, be temporarily restrained, preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter from engaging in further acts of:

1. using photos of Plaintiff's products or depictions of Plaintiff's products or logos in defendants' advertising;

2. advertising, selling, licensing, or otherwise marketing or

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1        distributing defendants' pirated copies of Plaintiff's software,

2        or any product configuration similar to Plaintiff's products;

3    3.  using language and phrases contained in Plaintiff's advertising

4        literature in defendants' advertising;

5    4.  causing any "pop-up" advertisement or warning to appear on

6        any computer that does any of the acts prohibited in A.1, A.2,

7        or A.3 above;

8    5.  contacting, soliciting, directing advertisements to, or in any

9        other manner using any information about any consumer to

10       whom defendants have sold, distributed, delivered and/or

11       directed advertising for Norton and/or Symantec products or

12       counterfeit Norton and/or Symantec products; and

13   6.  using any internet domain name that is deceptively similar to

14       any of Plaintiff's trademarks.

15   B.  That defendants be required to turn over to Plaintiff any products

16       advertised or packaged to appear similar to genuine Norton and/or

17       Symantec products, together with the names, addresses, telephone

18       numbers, e-mail addresses and other information concerning any and

19       all consumers to whom defendants have sold, distributed, delivered

20       and/or directed advertising for Norton and/or Symantec products or

21       counterfeit Norton and/or Symantec products.

22   C.  That defendants pay to Plaintiff the damages Plaintiff has sustained as

23       a consequence of their conduct.

24   D.  That defendants be required to account for and pay over to Plaintiff

25       all the profits which they have derived from their wrongful activities

26       and to pay such damages to Plaintiff as to this Court shall appear just

27       and proper.

28   E.  That defendants pay to Plaintiff punitive damages for their intentional

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1    and willful wrongful acts.

2    F.   That Plaintiff recover its costs and reasonable attorneys' fees.

3    G.   That defendants transfer to Plaintiff ownership and control of each

4         internet domain name owned or controlled by any of the defendants,

5         their officers, agents, and/or any persons acting in concert with them,

6         that is deceptively similar to any of Plaintiff's trademarks.

7    H.   That Plaintiff have such other and further relief as to this Court shall

8         appear just and proper.

9  VII.   On the Seventh Claim for Relief for False Advertising (Calif. B&P Code

10        §§ 17500, 17200):

11   A.   That defendants, their officers, agents, and servants, and all persons

12        acting in concert with them, be temporarily restrained, preliminarily

13        enjoined during the pendency of this action, and permanently

14        enjoined thereafter from engaging in further acts of:

15        1.   using photos of Plaintiff's products or depictions of Plaintiff's

16             products or logos in defendants' advertising;

17        2.   advertising, selling, licensing, or otherwise marketing or

18             distributing defendants' pirated copies of Plaintiff's software,

19             or any product configuration similar to Plaintiff's products;

20        3.   using language and phrases contained in Plaintiff's advertising

21             literature in defendants' advertising;

22        4.   causing any "pop-up" advertisement or warning to appear on

23             any computer that does any of the acts prohibited in A.1, A.2,

24             or A.3 above;

25        5.   contacting, soliciting, directing advertisements to, or in any

26             other manner using any information about any consumer to

27             whom defendants have sold, distributed, delivered and/or

28             directed advertising for Norton and/or Symantec products or

69575.6                              **Page 36**        **Attachment X**        COMPLAINT

Case 1:08-cv-03238-RDB   Document 3-24   Filed 12/02/08   Page 37 of 170


counterfeit Norton and/or Symantec products; and

      6.    using any internet domain name that is deceptively similar to any of Plaintiff's trademarks.

B.    That defendants be required to turn over to Plaintiff any products advertised or packaged to appear similar to genuine Norton and/or Symantec products, together with the names, addresses, telephone numbers, e-mail addresses and other information concerning any and all consumers to whom defendants have sold, distributed, delivered and/or directed advertising for Norton and/or Symantec products or counterfeit Norton and/or Symantec products.

C.    That defendants be required to account for and pay over to Plaintiff all the profits which they have derived from their wrongful activities and to pay such damages to Plaintiff as to this Court shall appear just and proper.

D.    That Plaintiff recover its costs and reasonable attorneys' fees.

E.    That defendants transfer to Plaintiff ownership and control of each internet domain name owned or controlled by any of the defendants, their officers, agents, and/or any persons acting in concert with them, that is deceptively similar to any of Plaintiff's trademarks.

F.    That Plaintiff have such other and further relief as to this Court shall appear just and proper.

VIII.  On the Eighth Claim for Relief for Intentional Interference with Prospective Economic Advantage:

A.    That defendants pay to Plaintiff the damages Plaintiff has sustained as a consequence of their conduct.

69575.6

**Page 37**

Attachment X

COMPLAINT


BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1      B.    That defendants be required to account for and pay over to Plaintiff

2            all the profits which they have derived from their wrongful activities

3            and to pay such damages to Plaintiff as to this Court shall appear just

4            and proper.

5      C.    That defendants pay to Plaintiff punitive damages for their intentional

6            and willful wrongful acts.

7      D.    That Plaintiff recover its costs and reasonable attorneys' fees.

8      E.    That defendants transfer to Plaintiff ownership and control of each

9            internet domain name owned or controlled by any of the defendants,

10            their officers, agents, and/or any persons acting in concert with them,

11            that is deceptively similar to any of Plaintiff's trademarks.

12      F.    That Plaintiff have such other and further relief as to this Court shall

13            appear just and proper.

14  IX.    On the Ninth Claim for Relief for Negligent Interference with Prospective

15      Economic Advantage:

16      A.    That defendants pay to Plaintiff the damages Plaintiff has sustained as

17            a consequence of their conduct.

18      B.    That defendants be required to account for and pay over to Plaintiff

19            all the profits which they have derived from their wrongful activities

20            and to pay such damages to Plaintiff as to this Court shall appear just

21            and proper.

22      C.    That Plaintiff recover its costs and reasonable attorneys' fees.

23      D.    That defendants transfer to Plaintiff ownership and control of each

24            internet domain name owned or controlled by any of the defendants,

25            their officers, agents, and/or any persons acting in concert with them,

26            that is deceptively similar to any of Plaintiff's trademarks.

27      E.    That Plaintiff have such other and further relief as to this Court shall

28            appear just and proper.

1

## **DEMAND FOR JURY TRIAL**

2    The Plaintiff hereby demands a trial by jury in this action.

3

4    Dated: April 29, 2004

BAUTE & TIDUS LLP

5

6    By:

7    Jeffrey A. Tidus
Attorneys for Plaintiff
SYMANTEC CORPORATION

8

9

10

11

12

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

69575.6

**COMPLAINT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-3017 PA (Mcx)                              Date   March 28, 2005

Title      Symantec Corp. v. James Reno, et al.

---

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Jennifer Cheshire | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick Maloney | Kenneth Perkins |
| | Brian Dobbs |

**Proceedings:**       EX PARTE Application for Relief from Default

Before the Court is defendant Sam Jain's ("Jain") Ex Parte Application for Relief from Default (Docket No. 89). Plaintiff Symantec Corporation's ("Symantec") Complaint alleges that Jain and others sold counterfeit copies of Symantec's software through several internet retailers controlled by defendants. Symantec purchased copies of the software and determined them to be counterfeit. Symantec filed suit alleging claims for trademark and copyright infringement and state law causes of action for unfair competition, false advertising, and interference with prospective economic advantage. All defendants except Jain either settled with Symantec or have been dismissed.

Symantec had a difficult time finding Jain and serving him with the Complaint. In August 2004, Symantec sought additional time to serve Jain and to serve him by alternate methods. In support of its motion for additional time, Symantec submitted responses to discovery it had conducted to determine Jain's whereabouts. In deposing James Reno, Jain's co-defendant, Symantec discovered that Jain had referred Reno to Kenneth Perkins, Jain's lawyer on other matters, and that Jain was paying Perkins to defend Reno in this action. Symantec also learned that Reno sent a copy of the summons and complaint to Jain and that Reno, Jain, and Perkins had a conference call in which Jain and Reno discussed Symantec's claims against them with Perkins. Symantec also deposed Jain's father in August 2004. Jain's father testified that he had discussed Symantec's lawsuit with his son. Symantec's discovery efforts also identified certain e-mail addresses and a facsimile number that Reno and Perkins had used to contact Jain. The e-mail addresses and facsimile number were active just weeks before Symantec sought permission, through its noticed motion, to serve Jain at the e-mail addresses and facsimile number it had identified.

The Court granted Symantec's motion for an extension of time to serve Jain and authorized service by publication in Los Angeles and Honolulu, where Jain had last lived, through the e-mail addresses and facsimile number Symantec had identified, and by serving Perkins. The Court concluded that these methods were reasonably calculated under the circumstances to provide Jain with notice of the

CIVIL MINUTES - GENERAL       Attachment X       Page 1 of 3

Case 2:04-cv-03017-RA-Mc Document 99    Filed 03/29/2005   Page 1 of 5
Case 1:08-cv-03233-RDB   Document 3-24    Filed 12/02/08   Page 42 of 170

**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 04-3017 PA (Mcx)                    Date   March 28, 2005

Title      Symantec Corp. v. James Reno, et al.

---

pendency of the action and an opportunity to present his objections. See Rio Properties, Inc. v. Rio International Interlink, 284 F.3d 1007, 1016-17 (9th Cir. 2002). Symantec served Jain as authorized by the Court as of October 4, 2004, but the e-mail addresses and facsimile number Symantec had identified had been shutdown in the weeks between the filing of Symantec's motion and the hearing date. Jain still did not respond to the Complaint and the Court, on November 29, 2004, directed that Symantec seek Jain's default by December 9, 2004. Symantec filed a request for entry of Jain's default on December 6, 2004, and the clerk entered Jain's default on December 9, 2004.

On January 4, 2005, the Court ordered Symantec to file a motion for default judgment or other dispositive motion against Jain by January 14, 2005. Symantec filed a motion for default judgment with a February 28, 2005 hearing date. Jain filed no opposition to the motion for default judgment. On February 23, 2005, the Court continued the hearing date to March 21, 2005 and ordered Symantec to supplement its evidence on damages. Unbeknownst to the Court, Jain had retained Perkins in January to represent him in this matter. Perkins contacted Symantec in January seeking Symantec's agreement on a stipulation vacating Jain's default. Symantec rejected the stipulation. Jain did not seek relief from the default or in any other way appear in the action or oppose the default until March 18, 2005 when he filed this ex parte application.

In support of his ex parte application, Jain has submitted a declaration in which he states that he "failed to seek legal representation in this matter or to timely respond to Plaintiff's complaint because I mistakenly believed that I had not been properly served with the summons and complaint." Jain asserts that he has "a just and complete defense" to Symantec's claims and seeks to file a cross-claim for indemnity against those from whom he claims to have purchased the allegedly counterfeit Symantec software. Symantec has filed an opposition to Jain's ex parte application and requests that the Court instead grant Symantec's pending motion for default judgment.

Federal Rule of Civil Procedure 55(c) provides that a court may set aside the entry of a default "[f]or good cause shown." "The 'good cause' standard that governs vacating an entry of default under Rule 55(c) is the same standard that governs vacating a default judgment under Rule 60(b)." Franchise Holding II, LLC v. Huntington Restaurants Group, Inc., 375 F.3d 922, 925 (9th Cir. 2004). As a result, in determining whether to vacate the entry of a default or a default judgment, the district court should consider "whether the defendant's culpable conduct led to the default; whether the defendant has a meritorious defense; and whether reopening the default . . . would prejudice the plaintiff." TCI Group Life Ins. Plan v. Knoebber, 244 F.3d 691, 696 (9th Cir. 2001). "This tripartite test is disjunctive. Hence, the trial court's denial of a motion to vacate a default judgment will be affirmed if the defendant's own culpable conduct prompted the default." In re Hammer, 940 F.2d 524, 526 (9th Cir. 1991) (citations omitted). The party seeking to vacate a default judgment bears the burden of demonstrating that the factors favor vacating the default. TCI Group Life Ins. Plan, 244 F.3d at 696.

Although motions for relief from entry of default under Rule 55(c) apply the same "good cause"

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-3017 PA (Mcx) | Date | March 28, 2005 |
|---|---|---|---|

| Title | Symantec Corp. v. James Reno, et al. |
|---|---|

standard as motions to vacate default judgments, the Ninth Circuit "recognize[s] that the standards for setting aside entry of default under Rule 55(c) are less rigorous than those for setting aside a default." Hawaii Carpenters' Trust Funds v. Stone, 794 F.2d 508, 513 (9th Cir. 1986). Because judgments on the merits are favored, "appropriate exercise of district court discretion . . . requires that the finality interest should give way fairly readily to further the competing interest in reaching the merits of a dispute." TCI Group Life Ins. Plan, 244 F.3d at 696.

Here, there is no question that Jain received actual notice of the Complaint months before his default was entered. "A party's conduct is culpable if he has received actual or constructive notice of the filing of the action and failed to answer the complaint." In re Hammer, 940 F.2d at 526; TCI Group Life Ins. Plan, 244 F.3d at 698 ("[W]e have typically held that a defendant's conduct was culpable . . . where there is no explanation of the default inconsistent with a devious, deliberate, willful, or bad faith failure to respond."). Jain's declaration does not claim ignorance of the action. Instead, Jain states that he "did not think it was necessary" to file an answer because he "mistakenly believed that [he] had not been properly served with the summons and complaint." Having been sued previously, Jain is no stranger to litigation. Moreover, Jain discussed the matter with Perkins, his attorney on other matters, and was paying Perkins to defend Reno in this action. As the Ninth Circuit has explained, such circumstances indicate culpability:

> [W]e have tended to consider the defaulting party's general familiarity with legal processes or consultation with lawyers at the time of the default as pertinent to the determination whether the party's conduct in failing to respond to legal process was deliberate, willful or in bad faith. Absent some explanation . . . it is fair to expect that individuals who have previously been involved in litigation or have consulted with a lawyer appreciate the consequences of failing to answer and do so only if they see some advantage to themselves.

TCI Group Life Ins. Plan, 244 F.3d at 699.

All of the information available to the Court supports the conclusion that Jain alone is responsible for the entry of the default against him. He had actual notice of this action from the very beginning. He discussed the matter with his attorney long before his default was entered, arranged for Perkins to defend Reno, and paid Perkins' attorney's fees. Jain appears to have attempted to evade service by, among other things, not even informing his parents of his address. Additionally, the timing of the discontinuation of the e-mail addresses and the facsimile number which were working just weeks before Symantec sought permission to serve him by e-mail and facsimile is, to say the least, highly suspicious. Jain has therefore failed to satisfy his burden to establish that the entry of the default against him did not result from his culpable conduct.

The other two factors weigh at least slightly in favor of relieving Jain from the entry of the

**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-3017 PA (Mcx) | Date | March 28, 2005 |
|---|---|---|---|

| Title | Symantec Corp. v. James Reno, et al. |
|---|---|

default. By disclaiming actual knowledge that the software he sold was counterfeit, Jain may have a meritorious defense to at least a portion of the damages Symantec seeks for willful infringement. But see Franchise Holding II, 375 F.3d at 926 ("To justify vacating the default judgment, however, [defendant] had to present specific facts that would constitute a defense. [Defendant] never did this. Instead, it offered the district court only conclusory statements that a dispute existed. A 'mere general denial without facts to support it' is not enough to justify vacating a default or default judgment.") (quoting Madsen v. Bumb, 419 F.2d 4, 6 (9th Cir. 1969)).[1/] With respect to prejudice, Symantec has not shown that it will suffer "greater harm than simply delaying resolution of the case." TCI Group Life Ins. Plan, 244 F.3d at 701.

The Court finds that Jain's failure to timely respond to the Complaint is solely the result of his culpable conduct. Jain should not be rewarded for his cynical and intentional manipulation of these proceedings. The Court therefore denies Jain's ex parte application for relief from entry of default. The Court shall address the merits of Symantec's motion for default judgment in a separate order.

IT IS SO ORDERED.

---

[1/] The Court notes that Jain is free to pursue his proposed cross-claim for indemnity in a separate action.

**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

SCANNED

Case No.    CV 04-3017 PA (Mcx)                    Date    March 28, 2005

Title    Symantec Corp. v. James Reno, et al.

Initials of Preparer _____

# California Business Portal

Secretary of State **DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of SEP 05, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EFRONT MEDIA, INC. | | |
| **Number:** C2234885 | **Date Filed:** 5/9/2000 | **Status:** forfeited |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 650 TOWN CENTER DRIVE 7TH FLOOR | | |
| COSTA MESA, CA 92626 | | |
| **Agent for Service of Process** | | |
| SAM JAIN | | |
| 650 TOWN CENTER DRIVE 12TH FLOOR | | |
| COSTA MESA, CA 92626 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**Page 45**         **Attachment Y**

55000059R

| Vendor ID | Company Name | Address 1 | Address 2 | City | State | ZIP | Country | URL | Last Name | First Name | Phone | Email | Creation Date | Total Charge | Total Impressions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85658 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | | | | | Oct 1 2004 8:21PM | $92,020.45 | 4480760 |
| 87011 | Globedat | 2800 western avenue | | seattle | WA | 98121 | USA | | Cohen | K | | marketing1@globedat.com | Jan 3 2005 10:29PM | $64,628.70 | 4009657 |
| 87056 | Globedat | 2800 western avenue | | seattle | WA | 98121 | USA | | | | | marketing1@globedat.com | Jan 6 2005 10:56PM | $401,276.59 | 70730071 |
| 87129 | Globedat | 2800 western avenue | | seattle | WA | 98121 | USA | | | | | marketing1@globedat.com | Jan 11 2005 10:31PM | $46,796.16 | 5624283 |
| 87712 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | http://www.winantivirus.com | R | | | marketing1@globedat.com | Mar 2 2005 2:01PM | $163,316.59 | 33159485 |
| 88553 | Globedat | 1516 Running Oak Lane | Royal Palm Beach | FL | 33411 | USA | air.amizvezi.com | | M | | 561-289-8599 | marketing1@globedat.com | Dec 3 2004 6:17PM | $2,000.49 | 135092 |
| 88639 | Globedat | 2800 western avenue | | Seattle | WA | 98121 | USA | | | | | marketing1@globedat.com | Apr 13 2005 9:22PM | $9,656.59 | 1641151 |
| 88726 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | | | | marketing1@globedat.com | Apr 27 2005 8:07AM | $1,250.13 | 217405 |
| 88923 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | | | | marketing1@globedat.com | Apr 27 2005 12:37PM | $702,181.60 | 121831808 |
| 88923 | Jobsidat | 22 Carnegie Cres | | Thornhill | ON | 0BN51 | USA | http://www.winantiviruspro.com/?aid=imgwiwp1 | DeLuca | K | 208 730 2605 | marketing1@globedat.com | Jul 7 2005 1:44AM | $129.22 | 14573 |
| 90012 | Winther | 2800 western avenue | | seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 15 2005 12:58PM | $394,571.72 | 72311006 |
| 90390 | Globedat | 2800 western avenue | | seattle | WA | 98121 | USA | http://www.winantivirus.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 29 2005 2:01PM | $467.08 | 130013 |
| 90448 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Aug 3 2005 3:00PM | $317,707.39 | 878165962 |
| 90729 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Aug 24 2005 4:12PM | $9,000.21 | 1764747 |
| 90979 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Sep 15 2005 1:16PM | $210.84 | 60239 |
| 90980 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Sep 15 2005 1:25PM | $208.00 | 59429 |
| 90981 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Sep 15 2005 1:30PM | $200.92 | 3697 |
| 90982 | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Sep 15 2005 1:38PM | $200.95 | 30823 |
| 50014D | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 16 2004 5:00PM | $244,949.52 | 48724955 |
| 51114D | Globedat | 2800 Western Avenue | NULL | Seattle | WA | 98121 | USA | NULL | Ross | Kristy | 2067302606 | marketing1@globedat.com | Oct 6 2005 2:27PM | $2,250.53 | 32080 |
| 51562D | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jan 30 2005 9:34AM | $500.60 | 7365 |
| 53200D | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Apr 10 2005 4:29PM | $513.91 | 138894 |
| 53397D | Dhivcleaner | 2800 Western Ave | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | May 10 2005 6:33AM | $7,242.35 | 1359005 |
| 54433D | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | May 25 2005 12:02PM | $229.19 | 43836 |
| 55472D | Globedat | 2800 Western Avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | May 29 2005 10:27AM | $28,970.54 | 5794394 |
| 55499D | Freerpair | 2800 western avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 13 2005 12:55PM | $4,256.86 | 851393 |
| 55499D | Antivirus | 2800 western avenue | | Seattle | WA | 98121 | USA | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Oct 6 2005 1:16PM | $1,768.63 | 355744 |
| 55419D | Globedat | PO Box 54838 | | Manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 13 2005 1:31PM | $2,396.39 | 458768 |
| 55619D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 13 2005 1:46PM | $3,236.92 | 647414 |
| 55630D | Globedat | po box 54838 | | Manama | | 54838 | D | | M | | 2067302606 | marketing1@globedat.com | Jun 12 2006 2:19PM | $568,765.13 | 139097441 |
| 55632D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 13 2006 1:11PM | $36.14 | 140601 |
| 55633D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 12 2006 4:34PM | $2,109.02 | 1408015 |
| 55634D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 12 2006 4:37PM | $9,211.40 | 4905701 |
| 55635D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jun 12 2006 4:40PM | $3,147.47 | 899276 |
| 55636D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 12 2006 4:45PM | $2,460.24 | 690748 |
| 55660D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 13 2006 4:47PM | $46,173.90 | 20086407 |
| 55662D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 12 2006 4:52PM | $61,699.70 | 35960356 |
| 55695D | Globedat | po box 54838 | | manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Jul 13 2006 4:53PM | $4,621.76 | 1155518 |
| 55755D | FreePCSecure | PO Box 54838 | | Manama | OT | 54838 | D | | M | | 2067302606 | marketing1@globedat.com | Oct 2 2006 7:52AM | $73.93 | 15367 |

MGC00056

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 558332 Globedat | po box 54838 | Manama | OT | 54838 | BHR | fr.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:31PM | $304.70 | 30470 |
| 558333 Globedat | po box 54838 | Manama | OT | 54838 | BHR | se.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:33PM | $380.55 | 38055 |
| 558334 Globedat | po box 54838 | Manama | OT | 54838 | BHR | nl.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:34PM | $300.89 | 30089 |
| 558335 Globedat | po box 54838 | Manama | OT | 54838 | BHR | de.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:35PM | $306.35 | 30635 |
| 558336 Globedat | po box 54838 | Manama | OT | 54838 | BHR | dk.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:37PM | $247.59 | 24759 |
| 558337 Globedat | po box 54838 | Manama | OT | 54838 | BHR | es.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:38PM | $406.23 | 40623 |
| 558338 Globedat | po box 54838 | Manama | OT | 54838 | BHR | no.drivecleaner.com | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:40PM | $184.12 | 18412 |
| 558339 Globedat | po box 54838 | Manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:41PM | $501.05 | 238596 |
| 558340 Globedat | po box 54838 | Manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:43PM | $367.02 | 86500 |
| 558342 Globedat | po box 54838 | Manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:44PM | $1,283.58 | 256716 |
| 558343 Globedat | po box 54838 | Manama | OT | 54838 | BHR | | Ross | Kristy | 2067302606 | marketing1@globedat.com | Nov 17 2006 2:45PM | $523.24 | 149497 |
| 558386 PCTurboPro | PO Box 54838 | Manama | OT | 54838 | BHR | | D | M | 2067302606 | marketing1@globedat.com | Nov 22 2006 4:06PM | $1,829.72 | 364444 |

Attachment Z

558386

Welcome M
Edit Profile | Log Out

Manage Account

Account Summary

> Account Funding

Deposits

Refunds

Spending Cap

Traffic Sources

Country Settings

Competitor Block

Display URL

Account Status

Cancel Account

Monthly Summary

**Advertiser Service**

If you have any questions or
need assistance setting up
your account, please contact
Advertiser Services.

> Phone: 602-265-5242
> Email Us
> Live Chat

**Helpful Links**

FAQs
Terms & Conditions
ROI Reporting

## Account Funding

Account Information for 558386

Your Account is Currently Inactive, with a balance of -($4.72)

Once your account has been funded and activated, you will begin receiving traffic to your listings within one hour. New accounts must wait for account review before being activated by client services within 1 to 2 business days.

You are currently on the PrePayment plan.

### 1) Payment Option

**Please select your payment option that best suits your business:**

• Directed Traffic will be automatically deducted from your deposit.
• You have complete control over how much you want to spend.

○ Non-stop plan Keep your account up and running without interruption. Your account will be automatically replenished by this amount when your balance is low with an amount you predetermine.

Charge | $50.00 | each time my account runs out.

Do not exceed $ | Please Select ▼ | per month.

○ Pre-payment Just looking to get your account back up and running? Simply select the amount you want to spend. When your account is depleted, your keyword listings, instant responses and access to the guest requests will be taken offline until you add money to your account. We will notify you when your account gets low.

Charge:* | Select ▼ |

*You must select a specific dollar value to charge when funding your account. If you are only modifying your email alert status below, you do not need to select a dollar value from the "Charge" pull-down box.

Send Email Alert When Balance Goes Below | No Alert ▼ |

Please Press Submit For Changes To Take Effect.

## Credit Card Information

* All Credit Card Charges Will Appear On Your Statement As AdOn Network Account - myGeek.

Account Information for 558386

○ Use Existing Credit Card Information
Name on Card          Daniel Sundin
Card Type             VISA
Card Number           xxxx-xxxx-xxxx-1225

○ Or Enter a New Card

Please be aware that changes to your account can take up to 24 hours to become effective.
Credit Card authorization may take a couple of minutes. Please click only once.

| Submit |

MGC01204

Attachment Z          **Page 48**

**From:**        Kristy Ross
**Sent:**        Monday, June 26, 2006 03:14 PM
**To:**          Ryan Maloney
**CC:**          'Geoff Gieron'
**Subject:**     Re: checking in


Ryan,

Sure - here are some of the clients we have in our budget:

Ipodpremium.com
Noadware.net
Errorprotector.com
Systemdoctor.com
Kpremium.com
Errorsafe.com
Getfreecar.com
Winantivirus.com
Drivecleaner.com

Thanks,
Kristy


On 6/26/06 5:39 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:


Is it possible to get a sampling of urls that you are looking a potentially running on our network?
This will help us put together something in the way of a package-type proposal.


**MGC00636**

Attachment AA

| From: | Kristy |
|---|---|
| Sent: | Thursday, January 11, 2007 09:45 PM |
| To: | Ryan Maloney |
| CC: | 'Paul Stephensen'; 'Geoff Gieron' |
| Subject: | Re: Wire payment sent out |

Ryan,

Yes the wire is coming from the bank I mentioned (15k).  It should be there
Friday morning at the latest, usually it only takes a day or two.

Yes I suppose we should put $3k additional to cognac5.

Also I will send another $15k as I mentioned tomorrow, but I believe it will
not go out until Monday.

Thanks,
Kristy


On 1/11/07 8:01 PM, "Ryan Maloney" <ryan@adonnetwork.com> wrote:

> Hi Kristy -
>
> Thank you for the wire information (assuming that's how the $15K is
> arriving?).
>
> We funded cognac4 first thing this morning, so it's up and active again.  Of
> the $3K I transferred to cognac5, $1K remains - should I transfer another
> $3K?
>
> You know - you can also pre-pay via Paypal.
> Simply e-mail:  ebattle@mygeek.com
>
> Let me know on the transfer to cognac5,
>
> Ryan Maloney
> 602-797-8443 - phone
> ryan@adonnetwork.com
>
>
> -----Original Message-----
> From: Kristy [mailto:kristy@globedat.com]
> Sent: Thursday, January 11, 2007 12:41 PM
> To: Ryan Maloney
> Subject: Wire payment sent out
>
> Ryan,
>
> I sent a payment out today for $15,000.00  Here are the details:
>
> Innovative Marketing, inc.
> bank: skandinaviska enskilda banken
>
> It should arrive tomorrow at the latest I would hope.  Are we able to get
> any further credit into the account for now?  The main account cognac4 is
> offline. I will try to get another wire out tomorrow, but it may not go out
> til Monday.
>
> Thanks,
> Kristy
>

MGC01169

**From:** Kristy Ross
**Sent:** Friday, September 30, 2005 07:20 PM
**To:** Geoff Gieron
**Subject:** Re: Winfixer issue

Geoff,

Thanks for the email. We seem to have had this issue a few times lately with various locations. Sometimes it seems the ISP caches an ad from another source and it displays it for a day or two before the DNS refreshes. We had this problem with some international locations as well. Do you have any information as to where this may be happening (city or state wise, or in some country)? I think it may be related to some of the session IDs the programmers use. I will try to get the team to research it ASAP. I am in France right now and it is working fine here. I understand their reason to temporarily suspend it of course. I'll work on possibly getting another page to work in the meantime with them. Unfortunately I'm not sure if I'll be abe to get a resolution until Monday, they are often difficult to contact over the weekend.

Thanks
Kristy


----- Original Message -----

From: Geoff Gieron
To: 'Kristy Ross'
Cc: robert@mygeek.com
Sent: Friday, September 30, 2005 11:43 PM
Subject: Winfixer issue

Kristy,


Good afternoon! We are seeing something odd with winfixer ads and was hoping you could help so we can get the traffic volume back up. One of our distribution points brought to our attention that we are seeing your links spawn the prompts to download and ext pop to get the user to download...however inside our office we see the ad correctly for this link.


I sent the link to several people outside our offices who are seeing it with the several prompts as the distribution partner mentioned.


Can you let me know what is potentially going on here and how we can get the download to be consistent to only be downloaded from the second page? The partner has no problem with winfixer ads, just has issue with the method of delivery and user complaints on his end. He has blocked winfixer until this is resolved - which is why the volume suddenly dropped. Any help would be great!


Here is the link we used and screenshots.


http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1lid=comp=3ax=0


When I clicked this one, it took me to my browser window, and then this popped up (see attachment 'Link 1').

MGC00292

Attachment BB

When I clicked 'cancel', it took me to this site (see attachment 'Link 1 Cancel').

Geoff Gieron

Director, Advertiser Management Services

myGeek.com

AdOn Network

602-265-5242

602-297-4219 (fax)

geoff@mygeek.com


!DSPAM:433db18e322901209442312!

MGC00293

**From:**         Kristy Ross
**Sent:**         Friday, June 02, 2006 02:31 PM
**To:**           Geoff Gieron
**CC:**           robert@mygeek.com
**Subject:**      Re: Error Protector and Drive Cleaner issue - need your help please :)
**Attachments:**  image.jpg


Geoff,

I don' think anything was done at all to the accounts, I wasn't notified about anything.  I've never
even seen a popup that looks like that in any stuff I have done.  Will check into it.  It is the same
thing on both?  Would be a bit weird?

Thanks,
Kristy


On 6/3/06 2:10 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:


Kristy,

We just started getting calls this afternoon on your two accounts 554472 (errorprotector) and 553971
(drivecleaner) for loading the error message below and attempting install on the user's pc. It seems to
have just started this afternoon.  Is there any way to get this to go back to how it was being
displayed before. I am seeing it normal on my end, but had a friend test it and he got the message
below. Let me know so I can get the partner that called turned back on for your accounts.

Thank you :-)

Geoff

MGC00621

From:          Mike Romoff
Sent:          Friday, June 02, 2006 12:42 PM
To:            Robert McDaniel
Subject:       FW: Preliminary Creatives with Active X

Hey Robert -

Have been getting lots of complaints about activex registry ads coming through. Can you check if these are coming from you?

Have had to shut down a lot of volume while we get them removed.

Thanks,

Mike

We are getting Active-X from these pops. The following creatives tried to initiate program installs:

All of which loaded the following web pages:

http://www.errorprotector.com/free/soft2.php?aft=mger1_in2_exitlft=search

http://drivecleaner.com/.freeware/download2.php?ad=1cdm_us_en_exitlink=internetaff=

Which then initiates the following download:

http://bin.errorprotector.com/Install-Errorprotector-Free.exe

http://files.drivecleaner.com/installdrivecleanerstart.exe

Also, this one prompted a Trojan Download:

MGC01605

Attachment BB

**Page 54**

**From:**        Mike Stocker
**Sent:**        Wednesday, August 31, 2005 05:32 PM
**To:**        Chad Little
**CC:**        Robert McDaniel
**Subject:**        RE: partner id URL

Chad-

Thanks for the response- I just went to the test link and got the winfixer ad again, and that thing is an aggressive and bad ad- I do not wan't that campaign running on our users at this point- the ads are too aggressive.

Can you block this advertiser?

Thanks,

Mike Stocker

Netblue

---

From: Chad Little [mailto:little@mygeek.com]
Sent: Wednesday, August 31, 2005 5:24 PM
To: Mike Stocker
Cc: Robert McDaniel
Subject: Re: partner id URL
Importance: High

Mike

Robert is gone for the day -- winfixer is a RON advertiser. Robert can provide some input in the morning to check the feed and make sure keywords are working properly.

I'll also follow-up with him now and ask him to look at it if possible to look at it tonight.

best

chad

----- Original Message -----

From: Mike Stocker

To: Chad Little

Cc: Robert McDaniel

**MGC01326**

Attachment CC

**Page 55**

Sent: Wednesday, August 31, 2005 5:18 PM

Subject: RE: partner id URL


Guys-


My tech team is telling me they are only seeing winfixer ads- is that true or something that we have set up wrong on our end? Are they buying a lot? Blanket buy?


Thanks,


Mike Stocker

Netblue


————


From: Chad Little [mailto:little@mygeek.com]
Sent: Wednesday, August 31, 2005 3:06 PM
To: Mike Stocker; Robert McDaniel
Subject: Re: partner id URL


Mike


i laughed outloud! --- great news (we hope)


Robert -- please pay close attention to the feeds so we follow-up on tomorrow.


best


chad


----- Original Message -----

From: Mike Stocker

To: Robert McDaniel

Cc: Chad Little

Sent: Wednesday, August 31, 2005 2:21 PM


Attachment CC

**MGC01327**

**Page 56**

Subject: RE: partner id URL


Robert/Chad-


I'm told by my engineers that you should begin seeing some impressions as early as tomorrow. Whether this will happen or not, I'm not sure, but I will cross my fingers.


·Thanks for your patience!


Mike Stocker

Netblue


———

From: Robert McDaniel [mailto:robert@mygeek.com]
Sent: Wednesday, August 31, 2005 2:18 PM
To: Mike Stocker
Subject: RE: partner id URL


Mike,


Just touching base to see where things stand with the feed implementation.  Do you have a launch eta yet?


Thanks,


Robert

-----Original Message-----
From: Mike Stocker [mailto:mstocker@netblue.com]
Sent: Friday, August 19, 2005 10:03 AM
To: Robert McDaniel
Subject: RE: partner id URL

Robert-


You are lightning fast! Thanks!


Mike


———

**MGC01328**

Attachment CC

**Page 57**

From: Robert McDaniel [mailto:robert@mygeek.com]
Sent: Friday, August 19, 2005 9:56 AM
To: Mike Stocker
Cc: Chad Little; Robert McDaniel
Subject: RE: partner id URL


Mike,


If you want to display the result directly (i.e. not receive back an XML result), use a URL in the
following form:


http://url.cpvfeed.com/cpv.jsp?p=110276url=http://www.orbitz.com&context=[Page Title Text here]


That has your partner ID 110276 in it.  Just replace the URL with the URL the client is viewing and put
the page's title text in the context parameter (if available).


Let me know if you have any questions.


Thanks,


Robert


----- Original Message -----

From: Mike Stocker

To: Chad Little

Sent: Friday, August 19, 2005 9:26 AM

Subject: partner id URL


Chad-


Can you send me the link that we would need from you guys to pop a landing page- with our correct
partner id in it?


Thanks,


Mike Stocker

Senior Manager, Business Development


**MGC01329**


Attachment CC

**Page 58**

Netblue, Inc.

650-810-1352 -office

650-380-2945 -cell

650-810-1300 -fax

The information in this e-mail message may be privileged, confidential, and protected from disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly
prohibited.  If you think that you have received this e-mail message in error, please e-mail the sender
and delete all copies.  Thank you.

**MGC01330**

Attachment CC

**Page 59**

| From: | Robert McDaniel |
|---|---|
| Sent: | Wednesday, August 31, 2005 07:52 PM |
| To: | Mike Stocker; Chad Little |
| CC: | Robert McDaniel |
| Subject: | RE: partner id URL |

Mike,

I took a look at the feed and did see some other ads in the rotations - T mobile, registry cleaner, and passion were a few.

By the 'test link' are you meaning the one in the spec or the one down farther in this email string?  I know the URL with the orbitz URL in it is returning the winfixer ad every time - indicating that we don't have any other coverage for that right now.

As Chad mentioned, Winfixer is doing a couple different buys in our network.  One is targeted on a wide range of keywords, and the other is for RON.  Therefore, they can end up being displayed a lot depending on the keywords found and our current coverage.  Late in the day will see more as well due to daily caps.

We can block that advertiser from your feed.  I'll ask our Advertiser Services group to do that in the morning.  What we've done for one other traffic partner was to cap a certain amount of winfixer ads in their traffic per day (e.g. we started out around $400 per day cap and are inching it up to find a good level at which to run it in that traffic).  That could reduce the frequency/aggressive nature of it, if that would address your concerns.  Let me know if you'd like to consider doing that.

I'll confirm with you in the morning when it's been turned off.

Thanks,

Robert


-----Original Message-----
From: Mike Stocker [mailto:mstocker@netblue.com]
Sent: Wednesday, August 31, 2005 5:32 PM
To: Chad Little
Cc: Robert McDaniel
Subject: RE: partner id URL


Chad-


Thanks for the response- I just went to the test link and got the winfixer ad again, and that thing is an aggressive and bad ad- I do not wan't that campaign running on our users at this point- the ads are too aggressive.


Can you block this advertiser?


Thanks,

Mike Stocker

Netblue

MGC01331

Attachment CC

**Page 60**

| | |
|---|---|
| **From:** | Kristy Ross |
| **Sent:** | Friday, September 01, 2006 03:49 PM |
| **To:** | Geoff Gieron; Ryan Maloney |
| **CC:** | geoff@mygeek.com |
| **Subject:** | Re: quick question |
| **Attachments:** | image.gif |

Geoff,

Also something to consider is that many sources who don't want to run antivirus, etc is because they are Spyware/Adware companies.  We are 100% able to keep their product OUT of the database if they are willing to run the advertisements.  You might also consider presenting that.. I can do it with all the software sources we run.

-Kristy

On 9/1/06 5:41 PM, "Geoff Gieron" <geoff@adonnetwork.com> wrote:


Kristy,

We do believe that this is the case and we are going to get you back into the source we closed down first thing next week once the traffic source parses out the sources that were ok with those ads and places the ones that do not want spyware removal, registry cleaner, anti-virus ads running on their traffic.

Thank you for being so responsive and know that Ryan and I are big advocates of yours in any situation like this.


Geoff Gieron
AdOn Network



──────

From: Kristy Ross [mailto:kristy@globedat.com]
Sent: Friday, September 01, 2006 12:17 PM
To: Ryan Maloney
Cc: geoff@mygeek.com
Subject: Re: quick question

I think there are a few other partners who are running ads via Mygeek (and of course we advertise directly with a lot of people who are on Mygeek as well).  It could always be a problem with those as well.

-kristy

On 9/1/06 1:56 PM, "Ryan Maloney" <ryan@adonnetwork.com> wrote:
Hi Kristy -

We just saw similar ads and some of the traffic partners were complaining so we just wanted to make sure that the ads we originally loaded remained without any changes.  No worries.

When you have the new links ready, just send them over and I'll get them loaded into the feed.

Thanks!


Ryan Maloney

**From:** Kristy
**Sent:** Thursday, March 29, 2007 03:28 PM
**To:** Ryan Maloney
**CC:** 'Geoff Gieron'
**Subject:** Re: New account setup
**Importance:** High


Interesting and unfortunate as I know we alone have spent well over a
million dollars with your company. Will your company be doing any
transitioning of deals to networks that do wish to continue the
relationships with software? You are the only the second company ever we
have encountered (we have some 500 advertising deals) that has terminated
software entirely. The other being Bestoffers. Might be of interest to
some of your other publishers to continue such relationships.. Let me know
if you guys have any ideas on transitioning the deals directly to them.

Thanks,
Kristy


On 3/29/07 6:19 PM, "Ryan Maloney" <ryan@adonnetwork.com> wrote:

> Hi Kristy -
>
> Unfortunately, I have some news to share that will undoubtedly affect the
> great relationship Globedat and myGeek/AdOn have benefited from for the last
> few years.
>
> The official word has come down from management that we will no longer be
> running ads from any advertiser that sell products in the area of spyware,
> antivirus, registry cleaner, system doctor, evidence eraser, and the like.
>
> It was a difficult decision, but it was made to support the health and
> growth of our network. We've had too many incidents where the relationships
> with our traffic partners have been threatened and we just can't afford the
> risk any longer.
>
> Let me be clear and state that we will of course run any other products you
> have to offer.
>
> We will continue to run the campaigns in all of your active accounts as is,
> until April 17. I will also make sure that they stay funded through that
> date. After that date, the accounts will be shut off. Further, starting
> immediately, I can't approve any new campaigns that offer the aforementioned
> products. So, with respect to your request below, I won't be able to carry
> out that request. However, as you pointed out in your other e-mails today,
> you are correct in guessing that we started seeing international traffic on
> the CPC side. As such, I will go ahead and fund those accounts. I'll reply
> to that e-mail when I've completed the fund transfers.
>
> Please let Geoff and I know if you have any questions.
>
> Regards,
>
> Ryan Maloney
> 602-797-8443 - phone
> ryan@adonnetwork.com
>
> -----Original Message-----
> From: Kristy [mailto:kristy@globedat.com]
> Sent: Thursday, March 29, 2007 8:51 AM
> To: Ryan Maloney
> Subject: New account setup
>
> An additional new account I would like to set up:

```
>
> link: http://gn.web-fastserve.com/ad/ck/7484-47282-7784-0
>
> Please add it to an account with the following keywords:
>
> erase
> clear
> Junk
> Clean
>
> For right now it should be US only and the account should be Deactivated (so
> we can turn it on when we are ready to try the new software).
>
> Please move $500 from main cognac4 account
>
>
> Thanks,
> Kristy
>
>
```

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **no_name_inc** |
| Properties Used: | **Briefcase** |
| | **Mail** |
| Yahoo Mail Name: | **no_name_inc@yahoo.com** |
| (Alternate) Email Address: | |
| Registration IP address: | **212.82.213.58** |
| Account Created (reg): | **Tue Mar 06 12:12:25 2007 GMT** |
| Other Identities: | **no_name_inc (Yahoo! Mail)** |
| Full Name | **Mr NoName Inc. NoName Inc.** |
| Address1: | |
| Address2: | |
| City: | **Cincinnati** |
| State, territory or province: | **OH** |
| Country: | **United States** |
| Zip/Postal Code: | **45211-2619** |
| Phone: | |
| Time Zone: | **et** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

Attachment FF

AMT - no_name_inc

## Yahoo! Login Tracker

Expand Batch Viewer

### Search Results

| Login | IP Address | Day | Date | Time | Timezone |
|-------|-----------|-----|------|------|----------|
| no_name_inc | 194.140.237.200 | Sat | 2007-12-22 | 10:36:27 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Sun | 2007-12-23 | 21:19:23 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2007-12-24 | 09:28:54 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2007-12-24 | 10:04:13 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2007-12-24 | 12:36:48 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2007-12-24 | 15:07:21 | GMT (GMT+0000) |
| no_name_inc | 82.207.63.236 | Mon | 2007-12-24 | 22:27:56 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Tue | 2007-12-25 | 11:07:05 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Tue | 2007-12-25 | 12:35:17 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Tue | 2007-12-25 | 18:05:11 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2007-12-26 | 12:27:20 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2007-12-26 | 18:55:09 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Thu | 2007-12-27 | 08:53:31 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Thu | 2007-12-27 | 12:27:48 | GMT (GMT+0000) |
| no_name_inc | 82.207.61.114 | Sun | 2007-12-30 | 12:48:02 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2008-01-02 | 09:59:23 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Thu | 2008-01-03 | 16:26:52 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Fri | 2008-01-04 | 16:59:17 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2008-01-09 | 09:58:37 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2008-01-09 | 18:35:11 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Tue | 2008-01-15 | 14:11:10 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2008-01-21 | 16:48:23 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2008-01-23 | 14:34:23 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Fri | 2008-01-25 | 10:46:22 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Wed | 2008-01-30 | 12:12:18 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Thu | 2008-01-31 | 09:13:39 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Thu | 2008-01-31 | 17:02:58 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Fri | 2008-02-01 | 11:32:31 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Fri | 2008-02-01 | 18:51:35 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2008-02-04 | 13:47:15 | GMT (GMT+0000) |
| no_name_inc | 194.140.237.200 | Mon | 2008-02-04 | 21:55:53 | GMT (GMT+0000) |

31 results found.

Attachment FF



**IP Information for 194.140.237.200**

| | |
|---|---|
| **IP Location:** | Ukraine Kiev 04073 Ukraine Kyiv |
| **Resolve Host:** | office-nat.imu.kiev.ua |
| **IP Address:** | 194.140.237.200 W R P D T |
| **Blacklist Status:** | Clear |

**Whois Record**

```
inetnum:        194.140.237.0 - 194.140.237.255
netname:        IMU-NET
descr:          04073, Ukraine, Kyiv
descr:          160 Frunze st.
country:        UA
org:            ORG-IMU1-RIPE
admin-c:        IMU-RIPE
tech-c:         IMU-RIPE
status:         ASSIGNED PI
mnt-by:         RIPE-NCC-HM-PI-MNT
mnt-by:         IMU-MNT
mnt-lower:      RIPE-NCC-HM-PI-MNT
mnt-routes:     IMU-MNT
mnt-domains:    IMU-MNT
source:         RIPE # Filtered

organisation:   ORG-IMU1-RIPE
org-name:       Innovative Marketing Ukraine
org-type:       OTHER
address:        04136, Ukraine, Kyiv
address:        Severo-Syretskaya st, 160
e-mail:         no...@innovativemarketing...om.ua
mnt-ref:        IMU-MNT
mnt-by:         IMU-MNT
source:         RIPE # Filtered

role:           Innovative Marketing Ukraine NOC
address:        04136, Ukraine, Kyiv
address:        Severo-Syretskaya st, 3
e-mail:         no...@innovativemarketing...om.ua
admin-c:        OLAR-RIPE
tech-c:         OLAR-RIPE
nic-hdl:        IMU-RIPE
mnt-by:         IMU-MNT
source:         RIPE # Filtered

route:          194.140.237.0/24
descr:          Innovative Marketing Ukraine
origin:         AS41146
mnt-by:         IMU-MNT
source:         RIPE # Filtered
```

Attachment FF

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **mydomains0** |
| Properties Used: | **Mail** |
| Yahoo Mail Name: | **mydomains0@yahoo.com** |
| (Alternate) Email Address: | **james@setupahost.net** |
| Registration IP address: | **61.11.80.15** |
| Account Created (reg): | **Mon Nov 01 05:14:29 2004 GMT** |
| Other Identities: | **mydomains0 (Yahoo! Mail)** |
| Full Name | **Mr master hostmaster** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **India** |
| Zip/Postal Code: | **620026** |
| Phone: | |
| Time Zone: | **+5.5** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **in** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

Attachment GG



Attachment HH

# ⚠ Your Privacy is Exposed!

You should clean all compromising evidence to protect your privacy

## Compromising files found at your PC



typical system scan

## Clean all compromising evidence

Scan your system now and find out what trash files your PC is storing

SCANNING: Done

PROGRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

COMPROMISING & INTERNET TRACK FILES FOUND: 316

## Scan your system now

To hide your privacy and remove all explicit content press **DOWNLOAD NOW.**

▶ ▶ **DOWNLOAD** ◀

Copyright © 2007 AdvancedCleaner Inc. – All Rights Reserved. – Terms and Conditions – License Information – Privacy Policy

12:08:38 PM 3/11/2008

# FREE ONLINE **EXPLICIT CONTENT SCANNER**

**Your IP Address:** REDACTED
**Your Computer OS:** win xp
**You are located in: Unitedstates**
**Search locations:**

**Scanning for Adult content...**

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Scanning item:** Done     typical scanning for adult content

| | | |
|---|---|---|
| Items processed: | 18,942 | Time elapsed: | 00:00:38 |
| Objects found: | 259 | Time remaining: | 00:00:00 |

| ☑ Cookies | 452 Found | ☑ Shortcuts | 501 Found |
|---|---|---|---|
| ☑ History | 124 Found | ☑ Temporary Files | 366 Found |
| ☑ Registry | 352 Found | ☑ Downloads | 389 Found |
| ☑ Bookmarks | 125 Found | ☑ Emails | 125 Found |

## FILES FOUND PREVIEW
AdvancedCleaner found 156 pornographic files in your system

    

20030319-17_p280...  5mn0701_big(1).mpg  5mn0701_big(1).mpg  eeis_02_img0719.jpg  FM%20with%cums...

    

**PORNOGRAPHY IS FOUND IN YOUR PC**
PROTECT YOUR PRIVACY FROM BEING EXPOSED

**HIDE MY PRIVACY!**

2007 AdvancedCleaner – All rights reserved

**Page 70**

12:09:06 PM 3/11/2008

# WARNING!! SYSTEM HAS DETECTED EXPLICIT MATERIAL IN YOUR PC
## ADULT SITES HAVE STORED FILES ON YOUR PC

**Your IP Address**   REDACTED
**Your Computer OS:**   win xp
**You are located in:** UnitedStates
**Search locations:**

Items processed:    28.992
Objects found:      988

## Scanning for adult content...

typical scanning for adult content

**Scanning item:** Done

☑ Cookies    154 Found      ☑ Downloads   499 Found
☑ History    365 Found      ☑ Emails      542 Found

1010110101001101
1010110101001010
1101010010010101
10101101010010110101
1010101010010101
0101010101010110101
1010110101001101101
1010110101001001110
1010010110101
0100101010101010011

0000101
0011101
0000001
0010101
0010101
1110101
0010101
0010101
0010101
1110101

&*/pomo_anime.Jpeg/*8*(&!*/ ($ gaypom.bmp!8$%%
*(+%(/ gay.gif*/8/(*&&#%/8$$www.fuckfest.com#'s
$*4/www.lesbianpom.com$%#!8%/pom).jpgs#
!*/#%8/http://www.fuckface.com-&/!$&_&%/#$***/
*/;**suckingcock.jpg&#*&&%$/maturespom.gif
$%%#*#%6&www.analdestroyer.com/(~#/#%&*$%/
largedick.jpg&*%4!$%#~Clesbian.gif&*%#!#!$$****
http://www.dickparadise.com/~#C%%&,+*/~#
**!&#$!*/0%0%/bitchsex.com%%$&##%0*,**,\('*$%&F>cl
/&!*$%/'$**#+#/#%6$%%gaylandmovies.com*3#%&

All adult sites can and do store information about you. These sites can pop-up on your PC
without warning. A lot of these sites are illegal. Keep your Internet activity personal and private.

## PORNOGRAPHY IS FOUND IN YOUR PC
## PROTECT YOUR PRIVACY

**HIDE MY PRIVACY!**

2007 AdvancedCleaner - All rights reserevd

Attachment II

12:09:46 PM 3/11/2008

# Warning!!! System has traced evidence at your PC

● Adult sites stored explicit materials without your permission

● System is preventing exposure of your privacy now

**Your IP Address:** REDACTED
**Your Computer OS:** win xp
**You are located in:** Unitedstates

## System console adult tracking

| | | |
|---|---|---|
| 10101101010010101 | 0000101 | &*porno_anime.Jpeg*&*(&!") ($gayporn.bmp!&$% |
| 101011010100101010 | 0011101 | *(**&(*gay.gif(*&(*&&!%·&$$www.fuckfest.com!"$ |
| 11010100101010101 | 0000001 | $**#www.lesbianporn.com&%#&%porn.jpg$# |
| 101011010100100110101 | 0010101 | \|*/#%&http://www.fuckface.com~&#$& &%##$!**/ |
| 101011010100101011 | 0010101 | */**'suckingcock.jpg&#*&&%$#maturesporn.gif |
| 0100101001010100101 | 1110101 | $%#%o&www.analdestroyer.com((~##%&·$%" |
| 101011010100100110101 | 0010101 | largedick.jpg&%!$%#~Clesbian.gif&%###$$**** |
| 1010110101001001110 | 0010101 | http://www.dickparadise.com/~#C%&..**/"# |
| 10100100110101 | 0010101 | **&#$!"·$%%bitchsex.com%$&#%**.)()"·$%Fsd |
| 01001010101010101011 | 1110101 | /&!"·$%"·$"##~#%$%%gaylandmovies.com·3#%& |

**Time elapsed: 00:00:38**    **Time remaining: 00:00:00**    **Total time processed: 00:00:38**

44 pics found view more

☑ Cookies    566 Found    ☑ Shortcuts    135 Found
☑ History    238 Found    ☑ Temporary Files    168 Found
☑ Registry    487 Found    ☑ Downloads    469 Found
☑ Bookmarks    124 Found    ☑ Emails    489 Found



All adult sites save compromising information on your PC without notification. Most of these
materials are illegal in Ukraine and may entail penal responsibility.
Make your Internet activities safe and anonymous.



**HIDE MY PRIVACY NOW!**

2007 AdvancedCleaner - All rights reserved

12:10:29 PM 3/11/2008

# IT CAN HAPPEN TO ANYONE!

**Adult files can download themselves onto your PC completely without your knowledge. Once they have attached themselves to your PC, it is extremely difficult to erase them.**





## ADULT CONTENT CAN
## AND WILL APPEAR
## ON YOUR SCREEN...
## WITHOUT WARNING!

GIVE YOURSELF PEACE OF MIND AND TOTAL CONFIDENCE WHEN USING YOUR PC BY INSTALLING THE LATEST CLEAN-UP SOFTWARE...



DOWNLOAD NOW

12:11:48 PM 3/11/2008



Attachment II

12:12:41 PM 3/11/2008

**Privacy Alert!**

⚠ Illegal porn content found on your PC!

Threats observed:

| | Filename | Alert Level | Age |
|---|---|---|---|
| ⊗ | Adult Cookies | High | New |
| ⊗ | WinSpyware | High | New |
| ⊗ | Porn Pictures | High | New |
| ⊗ | Porn Videos | High | New |
| ⊗ | Internet History Tracks | Medium | New |
| ⊗ | Adult Cookies | High | New |
| ⊗ | WinSpyware | High | New |
| ⊗ | Porn Pictures | High | New |

Local Drive (C:)

■ - Illegal porn content on your PC

**Remove All**

xxx01.jpg

xxx02.jpg

12:13:08 PM 3/11/2008



**Privacy Alert!**

System Scan

**Illegal porn content found on your PC!**

## Warning!
## Your privacy is at risk!

AdvancedCleaner has detected Privacy Violations that can lead to important data leaks.

Features:
- **Thoroughly cleans** all your registries, removes compromising evidence.
- **Protects reputation** and privacy no matter what your Internet activities.
- **Detects and hides** adult materials, compromising content and cookies
- **Cleans** all history records and logs

Download a security software program to eliminate all compromising files and encrypt any files that you wish to keep private (Recommended).

Next >      Cancel

**Attachment II**



Attachment II

12:14:09 PM 3/11/2008

# URGENT PRIVACY PROTECTION WARNING!

## It is financially & personally extremely dangerous to go online without the protection of a professional privacy software.

**AdvancedCleaner** is a perfect solution that protects your system, regularly scans and hides all unwanted data and/or compromising contents on your PC. **AdvancedCleaner** prevent potential privacy breaches and violations.

## GET PROTECTED!

Attachment II



**PROTECT YOUR PRIVACY !**

# AdvancedCleaner

## All-in-one solution
**Comprehensive cleaning and protection
for your system that solves your security problems.**

**AdvancedCleaner** is a perfect solution that protects your system,
regularly scans and hides all unwanted data and/or compromising
contents on your PC.
**AdvancedCleaner** helps to prevent potential privacy
breaches and violations.

 

| HOME | OVERVIEW | DOWNLOAD | BUY ONLINE | FEATURES | AFFILIATES | C |

### Latest News

**15-February-07, AdvancedCleaner
Major Update**
Antivir announced new version of
SpywareRemoval, its third-generation
anti-spyware software, now featuring
Active Protection. The latest iteration of
the **AdvancedCleaner** series brings
this critical protection to the home
desktop user.
Active Protection has become a critical
component of leading anti-spyware
software as infections advance in
complexity. You can always download
the latest version of **Advanced-
Cleaner.**

### Latest Threats

- Trojan.Bakloma.A
- Win32.Gattman.A
- Trojan.Zapchas.F
- JS.Blackworm.A
- Trojan.Tibs.E
- Win32.Netsky.P@mm
- Trojan.Winsys

## 92% OF HOME PCS ARE INFECTED!
**With Spyware that can't be detected by your Antivirus**
No one is immune! Recent studies reveal 92% of computers with an Internet connection to
be infected! Commercial websites, "free" software and marketing companies are massively
distributing dangerous Spyware that put you at risk.

## Why choose AdvancedCleaner?

**AdvancedCleaner** starts functioning upon installation; it immediately detects compromis-
ing contents/cookies and removes them. This is the best solution to erase all evidence
stored in your PC. Its features enable you to work safely and without worrying about your
reputation. Also, you can schedule regular scans to clean your computer as often as
needed. AdvancedCleaner is easily customizable. Choose this software for the best
cleaning and protection.

## Features

— **Thoroughly cleans all** your registries, removes compromising evidence.

— **Protects your reputation** and privacy no matter what your Internet activities.

— **Detects and hides** adult material, compromising content and cookies

— **Cleans** all history records and logs

**Page 79**

**Attachment II**



Attachment II



Attachment II



Attachment II

12:20:25 PM 3/11/2008



100% – Typical adult and compromising files scan

**WARNING!**

**Privacy Alert! You are not safe!**

Download a privacy protection tool to eliminate all compromising files, adult materials, cookies and encrypt any files that you wish to keep private (Recommended).

OK

Attachment II



12:22:24 PM 3/11/2008

**Warning!**

**Adult and possible illegal content found on your PC**
Delete and permanently erase files

Scan process:
C:\WINDOWS\PeerNet

Scan process:
p2p.dll

Done: 96%

Cheked 505 from 520

It is financially & personally extremely dangerous
to go online without the protection
of a persisonal privacy software.

< Back   Next >   Ignore

12:21:57 PM 3/11/2008



Warning!

Adult and possible illegal content is found on your PC.
Delete and permanently erase files.

## Warning! Quick system style results

### Urgent Privacy Protection Warning!

Online Scanner detected programs that may compromise your privacy or damage your computer. Understanding alert levels.

| Name | Alert level | Age |
|---|---|---|
| Win Spyware | Medium | New |
| Adult cookies | Medium | New |
| Internet History Tracks | Medium | New |
| Internet History Tracks | Medium | New |

Remove All

Attachment II

# ⚠ Illegal porn content found on your PC!
Typical adult and compromising files scan

**Scan progress**

Scanning: Done

**Details**

Values analyzed: 964
Keys analyzed: 335
Method: Manual

**Scan Results**

Adult cookies: 152
Adult pictures: 96
Adult shortcuts: 8

**Commit Charge (K)**

Total: 383284
Limit: 1735832

Remove All



WINDOWS


Temp


Program Files

My Documents

Application Data

Documents and Settings



Attachment II



Attachment II

12:25:59 PM 3/11/2008

Local Disc (C:)

Local Disk (D:)

DVD-RAM (F:)

Shared Documents

**Warning! Privacy Scanner detected programs that you might not want to run.**

Scanning... ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Object:    kbdes.dll

## Threats observed

| Name | Alert level | Age |
|------|-------------|-----|
| Win Spyware | Medium | New |
| Adult cookies | Medium | New |
| Internet History Tracks | Medium | New |
| Porn Videos | Medium | New |
| Adult Pictures | High | New |
| Adult registry files | Medium | New |
| Win Spyware | Medium | New |
| Win Spyware | Medium | New |
| Porn Videos | Medium | New |
| Adult registry files | Medium | New |
| Porn Videos | High | New |

## Security Panel

⬆ Remove Porn Pictures
⬆ Remove Adult Cookies
⬆ Remove Internet History Tracks

**Attachment II**

**Page 88**



Attachment II

12:26:48 PM 3/11/2008



Review harmful or potentially unwanted content

**PRIVACY PROTECTION WARNING!**

WARNING! Quick System Scan Results

## Harmful and malicious software detected

Online Scanner detected programs that may compromise your privacy or damage your computer. Understanding alert levels.

| Name | Alert level | Age |
|------|-------------|-----|
| ⊗ Win Spyware | Medium | New |
| ⊗ Adult cookies | Medium | New |
| ⊗ Internet History Tracks | Medium | New |
| ⊗ Internet History Tracks | Medium | New |

Remove All

Status: scanning your computer

Adult cookies

278 item detected, 290 issue found

Advanced Cleaner starts functioning upon installation: it immediately detects compromising contents, cookies and removes them. This is the best solution to erase all evidence stored in your PC. It's feature, enable you to work safely and without worrying about your reputation.

Keep all your files safe with download Advanced Cleaner



Attachment II



# Internet Security Center

Recommended Software: **WinAntiVirus Pro2006**

## ⚠ WARNING: YOUR CURRENT ANTIVIRUS PROTECTION IS NOT EFFECTIVE!

**Your system is currently sending private information and documents to a remote computer.** One of these processes (Win32res.exe) has just sent us the following information:

- \Windows\System32
- \Program Files\Internet Explorer
- \My Documents
- Drive C:\ files

**Click here** to download official intrusion detection system (IDS software) and **SCAN FOR FREE!**

## ⚠ WARNING: YOUR PRIVATE INFORMATION IS EXPOSED

Your IP address:                                                REDACTED

Your Country:                               United States, REDACTED

Your Browser:               Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

Your Operation System:                                     Windows XP

System Security Status:                                     CAUTION

Time of investigation:            Friday 11th of May 2007 11:21:33 AM

## SUGGESTED SOLUTION

⬇ DOWNLOAD AND INSTALL one of the following Internet Security Center approved products:

### INCLUDES: 📋

Why install several different programs on your computer, when you can solve all your daily issues like viruses and popups with ONE single amazing solution?

**WinAntiVirus Pro 2006** combines the best tools to provide an extra powerful barrier against internet threats.

**WinAntiVirus**
Our Top Rated AntiVirus Solution. Cleans all known viruses and worms.

**WinFireWall**
One of our top sellers. It's really easy to use and at the same time very effective at keeping intruders at bay.

**WinAntiSpyware**
Developed as the most

(1 item remaining) Downloading picture http://www.ameena.com/securit/xworm13/images/fs.png...        Internet        100%

11-20-34 AM 5-11-2007 security Cen...

Internet Security Center - Windows Internet Explorer

http://www.smeena.com/securityworms/index.php?aqw=196sm=26hr=10

Snaglt

Internet Security Center

Live Search

Page ▾ Tools ▾

## Internet Security Center

**Recommended Software:** WinAntiVirus Pro 2007

### INCLUDES:

Why install several different programs on your computer, when you can solve all your daily issues like viruses and popups with ONE single amazing solution?

WinAntiVirus Pro 2007 combines the best tools to provide an extra powerful barrier against Internet threats.

■ **WinAntiVirus**
Our Top Rated AntiVirus Solution. Cleans all known viruses and worms.

**FREE SCAN**

■ **WinFireWall**
One of our top sellers. It's really easy to use and at the same time very effective at keeping intruders at bay.

**FREE SCAN**

■ **WinAntiSpyware**
Developed as the most efficient spyware cleaner with realtime protection.

**FREE SCAN**

■ **WinPopupGuard**
World's leading software

⚠ **WARNING: YOUR CURRENT ANTIVIRUS PROTECTION IS NOT EFFECTIVE!**

Your system is currently sending private information and documents to a remote computer. One of these processes (Win32res.exe) has just sent us the following information:
- \Windows\System32
- \Program Files\Internet Explorer
- \My Documents
- Drive C:\ files
Click here to download offical intrusion detection system (IDS software) and SCAN FOR FREE!

⚠ **WARNING: YOUR PRIVATE INFORMATION IS EXPOSED**                                    REDACTED

Your IP address:

Your Country:                                                United States, REDACTED

Your Browser:                     Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)

Your Operation System:                                                                  Windows XP

System Security Status:                                                                  CAUTION

Time of Investigation:                                        Friday 11th of May 2007 11:13:08 AM

### SUGGESTED SOLUTION

Download and install one of the following Internet Security Center approved products:

**WinAntiVirus Pro 2007**
- Over 40,000 viruses in the database
- Exclusive cleaning algorythm
- Eliminates Viruses and Trojans
- Manual / automatic update system
- Built-in Instant firewall detecting network threats and PC protection holes.
- FREE Expert Technical Support avaible 24/7

**WinAntiSpyware 2007**
- Daily updated threat databases
- Intelligent threat scanner
- Application advanced firewall
- IE security improvements
- Advanced system security features
- FREE Expert Technical Support avaible 24/7

Done                                                                               Internet                    100%

11 12:30 AM 5 11 2007 ecurity Cen...                                                                     11:12 AM

Attachment JJ



Attachment JJ



Attachment JJ



Security Update - Windows Internet Explorer

http://www.ameena.com/securityworm12/index.php?a=1&x=2&l=10

Security Update

## Protection Center
Help protect your PC

**Your system may be vulnerable to Serwab! We recommend you DOWNLOAD one of these security software programs to prevent further malware infections**

The dangerous Serwab computer virus activated February 2006 and has started destroying data on computers it has reached. The lethal virus, which has already infected over 1,000,000 computers in several countries, continues to spread rapidly over the Internet.

**Attention!** Security Center has detected potential security vulnerabilities on **your** PC that may send private information and documents to a remote computer. One of the processes (Win32res.exe) has just **sent** this information:

| | |
|---|---|
| IP address: | REDACTED |
| Browser: | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322;.NET CLR 2.0.50727) |
| Computer OS: | Windows XP |
| PC Information: | Obtained |
| PC Location: | United States, REDACTED |

**Latest Threats**
- W32.Popwin
- Trojan.Haradong.C
- W32.Stration.IZ@mm
- W32.Pitin.C
- W32.Odelud

Your current security software is not able to stop this **sensitive information** from being transmitted. To clean up your computer and prevent infections, you should download one of the following security software programs:

| Software name | link | free scan | usability | performance | advanced features | rating | daily update | quality |
|---|---|---|---|---|---|---|---|---|
| **WinAntiVirus PRO** 2006 | Download | yes | easy | 10/10 | yes | 10/10 | yes | 97% |
| **WinAntiSpyware** 2006 | Download | yes | very easy | 10/10 | no | 10/10 | yes | 95% |

Internet                100%

11 20 08 AM 5 11 2007 Update-Wi...

Attachment JJ



Attachment JJ



Attachment JJ



Attachment JJ



Attachment JJ



Attachment JJ



Security Center - Windows Internet Explorer

http://www.amaena.com/securityworm666/index.php?ax=1&ax=2&n=10

Snagit

Security Center

**WARNING: YOUR CURRENT ANTIVIRUS PROTECTION IS NOT EFFECTIVE!**

Your system is currently sending private information and documents to a remote computer. One of these processes
[Win32res.exe] has just sent us the following information
- \Windows\System32
- \Program Files\Internet Explorer
- \My Documents
- Drive C:\ files

**WINDOWS RECOMMENDED SOLUTION: SCAN YOUR SYSTEM FOR FREE! CLICK HERE**

**WARNING: YOUR PRIVATE INFORMATION IS EXPOSED**
Your IP address: REDACTED
Your Country: United States, REDACTED
Your Browser: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727)
Your Operation System: unknown
System Security Status: CAUTION
Time of investigation: Friday 11th of May 2007 11:25:27 AM

**WINDOWS RECOMMENDED SOLUTION: SCAN YOUR SYSTEM FOR FREE! CLICK HERE**

SUGGESTED SOLUTION
Download and install the following Internet Security Center approved products

WinAntiVirus Pro 2007 - FREE SCAN
I Over 40,000 viruses in the database

Internet                                          100%

11 24 43 AM  5-11-2007   enter - Win...                    11:24 AM

Attachment JJ



Attachment JJ



Attachment JJ

RPGnet Forums > RPGnet Appendix > Trouble Tickets > Just got redirected from Tangency...

PDA

## View Full Version : Just got redirected from Tangency...

**Perfect Organism**                                      11-15-2006, 05:15 PM

...to some dodgy 'Internet Security' site. Doesn't seem to be anything on my machine which could be responsible, so it looks like it might be a problem with one of the ads on RPGnet.

I seem to recall something similar a few weeks ago, but I thought it had been dealt with.

**Mikeythorn**                                            11-15-2006, 05:50 PM

Ditto. I just got redirected when I clicked on one of the "Hot Topic" threads.

**eyeballstew**                                           11-15-2006, 06:08 PM

Me too.

**Snowblind**                                             11-15-2006, 06:18 PM

I am Spartacus.

I mean "me, too."

**Cessna**                                                11-15-2006, 06:30 PM

I'm not getting this, and I just went to about a dozen threads in Hot Topic.

What browser are you using? Try logging out/clearing cookies/etc?

**Mikeythorn**                                            11-15-2006, 06:33 PM

I'm using IE at work with pretty heavy duty security attached. It only happened to me that once and I haven't experienced it again. I have logged out and cleared my cookies and will let you know if it happens again.

**Mandrion**                                              11-15-2006, 07:14 PM

Just had the same thing happen to me. Firefox 1.5.0.8. The Site was called "SystemsDoctor" or something like that and wanted to conduct a "systems scan". When I tried to close the window, a popup warned me that the "systems scan" was not completed, and when I klicked on cancel it informed me that it would now conduct a systems scan, with only an "OK" option this time. I didn't find out what happened next because I then ended the whole thing via Ctrl-Alt-Del...

**pedr**                                                  11-15-2006, 07:16 PM

Ditto, on Firefox 1.5.0.8. I used <back> to try to get away from the odd page, got the pop-up box and canceled it using the red X, rather than the cancel button. That worked...

Although the first time my whole Firefox window then decided to resize to only a small box in the corner of the screen.

**Burgonet**                                              11-15-2006, 07:43 PM

I did get an attempt to redirect my browser (Firefox 1.something) but I've got it set up to stop such attempts.

Attachment KK

Clearing out my cache, cookies et al fixed the problem, only had this re-direct attempt happen once. Never saw where exactly the re-direct was going per se, mainly as I'd not the inclination to check the re-direct URL/location.

Wasn't sure if it was a user (me) issue or something with the larger forums per se but thought I'd mention it here.

**Illegible Smudge**                                                      11-15-2006, 07:55 PM

I got the same on Firefox 2.0.

**Jay**                                                                  11-15-2006, 08:03 PM

Using 2.0, and nothing. No redirect at all.

**MonsterMash**                                                          11-15-2006, 08:11 PM

Just had the same thing happen to me. Firefox 1.5.0.8. The Site was called "SystemsDoctor" or something like that and wanted to conduct a "systems scan". When I tried to close the window, a popup warned me that the "systems scan" was not completed, and when I klicked on cancel it informed me that it would now conduct a systems scan, with only an "OK" option this time. I didn't find out what happened next because I then ended the whole thing via Ctrl-Alt-Del...

Same thing happend to me too. Same browser, Win XP home. Just now run AdAware and SpyWare blaster before flushing history and cache. Doesn't seem to be reoccuring.

**Lux**                                                                  11-15-2006, 11:23 PM

Same thing just happened to me in Tangency. Using IE.

:confused:

**Patrick O'Duffy**                                                      11-15-2006, 11:25 PM

This has happened to me twice today, and to two different sites. The first was the 'SystemDoctor' site others have reported; that happened about 7 hours ago at work, running IE (I don't know what version).

The second time happened about 1 minute ago (this time using Firefox 2.0), again in Tangency, but to a different site with a similar setup - a popup checkbox saying it had to scan my drive/clear my cache to remove evidence I'd visited adult sites. No matter my response, it started fiddling away at something. Here's the URL:

http://www.drivecleaner.com/.freeware/index.php?p=37&a=1&j=0&pp=0&w=0&ex=1&ap=0&mpt=[CACHEBUSTER]&z=11&link=keyin&ad=areweill_au_en_ed1&aff=

Kinda fucked up.

**Hafwit**                                                               11-16-2006, 12:57 AM

That happened to me as well just now.

**uncle_wilf**                                                           11-16-2006, 02:03 AM

Just had it. Using Firefox 2 and Windows 2000.

**harkon**                                                               11-16-2006, 03:13 AM

I'm not getting it, using FF 2.0 running AdBlock Advanced and set to appear offline. I turned off the block I had

on Java script from googlesyndication and I didn't notice a change.

**Borogove**                                                                                11-16-2006, 05:42 AM

I got it earlier, using firefox 1.something and OS X 10.4.

**DjtHeutii**                                                                               11-16-2006, 06:54 AM

I've had it happen to me a couple of times before I set my firewall settings way high.

Edit: I use Firefox

**Foyle**                                                                                   11-16-2006, 07:32 AM

Has just happened to me as well using Firefox 1.0.4

**florin**                                                                                  11-16-2006, 07:46 AM

I use Firefox 2.0, and I haven't had it happen on any of the three machines I use. Two are Windows XP and one is Ubuntu. I can't imagine it's RPG.net fault if only some of us are getting it.

Has anyone with a Mac or *nix had it happen yet? Edit: Looks like someone with OSX has had it happen.

**Heronymus**                                                                               11-16-2006, 07:53 AM

I use Firefox 2.0, and I haven't had it happen on any of the three machines I use. Two are Windows XP and one is Ubuntu. I can't imagine it's RPG.net fault if only some of us are getting it.

Has anyone with a Mac or *nix had it happen yet? Edit: Looks like someone with OSX has had it happen.

I would guess it's something to do with the member ad settings, maybe? I know nothing about the tech, but could it be a hijack from a malicious ad, and we're not seeing it because the ads are turned off for us as members?

**Illegible Smudge**                                                                        11-16-2006, 08:14 AM

Well, Foyle didn't get it either, but maybe he has ads turned on. The fact that the guy with Adblock on didn't get it might also support your theory.

**Hafwit**                                                                                  11-16-2006, 08:20 AM

Oops, I use Firefox and Xandros (Linux).

**Foyle**                                                                                   11-16-2006, 08:26 AM

Well, Foyle didn't get it either, but maybe he has ads turned on. The fact that the guy with Adblock on didn't get it might also support your theory.

I did indeed have adds turned on as they haven't really bothered me. But still pretty shitty to be re-directed without clicking on anything other than a thread title. Have turned them off now

**Kiero**                                                                                   11-16-2006, 08:33 AM

I've had it happen earlier, using Firefox 1.5.0.8

**Lolth**                                                                                   11-16-2006, 11:34 AM

Attachment KK

I just had the same thing happen.

http://www.amaena.com/securityworm5/?ax=1&ex=1&mpt=[CACHEBUSTER]&aid=areweill

Using Opera 9.02, Windows 2000 Pro.

Thread: http://forum.rpg.net/showthread.php?t=296856 (though this alone won't help to nail it down, I'm sure;
if Shannon greps server log with my IP and this thread's URL, I'm pretty certain he might be able to find which
ad was guilty one, depending on how httpd's logs are set up.)

---

**Iozz-Sothoth**                                                                11-16-2006, 01:22 PM

Happened to me twice today (Internet Explorer, Win XP), both times in TO. First time downloaded some
spyware which my scanner caught [1], second time hasn't, as far as the full scan can tell.

[1] If the scanner caught it pretty much immediately, how worried to I have to be about my security? (That is,
will it have sent any tasty looking data to persons unknown?)

---

**Kester Pelagius**                                                             11-16-2006, 01:23 PM

While this hasn't happened to me, as yet, I am curious about something.

Did anyone notice if any keyword were lit up with that double underline green text?

I have noticed that, from time to time, subject lines will suddenly have a few keywords turn green with a link.
Once, as I was clicking, a dialogue box poped up then disappeared (but no redirect I observed).

Is it possible this is what happened/is the culprit?

---

**Iozz-Sothoth**                                                                11-16-2006, 01:38 PM

WTF? My firewall was off. That probably explains the redirect, but precisely when did I do something that stupid
(and have I been indadvertantly surfing the Net uprotected for the last six months...)

---

**Godfather Punk**                                                              11-16-2006, 02:18 PM

For the record a 'Me too' just a minute ago.

Firefox 1.5

I managed to close the tab after some "ESC" hitting to get rid of the pop-up.

---

**Bicorn**                                                                      11-16-2006, 02:31 PM

Happened to me as well.
Firefox 1.5.0.8, Windows XP, and I have Adblock.
Killed the popup with the 'x' instead of hitting any of the buttons and then used the back button to get back
here.

---

**ShannonA**                                                                    11-16-2006, 02:41 PM

A few people reported the actual URL, which is what I needed. Just reporting the fact lets me know something is
up, but doesn't help resolve it. It's been passed on.

---

**Mandrion**                                                                    11-16-2006, 05:54 PM

Just had the same thing happen again, this time I got redirected to

www.amaena.com/securityworm81/?p=3&ax=1&ex=1&h=10&mpt=[CACHEBUSTER]&aid=areweill

Attachment KK                        **Page 108**

(http://forum.rpg.net)

P.S.: How do I stop this from becoming an automatic link? I think I've worked around it now, but somehow I would prefer a more elegant solution...

**Patrick O'Duffy**                                                          11-16-2006, 07:52 PM

Another instance, this time using IE on my office PC, while trying to read the 'Neocon Plan' thread in Hot Topic. URL was:

http://www.amaena.com/securityworm81/?p=3&ax=1&ex=1&h=10&mpt=[CACHEBUSTER]&aid=areweill

**Saru Sponge**                                                             11-16-2006, 08:01 PM

Another instance, this time using IE on my office PC, while trying to read the 'Neocon Plan' thread in Hot Topic. URL was:

http://www.amaena.com/securityworm81/?p=3&ax=1&ex=1&h=10&mpt=[CACHEBUSTER]&aid=areweill

I just got this too.

**Ken Finlayson**                                                           11-16-2006, 09:17 PM

Add my voice to the choir (Firefox 1.0.4, Mac OS X 10.4.5, reading the thread with Mark Twain's joking reform of the English language)

http://www.amaena.com/securityworm81/?p=3&ax=1&ex=1&h=10&mpt=[CACHEBUSTER]&aid=areweill

**Hodden**                                                                  11-16-2006, 10:51 PM

Happened to me a few minutes ago, I was redirected to:

http://www.amaena.com/securityworm81/?p=3&ax=1&ex=1&h=10&mpt=[CACHEBUSTER]&aid=areweill

And then Norton stepped in and shut everything down, telling me that a virus had been detected.

**Pope Nag**                                                                11-16-2006, 11:53 PM

And another one. I got redirected to http://nl.winantivirus.com/download/2006/index.php?aid=areweill_ed2&lid=keyin&ex=1&ax=1

so NOT the amaena one. However, I'm dutch, so the nl.winantivirus bit seems to indicate it picks a destination according to your location. That, or we have more than one offender now.

I'm on a mac, system 10.3.9, using Firefox 1.5.0.7.

**Elizabeth Brooks**                                                        11-17-2006, 03:31 AM

I googled for amaena.com and I keep getting hits on the blackworm virus hoax (http://www.spynomore.com/articles/blackworm-virus-hoax.php) and references to vundo. (http://wiki.castlecops.com/Vundo_Rootkit_Detection_and_Removal_Procedure)

Just to be clear: The blackworm virus hoax involves stuff claiming that blackworm was detected on your machine - there is something going on that shouldn't be, but it probably isn't blackworm. Vundo is itself a virus.

If I search for "winantivirus" and "amaena" I get a lot of hits that imply that popups related to those sites are also related to worms and such. Check this article (http://www.pcmag.com/article2/0,1759,1911061,00.asp) out.

One bit that stood out:

Attachment KK

**Page 109**

The Rogue Antispyware page at spywarewarrior.com notes that WinAntiSpyware and WinAntiVirus use aggressive advertising, drive sales using false positive results, and inappropriately collect personal data.

answers.yahoo.com (http://answers.yahoo.com/question/index?qid=20061102013533AAk30KD) also mentions this stuff, specifically referencing amaena.com and drivecleaner.com. I mention this link because it connects both sites.

Symantec's page on drivecleaner: (http://www.symantec.com/smb/security_response/writeup.jsp?docid=2006-062217-0726-99)

DriveCleaner is a security assesment tool which gives exaggerated reports of security and privacy risks on a computer. The program then prompts the user to purchase a registered version of the software in order to remove the reported risks.

I hope this information is of use.

**Kiero**                                                11-17-2006, 03:42 AM

Just happened again.

**krfsm**                                             11-17-2006, 04:55 AM

And happened me this morning. Anot

Attachment KK

| | Home | Ideas | Blogs | Videos | Discussio | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Dell** | Community | IdeaStorm | Direct2Dell | StudioDell | Forums | | Dell.com | Support |

**The forum will be experiencing scheduled maintenance for a community upgrade starting Friday, October 31, 2(
from 5:00pm Central Standard Time until Friday, November 7, 2008. During this time, any new content created
including threads, comments, existing Private Messages and new ones created, tags and new user accounts wi
not, be part of our community site on November 7th.**

**Login**

Screen Name

Password

☐ Save My Login ?

Forgot your screen name or password?
Not registered? Click here to sign up

**Search the Forum**

Advanced   User Search

☐ Forum Home
☐ Support
  ☐ New Users/Non-Technical
  ☐ Desktops
  ☐ Laptops
  ☐ Software
    · · Windows XP
    · · Vista
    · · MS Office/Works
    · · Other Software/OS
    · · Virus/Spyware
    · · HijackThis
    · · Linux
  ☐ Peripherals
  ☐ Servers & Storage
  · · Network/Internet/Wireless
  · · XPS Desktops
  · · XPS Laptops
☐ Discussions

**Resources**

FIRST TIME USERS
FORUM LEADERSHIP
SUPPORT TOOLS

---

**Software - Virus/Spyware**                                         Jump To a Message Board

BACK TO: Forum Home > Support > Software > Virus/Spyware > POP UP ... http://www.amaena.com/securityworm2/?aid=am2&lid=search

Reply    Thread Options                          Message Listing    Previous Thread   !

Jump to Page: **1** · 2 | Next Page

Reply              POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**jeffengland**       Everytime I run a search on a search engine this message pops up. I copied it and pasted it below, but I don't trust it so I won't click on
Bronze            downloads that it suggests. This pop up window always has the above link which I posted in the message subject. I ran a virus scan
Posts: 11         scanned for blackworm and both scans said my PC was clean. How do I stop this window from constantly popping up.
Registered: 10-14-2005
                      **You may be infected by 'Blackworm'! We recommend you DOWNLOAD
                      one of these security software programs to prevent further malware infections**

Message 1 of 15    The dangerous 'Blackworm' computer virus activated February 2006 and has started destroying data on computers it has reached.
Viewed 39,014 times  virus, which has already infected over 1,000,000 computers in several countries, continues to spread rapidly over the Internet

                      **Attention!** Security Center has detected spyware on your PC sending private information and documents to a rem
                      computer. One of the processes (**Win32res.exe**) has just sent this information:

                      ⊠

                      IP address:72.130.11.171Browser:Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.0.3705; .NET
                      1.1.4322; Media Center PC 3.1)Computer OS:Windows XPFull PC control.GainedSent Information:approximately 17
                      Megabytes Latest Threats
                      - Blackworm
                      - Blackmal
                      - Nyxem
                      - MyWife
                      - Kama Sutra
                      Your current security software is unable to stop this malicious kind of spyware/virus. To clean up your computer an
                      prevent further risk of infection, you should download one of the following security software programs:Software
                      namelinkfree scanusabilityperformanceadvanced
                      featuresratingdaily

                      ⊠                              ⊡                              ⊠
                      updatequality                               yeseasy10/10yes10/10yes97%
                      ⊡           yesvery
                      easy10/10no10/10yes95%

07:28-2006 07:18 PM

Reply              Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search  [ Edited ]

**rickmktg**       jeffengland wrote:
Diamond           Everytime I run a search on a search engine this message pops up. I copied it and pasted it below, but I don't trust it so I
Posts: 30298       won't click on the downloads that it suggests. This pop up window always has the above link which I posted in the message
Registered: 03-03-2000  subject. I ran a virus scan and scanned for blackworm and both scans said my PC was clean. How do I stop this window fror
                      constantly popping up.

                      You have spyware. Go to www.lavasoftusa.com. Download AdAware. Install it, open it, UPDATE IT, run it. Delete
Message 2 of 15    everything that it finds. Note - download the FREE version. Go to
Viewed 38,998 times  www.microsoft.com/athome/security/spyware/software/default.mspx. Download Windows Defender. Install it, open
                      UPDATE IT, run it. Delete everything it finds. Start, Run, Msconfig. Click on Startup Tab. Uncheck everything that th
                      site says you can: www.sysinfo.org/startuplist.php. When the computer reboots, check the box that says don't show
                      me this again. If it's X or N, uncheck it.

                      Message Edited by rickmktg on 02-25-2006 09:05 PM

                      Rick's Website

                      Rick Click here for              for personalized support         Rick's CES blog, click

Case 1:08-cv-03233-RDB   Document 3-24   Filed 12/02/08   Page 112 of 170

CES photos. click here.

**Before posting a question, try the Advanced Search** on the bottom of the page as your question has probably been aske
Most commonly asked question on DellTalk - "Can I go out and buy cheap memory at a retail store, with a big rebate, and have it work in my Dell?"
very, very unlikely. So save your gas or shipping and don't try to buy cheap memory! User Guides to your system, as well as Drivers and Reinstall
instructions, are under the Technical Support tab, top left of your screen. To see the systems that I run click here .

. :   : -: 08 01 PM

---

Reply

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**ky331**
Platinum
Posts: 8086
Registered: 02-11-2001

do NOT download neither WinAntiSpyware nor WinAntiVirus

Rather, you should try the FixBmaIE removal tool from Symantec (assuming you can still access the Symantec WebSite.... which
unfortunately, may be blocked by the malware):

instructions:  http://securityresponse.symantec.com/avcenter/venc/data/w32.blackmal@mm.removal.tool.html
actual tool:  http://securityresponse.symantec.com/avcenter/FixBmaIE.exe

Note: If you find that the Symantec website is "blocked" on your 'infected' machine, you should try to download the tool onto anothe
machine (a friend's, or one at work?), then transfer it via floppy (it's a tiny file) [or memory stick, or CD-R/W] to the infected machine,
then run it on the infected machine

Message 3 of 15
Viewed 38,967 times

.9 -05-20:6. 07 48 AM

---

Reply

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**jeffengland**
Bronze
Posts: 11
Registered: 10-14-2005

I ran the FixBmaIE removal tool from Symantec and it said that my computer was not infected with the blackmal. However, this annoy
window still keeps popping up every now and then and saying that same message. I did everything posted in the above thread as w

Message 4 of 15
Viewed 38,956 times

.02-06-2006 11 40 AM

---

Reply

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**jeffengland**
Bronze
Posts: 11
Registered: 10-14-2005

I did exactly what you instructed me to and this thing still pops up every now and then when I open up a new browser window. What
to get rid of this thing?

Message 5 of 15
Viewed 38,956 times

:0 -06-200 :8. 11 42 AM

---

Reply

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**ky331**
Platinum
Posts: 8086
Registered: 02-11-2001

the suggestion to run the Symantec tool was based on your "message" indicating the presence of:
- Blackmal
- Nyxem
- MyWife
- Kama Sutra

all of which are synonymous, and should have been removed by the Blackmal tool.  Since that apparently didn't work, the next ste
be HiJackThis analysis:
Download a self-extracting copy of the latest version of HJT (HiJackThis) (version 1.99.1) from
http://downloads.malwareremoval.com/hijackthis_sfx.exe
Save it to your Desktop.
Double-click on the file  hijackthis_sfx.exe   file, and allow it to self-extract [by clicking on UnZip] into the suggested/default folde-
C:\Program Files\HijackThis

Message 6 of 15
Viewed 38,936 times

Use Windows Explorer to navigate your way into this folder, and then double click on HiJackThis.exe
Click on  Do a System Scan and Save a LogFile
This will automatically open NotePad
Copy the entire file from NotePad:  EDIT/SelectAll, EDIT/Copy
Then go to the new forum dedicated for HiJack This logs (**NOT** back here), and  PASTE the results there:
http://forums.us.dell.com/supportforums/board?board.id=si_hijack
Be sure to include a detailed description of any problems/errors/warnings you are encountering.
Hopefully, one of the HJT experts will get to it as quickly as possible.

**WARNING**: HiJack This is a VERY POWERFUL tool. While it's completely safe  for you to download, generate, and post y
(as described above), you should **NOT** attempt to do anything else (in particular, do NOT use it to delete/fix any entries) u
are advised to do so by a forum expert!! Improper use of this tool can severely damage your system.

:.: .2: '.:  08 06 PM

---

Reply

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**scubafrogman**
Bronze
Posts: 9
Registered: 01-16-2005

I am having this exact same problem. I also ran the FixBmaIE removal tool from Symantec today (3/17/06) and it said it didn't find a
problems.  I'm also having a problem with Adult Friend Finder pop up and a message saying to remove disk when I start up my com
ran Hijack this today and here is the log file.
Thanks for any help!

**Page 112**

Attachment KK



Message 7 of 15
Viewed 33,807 times

R1 - HKCU\Software\Microsoft\Internet Explorer\Main,Default_Page_URL = http://www.dell4me.com/myway
R0 - HKCU\Software\Microsoft\Internet Explorer\Main,Start Page = http://www.comcast.net/
R1 - HKLM\Software\Microsoft\Internet Explorer\Main,Default_Page_URL = http://www.dell4me.com/myway
R0 - HKLM\Software\Microsoft\Internet Explorer\Main,Start Page = http://www.dell4me.com/myway
O2 - BHO: AcroIEHlprObj Class - {06849E9F-C8D7-4D59-B87D-784B7D6BE0B3} - C:\Program Files\Adobe\Acrobat 7.0
\ActiveX\AcroIEHelper.dll
O2 - BHO: RawExecAction Object - {18898424-E3AB-4BA9-8E8D-5434B1CECA75} - C:\WINDOWS\system32\awvtt.dll
O2 - BHO: McBrwHelper Class - {22788AA8-DAF2-4892-BD1D-73F568BC8B24E} - c:\program files\mcafee.com\mps\mcbrhlpr.dll
O2 - BHO: McAfee PopupKiller - {3EC8255F-E043-4cae-883B-B191550C2A22} - c:\program files\mcafee.com\mps\popupkiller.dll
O2 - BHO: (no name) - {549B5CA7-4A86-11D7-A4DF-000874180BB3} - (no file)
O2 - BHO: MSEvents Object - {FC148228-87E1-4D00-AC06-58DCAA52A4D1} - C:\WINDOWS\system32\pmnno.dll (file missing)
O2 - BHO: (no name) - {FDD3B846-8D59-4fb-8758-209B6AD74ACC} - (no file)
O3 - Toolbar: McAfee VirusScan - {BA52B914-B692-46c4-B683-905236F6F655} - c:\progra~1\mcafee.com\vso\mcvsshl.dll
O4 - HKLM\..\Run: [SunJavaUpdateSched] C:\Program Files\Java\j2re1.4.2_03\bin\jusched.exe
O4 - HKLM\..\Run: [MMTray] C:\Program Files\MUSICMATCH\Musicmatch Jukebox\mm_tray.exe
O4 - HKLM\..\Run: [mmtask] c:\Program Files\MusicMatch\MusicMatch Jukebox\mmtask.exe
O4 - HKLM\..\Run: [IntelMeM] C:\Program Files\Intel\Modem Event Monitor\IntelMEM.exe
O4 - HKLM\..\Run: [IAAnotif] C:\Program Files\Intel\Intel Application Accelerator\iaanotif.exe
O4 - HKLM\..\Run: [HPDJ Taskbar Utility] C:\WINDOWS\system32\spool\drivers\w32x86\3\hpztsb09.exe
O4 - HKLM\..\Run: [ehTray] C:\WINDOWS\ehome\ehtray.exe
O4 - HKLM\..\Run: [DVDLauncher] "C:\Program Files\CyberLink\PowerDVD\DVDLauncher.exe"
O4 - HKLM\..\Run: [ATIPTA] C:\Program Files\ATI Technologies\ATI Control Panel\atiptaxx.exe
O4 - HKLM\..\Run: [DIGStream] C:\Program Files\DIGStream\digstream.exe
O4 - HKLM\..\Run: [ViewMgr] C:\Program Files\Viewpoint\Viewpoint Manager\ViewMgr.exe
O4 - HKLM\..\Run: [Windows kev Messenger] mskev.exe
O4 - HKLM\..\Run: [WD Button Manager] WDBtnMgr.exe
O4 - HKLM\..\Run: [NeroFilterCheck] C:\WINDOWS\system32\NeroCheck.exe
O4 - HKLM\..\Run: [QuickTime Task] "C:\Program Files\QuickTime\qttask.exe" -atboottime
O4 - HKLM\..\Run: [MPFExe] C:\PROGRA~1\McAfee.com\PERSON~1\MpfTray.exe
O4 - HKLM\..\Run: [MCAgentExe] c:\PROGRA~1\mcafee.com\agent\mcagent.exe
O4 - HKLM\..\Run: [MCUpdateExe] C:\PROGRA~1\mcafee.com\agent\McUpdate.exe
O4 - HKLM\..\Run: [VSOCheckTask] "C:\PROGRA~1\McAfee.com\VSO\mcmnhdlr.exe" /checktask
O4 - HKLM\..\Run: [VirusScan Online] C:\Program Files\McAfee.com\VSO\mcvsshld.exe
O4 - HKLM\..\Run: [OASClnt] c:\Program Files\McAfee.com\VSO\oasclnt.exe
O4 - HKLM\..\Run: [MPSExe] c:\PROGRA~1\mcafee.com\mps\mscifapp.exe /embedding
O4 - HKLM\..\Run: [KernelFaultCheck] %systemroot%\system32\dumprep 0 -k
O4 - HKCU\..\Run: [Windows kev Messenger] mskev.exe
O4 - HKCU\..\Run: [MSMSGS] "C:\Program Files\Messenger\msmsgs.exe" /background
O4 - HKCU\..\Run: [Windows kev Messenger] mskev.exe
O4 - HKCU\..\Run: [DellSupport] "C:\Program Files\Dell Support\DSAgnt.exe" /startup
O4 - HKCU\..\RunServices: [Windows kev Messenger] mskev.exe
O4 - Startup: PowerReg Scheduler V3.exe
O4 - Global Startup: Adobe Gamma Loader.lnk = ?
O4 - Global Startup: Adobe Reader Speed Launch.lnk = C:\Program Files\Adobe\Acrobat 7.0\Reader\reader_sl.exe
O4 - Global Startup: D-Link AirPlus G Configuration Utility.lnk = ?
O4 - Global Startup: Logitech Desktop Messenger.lnk = C:\Program Files\Logitech\Desktop Messenger\8876480\Program\LDMCon
O4 - Global Startup: Microsoft Office.lnk = C:\Program Files\Microsoft Office\Office\OSA9.EXE
O4 - Global Startup: Microsoft Works Calendar Reminders.lnk = ?
O9 - Extra button: (no name) - {08B0E5C0-4FCB-11CF-AAA5-00401C608501} - C:\WINDOWS\system32\msjava.dll
O9 - Extra 'Tools' menuitem: Sun Java Console - {08B0E5C0-4FCB-11CF-AAA5-00401C608501} - C:\WINDOWS\system32\msjava
O9 - Extra button: Real.com - {CD67F990-D8E9-11d2-98FE-00C0F0318AFE} - C:\WINDOWS\system32\Shdocvw.dll
O9 - Extra button: Messenger - {FB5F1910-F110-11d2-BB9E-00C04F795683} - C:\Program Files\Messenger\msmsgs.exe
O9 - Extra 'Tools' menuitem: Windows Messenger - {FB5F1910-F110-11d2-BB9E-00C04F795683} - C:\Program
Files\Messenger\msmsgs.exe
O16 - DPF: {1260943-421B-11D0-8EAC-0000C07D88CF} (iPIX ActiveX Control) - http://www.ipix.com/viewers/ipixx.cab
O16 - DPF: {4ED9DDF0-7479-4BBE-9335-5A1EDB1D8A21} (McAfee.com Operating System Class) -
http://download.mcafee.com/molbin/shared/mcinsctl/4.0.0.101/mcinsctl.cab
O16 - DPF: {BCC0FF27-31D9-4614-A68E-C18E1ADA4389} (DwnldGroupMgr Class) -
http://download.mcafee.com/molbin/shared/mcgdmgr/1.0.0.26/mcgdmgr.cab
O16 - DPF: {CE28D5D2-60CF-4C7D-9FE8-0F47A3308078} (ActiveDataInfo Class) - http://www.symantec.com/techsupp/asa/SymA
O20 - Winlogon Notify: awvtt - C:\WINDOWS\system32\awvtt.dll
O20 - Winlogon Notify: pmnno - C:\WINDOWS\system32\pmnno.dll (file missing)
O23 - Service: Ati HotKey Poller - Unknown owner - C:\WINDOWS\system32\Ati2evxx.exe
O23 - Service: Creative Service for CDROM Access - Creative Technology Ltd - C:\WINDOWS\system32\CTSvcCDA.EXE
O23 - Service: IAA Event Monitor (IAANTMon) - Intel Corporation - C:\Program Files\Intel\Intel Application Accelerator\iaantmon.exe
O23 - Service: InstallDriver Table Manager (IDriverT) - Macrovision Corporation - C:\Program Files\Common Files\InstallShield\Driv
\Intel 32\IDriverT.exe
O23 - Service: LightScribeService Direct Disc Labeling Service (LightScribeService) - Hewlett-Packard Company - C:\Program
Files\Common Files\LightScribe\LSSrvc.exe
O23 - Service: McAfee WSC Integration (McDetect.exe) - McAfee, Inc - c:\program files\mcafee.com\agent\mcdetect.exe
O23 - Service: McAfee.com McShield (McShield) - McAfee Inc. - c:\PROGRA~1\mcafee.com\vso\mcshield.exe
O23 - Service: McAfee Task Scheduler (McTskshd.exe) - McAfee, Inc - c:\PROGRA~1\mcafee.com\agent\mctskshd.exe
O23 - Service: McAfee SecurityCenter Update Manager (mcupdmgr.exe) - McAfee, Inc - C:\PROGRA~1\McAfee.com\Agent\mcupd
WdService.exe
O23 - Service: McAfee Personal Firewall Service (MpfService) - McAfee Corporation - C:\PROGRA~1\McAfee.com\PERSON~1
\WdService.exe
O23 - Service: Retrospect Launcher (RetroLauncher) - Dantz Development Corporation - C:\PROGRA~1\Dantz\RETROS~1\retrorun
O23 - Service: Retrospect Helper - Dantz Development Corporation - C:\PROGRA~1\Dantz\RETROS~1\rthlpsvc.exe
O23 - Service: Retrospect WD Service (RetroWDSvc) - Dantz Development Corporation - C:\PROGRA~1\Dantz\RETROS~1\wdsvc

03-17-2XX, 08:00 PM

↩ Reply

Re: POP UP ...http://www.amaena.com/securityworm2/?aid=am2&lid=search



ky331
Platinum
Posts: 8086
Registered: 02-11-2001

Scuba,

we've had a lot more experience with Amaena now.. and especially, since you've included your HJT log...

please download and run Atribune's VundoFix, per directions here:  http://forums.us.dell.com/supportforums/board/message?
board.id=si_hijack&message.id=29584

then, update your java (directions in same link) from j2re1.4.2_03 to 1.5.0_06

REPLY here, and let me know if this fixes your problem.

Message 8 of 15
Viewed 33,768 times

03-17-2XX, 09:21 PM

Attachment KK



**Reply**

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**scubafrogman**
Bronze
Posts: 9
Registered  01-16-2005

Yep, I found that link right after I posted my message.  I followed the directions and so far so good.  No pop ups from Amaena
Thank You!

Message 9 of 15
Viewed 33,765 times

01-17-2006 09 29 PM

**Reply**

Re: POP UP ....http://www.amaena.com/securityworm2/?aid=am2&lid=search

**GotVirus**
Newbie
Posts: 1
Registered: 03-20-2006

Just thought I'd let you all know, I tried EVERYTHING above, and none of it worked.  However, after doing all of that, I found anothe
which recommended "Spyware Doctor" which has a built in Malware remover.  I had to pay for it, but it worked 100%, and got rid of
of other Bugs that were hidden on my computer that I wasn't aware of, even though I run Ad-aware regularly.
I highly recommend Spyware Doctor.  Since you have to pay for it, you also get a real time monitoring system which blocks things lik
from happening in the future.  Irregardless if you use it for all its features, it got Rid of the "Amaena.com" / WinAntiVirus / WinSpyWa
up issue.

Message 10 of 15
Viewed 32,785 times

03-25-2006 04:52 PM

TOP TAGS

No tags yet

Jump to Page:  **1** - 2  |  Next Page

Message Listing      Previous Thread   I

[                    ] 🔍  ▶ User Search  ▶ Advanced

powered by Lithiur

© 2007 Dell · About Dell  |  Terms of Sale | Unresolved Issues | Privacy | Contact | Site Map

Click Here to install Silverlight                                United States · · · · · · · · · · · · · ·  Sign In

**Microsoft**

Microsoft Discussion Groups Home  |  Communities Home  ·  Communities Worldwide

## WinAntiVirus 2006 & WinAntiSpyware 2006 Pop-ups in Security

Search For:                    In:     Security                [ Go ]

---

**Susand**                                                      4/17/2007 9:41 AM PST

✓ Question

Tried everything, even Defender. Running Norton 2007 Internet Security
(automatic updates on start-up)

Frequency has diminished but printed most of the screen shots. Most of the
pop up comes from a site run by
www.ameena.com/securityworm{5}(81){666}/..........
Others, which I think is link ups, //em.pc-on-internet.com/eas &
www.errorprotector.com/free/......

At wits end. What next. Think this started with a program attachment from
Starware Inc & linked to Kontiki Inc.

Please help

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**talhat**                                                      6/23/2007 7:50 PM PST

"Susand" wrote:

Click to show or hide original message or reply text.

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**Rissa**                                                       7/24/2007 6:11 AM PST

I am having the same problem. Does anyone have a solution? Rissa

"talhat" wrote:

Click to show or hide original message or reply text.

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**talhat**                                                      6/23/2007 8:06 PM PST

"Susand" wrote:

Click to show or hide original message or reply text.

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**Susand**                                                      6/24/2007 6:58 AM PST

Found the resolution to this problem by disabling my Norton Internet
Security/Anti Virus & firewall and running removal tool on Kaspersky website.
Suggest visit Kaspersky website and search for related items (they update on
regular basis) run the removal tool and install latest free trail of
Security/Anti Virus from this site.

"Susand" wrote:

Click to show or hide original message or reply text.

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**Syah**                                                        10/18/2007 9:22 AM PST

hi susand...
I also been attacked by this culprit and I do found the solution to overcome
this matter... It is very easy and simple... just download spyterminator from
site www.spyterminator.com and it really work and it cleaned it very well.

"Susand" wrote:

Click to show or hide original message or reply text.

Was this post helpful to you?   [ Yes ]  [ No ]                     🖺 Reply   ⤴ ⤵   ⇧ Top

---

**Page 115**

Attachment KK

<u>Return to Microsoft Communities</u>                                                                      ᶺ⌄ Notify me of rep

Manage Your Profile · Rules of Conduct | Contact Us

© 2008 Microsoft Corporation. All rights reserved. Contact Us | Terms of Use | Trademarks | Privacy Statement

Attachment KK

**Page 116**



Windows Forum / Windows XP / **General Topics 2** / June 2006

Tip: Looking for answers? Try searching our database.
amaena security worm   [ Search ]

## Security worm

Thread view:  Tree View                        🪝 Enable EMail Alerts   ☜* Start New Thread

Thread rating:

⊟ **Terry** - 16 Jun 2006 07:39 GMT
I have a amaena.com/security worm58. It pops open many windows directing me
to a site for Win Antivirus Pro and Win Antispyware. My Norton, Spybot, or
Adware SE, programs won't get rid of it. Is there any simple way I can get
rid of it. I tried manually typing it in my Norton Blocked antispam list but
this didn't do it neither.

🖼 Reply to this Message

⊟ **Byte** - 16 Jun 2006 16:52 GMT
Top Amaena Popup Spyware Remover Reviews
http://winfixerremovers.org/Amaena.html?gclid=CJuRltWVy4UCFQFfHgodfx152A
⊞ Signature

*I have a amaena.com/security worm58. It pops open many windows directing me
to a site for Win Antivirus Pro and Win Antispyware. My Norton, Spybot, or
Adware SE, programs won't get rid of it. Is there any simple way I can get
rid of it. I tried manually typing it in my Norton Blocked antispam list but
this didn't do it neither.*

🖼 Reply to this Message

⊟ **rosed1** - 16 Jun 2006 22:29 GMT
bitdefender.com/scan8/ie.html [bitdefender.com]
kaspersky.com/kos/english/kavwebscan.html [kaspersky.com]
housecall65.trendmicro.com [trendmicro.com]
pandasoftware.com/activescan [pandasoftware.com]
avast.com/eng/down_cleaner.html [avast.com]   (((((They are online
virus removers Try a couple one of em should remove it! :)

🖼 Reply to this Message

Find more on: amaena security worm

©2008 Advenet LLC   Privacy Policy - Terms of Use
This website includes both content owned or controlled by Advenet as well as content owned or controlled by third parties.

Attachment KK

http://www.windowskb.com/Uwe/Forum.aspx/windows-xp-support/95769/Security-worm   10/30/2008



Attachment LL



Security Update - Windows Internet Explorer

http://www.ameena.com/security/yworm81/?p=1&ax=1&ex=18j=10

Live Search

Page ▾ Tools ▾

Security Update

| Common name: | TrojanSPM/LX |
| Threat level: | ●●●●● |
| Damage level: | ●●●●● |
| Distribution level: | ●●●● |
| Affected platforms: | Windows 2003/XP/2000/NT/ME/98/95 |
| First detected on: | Wed May 9 10:29:08 EDT 2007 |
| Effects: | It accesses the affected PC, steals and damage private information inside. You have to erase the malware immediately! |

**You have to download one of the latest security solutions to clean up detected virus. Choose a product and click "Download" to proceed.**

| Product | Known Threats | Free scan |
| --- | --- | --- |
| WinAntiVirusPro 2007 | 390402 | Yes |
| WinAntiSpyware | 359030 | Yes |

(3 items remaining) Downloading picture http://www.ameena.com/security/yworm81/1/img/GIF.gif ...

Internet     100%     10:29 AM

Attachment MM



Attachment NN

Winfixer and ValueClick – an oft appearing association – Spyware Sucks        Page 1 of 8
Case 1:08-cv-03233-RDB    Document 3-24    Filed 12/02/08    Page 121 of 170

Sign in | Help

# Spyware Sucks

Real heroes are men who fall and fail and are flawed, but win out in the end because they've stayed true to their ideals and beliefs and commitments - Kevin Costner

### Winfixer and ValueClick – an oft appearing association

My regular readers will remember my various articles about the Winfixer infiltration of the AOL and MSN advertising networks that happened not long ago. Winfixer infiltration of Web site advertising (as well as forum and comment spam) continues to be problematic, and one name that keeps on popping up over and over again is **adfarm.mediaplex.com** (Mediaplex is owned by ValueClick). The problem seems to be so endemic that any web site, forum or Web comment that utilises links that redirect to **adfarm.mediaplex.com** are potentially placing their visitors at risk of a Winfixer infection.

Over the past couple of months I have had in-person and telephone conferences with representatives and technical staff at MSN and AOL as a direct result of the Winfixer infilitrations of various advertising networks. They have learned a lot from the events of the past few months, as have I. I don't think any of us realised how widespread the problem was, or just how sophisticated the bad guys were getting, until we started taking a close look.

Mike Burgess and I have been having a close look at **adfarm.mediaplex.com**. I have tried to contact ValueClick regarding the **adfarm.mediaplex.com** problems using their "contact us" page on their Web site, but as of yet have received no response (and those of you that know me well know that a failure to respond is sure to intensify the attention that I pay to a problem advertisement network). I will be contacting them directly via an email address given to me by an associate as soon as this article goes live, and will report on their responses, if any.

**Edit 26 April: There has been no response from ValueClick**

**Edit 27 April: ValueClick have responded to advise they are investigating**

**Edit 8 May: ValueClick report that they are still investigating**

# Why is Winfixer bad?

The Winfixer group of products is listed as a "Rogue Security Product" in the latest Microsoft Security Response Report. The Microsoft Security Intelligence Report can be downloaded here: http://download.microsoft.com/download/f/d/a/fda5850e-269f-40a3-9708-c60eb837456f/MS_Security_Report_Jul-Dec06.pdf

Microsoft's definition of "Rogue Security Products" is:

*"These products appear under a variety of names and produce a variety of results for the end user, ranging from limited or no detection capability, coupled with a fraudulent request to pay for a "full" version, to outright malicious behavior, such as installing malicious software without the user's consent in order to give the product something to detect. In many cases, the people behind such software would attempt to get the infected individual to pay them for removal of purported infections using fraud and social engineering."*

A worrying statistic from the Rogue Security Products table that specifically mentions Winfixer products is that 55% of users who have WinSoftware.WinAntiVirus installed, and 31.3% of users

Attachment OO

who have WinSoftware.WinAntiSpyware installed chose to *ignore* the detection, with only 30.6% and 37.6% respectively choosing to remove the software. I can only assume that the victims of these products are choosing to believe that the various Winfixer offerings are legitimate products instead of heeding the warning being given by Windows Defender.

In contrast, 75.7% of Windows Defender users choose to remove the "potentially unwanted software" C2.LOP (aka C2Media, aka Circle Distribution, and the software commonly known as the Messenger Plus! Sponsor Program).

Now, all of us are entitled to earn an income, all of us are entitled to advertise, and companies such as Mediaplex and ValueClick are entitled to offer a service to advertisers. BUT, I believe that a line is crossed when deceit is practiced – when the advertisers that Mediaplex and ValueClick are "enabling" via their services try to automatically download and install their product on to your system (thank heaven for IE's info bar that stops such things from happening automatically), when an advertisement tries to trick you into thinking that your computer system is having issues or that your privacy is at risk, or when the software being touted falsely reports infections where none exists – companies such as ValueClick and Mediaplex should run, screaming, from such clients. Slowly but surely I'm seeing a move towards forcing advertisers, and those who use their services, to ensure that those they associate and do business with are ethical and above board, as distinct to just making sure that their own actions are ok. In short, saying "but it wasn't me" and "but I didn't know" isn't the end-of-responsibility argument that it used to be.

# Winfixer prevalance

Just how pervasive is the spamming, pimping and touting of Winfixer domains? How many adverts are out there pushing people to such sites, and how many potential infectees are there? Well, let's have a look at the Alexa Traffic Ranking of various Winfixer sites:

Drivecleaner.com:
http://www.alexa.com/data/details/traffic_details?url=www.drivecleaner.com
(rank 587) (570 on 26 April)

Systemdoctor.com:
http://www.alexa.com/data/details/traffic_details?url=www.systemdoctor.com
(ranking 966) (929 on 26 April)

Errorsafe:
http://www.alexa.com/data/details/traffic_details?url=www.errorsafe.com
(ranking 1,001) (990 on 26 April)

Winantivirus:
http://www.alexa.com/data/details/traffic_details?url=www.winantivirus.com
(ranking 1,630) (1,574 on 26 April)

Winantispyware:
http://www.alexa.com/data/details/traffic_details?url=www.winantispyware.com
(rank 4,793) (4,539 on 26 April)

Errorprotector.com:
http://www.alexa.com/data/details/traffic_details?url=www.errorprotector.com
(ranking 7,636) (6,966 on 26 April)

Attachment OO

Gomyron.com:

http://www.alexa.com/data/details/traffic_details?url=www.gomyron.com
(ranking 214,212) (197,535 on 26 April)

By way of comparison with legitimate security products, mcafee.com has a ranking of 932 (954 on 26 April), symantec.com has a ranking of 218 (222 on 26 April), ca.com has a ranking of 3,148 (3,262 on 26 April) and trendmicro.com has a ranking of 2,335 (2,361 on 26 April).

# How is ValueClick involved in the spread of Winfixer?

ValueClick owns Mediaplex, and Mediaplex is an oft-spotted contributor to the spread of Winfixer malware.

Just some **adfarm.mediaplex.com** URLs that redirect to Winfixer and Winfixer like sites include:

hxxp://go.errorsafe.com/MTUwNzE=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45684?
mpt=1177402585&aid=swp_ers&lid=5590&affid=pp_841427153&p=ers&ax=1&ed=1&ex=1

hxxp://go.winantivirus.com/NTIzMw==/2/3224/ax=1/ex=1//
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45678?
mpt=1177404112&aid=swp_wa7p&lid=3224&affid=pp_2131627152&ax=1&ex=1

hxxp://go.winantispyware.com/MTUwNjU=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45682?
mpt=1177473791&aid=swp_was7&lid=5590&affid=pp_117727353&p=was&ax=1&ed=1&ex=1

hxxp://go.winantispyware.com/NTY2Mg==/2/3345/ax=1/ed=1/ex=1/af6/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45682?
mpt=1177485361&aid=swp_was7&lid=3345&affid=pp_669127382&p=was&ed=1&ex=1

hxxp://go.privacyprotector.com/MTUwNjc=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/49988?
mpt=1177473894&aid=swp_pp&lid=5590&affid=pp_181027351&ax=1&ed=1&ex=1

hxxp://go.winantivirus.com/MTUwNjg=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45678?
mpt=1177474037&aid=swp_wa7p&lid=5590&affid=pp_271427354&ax=1&ed=1&ex=1

hxxp://go.drivecleaner.com/MTUwNjk=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45688?
mpt=1177474361&aid=swp_dc&lid=5590&affid=pp_469727351&ax=1&ed=1&ex=1

hxxp://go.errorprotector.com/MTUwNzA=/2/5590/ctx=1/in=1/epp=1/555/
redirects to:

**Page 123**

Attachment OO

hxxp://**adfarm.mediaplex.com**/ad/ck/49487?
mpt=1177474589&aid=swp_erp&lid=5590&affid=pp_619327354&ctx=1&in=1&epp=1

hxxp://go.systemdoctor.com/MTUwNzI=/2/5590/ax=1/ed=1/ex=1/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/45686?
mpt=1177474773&aid=swp_sdr&lid=5590&affid=pp_737127354&ax=1&ed=1&ex=1

hxxp://gomyron.com/MTUwNzM=/2/5590/555/
redirects to:
hxxp://**adfarm.mediaplex.com**/ad/ck/7412-39608-16292-6?
mpt=1177475141&aid=swp_ron&lid=5590&affid=pp_944227352&

Mike Burgess writes about hard-core adult sites with images of underage boys that use
**adfarm.mediaplex.com** content
http://msmvps.com/blogs/hostsnews/archive/2007/04/22/more-on-Winfixer-and-
valueclick.aspx

He also writes about false claims of TRUSTe certification (again with **adfarm.mediaplex.com**
content)
hxxps://secure.drivecleaner.com/payment/?ad=keyin&link=keyin&site=169&product=452&aff=

<body onload="setSelected()">
<IMG SRC="hxxps://**adfarm.mediaplex.com**/ad/bk/7412-39614-2054-1?Get=1&mpuid="
BORDER=0 HEIGHT=1 WIDTH=1>
<IMG SRC="hxxps://**adfarm.mediaplex.com**/ad/bk/7390-42400-2054-1?1-
PaypageEntrance=1&mpuid=" BORDER=0 HEIGHT=1 WIDTH=1>

The above is the same exact code as is displayed here:
http://msmvps.com/blogs/hostsnews/archive/2007/04/23/Winfixer-and-valueclick-in-the-
uk.aspx

Then there is this report by Mike:
http://msmvps.com/blogs/hostsnews/archive/2007/04/20/are-advertisers-promoting-
malware.aspx

And this:
http://msmvps.com/blogs/hostsnews/archive/2007/04/21/more-on-Winfixer.aspx

My sincere hope is that Mediaplex and ValueClick come to the attention of the FTC, and that the
FTC takes action, if Mediaplex and ValueClick to not take comprehensive action to clean up their
service and make sure that the problems discussed here do not recur in the future.

# Do ValueClick enforce their antispam policy?

ValueClick says:

*"It is our policy to prohibit the sending of unsolicited or "Spam" e-mail by ValueClick or any of its
marketing partners."* (cite: http://www.valueclick.com/privacy.html)

Hundreds of spam messages have been posted on various forums in contravention of the above
policy:

Attachment OO

http://www.google.com/search?q=drivecleaner.com&hl=en&safe=off&start=10&sa=N\$
http://www.google.com/search?q=go.sexprofit.com&hl=en&safe=off&start=10&sa=N

A typical spam post can be found here:
http://www.splinecage.com/forums/archive/index.php/t-1550.html

Every single one of the links in that forum post route thru **adfarm.mediaplex.com.**

My own blog is being hit by hundreds of spam comments every week – in fact, I have **2095** comments awaiting my attention right at this very moment, all of which are marked as spam, and 99% of which are submitted by a very prolific "author" under the pseudonym "..." (yes, I know, the author is a bot – I'm being facetious).

Anyway, all of the comments submitted by author "..." have a myriad different URLs as the author's Web site, virtually all of which redirect to Winfixer sites via **adfarm.mediaplex.com**. Yes, I could list all of the URLs that I am seeing in my blog comments, and provide definitive proof of **adfarm.mediaplex.com** involvement, but I think this article will prove beyond a doubt that there is big problem at **Mediaplex** even without those specifics.

To give you an idea of just how endemic the problem of **adfarm.mediaplex.com** being used as a conduit for winfixer malware is, check out the list of **adfarm.mediaplex.com** URLs below, all of which redirect to Winfixer, Winfixer related or Winfixer type sites at the time of testing. I noticed as I was working my way through the various **adfarm.mediaplex.com** URLs by changing (for example) 45678 to 45679 then 45680 and so on and so forth, that I was hitting very few "legitimate" Web sites using this test routine, which is very worrying and makes me wonder just how widespread the Winfixer infiltration is at ValueClick. I suspect that if I kept checking, and testing, that I could continue to add to that list, but let's be honest, I'm already at the stage where I am thinking "enough already - I get it - there's a big problem here".

I have already tried the "Contact Us" facility at
http://www.valueclick.com/about/contact.html and received NO RESPONSE - not even an acknowledgement that my approach had been received, despite my including this URL - hell, if potential underage porn doesn't get their attention, what the hell will???
http://msmvps.com/blogs/spywaresucks/archive/2007/04/22/857830.aspx

It will be very interesting to see what reaction, if any, we get from Mediaplex and ValueClick when they see this article. You see, they need to do more than get rid of the rogue content that is already there; they have to stop future occurrences and reassure everybody who uses their content that Mediaplex and ValueClick can be trusted to stay clean going forward, but here is the kicker... will they want to, especially if Winfixer and Winfixer type clients are a major part of any sector of their income stream?

hxxp://adfarm.mediaplex.com/ad/ck/45678
hxxp://adfarm.mediaplex.com/ad/ck/45682
hxxp://adfarm.mediaplex.com/ad/ck/45684
hxxp://adfarm.mediaplex.com/ad/ck/45686
hxxp://adfarm.mediaplex.com/ad/ck/45688
hxxp://adfarm.mediaplex.com/ad/ck/49487
hxxp://adfarm.mediaplex.com/ad/ck/49686
hxxp://adfarm.mediaplex.com/ad/ck/49688
hxxp://adfarm.mediaplex.com/ad/ck/49690
hxxp://adfarm.mediaplex.com/ad/ck/49694

Attachment OO

**Page 125**

Case 1:08-cv-03233-RDB   Document 3-24   Filed 12/02/08   Page 126 of 170

hxxp://adfarm.mediaplex.com/ad/ck/49696
hxxp://adfarm.mediaplex.com/ad/ck/49698
hxxp://adfarm.mediaplex.com/ad/ck/49700
hxxp://adfarm.mediaplex.com/ad/ck/49702
hxxp://adfarm.mediaplex.com/ad/ck/49704
hxxp://adfarm.mediaplex.com/ad/ck/49706
hxxp://adfarm.mediaplex.com/ad/ck/49708
hxxp://adfarm.mediaplex.com/ad/ck/49710
hxxp://adfarm.mediaplex.com/ad/ck/49712
hxxp://adfarm.mediaplex.com/ad/ck/49714
hxxp://adfarm.mediaplex.com/ad/ck/49717
hxxp://adfarm.mediaplex.com/ad/ck/49719
hxxp://adfarm.mediaplex.com/ad/ck/49720
hxxp://adfarm.mediaplex.com/ad/ck/49725
hxxp://adfarm.mediaplex.com/ad/ck/49727
hxxp://adfarm.mediaplex.com/ad/ck/49729
hxxp://adfarm.mediaplex.com/ad/ck/49735
hxxp://adfarm.mediaplex.com/ad/ck/49737
hxxp://adfarm.mediaplex.com/ad/ck/49739
hxxp://adfarm.mediaplex.com/ad/ck/49741
hxxp://adfarm.mediaplex.com/ad/ck/49743
hxxp://adfarm.mediaplex.com/ad/ck/49746
hxxp://adfarm.mediaplex.com/ad/ck/49748
hxxp://adfarm.mediaplex.com/ad/ck/49791
hxxp://adfarm.mediaplex.com/ad/ck/49793
hxxp://adfarm.mediaplex.com/ad/ck/49795
hxxp://adfarm.mediaplex.com/ad/ck/49799
hxxp://adfarm.mediaplex.com/ad/ck/49806
hxxp://adfarm.mediaplex.com/ad/ck/49811
hxxp://adfarm.mediaplex.com/ad/ck/49816
hxxp://adfarm.mediaplex.com/ad/ck/49827
hxxp://adfarm.mediaplex.com/ad/ck/49831
hxxp://adfarm.mediaplex.com/ad/ck/49836
hxxp://adfarm.mediaplex.com/ad/ck/49837
hxxp://adfarm.mediaplex.com/ad/ck/49988


Published Wednesday, April 25, 2007 11:25 PM by sandi

## Comments

**# re: Winfixer and ValueClick – an oft appearing association**

Sandi, That's a brilliant breakdown of one of the worst offenders out there today. It's common knowledge that you shouldn't click/download/view documents/accept invitations etc from strangers, but some of the tricks these people use are just below the belt at times. Thanks for the tips and info on Winfixer....

Wednesday, April 25, 2007 10:07 AM by Brian Madsen    **Page 126**

**# re: Winfixer and ValueClick – an oft appearing association**

Excellent work Sandi. As some of you probably know, I'm an attorney representing a

Attachment OO

plaintiff in San Jose, CA whose computer WinFixer recently trashed. It's our goal to stop WinFixer at its source, and permanently.

You can learn more about my work here:

http://www.youtube.com/watch?v=zBUZHiKhsog

And here:

http://www.computerworld.com/action/article.do?
command=viewArticleBasic&articleId=9012579

Anyone who has been affected by these Mediaplex ads, please feel free to contact me at (650) 575-6590, or by emailing counsel@fixwinfixer.com. Best wishes, Joseph

Wednesday, April 25, 2007 12:18 PM by Joseph Bochner
**# re: Winfixer and ValueClick – an oft appearing association**

Great work Sandi - but when will they pay you to protect the world? Seriously - how much of this stuff do the vendors and the community expect for free? How much have MS or AOL paid you to continue the fight? I know - NOTHING - NADA - ZIP. You do this out of the goodness of your heart which I know well. Surely - if they really thought it was a worthy cause they would have gotten the problem solved by now! Don't get me wrong - I'm not criticising your work at all - but when will the big guys step up to the plate and take a swing at solving this. You do this out of your best intentions and for free. You should be being paid as a security consultant by MS or AOL given you've saved countless millions from being infected by this crap. Now you've got attorneys reading your blog and potentially using it in court - they get paid - what about you? Keep up the good work Sandi - but hopefully someone from MS or AOL will think about contributing to keeping food on Sandi's table :-) Wayne

Wednesday, April 25, 2007 5:51 PM by Wayne Small
**# re: Winfixer and ValueClick – an oft appearing association**

Kick ass article Sandy. I'm going to spread it around. Just the other day I couldn't convince someone that ValueClick did deserve to be included in a data base for blocking. This should do it!

Wednesday, April 25, 2007 7:04 PM by JeanInMontana
**# re: Winfixer and ValueClick – an oft appearing association**

NICE JOB. Glad to see someone is out there helping with this crap. I really liked that you posted details and numbers!

Saturday, April 28, 2007 12:54 PM by coz
**# Valueclick and Winfixer... the association continues**

Mike Burgess reports that ValueClick is not cleaning up their act:
msmvps.com/.../hostsnews

Sunday, May 06, 2007 8:11 AM by Spyware Sucks
**# 1. ValueClick and malware - the problem continues 2. The FTC investigates ValueClick**

ValueClick seems to be facilitating more than the distribution of malware like Winfixer. Check out Mike's

Saturday, May 19, 2007 12:42 AM by Spyware Sucks                    **Page 127**
**# re: Winfixer and ValueClick – an oft appearing association**

This article is so very informational. Just yesterday, i happened to get onto an adult dating site and my laptop got hit by spyware, took control over my IE and then all I know is that the names listed in this article - gomyron.com, go.errorprotector.com,

Attachment OO

Case 1:08-cv-03233-RDB   Document 3-24   Filed 12/02/08   Page 128 of 170

go.privacyprotector.com just started repeatedly popping up on my system and I could'nt do a thing about it. My IE was totally gone and I started getting warning and alarming messages continuosly that I have my system has been hit with viruses. The techs had a hard time getting it off the system

I hope this article really is a step forward for someone to take action against valueclick and mediaplex. They sure can make your life miserable

Friday, June 22, 2007 2:55 PM by Jenny

Copyright © is the original authors. Blog site is an independent site not sponsored by Microsoft. The Yoda blog server and the Brianna SQL server would like to thank www.ownwebnow.com and www.exchangedefender.com. They wouldn't be here and broadcasting without the generosity of Vlad Mazek and his companies.



Attachment OO



Attachment PP



Attachment QQ





Attachment RR

4:35:55 PM 11/20/2007



4:36:19 PM 11/20/2007



4:36:40 PM 11/20/2007



Attachment RR

NOTE: Software updates currently taking place; please excuse any errors.

 Tech Support Guy

Join    Tour    Login

Home    Forums    Library    News    Store    Donate                    Search

Security & HJT    Software & Hardware    Operating Systems    Internet & Networking    General Tech
Community



## Top Download

Recommended & Rated 5 Cows by Tucows (Feb 2008)

**Clean, repair and optimize** your system with the
industry leading and award-winning **RegistryBooster 2009.**

 **Download Now**

**Click to Download Now**

Tech Support Guy
Forums > Security &
Malware Removal >
Malware Removal &
HijackThis Logs >

### Spyware Removal Download
### NEW! STOPzilla 5.0

# drivecleaner.com/.freeware..
# HORRIBLE POP UPS

 **HELLO AND WELCOME!** Before you can post
your question, you'll have to register -- it's
completely free! Click here to join today! We
highly recommend that you print a copy of our
Guide for New Members. Enjoy!



Thread Tools

**Click Here to Run a Free Registry Scan** [Sponsored Link]

 **RP69FUN**
Junior Member with 6 posts.

Join Date: Jun 2007
Experience: Intermediate

27-Jun-2007, 09:16 PM **#1**

**drivecleaner.com/.freeware.. HORRIBLE POP UPS**

HELP WITH :
http://drivecleaner.com/.freeware/in...ax=1&ed=1&ex=1
nASTY POP UPS. i CANT SEEM TO GET RID OF THEIS
THROUGH SPYWARE, ADAWARE, MICROTRENS
HOUSECLEANING OR MY ANTI VIRUS ETRUST.... NOT
SURE WHAT TO DO REFFERED TO HERE BY CO
WOT\RKER W/ RAVING REVIEWS.....WIN XP, DEL
DIMENSION L1000R DESKTOP MULTIPLE ATTEMPTS TO
CLEAR...

*Last edited by RP69FUN  27-Jun-2007 09:20 PM  Reason  CHANGE
TITLE*



# Vote

## 5 days 6 hrs 14 min 52 sec

### Time is running out!

Tech Support Guy encourages all U.S. citizens to
vote on Tuesday. **Click here for helpful links.**

Malware Removal & HijackThis Logs

- autorun.vbs not found
- Web Developer: help my CPU runs at 100% have anti vir scanned - no virus!
- trojan-downloader.win32.agent variant
- completetala - heheheheheheh!!!!
- Test
- Infected with Outerinfo and others...
- spyware forcing me off tech support site.
- Computer is messed up please look at hijack log attached
- Version of AntiVirus 2008, Internet Connection Blocked
- nvcpldaemon - friend or foe
- Dns 85.255.112.174
- laptop infected: hacktool.rootkit
- help!virus response lab 2009 trojan.zlob
- Someone help me with this hijack this log!
- Please check for keylogger(s)!

Tag Cloud

2003 acer audio blue screen boot computer crash dell driver
drivers error excel freeze game hard drive install internet
internet explorer kb951748 laptop loss of internet malware monitor
motherboard network networking outlook outlook express
password printer problem problems ram registry router slow software
sound sprtcmd.exe trojan update usb video virus

# vista windows windows xp wireless

**Page 136**








# SpywareInfo

Live Help in #swiforum Chat Room                    Live Staff Chat    Calendar    Members    Search    Help

**Welcome Guest ( Log In | Register )**

► SWI Forums > Spyware, thiefware, browser hijackers, and other advertising parasites > **Malware Removal** > Resolved or inactive Malware Removal

## New here? Read the forum FAQ before you do anything else.

## Help support this site! Click here to learn how

## Protect yourself. So how did I get infected in the first place?

[ CLOSED ]    [ NEW TOPIC ]

| http://www.drivecleaner.com/.freeware/?, windows 2000 | Options ▼ |
|---|---|

**floater**

☐ Sep 10 2006, 02:10 PM                                              Post #1

Member
■

Group: Full Member
Posts: 16
Joined: 29-August 06
Member No.: 85,936

Greetings,

I am having adware problems. I have run spybot lava soft adware, and ewido anti spyware. My browser is not hijacked. some adds that constantly popped up are ... http://www.newsalone.com/m1436101080.html

http://www.drivecleaner.com/.freeware/?p=2...&aid=mgcog4

Attached is my log file from ewido and Hijack this.

Thanks in advance

---------------------------------------------------------

ewido anti-spyware - Scan Report

---------------------------------------------------------

+ Created at: 11:38:54 AM 9/10/2006

+ Scan result:

C:\WINNT\thiselt.exe -> Adware.Agent : No action taken.
C:\Program Files\System Files\plugin.dll -> Adware.CASClient : No action taken.







Attachment TT



Attachment TT



Attachment TT



Attachment UU



Attachment UU



Attachment VV



Attachment VV



Attachment VV



Attachment VV



Attachment VV



Attachment VV



Attachment VV



Attachment VV

12:00:23 PM 4/28/2008



Attachment VV



Attachment WW



Attachment WW





Attachment WW

2:06:54 PM 3/12/2008





Attachment XX

2:10:36 PM 3/12/2008



Attachment XX



Attachment XX



Attachment XX



2:12:22 PM 3/12/2008



Attachment XX

# AdvancedCleaner



## Your Payment Information

**Payment Type**      Credit Card

**Card Number**

**Expiration Date**   --   --

CVV2 Number                              What is CVV?

## Your Name and Address

**Name**

**Email ID**

Address

City

**Country**           United States

Telephone

**Password**          ⦿ Generate
                      ◯ Let me enter

*Items in **bold** are required. Information is needed
for credit card verification even for download orders.
It is never shared with other companies.*

Fully Secure & Encrypted O
Safer Than Over the Phone.

Your Purchase is Backed B
Money Back Guarantee!

Your Email Address and Pei
are private and NEVER reso

**Terms**
You are purchasing AdvancedCleaner
This is a one-time charge and you wi

[ SECURE PURCHASE ]

☑ Check here to certify you agree to the Terms & Conditions

☑ Sign me up for an upgrade to **InternetAnonymizer** - Protect your privacy and
identity. You will be billed one-time charge of only **USD 30**.

☑ I want to have **Premium Support** with dedicated support manager, remote control
system & instant messaging consultant + call back service 24&7 ONLY for **USD
24.95**

**IMPORTANT:** Please allow up to **two minutes** for the live processing of your order. Dont click **BACK**
**CANCEL**. By clicking SECURE PURCHASE you agree that you have read, understood, and accept the Sof
License Agreement.

**Page 168**          Attachment XX



Attachment XX

Order placed: 2008-03-12
advancedcleaner.com

| ORDER #: 6153843 |
| --- |

| **Shipping Adress:**<br>Jessie Logan<br><br>United States | **Items Ordered**<br>1. AdvancedCleaner + Premium Support<br><br>- 1 item(s) Gift options: None | **Price**<br>64.90 USD |
| --- | --- | --- |
| **Shipping:**<br>Standard | **Item(s) Subtotal**<br>Shipping & Handling:<br>Subtotal | 64.90 USD<br>USD 0.00<br>64.90 USD |
|  | **Total for this Shipment** | 64.90 USD |

Your charge will appear as: **supportsw.com 8007555909**

| PAYMENT INFORMATION |
| --- |

| **Payment Method:**<br>visa<br>Authorization code: 18468530<br>Last 4 digits: 0005<br>Transaction Type: Purchase | Item(s) Subtotal | 64.90 |
| --- | --- | --- |
|  | Shipping & Handling: | USD 0.00 |
|  | Total Before Tax | 64.90 |
| **Billing Adress:**<br>Jessie Logan | Estimated Tax | 0 |
| United States | **Grand Total** | 64.90 USD |

In case of any problems with AdvancedCleaner + Premium Support customer should contact the
Customer Support service.
Declaring a refund is NOT possible without contacting our Customer Support Department.
See our Refund Policy.

**Questions?**
**e-mail:** support@advancedcleaner.com
CUSTOMER SUPPORT
+1. (202) 904-2212 (24/7 Phone Support)
+1. (800) 755-5909 (24/7 Toll-Free USA Phone Support)
+1. (800) 889-5113 (24/7 Toll-Free Canada Phone Support)
+61 (290) 372-132 (24/7 Phone Support Australia)
+44 (120) 925-01-11 (24/7 Phone Support UK)

**User details:**
Login: jelogs@gmail.com
Password:

**Member's Area:** http://advancedcleaner.com/members/login.html

Attachment XX