**CONSENT TO RELEASE OF FINANCIAL RECORDS**

I, _____, of the State of _____ in the United States of America or of _____, outside of the United States of America, do hereby direct any bank or trust company at which I have an account of any kind or at which a corporation has an account of any kind upon which I am authorized to draw, and its officers, employees and agents, to disclose all information and deliver copies of all documents of every nature in your possession or control, which relate to said accounts, to any attorney of the Federal Trade Commission, and to give evidence relevant thereto, in the matter of <u>Federal Trade Commission v. Innovative Marketing, Inc., et al.</u>, now pending in the United States District Court for the District of Maryland, and this shall be irrevocable authority for so doing.  This direction has been executed pursuant to a certain order of the United States District Court for the District of Maryland in connection with that aforementioned matter.  This direction is intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of bank information without the consent of the holder or beneficial owner of the account, and shall be construed as consent with respect thereto, and the same shall apply to any of the bank accounts for which I may be a relevant principal.


Dated:_____, 2008


                                                                          _____

