# United States District Court

_____Baltimore_____ DISTRICT OF _____Maryland_____

Federal Trade Commission

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

**RDB 08 CV 3233**

Innovative Marketing Inc., also d/b/a Billingnow, BillPlanet
PTE Ltd., Globedat, Innovative Marketing Ukraine,
Revenue Response, Sunwell, Synergy Software BV,
Winpayment Consultancy SPC, Winsecure Solutions, and
Winsolutions FZ-LLC; ByteHosting Internet Services, LLC; James Reno, individually, d/b/a Setupahost.net, and as an officer of ByteHosting Internet Services, LLC; Sam Jain, individually, and as an officer of Innovative Marketing, Inc.; Daniel Sundin, individually, d/b/a Vantage Software and Winsoftware, Ltd., and as an officer of Innovative Marketing, Inc.;

TO: (Name and address of defendant) Marc D'Souza, individually, d/b/a Web Integrated Net Solutions, and as an officer of Innovative Marketing, Inc.; Kristy Ross, individually, and as an officer of Innovative Marketing, Inc., Defendants.

ByteHosting Internet Services, LLC
3864 McMann Road, Suite A
Cincinnati, Ohio 45245

AND
Maurice D'Souza, Relief Defendant

**YOU ARE HEREBY SUMMONED** and required to service upon PLAINTIFF'S ATTORNEY (name and address)

Ethan Arenson, Colleen Robbins, Carmen Christopher
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-288
Washington, DC. 20580 (202)326-2204

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

DATE  12/2/08

(BY) DEPUTY CLERK

# United States District Court

Baltimore        DISTRICT OF        Maryland

Federal Trade Commission

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

**RDB 08 CV 3233**

Innovative Marketing Inc., also d/b/a Billingnow, BillPlanet PTE Ltd., Globedat, Innovative Marketing Ukraine, Revenue Response, Sunwell, Synergy Software BV, Winpayment Consultancy SPC, Winsecure Solutions, and Winsolutions FZ-LLC; ByteHosting Internet Services, LLC; James Reno, individually, d/b/a Setupahost.net, and as an officer of ByteHosting Internet Services, LLC; Sam Jain, individually, and as an officer of Innovative Marketing, Inc.; Daniel Sundin, individually, d/b/a Vantage Software and Winsoftware, Ltd., and as an officer of Innovative Marketing, Inc.;

TO: (Name and address of defendant) Marc D'Souza, individually, d/b/a Web Integrated Net Solutions, and as an officer of Innovative Marketing, Inc.; Kristy Ross, individually, and as an officer of Innovative Marketing, Inc., Defendants.

James M Reno
3844 Golden Meadow Ct.
Amelia, OH 45102

AND
Maurice D'Souza, Relief Defendant

**YOU ARE HEREBY SUMMONED** and required to service upon PLAINTIFF'S ATTORNEY (name and address)

Ethan Arenson, Colleen Robbins, Carmen Christopher
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-288
Washington, DC. 20580 (202)326-2204

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK        DATE  12/2/08

(BY) DEPUTY CLERK

# United States District Court

Baltimore        DISTRICT OF        Maryland

Federal Trade Commission

V.

Innovative Marketing Inc., also d/b/a Billingnow, BillPlanet PTE Ltd., Globedat, Innovative Marketing Ukraine, Revenue Response, Sunwell, Synergy Software BV, Winpayment Consultancy SPC, Winsecure Solutions, and Winsolutions FZ-LLC; ByteHosting Internet Services, LLC; James Reno, individually, d/b/a Setupahost.net, and as an officer of ByteHosting Internet Services, LLC; Sam Jain, individually, and as an officer of Innovative Marketing, Inc.; Daniel Sundin, individually, d/b/a Vantage Software and Winsoftware, Ltd., and as an officer of Innovative Marketing, Inc.;

TO: (Name and address of defendant) Marc D'Souza, individually, d/b/a Web Integrated Net Solutions, and as an officer of Innovative Marketing, Inc.; Kristy Ross, individually, and as an officer of Innovative Marketing, Inc., Defendants.

AND
Maurice D'Souza, Relief Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: RDB 08 CV 3233

Sam Jain
355 1st Street, Apt. 2801
San Francisco, CA 94105

**YOU ARE HEREBY SUMMONED** and required to service upon PLAINTIFF'S ATTORNEY (name and address)

Ethan Arenson, Colleen Robbins, Carmen Christopher
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-288
Washington, DC. 20580 (202)326-2204

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    Felicia C. Cannon        DATE   12/2/08

(BY) DEPUTY CLERK

# United States District Court

Baltimore                        DISTRICT OF                        Maryland

Federal Trade Commission

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Innovative Marketing Inc., also d/b/a Billingnow, BillPlanet
PTE Ltd., Globedat, Innovative Marketing Ukraine,
Revenue Response, Sunwell, Synergy Software BV,
Winpayment Consultancy SPC, Winsecure Solutions, and
Winsolutions FZ-LLC; ByteHosting Internet Services, LLC; James Reno, individually, d/b/a Setupahost.net, and as an officer of ByteHosting Internet Services, LLC; Sam Jain, individually, and as an officer of Innovative Marketing, Inc.; Daniel Sundin, individually, d/b/a Vantage Software and Winsoftware, Ltd., and as an officer of Innovative Marketing, Inc.;

RDB08CV3233

TO: (Name and address of defendant) Marc D'Souza, individually, d/b/a Web Integrated

Kristy Marie Ross
207 Deer Run Dr.
Walkerville, MD 21793

Net Solutions, and as an officer of Innovative
Marketing, Inc.; Kristy Ross, individually, and as
an officer of Innovative Marketing, Inc., Defendants.

AND

Maurice D'Souza, Relief Defendant

**YOU ARE HEREBY SUMMONED** and required to service upon PLAINTIFF'S ATTORNEY (name and address)

Ethan Arenson, Colleen Robbins, Carmen Christopher
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-288
Washington, DC. 20580 (202)326-2204

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                           12/2/08
CLERK                                       DATE

(BY) DEPUTY CLERK