UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission<br><br>                     Plaintiff,<br><br>v.<br><br>Innovative Marketing, Inc., *et al.*<br><br>                     Defendants,<br><br>AND<br><br>Maurice D'Souza<br><br>                     Relief Defendant. | CIVIL NO.<br><br>RDB 08 CV 3233 |

[PROPOSED]

## ORDER TEMPORARILY SEALING ENTIRE FILE

Upon consideration of the *ex parte* motion of Plaintiff Federal Trade Commission ("Commission") for a temporary seal on the file in this action, the Court, having reviewed the submissions of counsel and the record, finds that good cause exists to temporarily seal the file in this matter in order to prevent the possibility of the destruction of evidence or dissipation of assets. Finding that no alternative to temporarily sealing the file would accomplish these ends, it is hereby

      **ORDERED**, that the motion is **GRANTED**, and

      **IT IS FURTHER ORDERED** that the entire file and docket in this action, including: the Complaint for Injunctive and Other Equitable Relief; Plaintiff's *Ex Parte* Motion for TRO and Order to Show Cause ("TRO Motion"); Plaintiff's Memorandum of Law in Support of Plaintiff's *Ex Parte* Motion for TRO and Order to Show Cause; Plaintiff's volumes of supporting exhibits; Plaintiff's

Certification and Declaration of Plaintiff's Counsel Ethan Arenson in Support of Plaintiff's *Ex Parte* Motion for: (1) Temporary Restraining Order and Order to Show Cause; and (2) Order Temporarily Sealing Entire File; all pleadings, exhibits, and other papers filed in support thereof; and this and other orders entered by the Court, **shall be sealed until 5:00 p.m. EST, December 9, 2008, or when counsel for the Commission informs the clerk of court that the seal is no longer necessary, whichever occurs first.** At that time, the seal shall automatically be lifted by the clerk without motion by the Plaintiff or further Order by the Court.

This Order shall not be construed to prohibit service or other disclosure by Plaintiff, or those acting at Plaintiff's direction, of the *Ex Parte* Temporary Restraining Order and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding the Defendants' or Relief Defendant's assets; or (3) any domestic or foreign law enforcement agency.

DATED, this _2ND_ day of _December_, 2008.

_____
Benson Everett Legg
UNITED STATES DISTRICT JUDGE