```
                                                    ____FILED      ____ENTERED
                                                    ____LODGED     ____RECEIVED

                                                         DEC 1 5 2008
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND                                        AT BALTIMORE
                                                     CLERK U.S. DISTRICT COURT
                                                      DISTRICT OF MARYLAND
                                                  BY                    DEPUTY
```

| | |
|---|---|
| Federal Trade Commission  Plaintiff,  v.  Innovative Marketing, Inc., *et al.*  Defendants,  AND  Maurice D'Souza  Relief Defendant. | CIVIL NO. RDB 08-CV-3233 |

### ORDER TO SHOW CAUSE WHY DEFENDANTS SAM JAIN, KRISTY ROSS, JAMES RENO, BYTEHOSTING INTERNET SERVICES, LLC, MARC D'SOUZA AND INNOVATIVE MARKETING SHOULD NOT BE HELD IN CONTEMPT OF COURT

Upon consideration of the FTC's Motion for an Order to Show Cause Why Defendants Sam Jain, Kristy Ross, James Reno, ByteHosting Internet Services, Marc D'Souza and Innovative Marketing, Inc., Should Not Be Held In Contempt of Court, it is this 12th day of December, 2008, hereby

**ORDERED**, that Defendants Kristy Ross, James Reno, ByteHosting Internet Services LLC, Marc D'Souza and Innovative Marketing, Inc., shall, within five (5) days of entry of this Order, submit to this Court all evidence, if any, demonstrating why they should not be held in contempt of court for failure to comply with the Temporary Restraining Order entered by this Court on December 2, 2008.

_____
Richard D. Bennett
United States District Judge

