# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

---

| | |
|---|---|
| Federal Trade Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: RDB 08-CV-3233 |
| ) | |
| Innovative Marketing, Inc., *et al.*, ) | |
| ) | HEARING REQUESTED |
| Defendants, ) | |
| AND ) | |
| ) | |
| Maurice D'Souza, ) | |
| ) | |
| Relief Defendant. ) | |

---

## DEFENDANT SAM JAIN'S MOTION FOR TEMPORARY STAY

For the reasons set forth in the accompanying supporting memorandum, and pursuant to Local Civil Rule 105, Defendant Sam Jain moves for a temporary stay of this case until the ongoing parallel federal criminal case against him is resolved.

Respectfully submitted,

\_\_\_/s/_____
Robert D. Luskin, *pro hac vice*
Benjamin D. Wood (Bar #17536)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
rluskin@pattonboggs.com
bwood@pattonboggs.com

*Attorneys for Defendant Sam Jain*

Dated: January 26, 2009