**Arenson, Ethan**

---

| | |
|---|---|
| From: | Kirsch, Thomas L. [TKirsch@winston.com] |
| Sent: | Tuesday, December 23, 2008 6:39 PM |
| To: | Arenson, Ethan |
| Subject: | telephone conversation |

Ethan, I am writing as a follow-up to our telephone conversation this afternoon. As we discussed, I believe that many of the Fifth Amendment and other objections raised in Sam Jain's letter are equally applicable to Kristy Ross. I understand from our conversation that we will proceed as follows: (1) you are intending to respond to Jain's letter by stating your position on the applicable Fifth Amendment protections afforded Jain and Ross, (2) we will discuss your response, and (3) if necessary, we will discuss the scope of Ross's Fifth Amendment protection in this case. If you disagree, please let me know. Thanks. Tom

Thomas L. Kirsch

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-3220
F: +1 (312) 558-5700

bio<http://www.winston.com/index.cfm?contentID=24&itemID=15234> |
vcard<http://www.winston.com/sitefiles/wsvcard/15234.vcf> |
email<mailto:TKirsch@winston.com> | www.winston.com<http://www.winston.com>

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.