

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

February 20, 2009

Garret G. Rasmussen
(202) 339-8481
grasmussen@orrick.com

**VIA E-MAIL**

Ethan Arenson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Re:   Maurice D'Souza

Dear Ethan:

As you know, I have been authorized by Maurice D'Souza to accept service on his behalf in connection with FTC v. Innovative Marketing, Inc., et. al. I am in receipt of the summons and complaint directed to Maurice D'Souza and accept service of these documents on his behalf.

Very truly yours,

Garret G. Rasmussen

OHS East:160535985.1