UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission<br><br>       Plaintiff,<br>v.<br><br>Innovative Marketing, Inc., *et al.*<br><br>       Defendants,<br>AND<br><br>Maurice D'Souza<br><br>       Relief Defendant. | CIVIL NO. RDB 08-CV-3233 |

ORDER ALLOWING ALTERNATIVE SERVICE OF PROCESS
ON DANIEL SUNDIN

Upon consideration of the FTC's Motion to use alternative methods of service to perfect service of process on Defendant Daniel Sundin; and finding good cause exists, it is this 23rd day of Feb, 2009, hereby

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 4(f)(3), the FTC may perfect service of process on Defendant Daniel Sundin in this matter by alternate methods of service.

**IT IS FURTHER ORDERED** the FTC may perfect service of process by sending the complaint and summons to Daniel Sundin by electronic mail, service on his attorneys and registered agent for Innovative Marketing, Inc., and by publication.

<u>Email address</u>: All valid email addresses including, but not limited to:  clenos@gmail.com.

Attorney:

Matthew J. Latella and J. Brian Casey
Baker & McKenzie LLP
Brookfield Place, Suite 2100
181 Bay Street, P.O. Box 874
Toronto, Ontario
M5J 2T3, Canada

Registered Agent for Innovative Marketing, Inc.

Apex Trust Corporation Limited
1876 Hutson Street
Belize City, Belize

Publication

The FTC may perfect service of process by publication of a notice, as set forth in Attachment A to Plaintiff's Memorandum in Support of Its Motion to Authorize Alternative Service of Process on Daniel Sundin. This notice shall be placed in The Times in London, U.K. and the Aftonbladet in Engelholm, Sweden for a period of once a week for three weeks.

SO ORDERED, this 23rd day of February, 2009

_____
Richard D. Bennett
United States District Judge