**UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INNOVATIVE MARKETING, INC. et al, )<br>)<br>Defendant. )<br>) | Case No.: 1:08-cv-03223-RDB |

**NOTICE OF WITHDRAWAL**

Pursuant to Maryland Rule 101 (2)(a), counsel Connie N. Bertram, representing Defendant Kristy Ross, hereby enters a Notice of Withdrawal. Defendant Kristy Ross will continue to be represented by Michael Del Negro, Dan Webb, Justin Endres and Thomas Kirsch, II.

Respectfully submitted,

/s/
Connie N. Bertram
DMD Bar No. 14774
email: cbertram@cooley.com
Cooley Godward Kronish, LLP
777 6th Street, NW
Suite 1100
Washington, DC  20001
(202) 728-7122 Telephone
(202) 842-7899 Facsimile

Counsel for Defendant

Dated: May 28, 2009

94902 v1/DC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2009, a copy of the foregoing Notice of Withdrawal was filed electronically.  In compliance with Local Civil Rule 102(1)(c), service required by Fed. R. Civ. P. 5(a) has been made, as notice of electronic filing will be electronically mailed to all counsel of record through the Court's ECF system.

                                                    /s/
                                     Connie N. Bertram