# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel: 410-962-3190<br>Fax: 410-962-3177 |

September 17, 2009

COUNSEL OF RECORD

    Re:   FTC v. IMI, et al.
             Civil No. RDB 08-3233

Dear Counsel:

    It has come to the Court's attention that there is a typographical error on page two of the Memorandum Opinion issued September 16, 2009 (Paper #137) in this case. The second line on page two should read December 12, 2008, not December 12, 2009. A revised Memorandum Opinion incorporating that change will be filed.

                       Sincerely,

                       /s/
                       Richard D. Bennett
                       United States District Judge

RDB/skp