## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| Plaintiff, | ) Civil No.: RDB 08-CV-3233 |
| | ) |
| v. | ) |
| | ) |
| Innovative Marketing, Inc., *et al.* | ) |
| | ) |
| Defendants, | ) |
| | ) |
| AND | ) |
| | ) |
| Maurice D'Souza | ) |
| | ) |
| Relief Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of Defendant Marc D'Souza's Unopposed Motion for Extension of Time in Which to Serve Rule 26(a)(2) Disclosures Regarding Experts, and being fully advised, the Court finds the motion should be granted.

WHEREFORE, IT IS HEREBY ORDERED as follows:

1.     Defendant Marc D'Souza's Motion to Unopposed Motion for Extension of Time in Which to Serve Rule 26(a)(2) Disclosures Regarding Experts is GRANTED; and

2.     The Scheduling Order (Docket No. 147) is modified as follows:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | March 26, 2010 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | April 9, 2010 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 16, 2010 |

3.      All other dates in the Scheduling Order remain unchanged.


Dated: _11th day of __March__, 2010


_____
Richard D. Bennett
United States District Judge