UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>         **Defendants,**<br><br>AND<br><br>**Maurice D'Souza**<br><br>         **Relief Defendant.** | **CIVIL NO. RDB 08-CV-3233** |

## JOINT MOTION TO REVISE SCHEDULING ORDER AND RESUME LITIGATION

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), and Defendants Marc D'Souza, Maurice D'Souza, and Kristy Ross hereby request that this Court enter the attached scheduling order, which will lift the stay entered in this case and allow the parties to resume litigation. In support of their motion, the parties state as follows:

1. On May 27, 2010, this Court stayed this matter so that the FTC and Marc and Maurice D'Souza could pursue a settlement in principle reached between them. The Court extended the stay on July 21, 2010.

2. After several months of fruitful discussions, the D'Souzas have announced that they are unable or unwilling to meet their obligations under the terms of the settlement in principle.

3. With no settlement imminent, the parties agree that litigation should resume.

4. Due to the lengthy stay of proceedings, the parties request that the Court enter the attached scheduling order, which will clarify the new deadlines in this case.

**WHEREFORE**, the FTC, Marc D'Souza, Maurice D'Souza, and Kristy Ross, respectfully request the Court enter the attached scheduling order.

Dated: September 22, 2010

Respectfully submitted:

| | |
|---|---|
| /s/ Ethan Arenson | /s/ Garret Rasmussen |
| Ethan Arenson | Garret Rasmussen |
| Colleen B. Robbins | Jonathan Direnfeld |
| Federal Trade Commission | Orrick |
| 600 Pennsylvania Avenue, NW | 1152 15th Street, N.W. |
| Washington, DC 20580 | Washington, D.C. 20005-1706 |
| (202) 326-2204; (202) 326-2548 | (202) 339-8481; (202) 339-8614 |
| Attorneys for Plaintiff FTC | Attorneys for Defendants Marc and Maurice D'Souza |

/s/ Carolyn Gurland
Dan K. Webb, *pro hac vice* (dwebb@winston.com)
Thomas L. Kirsch, *pro hac vice* (tkirsch@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Carolyn Gurland, *pro hac vice*
 2731 North Mildred Ave.
Chicago, Illinois 60614
cgurland@comcast.net

*Attorneys for Kristy Ross*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>　　　　　　　　　　**Defendants,**<br><br>AND<br><br>**Maurice D'Souza**<br><br>　　　　　　　　　　**Relief Defendant.** | **CIVIL NO. RDB 08-CV-3233** |

[PROPOSED] **ORDER REVISING SCHEDULING ORDER**

Upon consideration of the Joint Motion to Revise Scheduling Order and Resume Litigation submitted by the parties to this case and for good cause shown, it is this _____ of September, 2010, **HEREBY ORDERED** that the deadlines in the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Discovery deadline | October 5, 2010 |
| Requests for admission | October 22, 2010 |
| Dispositive pretrial motions deadline | November 4, 2010 |

_____
Richard D. Bennett
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission<br><br>          Plaintiff,<br> v.<br><br>Innovative Marketing, Inc., *et al.*<br><br>          Defendants,<br>AND<br><br>Maurice D'Souza<br><br>          Relief Defendant. | CIVIL NO. RDB 08-CV-3233 |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010, I caused a true and correct copy of the foregoing Joint Motion to Revise Scheduling Order and Resume Litigation to be served via the Court's electronic filing system upon:

Tom Kirsch
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois
60601-9703

Carolyn Gurland
2731 N. Mildred Avenue
Chicago, IL 60614
*Counsel for Kristy Ross*

Garret Rasmussen
Orrick
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
*Counsel for Marc D'Souza and Maurice D'Souza*

                               /s/ Colleen Robbins