UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>                    **Defendants,**<br><br>AND<br><br>**Maurice D'Souza**<br><br>                    **Relief Defendant.** | CIVIL NO. RDB 08-CV-3233 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), and defendants Kristy Ross, Marc D'Souza and Maurice D'Souza hereby request that the Court amend the Scheduling Order in this case to accommodate summary judgment briefing.  In support of their Joint Motion, the parties state as follows:

1. The current scheduling order does not provide sufficient time for the parties to brief and file motions for summary judgment and oppositions thereto in this large and complex case that features volumes of evidence and multiple experts;

2. The parties have conferred and reached agreement on a revised scheduling order that will permit sufficient time for proper briefing and takes into account the upcoming November and December holidays.

      **WHEREFORE**, the FTC, Kristy Ross, and Marc D'Souza and Maurice D'Souza respectfully request the Court enter the attached revised scheduling order.

Dated: October 14, 2010.

Respectfully submitted:

| | |
|---|---|
| /s/ Ethan Arenson | /s/ Garret Rasmussen |
| Ethan Arenson | Garret Rasmussen |
| Colleen B. Robbins | Jonathan Direnfeld |
| Federal Trade Commission | Orrick |
| 600 Pennsylvania Avenue, NW | 1152 15th Street, N.W. |
| Washington, DC 20580 | Washington, D.C. 20005-1706 |
| (202) 326-2204; (202) 326-2548 | (202) 339-8481; (202) 339-8614 |
| | |
| Attorneys for Plaintiff FTC | Attorneys for Defendants Marc and Maurice D'Souza |

/s/ Carolyn Gurland
Dan K. Webb, *pro hac vice* (dwebb@winston.com)
Thomas L. Kirsch, *pro hac vice* (tkirsch@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Carolyn Gurland, *pro hac vice* (cgurland@comcast.net*)*
 2731 North Mildred Ave.
Chicago, Illinois 60614

*Attorneys for Kristy Ross*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>                              **Plaintiff,**<br><br>   v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>                              **Defendants,**<br><br>AND<br><br>Maurice D'Souza<br><br>                              **Relief Defendant.** | CIVIL NO. RDB 08-CV-3233 |

## CERTIFICATE OF SERVICE

   I hereby certify that on October 14, 2010, I caused a true and correct copy of the foregoing Joint Motion to Amend Scheduling Order to be served via the Court's electronic filing system upon:

Tom Kirsch
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois
60601-9703

Carolyn Gurland
2731 N. Mildred Avenue
Chicago, IL 60614
*Counsel for Kristy Ross*

Garret Rasmussen
Orrick
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
*Counsel for Marc D'Souza and Maurice D'Souza*

                                                                              /s/ Ethan Arenson

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>      **Plaintiff,**<br><br>v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>      **Defendants,**<br><br>AND<br><br>**Maurice D'Souza**<br><br>      **Relief Defendant.** | **CIVIL NO. RDB 08-CV-3233** |

## [PROPOSED] ORDER REVISING SCHEDULING ORDER AND SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE

Upon consideration of the Joint Motion to Revise the Scheduling Order submitted by the parties to this case and for good cause shown, it is this _____ of October, 2010, HEREBY ORDERED that the deadlines in the Scheduling Order shall be modified as follows:

| | |
|---|---|
| FTC's Motion for Summary Judgment | November 19, 2010 |
| Defendants' Oppositions to Summary Judgment and Cross-Motions for Summary Judgment | December 17, 2010 |
| FTC's Reply Brief and Opposition to Cross-Motions for Summary Judgment | January 14, 2010 |
| Defendants' Reply Brief | January 28, 2010 |

                       _____
                       Richard D. Bennett
                       United States District Judge