UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>        **Plaintiff,**<br><br>v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>        **Defendants,**<br><br>AND<br><br>**Maurice D'Souza**<br><br>        **Relief Defendant.** | **CIVIL NO. RDB 08-CV-3233** |

## MOTION TO WITHDRAW

Pursuant to Local Rule 101(2)(b), Plaintiff's counsel Ethan Arenson hereby moves to withdraw from this case.  Mr. Arenson will be leaving the employ of the Federal Trade Commission ("FTC") effective December 3, 2010, in order to join the United States Department of Justice.  The FTC will continued to be represented by its other counsel of record.

Dated: December 3, 2010

                Respectfully submitted:
                WILLARD K. TOM
                General Counsel


                 /s/ Ethan Arenson
                Ethan Arenson, DC #45147
                Colleen B. Robbins, NY #2882710
                Federal Trade Commission
                600 Pennsylvania Ave., NW, Rm 288
                Washington, D.C. 20580
                (202) 326-2204 (Arenson)
                (202) 326-2548 (Robbins)

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>                            **Plaintiff,**<br><br>  v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>                            **Defendants,**<br><br>AND<br><br>Maurice D'Souza<br><br>                            **Relief Defendant.** | **CIVIL NO. RDB 08-CV-3233** |

**ORDER GRANTING MOTION TO WITHDRAW**

For good cause shown it is this _____ day of December, 2010, hereby ORDERED that Ethan Arenson's Motion to Withdraw as counsel of record for the Federal Trade Commission is GRANTED.

_____
Hon. Richard D. Bennett
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **Federal Trade Commission**<br><br>                              **Plaintiff,**<br><br>  v.<br><br>**Innovative Marketing, Inc.,** *et al.*<br><br>                              **Defendants,**<br><br>AND<br><br>Maurice D'Souza<br><br>                              **Relief Defendant.** | CIVIL NO. RDB 08-CV-3233 |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2010, I caused a true and correct copy of the foregoing Motion to Withdraw to be served via the Court's electronic filing system upon:

Tom Kirsch
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois
60601-9703

Carolyn Gurland
2731 N. Mildred Avenue
Chicago, IL 60614
*Counsel for Kristy Ross*

Garret Rasmussen
Orrick
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
*Counsel for Marc D'Souza and Maurice D'Souza*

                                                                                    /s/ Ethan Arenson

3