IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Federal Trade Commission            *
        Plaintiff(s)

    vs.                          Case No.: 08-cv-3233

Innovative Marketing                *
        Defendant(s)

******

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY*

Please enter my appearance in this case on behalf of the Federal Trade Commission.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| Maryland | 12/12/07 |
| District of Columbia | 12/08/08 |
|  |  |
|  |  |

I am a member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

For Court Use:  Forward to Attorney Admissions

---

* To be filed in paper format.

I understand that I must immediately notify the Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

_____
Signature

Paul Spelman
Printed Name

Federal Trade Commission
Agency

600 Penn Ave NW
Address

Washington DC 20580
City, State, Zip Code

202-326-2487
Phone Number

202-326-3395
Fax Number

pspelman@ftc.gov
Email Address



# U.S. District Court
For The *District of Maryland*

**Electronic Case Files Attorney/Participant Registration Form**

This form is to be used to register for a ***Federal Government*** account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name  Paul                                Middle Name  Bryan

Last Name  Spelman                              Generation _____

Last four digits of Social Security number (for security verification)  3915

Agency Name  Federal Trade Commission

Address  600 Penn Ave NW

Washington DC 20580

Voice Phone Number  202-326-2487

Fax Number  202-326-3395

Internet Email Address  pspelman@ftc.gov

1.   This system is for use only in cases before the ***U.S. District Court for the District of Maryland***. It may be used to file electronic documents.

2.   An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3.   An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4.   Registration as a user constitutes:
     a)   Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
     b)   Consent to electronic service and waiver of service by any other means, except for original process.

5.   Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.
     **Please include this completed form with your Request for Entry of Appearance.**