**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

------------------------------------------------------------

FEDERAL TRADE COMMISSION )
)
Plaintiff, )   Hon. Richard D. Bennett
)
v. )   Civil No.: RDB 08-CV-3233
)
INNOVATIVE MARKETING, INC., *et al.* )
)
Defendants. )

------------------------------------------------------------

**INDEX OF EXHIBITS TO DEFENDANT KRISTY ROSS'S**
**RESPONSE TO THE FTC'S STATEMENT OF MATERIAL FACTS**

The following Exhibits are referenced in Ms. Ross' Response to the FTC's Statement of

Material Facts and identified therein as "RDX ___."

1. Deposition of Geoffrey Gieron

2. KRG 30

3. KRG 18

4. KRG 26

5. KRG 27

6. KRG 6

7. Scott Ellis Expert Report

8. October 23, 2007 Order Striking Marc D'Souza's Counterclaim

9. Deposition of Rodney Webster

10. FTC 024977

11. FTC 024980

12. FTC 024990

13. FTC 025085

14. KRG 9

15. KRG 13

16. FTC 11

17. KRG 4

18. FTC 025181

19. FTC 024970

20. FTC 039107 – 039109

21. Group Exhibit containing RDX 21, FTC 9, FTC 10, FTC 11, FTC 12, FTC 13, FTC 14, FTC 15, FTC 16, FTC 18, FTC 20, FTC 21, FTC 22-23, FTC 25, FTC 26, KRG23, KRG25.5, and KRG30.

22. KRG 6.

23. June 9, 2009 Hearing Transcript

24. FTC 14

25. FTC 15

26. FTC 20

27. FTC 23

28. Deposition of Scott Ellis

29. Deposition of Kevin Johnson

30. Scott Ellis Supplemental Report

31. FTC 5

32. FTC 6

33. Kevin Johnson Expert Report

34. Kevin Johnson Supplemental Report

35. FTC 4

36. FTC 025180 - 025181

37. KRG 14

38. FTC 025227 – 02225

39. Deposition of Dirk Kollberg