RDX 21

**From:** Kristy Ross [kristy@globedat.com]
**Sent:** Wednesday, August 10, 2005 8:44 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Thanks I just saw that the account was offline and am funding it. I'll look forward to the package.

I am going quite a few places.. just meeting with clients, etc. Nothing too thrilling though :)

Kristy

> ----- Original Message -----
> **From:** Geoff Gieron
> **To:** 'Kristy Ross'
> **Sent:** Wednesday, August 10, 2005 8:15 PM
> **Subject:** RE: Account Update
>
> Kristy –
>
> The package went out today via FedEx and should be there this Friday ☺
>
> You going anywhere fun on your trip?
>
> Also, wanted to let you know 87056 winantivirus ran out of funds – I just noticed as I was wrapping up for the day and wanted to let you know!
>
> Thank you,
>
> Geoff Gieron
> myGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Wednesday, August 10, 2005 12:22 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Kristy Ross
2221 26th Street South
Arlington, VA 22206

Also when I leave town, I will only be unavailable during my plane flight.. other than that I will be around the same as usual :)

Thanks.. excited to get the package.

- Kristy

> ----- Original Message -----
> **From:** Geoff Gieron
> **To:** 'Kristy Ross'
> **Sent:** Wednesday, August 10, 2005 2:52 PM
> **Subject:** RE: Account Update



EXHIBIT NO. 9
Gieron
5-4-10
jmsteno.com

FTC 047634

I can send it out today ☺  I will make sure it is there on Friday.

Geoff Gieron
myGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Wednesday, August 10, 2005 11:47 AM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Geoff,

I have another address I could give you.  When would you ship it?  I am planning to leave town here the upcoming week.. and I won't be back for awhile.  Let me know if you'd still like to send it and I'll give you an address I can be reached at.

Thanks,
Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Wednesday, August 10, 2005 2:37 PM
**Subject:** RE: Account Update

Good morning Kristy!

I wanted to ask you something real quick – our new marketing guy put together a real neat "Geek Kit" for distribution clients and i wanted to send you one since you have been so great to work with – I wasn't sure where to ship it to…is the profile address the best one to use or is there another address you would prefer I use? I would normally just send something, but I really wanted to make sure you got it! ☺

Let me know when you have a moment.

Geoff Gieron
myGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, August 09, 2005 4:11 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Geoff,

Thanks for the help really.  We have lost people in the past, so I know what incidents like this can create. Your team at Mygeek is definitely the best we have dealt with.. and we advertise everywhere.  Usually it's hours and days for a response :)

Thanks.. hope the weather is treating you well out there.. it's pouring over here.

Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Tuesday, August 09, 2005 6:58 PM

**Subject:** RE: Account Update

Great news Kristy – just got the ok to put everything back to how it was.  Thank you for hangin with me while I bugged them endlessly and begged for forgiveness!

I really enjoy working with you and appreciate how responsive you are!!

Geoff Gieron
nyGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, August 09, 2005 3:17 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Sure if we can add it.  I figured it was a main source since most of the traffic came from them other places :)

Thanks a bunch for all the help.

Kristy

> —— Original Message ——
> **From:** Geoff Gieron
> **To:** 'Kristy Ross'
> **Sent:** Tuesday, August 09, 2005 6:08 PM
> **Subject:** RE: Account Update

This traffic source doesn't pick up traffic at that rate – though a handful of clicks make it through.  I just did that because though because there is no threat there I can go ahead and turn it on if you'd like.

I might be able to get this source back up for 89573 before I leave tonight – I am waiting for word from the team.

Geoff Gieron
nyGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, August 09, 2005 2:14 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Geoff,

It also looks like the ron account winfixerron2 (90448) is still not marked as having traffic from 110077.  Is this one still on hold also or it just has not been turned back on?

Thanks,
Kristy

> —— Original Message ——
> **From:** Geoff Gieron
> **To:** 'Kristy Ross'
> **Sent:** Tuesday, August 09, 2005 5:00 PM
> **Subject:** RE: Account Update

Kristy – 90012 was just opened back up to 110077 as a source.  Looks like tomorrow will be when we

FTC 047636

can open back up 89573 to that source. Just wanted to update you as soon as I got off the phone with them.

Thanks

Geoff Gieron
myGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, August 09, 2005 12:59 PM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Geoff,

I think the issue is fixed.  Please let me know.  I am trying to check in Internet Explorer, but it is hard for me to see popups or not as I use Safari.

Thanks,
Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Tuesday, August 09, 2005 3:14 PM
**Subject:** RE: Account Update

Kristy – here is an example of your winfixer ad vs. another one that we currently have in the network. – hope this helps out a bit.

http://winfixer.com/pages/scanner/?aid=mg&p=3&ax=0 (another account that is working correctly)

http://www.winfixer.com/pages/scanner/?aid=mgwfron3&lid=RON&p=3&ax=0 (your link with pop/auto download issue)

Geoff Gieron
myGeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, August 09, 2005 11:50 AM
**To:** Geoff Gieron
**Subject:** Re: Account Update

Geoff,

I'm not sure if you have any indication as to when this may have happened?  I'm trying to offer them information to look at when it may have occurred.  Do you think it was just today or earlier?

Thanks,
Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Tuesday, August 09, 2005 2:46 PM
**Subject:** Account Update

Kristy,

FTC 047637

I have suspended 89573. 90012, 90448 until I hear back from you on the resolve on the sudden change on Winfixer's end with delivery of their ad.

Thank you for helping me with this, I really appreciate it!

Geoff Gieron
Director, Advertiser Management Services
myGeek.com
AdOn Network
602-265-5242
602-297-4219 (fax)
geoff@mygeek.com

DSPAM:42fa98d9209621797518771!

| From: | Robert McDaniel |
|-------|-----------------|
| Sent: | Wednesday, August 03, 2005 05:18 PM |
| To: | tim@admedian.com |
| CC: | Robert McDaniel |
| Subject: | FW: RON URL Issue - 90396 |

Tim,

Got this additional information that may help you find the problem.

We have two RON advertiser accounts that were trying to get your traffic.  One was working, the other wasn't.  The actual advertiser had similar URLs, but were slightly different.  That led us to try altering the URL in the advertiser's account that wasn't working - and it started working!

Geoff's message below shows what the original URL was that wasn't working and what we changed it to, resulting in it starting to work.

Wanted to pass this on in case it assists your team in the debugging.

Thanks,

Robert

-----Original Message-----
From: Geoff Gieron [mailto:geoff@mygeek.com]
Sent: Wednesday, August 03, 2005 5:10 PM
To: 'Robert McDaniel'
Cc: Steve Armstrong; 'Mike Ainsa'
Subject: RON URL issue - 90396

RON advertiser URL issue with 110250 _110254

Original URL: http://www.winfixer.com/pages/scanner/index.php?aid=mgwfron31id=RONp=3ax=0

Changed to: http://winfixer.com/pages/scanner/?aid=mgwfron31id=RONp=3ax=0

Geoff Gieron

Director, Advertiser Management Services

myGeek.com

AdOn Network

602-265-5242

602-297-4219 (fax)

geoff@mygeek.com

MGC01300
FTC 023292

| | |
|---|---|
| **From:** | Mike Ainsa |
| **Sent:** | Thursday, August 04, 2005 11:54 AM |
| **To:** | Robert McDaniel |
| **Subject:** | Re: More admedian weirdness |

There is no way that can happen that I know of.

I go here: http://www.winfixer.com/pages/scanner/?
aid=mgwfron3lid=RONp=3ax=0

-M

On Aug 4, 2005, at 2:46 PM, Robert McDaniel wrote:

> Mike,
>
> When Tim clicks on the presults link:
> http://66.45.56.124/presults.jsp?
> partnerid=110250vendorId=90448type=10god
> e=4986382rate=543906cr=543906domain=www.winfixer.comquery=ronaurl
> =aHR0c
> DovL3d3dy53aW5maXhlci5jb20vcGFnZXMvc2Nhbm5lci8/
> YW1kPWlnd2Zyb24zJmxpcZD1ST04mc
> D0zJmP4PTA=rnk=1
>
> He ends up at the URL:
> http://www.winfixer.com/pages/scanner/index.php?
> aid=mgwfron3_edlid=RONax=1
> p=ax=1
>
> When I click on that same presults link, I end up on the following
> URL:
> http://www.winfixer.com/pages/scanner/?aid=mgwfron3lid=RONp=3ax=0
>
> How are we ending up on two different URLs from the same presults
> link?
>
> Transcript below:
>
> ------
> Tim says:
> so you click on:
> http://66.45.56.124/presults.jsp?
> partnerid=110250vendorId=90448type=10god
> e=4986382rate=543906cr=543906domain=www.winfixer.comquery=ronaurl
> =aHR0c
> DovL3d3dy53aW5maXhlci5jb20vcGFnZXMvc2Nhbm5lci8/
> YW1kPWlnd2Zyb24zJmxpcZD1ST04mc
> D0zJmP4PTA=rnk=1
> Tim says:
> and get what?
> Tim says:
> i just did it: got:
> http://www.winfixer.com/pages/scanner/index.php?
> aid=mgwfron3_edlid=RONax=1
> p=ax=1
> Tim says:
> Bram says:
> plz note Robert uses:
> http://www.winfixer.com/pages/scanner/index.php?
> aid=mgwfron3_edlid=RONax=1
> p=ax=0
>
> we pop:
> http://www.winfixer.com/pages/scanner/index.php?

MGC01306
FTC 023298

```
> aid=mgwfron3_edlid=RONex=1
> p=ax=1
>
> ax=0  ==> no error alert msg
> ax=1 ==> error msg
> Tim says:
> what do you get
> Robert says:
> if I click on the one with ax=1, I do get the alert.  But, I never
> get the
> ax=1 when clicking on the presults link
> Tim says:
>
> Tim says:
> http://66.45.56.124/presults.jsp?
> partnerid=110250vendorId=89573type=10god
> e=4767909rate=664362cr=664362domain=www.winfixer.comquery=wwwaurl
> =aHR0c
> DovL3d3dy53aW5maXhlc15jb20vcGVnzXMvc2Nhbm5lci9pbmRleC5waA/
> YW1kPWlnd2YxJmxppZ
> Dl3d3cmcD0zJmF4PTA=rnk=1
> Tim says:
> we got it from click on that
>
```

**From:** Robert McDaniel [robert@mygeek.com]
**Sent:** Monday, October 03, 2005 2:55 PM
**To:** Geoff Gieron; Steve Armstrong
**Subject:** FW: [Fwd: Re: WinFixer]

Geoff,

Any word yet from Globedat?

Robert

-----Original Message-----
**From:** jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
**Sent:** Monday, October 03, 2005 10:44 AM
**To:** Robert McDaniel
**Subject:** [Fwd: Re: WinFixer]

Hi Robert,

Any news about the WinFixer campaigns, their strange behavior and how we could stop the bleeding of impressions caused by this problem?

Regards,

Jean-Nicolas

------- Original Message -------
   Subject:Re: WinFixer
      Date:Fri, 30 Sep 2005 17:51:09 -0400
      From:jnv@mediatraffic.com>
        To:Robert McDaniel <robert@mygeek.com>
References:<BNECJIAJNNNFIFCPGMMGAEPBDGAA.robert@mygeek.com>

Yes, same thing from this url.

Jean-Nicolas

Robert McDaniel wrote:

> I've asked some guys outside of our network to test this for us as well.

> Don't think it is related to the Canada thing.

> Do you get those same pops when you go to this URL:

> http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&id=comAp=3&ax=0

> Thanks,

> Robert

> -----Original Message-----
> **From:** jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
> **Sent:** Friday, September 30, 2005 12:58 PM
> **To:** Robert McDaniel
> **Subject:** Re: WinFixer

> Hi Robert,

> I talked with the programmers and we don't limit the size of urls. They tell me that anyway your urls are shorter than others we use.

> I thought it could be because we are in Canada? But setting a US proxy gives the same results.

> Maybe they filter your IP to hide their behavior? Do you have any other idea?

> On our side, these urls show this succession of windows and prompts:





**FTC 048312**









Let me know if there's anything we can do,

Jean-Nicolas

Robert McDaniel wrote:

   Jean-Nicolas,

FTC 048313

4/29/2010

I tried clicking on the links below for both 89573 and 90012. Both took me to the following URL:

http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&jid=com&p=3&sx=0

Is this the URL you get when clicking on those?

This displays their standard ad - no multiple pops or ActiveX control downloads.

We had a similar problem with these ads with another partner. Same type of thing where we internally would always see the acceptable winfixer ad, but he would get the aggressive pops. The problem he was having was the URL was getting truncated (the conversion.cpvfeed.com url, like the ones you included below). Some kind of character limit he had in his desktop application. When those winfixer ad URLs get changed, it does start the aggressive pops. For example, take off the last part of the URL above:

http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&jid=com&p=3

This link takes me to the same ad, but tries to do an ActiveX install.

Is there any possibility that your app has a hard character limit on URL strings?

Robert

> -----Original Message-----
> **From:** inv@mediatraffic.com [mailto:inv@mediatraffic.com]
> **Sent:** Friday, September 30, 2005 10:25 AM
> **To:** Robert McDaniel
> **Subject:** Re: WinFixer
>
> Hi Robert,
>
> We've started it again for 5 minutes and the problems were the same.
>
> The vendorIds we had at the beginning of the week were
> 89573
> http://conversion.cpvfeed.com/presults.jsp?
> partnerid=110181&vendorId=89573&type=10&code=5076152&rate=906362&cr=906362&domain=www.winfixer.com&query=com&curl=aHR0cL
> 90012
> http://conversion.cpvfeed.com/presults.jsp?
> partnerid=110181&vendorId=90012&type=10&code=4777308&rate=422362664&cr=422362664&domain=www.winfixer.com&query=search&eurl
> 90729
> http://conversion.cpvfeed.com/presults.jsp?
> partnerid=110181&vendorId=90729&type=10&code=5129266&rate=664422&cr=664422&domain=www.winfixer.com&query=popup&eurl=aHR0
>
> Vendor 90784 was the only one promoting WinFixer appropriately:
> http://conversion.cpvfeed.com/presults.jsp?
> partnerid=110181&vendorId=90784&type=10&code=5132367&rate=664362&cr=664362&domain=www.winfixer.com&query=isp+provider&curl=
>
> Right now vendors 89573 and 90012 are still doing the same thing and 90784 still popping one window only. 90729 was not seen in our
> 5 minutes test. The three bad ones are blocked again now.
>
> Let me know if you have a quick solution for this so we could avoid a hole in the weekend revenues.
>
> Thank you!
>
> Jean-Nicolas
>
>
>
> Robert McDaniel wrote:
>
> > Jean-Nicolas,
> >
> > We've gone through every Winfixer account currently in our system, and are not seeing the problem.  So as far as we know, the
> > problem is resolved, and you can turn back on those ads.
> >
> > We do monitor this on our end, and will continue to look for this problem.  If it does reoccur, if you can send us the link used to display
> > the ad, we can track it down and resolve it immediately.
> >
> > Thanks,
> >
> > Robert
> >
> > > -----Original Message-----
> > > **From:** inv@mediatraffic.com [mailto:inv@mediatraffic.com]
> > > **Sent:** Wednesday, September 28, 2005 1:05 PM
> > > **To:** Robert McDaniel
> > > **Subject:** Re: Keyword list
> > >
> > > Hi Robert,
> > >
> > > 1. This morning we stopped all traffic going to domain winfixer.com because 95% of it's advertisement was a
> > > succession of at least five windows appearing after closing each previous one, including an ActiveX prompt and a .exe
> > > download prompt. This is a lot of traffic that is stopped. Can you could get those advertisers to display regular
> > > creatives or landing pages so we can start sending again those 200 thousand pops per day?
> > >
> > > 2. What are the rules for your advertisers? Our network only accepts one window pops, and doesn't accept ActiveXs
> > > or .exe prompts.
> > >
> > > 3. Thank you for the updated keywords list, we are working on ways to reduce its size in order to upload it faster to

FTC 048314

4/29/2010

our clients.

4. Here is the form you requested with our EULA and Privacy policy.
You can download a toolbar which bundles SurfAccuracy with on Slotchbar.com (using IE).

5. The amendment to the contract was faxed back yesterday. Did you receive it and is everything ready to start with the new shares in October?

6. That's good news about the international traffic. Did it really open today? If so can you tell me what we need to add to the query string and what countries are accepted? We might also need another amendment to the contract if you open more than the original countries in the contract.

Regards,

Jean-Nicolas

```
--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088
```

```
--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088
```

```
--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088
```

FTC 048315

**From:**   Kristy Ross [kristy@globedat.com]
**Sent:**   Friday, October 07, 2005 8:48 PM
**To:**   Robert McDaniel
**Cc:**   Geoff Gieron; Steve Armstrong
**Subject:** Re: Winfixer issue – account setup issues

Robert,

I think we are ready to restart it.. I'm reactivating the accounts.  All the links seem to be in the proper accounts.

Thanks for all the help,
Kristy

> ----- Original Message -----
> **From:** Robert McDaniel
> **To:** Kristy Ross
> **Cc:** Geoff Gieron ; Steve Armstrong
> **Sent:** Saturday, October 08, 2005 12:26 AM
> **Subject:** RE: Winfixer issue – account setup issues
>
> Kristy,
>
> Any word on the accounts?  Let me know if there is anything more you need.
>
> Thanks,
>
> Robert
>
>> -----Original Message-----
>> **From:** Kristy Ross [mailto:kristy@globedat.com]
>> **Sent:** Thursday, October 06, 2005 12:55 PM
>> **To:** Robert McDaniel
>> **Cc:** Geoff Gieron
>> **Subject:** Re: Winfixer Issue – account setup issues
>>
>> Robert,
>>
>> The new account for 110181 is #500140
>>
>> I also don't see any reason I don't believe to have it set up for RON & Keywords separately, I think it should be fine in the same account.
>>
>> I'll restart traffic once everything is transferred over and I can verify all the accounts are correct.
>>
>> Thanks,
>> Kristy
>>
>>> ----- Original Message -----
>>> **From:** Robert McDaniel
>>> **To:** Kristy Ross ; Geoff Gieron
>>> **Cc:** Steve Armstrong
>>> **Sent:** Thursday, October 06, 2005 6:36 PM

FTC 048231

**Subject:** RE: Winfixer issue - account setup issues

Kristy,

I've noticed a very small amount of traffic for 90012, but nothing for 89573 and 90448.  Will be restarting those accounts today?

Anything more you need from me to get those going?

Also, let me know as soon as you have the new account(s) for 110181.

Thanks,

Robert

-----Original Message-----
**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Wednesday, October 05, 2005 3:52 PM
**To:** Robert McDaniel; Geoff Gieron
**Cc:** Steve Armstrong
**Subject:** Re: Winfixer issue - account setup issues

Robert,

Thanks for update.  I'll set up the two accounts with the billing information, etc for the new 181 accounts and forward that to you when I'm done.

Thanks,
Kristy

---- Original Message ----
**From:** Robert McDaniel
**To:** Kristy Ross ; Geoff Gieron
**Cc:** Steve Armstrong
**Sent:** Thursday, October 06, 2005 12:03 AM
**Subject:** RE: Winfixer issue - account setup issues

Hi Kristy,

Sorry for the confusion.

Let me address each issue:

Issue 1:
Yes, probably best if you setup the new accounts, so the billing and everything is done correctly.  We will need one for both the keywords and one for the RON for 110181.  We can go ahead and set them up with the mgk181 URL.  Do you want me to add in the keywords after you've created the accounts?  Let me know when you have those setup.

Issue 2:
I have my DBA working on fixing the URLs in the 89573 account to the mygk1 URL.  I'll let you know when he is done.

Issue 3:
My DBA will fix the URL in 90448 next with the mgkron2 URL.

Issue 4:

FTC 048233

I'll make sure 110181 is turned off for the 90012 account and will have my DBA update the URLs to use the mgk2 URL.

As for which traffic sources, 110077 is bestoffers.  110276 is a different traffic source, but they also had requested no winfixer ads.  So both 110077 and 110276 both need to be off in all accounts.

I'll keep you updated as each issue gets resolved.

Thanks,

Robert

> -----Original Message-----
> **From:** Kristy Ross [mailto:kristy@globedat.com]
> **Sent:** Wednesday, October 05, 2005 1:52 PM
> **To:** Robert McDaniel; Geoff Gieron
> **Subject:** Re: Winfixer issue - account setup issues
>
> Robert,
>
> Sorry I looked at my accounts and have quite alot of confusion.
>
> I'm pausing my accounts in the meantime, as the links are seemily messed up all over the place and mostly all showing the 276 link.
>
> **Issue 1:** The issue seems to be, a new account was not set up at all (which I never received a new account email, so I doubt I ever had a new account set up).  I can set up this account myself if necessary, it takes no time at all for me to do it.
>
> A new account should be set up, solely for partner whom was removed previously, being #110181 I believe.  This partner should only have traffic run in this account
>
> This account should have it's own link and only be run in this account for tracking purposes.  The below link is the link the advertiser approved for this account:
>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgk276&lid=keywordhere&p=3&ax=0
>
> Since you have already used this link and if it is too much trouble, we can set it up as:
>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgk181&lid=keywordhere&p=3&ax=0
>
> This account was to include all the keywords from winfixer1 & winfixer2 into the new account.  I am not sure what to do about RON, if I need to set up also an additional account for this advertiser for that as well (if they have RON?)
>
> **Issue 2:**
>
> winfixer1 (Keywords Account 1)
> In account #89573  (should not have traffic on partner 110181)

This account is showing mgk276 links also, which it is not supposed to.  This account, if mandatory to be changed from original links, should use format:

http://www.winfixer.com/pages/scanner/index.php?
aid=mygk1&lid=keyword&p=3&ax=0


**Issue 3:**
winfixerron2 account: (Run of Network)
In account #90448

(which seems to have all traffic sources enabled, minus those which are not allowed)

http://www.winfixer.com/pages/scanner/index.php?
aid=mgk276&lid=RON&p=3&ax=0

This has been changed again, for all traffic sources.

IF this account needs to be changed

http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2&lid=RON&p=3&ax=0


**Issue 4:**
winfixer2
In account #90012  (should also not have traffic on partner 110181, as the new account for this should include all these words)

If you are changing this account, which I see in the past email.. I also do not want this 276 link.  I thought this was the new account, which is creating my confusion.

IF you are changing this account, please use:

http://www.winfixer.com/pages/scanner/index.php?
aid=mgk2&lid=keywordhere&p=3&ax=0


Sorry for all the confusion.  Again I think the issue is that the "new" account was never created, hence all these issues.  I have paused everything for the meantime until this is all resolved.

As a side note, I am ensure which accounts I can and can not be on.

Is bestoffers just # 110077 or do they have 2 numbers, which is 110276 also theirs as well?  I think I recall them having 2.


Please let me know if you need me to create a new account and/or if you want me to change the links, as I think it's rather easy.


Thanks,
Kristy

FTC 048234

---- Original Message ----
**From:** Robert McDaniel
**To:** Kristy Ross ; Geoff Gieron
**Sent:** Wednesday, October 05, 2005 9:14 PM
**Subject:** RE: Winfixer issue

Kristy,

Okay - great.  Just wanted to make sure I was using the correct URL for the account.

Thanks,

Robert

-----Original Message-----
**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Wednesday, October 05, 2005 10:55 AM
**To:** Robert McDaniel; Geoff Gieron
**Subject:** Re: Winfixer issue

Robert,

I don't have the login and password yet for 90012 by the way.  I think this is the new account Geoff was setting up.

The URL I gave Geoff to use for 90012 that was approved with the new advertiser was:

http://www.winfixer.com/pages/scanner/index.php?
aid=mgk276&lid=keyword&p=3&ax=0

Thanks,
Kristy

---- Original Message ----
**From:** Robert McDaniel
**To:** Kristy Ross ; Geoff Gieron
**Sent:** Wednesday, October 05, 2005 5:34 PM
**Subject:** RE: Winfixer issue

Kristy,

I'll update 89573 with that URL below.  What URL do you want to use for account 90012?

Thanks,

Robert

-----Original Message-----
**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, October 04, 2005 5:56 PM
**To:** Geoff Gieron
**Cc:** 'Robert McDaniel'
**Subject:** Re: Winfixer issue

Geoff,

Actually I do not want those two campaigns run on the same link. It makes it impossible to track anything from the partner and creates alot more confusion if it's not separated.

Is there one account that is easier to change the links on than the other? I don't want to have the confusing links all over the place and run into more problems

If you can replace the account 89573

with links:

http://www.winfixer.com/pages/scanner/index.php?aid=mygk3&lid=keyword&p=3&ax=0

And of course the keyword = the keyword in the account, and then leave the other account the same. I can't have them running the same link though. This link should be the same format.

-Kristy

----- Original Message -----
From: Geoff Gieron
To: 'Kristy Ross'
Cc: 'Robert McDaniel'
Sent: Wednesday, October 05, 2005 2:23 AM
Subject: RE: Winfixer issue

Kristy – I have used the new link to replace the links in account 89573. I hope this will not be an issue...I wanted everything to get set-up correctly so we could run this without seeing the same issue with the old link for them or for any other partner within the network. If you need us to make a change for this, please let Robert know and he will help manage this.

I hope that this does not cause any inconvenience as my goal was to get you going as soon as possible.

Geoff Gieron
myGeek.com

---

From: Kristy Ross [mailto:kristy@globedat.com]
Sent: Tuesday, October 04, 2005 3:45 PM
To: Geoff Gieron
Subject: Re: Winfixer issue

Geoff,

Since they have a lot of traffic, I would like to set up the account separately for them. Let me know if you need me to fill out any of the information. If we can just copy everything over from one of the other accounts this would be great.

Thanks,
Kristy

--- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Wednesday, October 05, 2005 12:36 AM
**Subject:** RE: Winfixer issue

Kristy – we have the ok on the link – did you want a new account still or would you like it to remain in the account it is currently in?

Geoff Gieron
myGeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, October 04, 2005 2:53 PM
**To:** Geoff Gieron
**Cc:** 'Robert McDaniel'; Steve Armstrong
**Subject:** Re: Winfixer Issue

Geoff,

Let me know about the new link today if you are still around.. if not I'll notify Robert about it tomorrow.

Thanks,
Kristy

--- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Cc:** 'Robert McDaniel' ; Steve Armstrong
**Sent:** Tuesday, October 04, 2005 6:31 PM
**Subject:** RE: Winfixer issue

Kristy,

Currently they have requested the removal of all antivirus, spyware removal, adware removal and registry cleaner products from their distribution. We still have access to the remainder of the network for antivirus ads and the fixed winfixer ads. Please let me know when you have an answer of the link for winfixer and we can push that out. We can also work on the antivirus keywords to get volume back up.

I am out this week from Wed through Fri at my sister's wedding... and we want to get you back up quickly...so if you need anything at all, starting tomorrow...Robert McDaniel who oversees distribution and who I am working with to get the winfixer ads back into our sources will be available to you.
Robert@mygeek.com

Thank you Kristy

Geoff Gieron
myGeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, October 03, 2005 6:11 PM

FTC 048237

**To:** Geoff Gieron
**Subject:** Re: Winfixer issue

Geoff,

Hopefully so.. seems there is almost zero traffic without them on antivirus words.  Do you happen to know if Bestoffers at all is interested in AntiVirus products that definitely do not list their product in them?  I don't see why they wouldn't allow an AntiVirus product, seems a bit odd.

Thanks,
Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Tuesday, October 04, 2005 3:03 AM
**Subject:** RE: Winfixer issue

Kristy,

Just got word that the antivirus campaigns for everyone are off Best Offers while they deal with some network clean-up issues. We do have new sources coming on and current sources still accepting those ads.

Geoff Gieron
myGeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, October 03, 2005 12:08 PM
**To:** Geoff Gieron
**Subject:** Re: Winfixer Issue

Geoff,

Great thanks I will check with them about this ad.

Also any idea on Win AntiVirus for the bestoffers partner?  I can get a Win AntiVirus Only (antivirus only) page up ASAP.  I'd assume that would meet their requirements?

- Kristy

---- Original Message ----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Sent:** Monday, October 03, 2005 8:25 PM
**Subject:** RE: Winfixer issue

Kristy – We have another winfixer ad running in the system that is not having the same issues as your link is.  Thought I would send this to you to see if this is helpful in repairing the issue so we can get you back up and running to higher volume.

http://www.winfixer.com/pages/scanner/index1.php?aid=est2&lid=us

Geoff Gieron
myGeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Friday, September 30, 2005 7:20 PM
**To:** Geoff Gieron
**Subject:** Re: Winfixer issue

Geoff,

Thanks for the email. We seem to have had this issue a few times lately with various locations. Sometimes it seems the ISP caches an ad from another source and it displays it for a day or two before the DNS refreshes. We had this problem with some international locations as well. Do you have any information as to where this may be happening (city or state wise, or in some country)? I think it may be related to some of the session IDs the programmers use. I will try to get the team to research it ASAP. I am in France right now and it is working fine here. I understand their reason to temporarily suspend it of course. I'll work on possibly getting another page to work in the meantime with them. Unfortunately I'm not sure if I'll be able to get a resolution until Monday, they are often difficult to contact over the weekend.

Thanks
Kristy

----- Original Message -----
**From:** Geoff Gieron
**To:** 'Kristy Ross'
**Cc:** robert@mygeek.com
**Sent:** Friday, September 30, 2005 11:43 PM
**Subject:** Winfixer issue

Kristy,

Good afternoon! We are seeing something odd with winfixer ads and was hoping you could help so we can get the traffic volume back up. One of our distribution points brought to our attention that we are seeing your links spawn the prompts to download and ext pop to get the user to download...however inside our office we see the ad correctly for this link.

I sent the link to several people outside our offices who are seeing it with the several prompts as the distribution partner mentioned.

Can you let me know what is potentially going on here and how we can get the download to be consistent to only be downloaded from the second page? The partner has no problem with winfixer ads, just has issue with the method of delivery and user complaints on his end. He has blocked winfixer until this is resolved – which is why the volume suddenly dropped. Any help would be great!



Here is the link we used and screenshots.

http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&lid=com&p=3&ax=0

When I clicked this one, it took me to my browser window, and then this popped up (see attachment 'Link 1').

When I clicked 'cancel', it took me to this site (see attachment 'Link 1 Cancel').

Geoff Gieron
Director, Advertiser Management Services
myGeek.com
AdOn Network
602-265-5242
602-297-4219 (fax)
geoff@mygeek.com

SPAM: 346f61 10790 924712 38!

**From:**          Kristy Ross
**Sent:**          Tuesday, October 04, 2005 11:13 AM
**To:**            Geoff Gieron
**Subject:**       Re: Winfixer issue


**Geoff,**

I actually seem to be in luck today.   They have created a new link for me:

http://www.winfixer.com/pages/scanner/index.php?aid=mgk276lid=keywordp=3ax=0

Can I set this up in an individual account for the advertiser and whoever else might be having
problems, after of course you are able to confirm with them there are no longer any problems.  It is
set up outside their other links, so supposedly this should resolve whatever issue I am apparently
having on the other link.

Please let me know :)

Thank you,
Kristy


----- Original Message -----
From: Geoff Gieron
To: 'Kristy Ross'
Cc: 'Robert McDaniel' ; Steve Armstrong
Sent: Tuesday, October 04, 2005 6:31 PM
Subject: RE: Winfixer issue


Kristy,


Currently they have requested the removal of all antivirus, spyware removal, adware removal and
registry cleaner products from their distribution.  We still have access to the remainder of the
network for antivirus ads and the fixed winfixer ads.  Please let me know when you have an answer of
the link for winfixer and we can push that out.  We can also work on the antivirus keywords to get
volume back up.


I am out this week from Wed through Fri at my sister's wedding and we want to get you back up
quickly so if you need anything at all, starting tomorrow Robert McDaniel who oversees distribution and
who I am working with to get the winfixer ads back into our sources will be available to you.
Robert@mygeek.com


Thank you Kristy


Geoff Gieron

myGeek.com


-------

From: Kristy Ross [mailto:kristy@globedat.com]


MGC00308

FTC 022272

Sent: Monday, October 03, 2005 6:11 PM
To: Geoff Gieron
Subject: Re: Winfixer issue


Geoff,


Hopefully so.. seems there is almost zero traffic without them on antivirus words.  Do you happen to
know if Bestoffers at all is interested in AntiVirus products that definitely do not list their product
in them?  I don't see why they wouldn't allow an AntiVirus product, seems a bit odd.


Thanks,

Kristy

----- Original Message -----

From: Geoff Gieron

To: 'Kristy Ross'

Sent: Tuesday, October 04, 2005 3:03 AM

Subject: RE: Winfixer issue


Kristy,


Just got word that the antivirus campaigns for everyone are off Best Offers while they deal with some
network clean-up issues.  We do have new sources coming on and current sources still accepting those
ads.


Geoff Gieron

myGeek.com



_____


From: Kristy Ross [mailto:kristy@globedat.com]
Sent: Monday, October 03, 2005 12:08 PM
To: Geoff Gieron
Subject: Re: Winfixer issue


Geoff,


Great thanks I will check with them about this ad.


Also any idea on Win AntiVirus for the bestoffers partner?  I can get a Win AntiVirus Only (antivirus
only) page up ASAP.  I'd assume that would meet their requirements?

- Kristy

MGC00309

----- Original Message -----

From: Geoff Gieron

To: 'Kristy Ross'

Sent: Monday, October 03, 2005 8:25 PM

Subject: RE: Winfixer issue


Kristy - We have another winfixer ad running in the system that is not having the same issues as your link is.  Thought I would send this to you to see if this is helpful in repairing the issue so we can get you back up and running to higher volume.


http://www.winfixer.com/pages/scanner/index1.php?aid=est2lid=us


Geoff Gieron

myGeek.com


From: Kristy Ross [mailto:kristy@globedat.com]
Sent: Friday, September 30, 2005 7:20 PM
To: Geoff Gieron
Subject: Re: Winfixer issue


Geoff,

Thanks for the email. We seem to have had this issue a few times lately with various locations. Sometimes it seems the ISP caches an ad from another source and it displays it for a day or two before the DNS refreshes. We had this problem with some international locations as well. Do you have any information as to where this may be happening (city or state wise, or in some country)? I think it may be related to some of the session IDs the programmers use.  I will try to get the team to research it ASAP.  I am in France right now and it is working fine here. I understand their reason to temporarily suspend it of course. I'll work on possibly getting another page to work in the meantime with them. Unfortunately I'm not sure if I'll be abe to get a resolution until Monday, they are often difficult to contact over the weekend.


Thanks

Kristy


----- Original Message -----

From: Geoff Gieron

To: 'Kristy Ross'


MGC00310

FTC 022274

Cc: robert@mygeek.com

Sent: Friday, September 30, 2005 11:43 PM

Subject: Winfixer issue


Kristy,


Good afternoon! We are seeing something odd with winfixer ads and was hoping you could help so we can get the traffic volume back up. One of our distribution points brought to our attention that we are seeing your links spawn the prompts to download and ext pop to get the user to download_however inside our office we see the ad correctly for this link.


I sent the link to several people outside our offices who are seeing it with the several prompts as the distribution partner mentioned.


Can you let me know what is potentially going on here and how we can get the download to be consistent to only be downloaded from the second page? The partner has no problem with winfixer ads, just has issue with the method of delivery and user complaints on his end.  He has blocked winfixer until this is resolved - which is why the volume suddenly dropped. Any help would be great!


Here is the link we used and screenshots.


http://www.winfixer.com/pages/scanner/index.php?aid=mgwfllid=comp=3ax=0


When I clicked this one, it took me to my browser window, and then this popped up (see attachment 'Link 1').


When I clicked 'cancel', it took me to this site (see attachment 'Link 1 Cancel').


Geoff Gieron

Director, Advertiser Management Services

myGeek.com

AdOn Network

602-265-5242

602-297-4219 (fax)

geoff@mygeek.com

MGC00311

!DSPAM: 4342ae7c178175010853464!

MGC00312

| | |
|---|---|
| From: | Kristy Ross |
| Sent: | Sunday, October 02, 2005 11:42 AM |
| To: | Kristy Ross; Geoff Gieron |
| Subject: | Re: Winfixer issue |

Geoff,

Actually nevermind, it wasn't this person. It was bestoffers 110077.

They appear to have shut the Winantivirus accounts off sometime on Saturday (which seems a bit odd). Do you have any idea why they would have shut this traffic off?

I got the notice sometime last week about how they weren't running registry, etc type products. But what would this have to do with an Antivirus product? I know it has a spyware product in it.

Can you let me know if they would be fine if either (their product) isn't in it... (which I'm not sure if it is.. but sometimes spyware companies are) or if not.. are they fine with running just the Antivirus product without any spyware, etc?

Let me know about this, so I can get new ads up asap w/ just the Antivirus

Thanks,
Kristy


----- Original Message -----
From: Kristy Ross
To: Geoff Gieron
Sent: Sunday, October 02, 2005 8:28 PM
Subject: Re: Winfixer issue

Geoff,

By the way, also why would this person have disabled the traffic on all the accounts? I have a number of accounts that are different clients (such as Antivirus software, etc) that this definitely should not occur with. These sites only go to the homepage and don't run various different ads. Why would they be disabling traffic for all these clients? Maybe by mistake?

Thanks,
Kristy

----- Original Message -----
From: Geoff Gieron
To: 'Kristy Ross'
Cc: robert@mygeek.com
Sent: Friday, September 30, 2005 11:43 PM
Subject: Winfixer issue


Kristy,


Good afternoon! We are seeing something odd with winfixer ads and was hoping you could help so we can get the traffic volume back up. One of our distribution points brought to our attention that we are seeing your links spawn the prompts to download and ext pop to get the user to download...however inside our office we see the ad correctly for this link.


I sent the link to several people outside our offices who are seeing it with the several prompts as the distribution partner mentioned.


MGC00296

FTC 022260

Can you let me know what is potentially going on here and how we can get the download to be consistent to only be downloaded from the second page? The partner has no problem with winfixer ads, just has issue with the method of delivery and user complaints on his end.  He has blocked winfixer until this is resolved - which is why the volume suddenly dropped. Any help would be great!

Here is the link we used and screenshots.

http://www.winfixer.com/pages/scanner/index.php?aid=mgwf11id=comp=3ax=0

When I clicked this one, it took me to my browser window, and then this popped up (see attachment 'Link 1').

When I clicked 'cancel', it took me to this site (see attachment 'Link 1 Cancel').

Geoff Gieron

Director, Advertiser Management Services

myGeek.com

AdOn Network

602-265-5242

602-297-4219 (fax)

geoff@mygeek.com

!DSPAM:433db18e322901209442312!

MGC00297

FTC 022261

**From:**   Lilach Chetrit-Argaman [LilachC@hotbar-inc.com]
**Sent:**   Wednesday, November 02, 2005 3:38 PM
**To:**   Robert McDaniel
**Cc:**   Guy Dassa
**Subject:** RE: Spam: RE: Winfixer

Actually, I am sorry but our traffic department have just paused the campaign. We are very strict about active-x. Please let us know as soon as this is removed and I will request to reopen.

Thanks,

Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E / lilachc@hotbar-inc.com
T / 212.884.0735
F / 212 560.8953
AIM / LilachchetritJ

HOTBAR

**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Wednesday, November 02, 2005 1:59 PM
**To:** Lilach Chetrit-Argaman
**Cc:** Guy Dassa
**Subject:** Spam: RE: Winfixer

Lilach,

We have the same requirement.  Sounds like something has broken on their end.  I'll get this resolved asap.

Thanks,

Robert

   ——Original Message——
   **From:** Lilach Chetrit-Argaman [mailto:LilachC@hotbar-inc.com]
   **Sent:** Wednesday, November 02, 2005 11:54 AM
   **To:** Robert McDaniel
   **Cc:** Guy Dassa
   **Subject:** FW: Winfixer

   Hi Robert,

   Thanks for the daily reports – they are very helpful.

   Please note that Winfixer, one of your advertisers, is attempting to install an active-x on the HP they open, which we don't allow in our network. Please remove the active-x from the HP they open or remove winfixer from the rotation.

   Please let me know if you have questions.

   Thanks,
   Lilach

   Lilach Chetrit-Argaman
   Associate Director Client Services, International
   Hotbar.com, Inc
   226 W 37th Street, 11th Floor
   New York, NY 10018
   E / lilachc@hotbar-inc.com
   T / 212.884.0735
   F / 212 560.8953
   AIM / Lilachchetrit)



EXHIBIT NO. 11
Giexon
5-4-10

**FTC 048295**



HOTBAR

**Subject:** FW: winfixer
**Importance:** High

12-560-8953

**Subject:** winfixer
**Importance:** High

Can you fix this please?

You can see it is trying to install an ActiveX



Lifach Chstrit-Argaman

Associate Director Client Services, International
hotbar.com, Inc

225 W 37th Street, 11th Floor
New York, NY 10018
E : lifachc@hotbar-inc.com
P : 212 564 0235
F : 212 560 8953
AIM : Lilachchstrit



HOTBAR

**From:** Lilach Chetrit-Argaman [LilachC@hotbar-inc.com]
**Sent:** Wednesday, November 02, 2005 3:06 PM
**To:** Robert McDaniel
**Cc:** Guy Dassa
**Subject:** RE: Spam: RE: Winfixer

Thanks Robert. Please update us as soon as this is resolved.

Thanks,
Lilach

Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E / lilachc@hotbar-inc.com
T / 212.884.0735
F / 212.560.8953
AIM / LilachChetrit

HOTBAR

**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Wednesday, November 02, 2005 1:59 PM
**To:** Lilach Chetrit-Argaman
**Cc:** Guy Dassa
**Subject:** Spam: RE: Winfixer

Lilach,

We have the same requirement.  Sounds like something has broken on their end.  I'll get this resolved asap.

Thanks,

Robert

> -----Original Message-----
> **From:** Lilach Chetrit-Argaman [mailto:LilachC@hotbar-inc.com]
> **Sent:** Wednesday, November 02, 2005 11:54 AM
> **To:** Robert McDaniel
> **Cc:** Guy Dassa
> **Subject:** FW: Winfixer
>
> HI Robert,
>
> Thanks for the daily reports – they are very helpful.
>
> Please note that Winfixer, one of your advertisers, is attempting to install an active-x on the HP they open, which we don't allow in our network. Please remove the active-x from the HP they open or remove winfixer from the rotation.
>
> Please let me know if you have questions.
>
> Thanks,
> Lilach
>
> Lilach Chetrit-Argaman
> Associate Director Client Services, International
> Hotbar.com, Inc
> 226 W 37th Street, 11th Floor
> New York, NY 10018
> E / lilachc@hotbar-inc.com
> T / 212.884.0735
> F / 212.550.8913
> AIM / LilachChetrit

FTC 048297



HOTBAR

**Subject:** FW: winfixer
**Importance:** High

12-560-8953

**Subject:** winfixer
**Importance:** High

Can you fix this please?

You can see it is trying to install an ActiveX



Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

225 W 37th Street, 11th Floor
New York, NY 10018
E · lilachc@hotbar-inc.com
T · 212 864 0735
F · 212 560 8953
AIM · Lilachchetri1



HOTBAR

FTC 048298

From:            Kristy Ross
Sent:            Monday, November 07, 2005 04:33 PM
To:              Geoff Gieron
Subject:         Re: Account # 90448 - issue changing bid


Geoff,

Unfortunately the person who makes my links was out of town.  I believe they
will be back tomorrow, so I do not yet have new links.  I know they looked
into the issue and fixed a few things, but I don't think it is fixed
overall.  I will forward the links to you to check as soon as I receive
them.  Hopefully early tomorrow morning Eastern time I will have them.

I should also have my new advertisement to try as well around the same time.

Thanks,
Kristy


On 11/7/05 11:48 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:

> Kristy - did you have a chance to get those other links over to me or did
> you handle this on your end?
>
> Geoff Gieron
> myGeek.com
>
>
> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Thursday, November 03, 2005 3:20 PM
> To: Geoff Gieron
> Subject: Re: Account # 90448 - issue changing bid
>
> Geoff,
>
> I should have new links tomorrow morning for the accounts.
>
> I also have a new ad format I'd like to try that may help get rid of issues.
> I'm trying to get them to upload it for me so you can look at it and ensure
> it meets your requirements. It has a 2nd page download, etc so it should be
> fine.  The ad is 700x300 though (instead of full page) I am not sure if this
> is an issue? Do you have any requirements regarding ad sizes? If you
> approve it, I'd like to start running this one on at least one account.
> It's done well for me with other networks.
>
> Thanks,
> Kristy
>
>
> On 11/3/05 7:55 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>
>> If a new link can be created to prevent this it would be great - I want to
>> prevent any complaints if possible
>>
>>
>> Geoff Gieron
>> myGeek.com
>>
>>
>> -----Original Message-----
>> From: Kristy Ross [mailto:kristy@globedat.com]
>> Sent: Thursday, November 03, 2005 11:36 AM
>> To: Geoff Gieron

MGC00406

FTC 022370

```
>> Subject: Re: Account # 90448 - issue changing bid
>>
>> Geoff,
>>
>> I don't see this either, but it seems some people are seeing them in
> various
>> places again when I have checked with a few people, but others don't.
>>
>> Changing the ads seemed to help last time.. I'm trying to get them to give
>> me a different ad format as well in appearance that isn't going to be
>> interlinked to some other ads in their system.
>>
>> If it's specific company complaining.. I can try to set up a new ad for
>> their network exclusively.  Let me know what you think.
>>
>> Thanks for the heads up,
>> Kristy
>>
>>
>> On 11/3/05 7:00 PM, "Geoff Giaron" <geoff@mygeek.com> wrote:
>>
>>> Kristy - the changes have been done.
>>>
>>> We are getting reports that the links in your accounts are initiating
>>> installs...I do not see this again from our IP, but we had a few outside
>>> people use these links and got the install initiated.
>>>
>>> 89573
>>> http://www.winfixer.com/pages/scanner/index.php?aid=mgk1lid=.aup-3ax=0
>>>
>>>
>>>
>>> 90448
>>>
>>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2lid=RONp=3ax=0
>>>
>>>
>>>
>>> 500140
>>>
>>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgkl81lid=cd-romp=3ax
>>> =0 (fixer)
>>>
>>>
>>>
>>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgkl81lid=.aup-3ax=0
>>> (winfixer)
>>>
>>>
>>>
>>
·> http://www.winfixer.com/pages/scanner/index.php?aid=mgkl81lid=RONp=3ax=0
>>> (ron)
>>>
>>>
>>>·
>>> 90012
>>>
>>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgk2lid=cd-romp=3ax=0
>>>
>>> Can you please have this corrected again before we have to drop any
>> sources
>>> of traffic? We have the ok to continue on the ones that have complained
> as
>>> soon as this is resolved.
```

MGC00407

FTC 022371

```
>>>
>>> Thank you very much for your help!
>>>
>>> Geoff Gieron
>>> myGeek.com
>>>
>>>
>>> -----Original Message-----
>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>> Sent: Wednesday, November 02, 2005 10:13 PM
>>> To: Geoff Gieron
>>> Subject: Re: Account # 90448 - issue changing bid
>>>
>>> Geoff,
>>>
>>> For account  500140 can we also change the RON bid.  I think they just
>>> started their RON traffic.. And it's set at $5.  Can we move this to
> .0038
>>>
>>> Also if you can move account 90448 back to .0038
>>>
>>> Please let me know when we may be able to bid on this stuff ourselves.
>>>
>>> Thanks,
>>> Kristy
>>>
>>>
>>> On 11/3/05 1:12 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>
>>>> Made the change Kristy
>>>>
>>>> Geoff Gieron
>>>> myGeek.com
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>> Sent: Wednesday, November 02, 2005 4:47 PM
>>>> To: Geoff Gieron
>>>> Subject: Re: Account # 90448 - issue changing bid
>>>>
>>>> Geoff,
>>>>
>>>> Can you put the RON account back to .004 for the bid?  It seems the
>>> traffic
>>>> has dropped to some extent over the past few hours (may or may not be
> due
>>> to
>>>> that).  Let me know..
>>>>
>>>> Thanks
>>>> Kristy
>>>>
>>>>
>>>> On 11/2/05 10:05 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>
>>>>> Ok Kristy - there looks to be something not recognizing "ron" in the
>>>> update
>>>>> bids so it pushes the price to the minimum for other targets. So I am
>>>> trying
>>>>> to handle this with our database guy until this gets fixed.  Please let
>>> me
>>>>> know if you need any changes and I will handle immediately for you
> until
>>>>> this fix is in place.
>>>>>
>>>>> Thank you,
>>>>>
>>>>> Geoff Gieron
```

MGC00408

```
>>>>> myGeek.com
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>> Sent: Wednesday, November 02, 2005 12:53 PM
>>>>> To: Geoff Gieron
>>>>> Subject: Re: Account # 90448 - issue changing bid
>>>>>
>>>>> Geoff,
>>>>>
>>>>> It was only at .005 right before I emailed you. Was it not showing that
>>> in
>>>>> the account?  (Maybe it allows it to be .004 but shows at .005 if I
>> enter
>>>>> it??)
>>>>>
>>>>> Thanks for the help.  I'll let you know if I want it changed back to
>> .004
>>>>>
>>>>> Kristy
>>>>>
>>>>>
>>>>> On 11/2/05 8:45 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>>
>>>>>> Kristy - the bid has been changed to .0038 - I am working on allowing
>>>> this
>>>>>> to be changed for these ron accounts on the front end - until then -
>>>>>> please
>>>>>> utilize me for assistance.  When did you change it to .005?
>>>>>>
>>>>>> Geoff Gieron
>>>>>> myGeek.com
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>>> Sent: Wednesday, November 02, 2005 11:44 AM
>>>>>> To: Geoff Gieron
>>>>>> Subject: Account # 90448 - issue changing bid
>>>>>>
>>>>>> Geoff,
>>>>>>
>>>>>> The ron account I have setup, #90448 I was trying to change the bid
> on.
>>>>> It
>>>>>> was set at $0.004 and I was trying to see if we could still get
> traffic
>>>> at
>>>>> a
>>>>>> lower rate (such as .0038, etc).. However when I did this.. It says
> the
>>>>> bid
>>>>>> is too low and it raised by bid to $.005
>>>>>>
>>>>>> An extra dollar at this amount of traffic is quite a lot.  At the very
>>>>> least
>>>>>> I would like my bid changed back to .004, but I know we were getting a
>>>> lot
>>>>>> of traffic before at a lower rate (.0035) and I am sure it is able to
>> be
>>>>>> lowered.
>>>>>>
>>>>>> How can I lower my bids now in the new system without hitting the
>>> minimum
>>>>>> default (which seems more like a default for cpc not cpv)
>>>>>>
>>>>>> -Kristy
>>>>>>
```

MGC00409
FTC 022373

```
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>
>
> !DSPAM:436£d9cc26701828183410!
>
```

MGC00410
FTC 022374

EXHIBIT NO. 12
Gieron
5-4-10

**From:** Kristy Ross [kristy@globedat.com]
**Sent:** Friday, November 18, 2005 3:48 PM
**To:** Geoff Gieron
**Subject:** Re: Two things..

Geoff,

Finally I have the new links.  I am sorry it took so long, they have all sorts of people out on vacation for the holidays.

The links I have given the account number, current link and what to change the link to per each account.  Also of course where the lid= we would like the =all or =alllids to be the keyword, which you guys always do when changing the links.

If you have any questions, please call me because I am leaving to dinner. (206) 730 2606

If not, just send me an email to confirm you receive this and when you change them.. Then I can just confirm they are changed properly in the accounts.

Sorry for all the trouble, thanks a bunch - Kristy

Links:

[01] Account: 89573

Current Link:
http://www.winfixer.com/pages/scanner/index.php?aid=mgk1&lid=all&p=3&ax=0

Change to:

http://www.winfixer.com/pages/scanner/index.php?aid=mgk1up&lid=alllids&p=3&ax=0

[02] Account: 90012

Current Link:
http://www.winfixer.com/pages/scanner/index.php?aid=mgk2&lid=all&p=3&ax=0

Change to:
http://www.winfixer.com/pages/scanner/index.php?aid=mgk2up&lid=alllids&p=3&ax=0

[03] Account: 90448

Current Link:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2&lid=all&p=3&ax=0

Change to:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=alllids&p=3&ax=0

[04] Account: 500140

Current Link:
http://www.winfixer.com/pages/scanner/index.php?aid=mgk181&lid=cd-rom&p=3&ax

1

=0

http://www.winfixer.com/pages/scanner/index.php?aid=mgk181up&lid=alllids&p=3
&ax=0


On 11/17/05 5:01 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:

> This was done yesterday - any status on those links?
>
>
> Geoff Gieron
> myGeek.com
>
>
> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Wednesday, November 16, 2005 4:51 AM
> To: Geoff Gieron
> Subject: Re: Two things..
>
> Geoff,
>
> On account 90448, can you change the bid to .0036  I tried to change it
from
> .0038 to .0036, but it is not accepting lower bids I guess and it made the
> bid .005 now.  Is this supposed to be fixed?  I thought for some accounts
it
> was.
>
> Thanks,
> Kristy
>
>
> On 11/15/05 10:29 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>
>> No problem - the sooner we can get this resolved the better off we will
> be.
>> Thank you for responding and let me know if there is anything I can do to
>> help facilitate this with you.
>>
>> Geoff Gieron
>> myGeek.com
>>
>>
>> -----Original Message-----
>> From: Kristy Ross [mailto:kristy@globedat.com]
>> Sent: Tuesday, November 15, 2005 1:11 PM
>> To: Geoff Gieron
>> Subject: Re: Two things..
>>
>> Geoff,
>>
>> I'm having them finish up the new links.. I hadn't changed these yet.
>> Hopefully they will have them asap.  Sorry for not responding sooner, I
> was
>> traveling.
>>
>> Thanks,
>> Kristy
>>
>>
>> On 11/15/05 6:13 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>
>>> Kristy,
>>>

2

FTC 047448

>>> Good morning! Appears we are having the download prompt issue again and
>>> complaints are coming in from one of the larger sources 181. We have to
>> have
>>> this stop or I am not sure how long I can keep running winfixer ads in
> the
>>> network when it jeopardizes our partners.
>>>
>>> Can you have this looked into right away? I appreciate it.
>>>
>>> Geoff Gieron
>>> myGeek.com
>>>
>>>
>>> -----Original Message-----
>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>> Sent: Friday, November 11, 2005 1:48 PM
>>> To: Geoff Gieron
>>> Subject: Re: Two things..
>>>
>>> Geoff,
>>>
>>> I changed it right before I initially emailed you yesterday.. Let me
look
>> in
>>> my email real quick.  It appears at 6pm My time, which is 8 Hours ahead
> of
>>> Mountain.. I forget which time zone you guys are on right now.  So this
>>> would have been at 10am Mountain, 9am Pacific... Which should have meant
>>> that the majority of the day is correct... But it doesn't appear that is
>>> necessarily the case?
>>>
>>> Let me know,
>>>
>>> Thanks - Kristy
>>>
>>>
>>> On 11/11/05 9:41 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>
>>>> Kristy - when did you change the pricing on your account to .0051?
>>>>
>>>> Geoff Gieron
>>>> myGeek.com
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>> Sent: Friday, November 11, 2005 1:37 PM
>>>> To: Geoff Gieron
>>>> Subject: Re: Two things..
>>>>
>>>> Geoff,
>>>>
>>>> I'm having all sorts of internet problems, thanks for letting me know.
>>>>
>>>> I looked into this account and again yesterday it had a huge day on
>> spend.
>>>> I started looking at some of the fees.. I assume some are off because I
>>>> changed the bids at a certain point from their higher state, but some
> are
>>>> off worse than the day before?
>>>>
>>>> Www - .0061
>>>>
>>>> Google - .0072
>>>>
>>>> Msn - .0070

3

FTC 047449

```
>>>>
>>>> Web - .0069
>>>>
>>>> Win - .00623
>>>>
>>>>
>>>> Etc...
>>>>
>>>> I guess I don't expect to spend this much on the account and I don't
> have
>>>> enough funds to run it at these high rates.  Can we fix yesterdays
>> pricing
>>>> credit as well?
>>>>
>>>> Hopefully this account will be fixed today? Are we sure it is charging
>> the
>>>> correct rates on everything now?
>>>>
>>>> Thanks,
>>>> Kristy
>>>>
>>>>
>>>>
>>>> On 11/11/05 8:43 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>
>>>>> Kristy - quick note to let you know the 89573 account is out of funds.
>>>>>
>>>>> Geoff Gieron
>>>>> myGeek.com
>>>>>
>>>>> -----Original Message-----
>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>> Sent: Thursday, November 10, 2005 5:55 PM
>>>>> To: Geoff Gieron
>>>>> Subject: Re: Two things..
>>>>> Importance: High
>>>>>
>>>>> Geoff,
>>>>>
>>>>> Hardly a problem, I hadn't even mentioned the issue to them in the
> first
>>>>> place.  I know you guys always take care of the issues that arise in a
>>>> very
>>>>> timely manner.  I try to not notify them of any problems I can resolve
>>>>> moderately quickly.
>>>>>
>>>>> I'll try to contact you a bit earlier tomorrow so we can start
changing
>>>>> these lnks.
>>>>>
>>>>> Thanks for all the help, I really do appreciate it greatly.
>>>>> Kristy
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On 11/11/05 1:41 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>>
>>>>>> Tomorrow is fine Kristy - you need to get some rest!
>>>>>>
>>>>>> Yes...the percentage issue should have not occurred after we migrated
>>> the
>>>>>> platform. I had everything triple checked and since 2:30pm yesterday
>> the
>>>>>> percentage was at 100%...what ever caused 60% is beyond me, but was
>>> happy
```

4

FTC 047450

>>>>> to
>>>>>> find out that it was only affecting one account and not all.
>>>>>>
>>>>>> Please let the advertiser know we apologize for this and hopefully
the
>>>>>> credit shows our responsiveness to issues as they arise.
>>>>>>
>>>>>> Thank you,
>>>>>>
>>>>>> Geoff Gieron
>>>>>> myGeek.com
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>>> Sent: Thursday, November 10, 2005 5:25 PM
>>>>>> To: Geoff Gieron
>>>>>> Subject: Re: Two things..
>>>>>>
>>>>>> Geoff,
>>>>>>
>>>>>> Thanks so much for looking into this. We appreciate the credit, I'm
>> not
>>>>>> sure what happened with that.. I'm sure they were just trying to fix
>> the
>>>>>> issue.
>>>>>>
>>>>>> I'll start switching the links tomorrow with you if that is okay? I
> am
>>>> in
>>>>>> Europe and it is already 2am.. So hopefully this won't be a problem.
> I
>>>>> want
>>>>>> to make sure we are tracking them correctly.
>>>>>>
>>>>>> Also regarding the "percentage" issue, from now on am I to assume
this
>>> is
>>>>>> gone? I had set the accounts at .0051, assuming this would be the
>>> actual
>>>>>> price. Will this continue to be so going forward?
>>>>>>
>>>>>> Thanks,
>>>>>> Kristy
>>>>>>
>>>>>>
>>>>>>
>>>>>> On 11/11/05 1:20 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>>>
>>>>>>> Kristy,
>>>>>>>
>>>>>>> The new link seems to work. So we can use this one moving forward.
>>>>>>>
>>>>>>> I invesitigated further and there was some random issue percentage
>> wise
>>>>> as
>>>>>>> you pointed out that occurred yesterday. It was isolated and
> shouldn't
>>>>>> have
>>>>>>> happened. I am having them look into further for my own sanity. I
> have
>>>>>>> credited the account the difference $1221.15 for this. The traffic
>> was
>>>>>>> certainly higher due to the pricing, but I wanted to make sure
>>> yesterday

5

FTC 047451

>>>>> you
>>>>>>> only paid .005 for com and www and .006 for all other targets.
>>>>>>>
>>>>>>> Let me know if there is anything further I can do and thank you for
>>>>>> bringing
>>>>>>> this to my attention.
>>>>>>>
>>>>>>>
>>>>>>> Geoff Gieron
>>>>>>> myGeek.com
>>>>>>>
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>>>> Sent: Thursday, November 10, 2005 11:19 AM
>>>>>>> To: Geoff Gieron
>>>>>>> Subject: Re: Two things..
>>>>>>>
>>>>>>> Geoff,
>>>>>>>
>>>>>>> Things are moderately in line on the 8th, as I imagine this is the
> day
>>>>>>> whatever happened occurred, so the pricing does not vary until later
>> in
>>>>>> the
>>>>>>> day, creating less drastic differences.
>>>>>>>
>>>>>>> I am 100% confident the prices on www and com were indeed at .0048
>>>>> because
>>>>>> I
>>>>>>> set it at .008 (unless the system calculated something differently
> for
>>>>> it,
>>>>>> a
>>>>>>> different percentage value than the others). I think because this
was
>>>> set
>>>>>> on
>>>>>>> a % system and my value was higher than .005 in the system, this is
>> the
>>>>>> one
>>>>>>> account that actually allowed me to change.. which is I would
> assume..
>>>>> why
>>>>>>> it is charging at exactly that rate now that I had entered.  I had
>> this
>>>>>> set
>>>>>>> as of the 4th afternoon, I haven't received traffic on this account
>>>>>> because
>>>>>>> I outbid it on another account (at .0050) and have not received
>> traffic
>>>>> on
>>>>>>> it since that date (traffic stopped on the 4th).
>>>>>>>
>>>>>>> The 4th was the last day this account received traffic on words www
>> and
>>>>>> com,
>>>>>>> at .0054. At this point, I reduced the bids below .0050 (which is
> why
>>>> my
>>>>>>> other account at .005 started to receive traffic), otherwise this
>>>> account
>>>>>>> would have had priority.  (account started to receive traffic is
>>>> #500140,
>>>>>> as
>>>>>>> you can see, set at .005)

6

FTC 047452

>>>>>>>
>>>>>>> So the bid would have had to be .005 or under.  While I think it
> would
>>>>>> still
>>>>>>> receive traffic at .005, as I am the only bidder on said terms (and
> it
>>>>> did
>>>>>>> not)... I suppose a credit at .005 would be acceptable, as it is
>>>> probably
>>>>>>> only some $80 difference between .0048 and .005.  Although the
>>>> difference
>>>>>>> between .005 and .008 is quite drastic.
>>>>>>>
>>>>>>> Thanks for looking into this,
>>>>>>> Kristy
>>>>>>>
>>>>>>>
>>>>>>> On 11/10/05 6:57 PM, "Geoff Gieron" <geoff@mygeek.com> wrote:
>>>>>>>
>>>>>>>> Kristy,
>>>>>>>>
>>>>>>>> I am reviewing this now to find out the cause as to the change in
>>>>>> pricing.
>>>>>>>> On the 8th...things look pretty much on track...the 9th, there does
>>>> look
>>>>>>> to
>>>>>>>> be an issue on this account.
>>>>>>>>
>>>>>>>> www and com couldn't have been at $.0048 because as you know the
>>> system
>>>>>>>> wouldn't accept this and it would not receive traffic. What was the
>>>>>>> intended
>>>>>>>> value here so I can review things to create a credit to your
> account.
>>>>>>>>
>>>>>>>> Geoff Gieron
>>>>>>>> myGeek.com
>>>>>>>>
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Kristy Ross [mailto:kristy@globedat.com]
>>>>>>>> Sent: Thursday, November 10, 2005 10:02 AM
>>>>>>>> To: Geoff Gieron
>>>>>>>> Subject: Two things..
>>>>>>>>
>>>>>>>> #1:
>>>>>>>>
>>>>>>>> Here is the new advertisement:
>>>>>>>>
>>>>>>>>
>>>>>>
>>>>
>>
http://www.winfixer.com/pages/scanner/index.php?aid=mgklup&lid=wf&p=3&ax=0
>>>>>>>>
>>>>>>>> Please confirm the advertisement is not having any issues with any
>>>> other
>>>>>>>> visitors (this is the ad I currently use) and I can start by
> updating
>>>>> one
>>>>>>>> account with this link if it is okay.  I will have to get a
separate
>>>>> link
>>>>>>>> for each account if so.
>>>>>>>>
>>>>>>>>

7

FTC 047453

```
>>>>>>>> #2:
>>>>>>>>
>>>>>>>> On account 89573
>>>>>>>>
>>>>>>>> At some point on the 8th, there appears to have been a change in
how
>>>>> this
>>>>>>>> account was charged.  On the 7th, I had the account set for all
bids
>>> to
>>>>>>> .01
>>>>>>>> and this somehow made .006 actually being charged (obviously a 60%
>>>>>> default
>>>>>>>> was built in for this).  As you can see, everything was charged at
>>> .006
>>>>>>>> until the 8th.  Www and com were set at .008 for a bid, which was
>>>>>>> equivalent
>>>>>>>> of .0048 at 60% and therefore receiving no traffic.  In the CPV
>>>> 'outbid'
>>>>>>>> report the actual value was said to be .006 qnd .0048,
respectively.
>>>>>>>>
>>>>>>>> At some point on the 8th (charges begin to go up), (you can see
>> actual
>>>>>>>> charges on the 9th)... It seems the 60% was removed or something of
>>> the
>>>>>>>> sort.  I have no idea what happened.  I assume they possibly fixed
>> the
>>>>>>>> minimums and somehow removed this information??
>>>>>>>>
>>>>>>>> I am not sure exactly what occurred, I am sure from your reports
you
>>>> can
>>>>>>> see
>>>>>>>> what these were set to.  The odd thing is while it seems 'most'
were
>>>>>>> somehow
>>>>>>>> set in the .0064 - .0068 area (which is entirely random??? - it's
>>>> always
>>>>>>>> been right on the nose at .006 in the past) and then the 2 accounts
>>>> were
>>>>>>> set
>>>>>>>> to .008.  I can only imagine someone must have deleted the 60%
value
>>> on
>>>>>>> the
>>>>>>>> account to fix the problem and didn't realize 2 bids were set at
>>> .0048.
>>>>>> I
>>>>>>>> don't really understand the inconsistencies in the remaining
traffic
>>>>>>> though.
>>>>>>>>
>>>>>>>>
>>>>>>>> Late on the 8th traffic 'started', on the 9th.. You can see the
>> actual
>>>>>>>> charge changes:
>>>>>>>>
>>>>>>>> www is being charged at .008 (was set to be .0048)
>>>>>>>> Com is being charged at .008 (was set to be .0048)
>>>>>>>>
>>>>>>>> Google is being charged at .0065 (was set to be .0060)
>>>>>>>> Web is being charged at .0068 (was set to be .0060)
>>>>>>>> Win is being charged at .0069 (was set to be .0060)
>>>>>>>> Internet is being charged at .0064 (was set to be .0060)
>>>>>>>>
```

8

FTC 047454

```
>>>>>>>> Etc...
>>>>>>>>
>>>>>>>> I have globally changed everything for the time being, to .0051,
>> which
>>>>>> now
>>>>>>>> seems to be working to set as a value (which before as I said, I
was
>>>>>>> putting
>>>>>>>> .01 to = .006, etc).
>>>>>>>>
>>>>>>>> The client will want a credit for the value discrepency.  I noticed
>> it
>>>>>>> since
>>>>>>>> it shot up in cost dramatically.  I will also have to check the
> other
>>>>>>>> accounts for the same situation, although I don't believe any
others
>>>>> were
>>>>>>>> still set on a % of a value basis.
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>> Kristy
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>
>
>  !DSPAM:437ca94c7001817928579!
>
```

FTC 047455

**From:**      Chad Little
**Sent:**      Tuesday, November 15, 2005 09:32 AM
**To:**        Steve Armstrong; Geoff Gieron
**CC:**        Robert McDaniel
**Subject:**

per robert, isearchtech says winfixer is running automatic active x downloads again

we need to be firm with these guys -- it's tough repairing damage for clients on this stuff

:-D

Chad Little
Chief Geek
www.myGeek.com
Phone 602.265.5242
Cell 602.881.9660
FAX 602.297.4219

MGC01380
FTC 023372

| From: | Lilach Chetrit-Argaman [LilachC@hotbar-inc.com] |
|---|---|
| Sent: | Friday, December 02, 2005 10:34 AM |
| To: | Chad Little; robert@mygeek.com |
| Cc: | Guy Dassa |
| Subject: | FW: MyGeek WinFixer ActiveX! |
| Importance: | High |

Hi Chad, Robert,

Traffic department informed me about a situation concerning our campaign that we need to address urgently. We have received numerous complaints from users that they get a Win Fixer Active X. as you know, we do not allow Active X in our network. The particular ad is serving through MyGeek and we can only view it in full by connecting to a proxy in US. When viewing the ad from the Hotbar office, we receive a different creative.

According to the head of traffic, this means that someone is blocking IP addresses to not allow us view the creative as they are. Also it's clear that this is the intention because the parameter is called "ax=0" (active X) on the tag that doesn't show the active X and "ax=1 on the one that does show it.

As I mentioned, we do not allow these types of offensive ads. Please check this ASAP. If they can't replicate this or need more information, please contact our head of traffic directly at (212)-560-8953 or saarp@hotbar-inc.com Please see below screenshots.

From Hotbar network I see it with no active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=allilds&p=3&ax=0

From the Proxy I see it with the active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=allilds&ed=2&ax=1&ax=1

Screen by screen the user is getting 4 screens to try to get him to install:



FTC 047424



Lifach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018

FTC 047425

E | lliache@hotbar-inc.com
T | 212.984.0735
F | 212.560.8953
AIM | LHacheBetrt1

HOTBAR

FTC 047426

**From:**      Robert McDaniel |robert@mygeek.com|
**Sent:**      Friday, December 02, 2005 10:38 AM
**To:**        Geoff Gieron
**Cc:**         Steve Armstrong; 'Chad Little'
**Subject:**   FW: MyGeek WinFixer ActiveX!
**Importance:** High

Geoff,

Winfixer problem again.  Need this resolved as soon as possible.  With the nature of it appearing correctly to some people and incorrectly to other people, it will be difficult to ensure it is completely fixed - but we need to get it fully resolved so this stops happening in our clients networks - especially after we've told them it has been fixed.

Thanks,

Robert

**From:** Lilach Chetrit-Argaman [mailto:LilachC@hotbar-inc.com]
**Sent:** Friday, December 02, 2005 8:34 AM
**To:** Chad Little; robert@mygeek.com
**Cc:** Guy Dassa
**Subject:** FW: MyGeek WinFixer ActiveX!
**Importance:** High

Hi Chad, Robert,

Traffic department informed me about a situation concerning our campaign that we need to address urgently. We have received numerous complaints from users that they get a Win Fixer Active X. as you know, we do not allow Active X in our network. The particular ad is serving through MyGeek and we can only view it in full by connecting to a proxy in US. When viewing the ad from the Hotbar office, we receive a different creative.

According to the head of traffic, this means that someone is blocking IP addresses to not allow us view the creative as they are. Also it's clear that this is the intention because the parameter is called "ax=0" (active X) on the tag that doesn't show the active X and "ax=1 on the one that does show it.

As I mentioned, we do not allow these types of offensive ads. Please check this ASAP. If they can't replicate this or need more information, please contact our head of traffic directly at (212)-560-8953 or saarp@hotbar-inc.com Please see below screenshots.

From Hotbar network I see it with no active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=alllids&p=3&ax=0

From the Proxy I see it with the active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=alllids&ed=2&ex=1&ax=1

Screen by screen the user is getting 4 screens to try to get him to install:



FTC 048306



FTC 048307



**Lilach Chetrit-Argaman**

Associate Director Client Services, International
Hotbar.com, Inc

 226 W 37th Street, 11th Floor
New York, NY 10018
E I lilachc@hotbar-inc.com
T I 212.884.0735
F I 212.560.8953
AIM I Lilachchetrit1



HOTBAR

FTC 048308

4/29/2010

| | |
|---|---|
| **From:** | Steve Armstrong |
| **Sent:** | Friday, December 02, 2005 11:32 AM |
| **To:** | Chad Little; Geoff Gieron |
| **CC:** | Robert McDaniel |
| **Subject:** | RE: MyGeek WinFixer ActiveX! |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg; image005.gif |

Not sure if they're sneaking it in or not.

From this point forward, we will exclude all Globedat/Winfixer accounts from accessing the Hotbar traffic.


-----Original Message-----
From: Chad Little [mailto:little@mygeek.com]
Sent: Friday, December 02, 2005 11:02 AM
To: Geoff Gieron; Steve Armstrong
Cc: Robert McDaniel
Subject: Fw: MyGeek WinFixer ActiveX!
Importance: High


geoff/steve

what's our plan here? we've been working very hard to get hotbar as a new and very large client. is there something that can be done to prevent this from happening -- they seem to be basically sneaking this stuff in -- am i correct?

chad


----- Original Message -----
From: Lilach Chetrit-Argaman
To: Chad Little ; robert@mygeek.com
Cc: Guy Dassa
Sent: Friday, December 02, 2005 8:34 AM
Subject: FW: MyGeek WinFixer ActiveX!


Hi Chad, Robert,


Traffic department informed me about a situation concerning our campaign that we need to address urgently. We have received numerous complaints from users that they get a Win Fixer Active X. as you know, we do not allow Active X in our network. The particular ad is serving through MyGeek and we can only view it in full by connecting to a proxy in US. When viewing the ad from the Hotbar office, we receive a different creative.


According to the head of traffic, this means that someone is blocking IP addresses to not allow us view the creative as they are. Also it's clear that this is the intention because the parameter is called "ax=0" (active X) on the tag that doesn't show the active X and "ax=1 on the one that does show it.


As I mentioned, we do not allow these types of offensive ads. Please check this ASAP. If they can't replicate this or need more information, please contact our head of traffic directly at (212)-560-8953 or saarp@hotbar-inc.com Please see below screenshots.


From Hotbar network I see it with no active X:

MGC01385
FTC 023377

http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2uplid=alllidsp=3ax=0

From the Proxy I see it with the active X:

http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2uplid=alllidsed=2ex=lax=1

Screen by screen the user is getting 4 screens to try to get him to install:

Lilach Chetrit-Argaman

Associate Director Client Services, International

Hotbar.com, Inc

  226 W 37th Street, 11th Floor

New York, NY 10018

E 1 lilachc@hotbar-inc.com

T 1 212.884.0735

F 1 212.560.8953

AIM 1 Lilachchetrit1

MGC01386
PTC023378

| | |
|---|---|
| From: | Geoff Gieron |
| Sent: | Friday, December 02, 2005 11:45 AM |
| To: | 'Chad Little'; 'Steve Armstrong' |
| CC: | 'Robert McDaniel' |
| Subject: | RE: MyGeek WinFixer ActiveX! |
| Attachments: | image001.jpg; image002.jpg; image003.jpg; image004.jpg; image005.gif |

Chad/Robert,


I have removed winfixer from Hotbar's feed.


Geoff Gieron

myGeek.com


──────

From: Chad Little [mailto:little@mygeek.com]
Sent: Friday, December 02, 2005 11:02 AM
To: Geoff Gieron; Steve Armstrong
Cc: Robert McDaniel
Subject: Fw: MyGeek WinFixer ActiveX!
Importance: High


geoff/steve


what's our plan here? we've been working very hard to get hotbar as a new and very large client.

is there something that can be done to prevent this from happening -- they seem to be basically sneaking this stuff in -- am i correct?


chad


───── Original Message ─────

From: Lilach Chetrit-Argaman

To: Chad Little ; robert@mygeek.com

Cc: Guy Dassa

Sent: Friday, December 02, 2005 8:34 AM

Subject: FW: MyGeek WinFixer ActiveX!


Hi Chad, Robert,

MGC01387
FTC 023379

Traffic department informed me about a situation concerning our campaign that we need to address urgently. We have received numerous complaints from users that they get a Win Fixer Active X. as you know, we do not allow Active X in our network. The particular ad is serving through MyGeek and we can only view it in full by connecting to a proxy in US. When viewing the ad from the Hotbar office, we receive a different creative.

According to the head of traffic, this means that someone is blocking IP addresses to not allow us view the creative as they are. Also it's clear that this is the intention because the parameter is called "ax=0" (active X) on the tag that doesn't show the active X and "ax=1 on the one that does show it.

As I mentioned, we do not allow these types of offensive ads. Please check this ASAP. If they can't replicate this or need more information, please contact our head of traffic directly at (212)-560-8953 or saarp@hotbar-inc.com Please see below screenshots.

From Hotbar network I see it with no active X:

http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2uplid=alllidsp=3ax=0

From the Proxy I see it with the active X:

http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2uplid=alllidsed=2ex=lax=1

Screen by screen the user is getting 4 screens to try to get him to install:

Lilach Chetrit-Argaman

Associate Director Client Services, International

Hotbar.com, Inc

  226 W 37th Street, 11th Floor

New York, NY 10018

E  l  lilachc@hotbar-inc.com

T  l  212.884.0735

F  l  212.560.8953

AIM  l  Lilachchetrit1

MGC0012889   MGC0023380

**From:** Lilach Chetrit-Argaman [LilachC@hotbar-inc.com]
**Sent:** Monday, December 05, 2005 2:24 PM
**To:** Robert McDaniel; Chad Little
**Cc:** Guy Dassa
**Subject:** RE: MyGeek WinFixer ActiveX!

Sounds good Robert, so lets keep the levels at 300k a day without Winfixer. I am asking though that whenever you anticipate a change in volume due to client canceling campaigns to let me know. Granted, these cancellations can be sudden, but any notification is a great help.

Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E I **lilachc@hotbar-inc.com**
T I 212 884 0735
F I 212 560 9953
AIM I Lilachchetrit1

HOTBAR

**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Monday, December 05, 2005 1:15 PM
**To:** Lilach Chetrit-Argaman; 'Chad Little'
**Cc:** Guy Dassa
**Subject:** RE: MyGeek WinFixer ActiveX!

Lilach,

We currently have enough coverage to support the 300K level without the winfixer ads.  That can change at any given moment if an advertiser goes inactive, but, looking back at volumes, we've stayed pretty steady around this number.

The problem we've had with those winfixer ads is that we see them correctly in our network - as you do in yours.  Since the ads do seem to work correctly when we first get the new URL from them, it's difficult to know when they 'break' and whether or not it is intentional or unintentional.  At this point, we can't monitor it closely enough to ensure they don't have the ActiveX downloads on the landing page.

Robert

**From:** Lilach Chetrit-Argaman [mailto:LilachC@hotbar-inc.com]
**Sent:** Monday, December 05, 2005 10:36 AM
**To:** Robert McDaniel; Chad Little
**Cc:** Guy Dassa
**Subject:** RE: MyGeek WinFixer ActiveX!

Hi Robert,

I hope you had a nice weekend.

If we remove Winfixer, what daily volume will you be able to fill with minimum defaults? If we keep Winfixer would you be able to monitor they actions more carefully and if so what volume should we expect then?

Please let me know ASAP because we already opened your campaign today and want to know how much volume to sent to it.

Thanks,
Lilach
Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E I **lilachc@hotbar-inc.com**
T I 212 884 0735
F I 212 560 9953
AIM I Lilachchetrit1

HOTBAR

FTC 048242

**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Friday, December 02, 2005 4:13 PM
**To:** Lilach Chetrit-Argaman; 'Chad Little'
**Cc:** Guy Dassa
**Subject:** RE: MyGeek WinFixer ActiveX!

Lilach,

Sorry I didn't respond to you sooner.

We did remove the winfixer ads from your feed this morning to stop the problem.  Since we've had this problem before with this same advertiser, the best course of action is to keep them out of your feed going forward.

Thanks,

Robert

**From:** Lilach Chetrit-Argaman [mailto:LilachC@hotbar-inc.com]
**Sent:** Friday, December 02, 2005 1:31 PM
**To:** Chad Little; robert@mygeek.com
**Cc:** Guy Dassa
**Subject:** RE: MyGeek WinFixer ActiveX!

Hi,

I haven't heard back from you and we really have to get this resolved ASAP if possible.

Thanks,
Lilach

Lilach Chetrit-Argaman

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E / Lilachc@hotbar-inc.com
T / 212.584.0735
F / 212.560.8953
AIM / Lilachchetrit1


HOTBAR

**From:** Lilach Chetrit-Argaman
**Sent:** Friday, December 02, 2005 10:34 AM
**To:** 'Chad Little'; 'robert@mygeek.com'
**Cc:** Guy Dassa
**Subject:** FW: MyGeek WinFixer ActiveX!
**Importance:** High

Hi Chad, Robert,

Traffic department informed me about a situation concerning our campaign that we need to address urgently. We have received numerous complaints from users that they get a Win Fixer Active X. as you know, we do not allow Active X in our network. The particular ad is serving through MyGeek and we can only view it in full by connecting to a proxy in US. When viewing the ad from the Hotbar office, we receive a different creative.

According to the head of traffic, this means that someone is blocking IP addresses to not allow us view the creative as they are. Also it's clear that this is the intention because the parameter is called "ax=0" (active X) on the tag that doesn't show the active X and "ax=1 on the one that does show it.

As I mentioned, we do not allow these types of offensive ads. Please check this ASAP. If they can't replicate this or need more information, please contact our head of traffic directly at (212)-560-8953 or saarp@hotbar-inc.com Please see below screenshots.

From Hotbar network I see it with no active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=alltids&p=3&ax=0

From the Proxy I see it with the active X:
http://www.winfixer.com/pages/scanner/index.php?aid=mgkron2up&lid=alltids&ed=2&ex=1&ax=1

Screen by screen the user is getting 4 screens to try to get him to install:

FTC 048243



**Lilach Chetrit-Argaman**

Associate Director Client Services, International
Hotbar.com, Inc

226 W 37th Street, 11th Floor
New York, NY 10018
E | lilachc@hotbar-inc.com
P | 212.984.0735
F | 212.560.8953
AIM | Lilachchetrit1



HOTBAR

**FTC 048245**

**From:** Mike Romoff [mromoff@360i.com]
**Sent:** Friday, January 20, 2006 4:42 PM
**To:** Robert McDaniel
**Cc:** Shawn Stevens
**Subject:** RE: Impressions/Revenue Report

Hey Robert –

Thanks for the followup. Let me check if there is anything that we can do on our end to take care of this.

If not we may want to do that block. But since only a few publishers really have a problem – I don't want to go overboard and lose those advertisers if we don't have to.

Thanks again,

Mike


Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232


**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Friday, January 20, 2006 4:34 PM
**To:** Mike Romoff
**Cc:** 'Shawn Stevens'
**Subject:** RE: Impressions/Revenue Report

Mike,

Sorry for the problem. We do have the untargeted winfixer accounts in our system blocked from your traffic. We do have a few advertisers that operate like you do in our system - where they create an account and then rotate ads behind the URL they give us. My guess is that is how it would be still coming through, if it is coming from us.

Now, when I say 'untargeted', I am specifically referring to advertisers that are bidding on Run of Network. However, winfixer also has pretty general targets (such as internet, windows, software, etc.) that may match in other categories. That may allow for some apparently 'untargeted' ads being shown. Really the only way to guard against that is to have all Adon Network winfixer accounts blocked from your traffic.

Let me know if you want us to do that.

Thanks,

Robert


**From:** Mike Romoff [mailto:mromoff@360i.com]



EXHIBIT NO. 14
Gieron
5-4-10

**FTC 048246**

**Sent:** Friday, January 20, 2006 1:08 PM
**To:** Robert McDaniel
**Cc:** Shawn Stevens
**Subject:** RE: Impressions/Revenue Report

Hi Guys –

Is it possible that this is Winfixer ad still coming through to us from you guys?

It may not be coming to us direct from you – but if you could please verify that these types of ads are not coming through to us untargeted (or at all if need be)?

I was testing a tag for our shopping category and saw this come up a few times. We have been getting complaints about these ads in particular from a number of publishers.

Please let me know what you think as soon as you can.

Thanks,

Mike

http://www.winfixer.com/pages/scanner/index.php?aid=mgklup&lid=aol.com&p=3&ax=0



Mike Romoff
Product Manager, Paid Listings
360i

FTC 048247

(212)-703-7232

-----Original Message-----
From: Robert McDaniel [mailto:robert@mygeek.com]
Sent: Friday, January 20, 2006 2:24 PM
To: Mike Romoff
Cc: 'Shawn Stevens'
Subject: Impressions/Revenue Report

Mike,

Attached are the updated numbers.

And here are the raw impressions we received from you.
01/19: 255,651

Thanks,

Robert

FTC 048248

**From:** Kristy Ross [kristy@globedat.com]
**Sent:** Thursday, February 02, 2006 11:34 AM
**To:** Geoff Gieron
**Subject:** Re: Winfixer Ad

Geoff,

Thanks for letting me know about this, I am in Europe, but will be back in the US for awhile as of Monday. Sorry for not getting back to you sooner. I haven't heard of many issues lately as we were before, but I will try to send you some new link for this and hopefully it will resolve the problem.

Also I got a release today from Lycos about you partnering with them (I have an advertising account there of course). Do you have any additional information about this? I'm glad to see that you do their billing etc, as the Miva system there was horrible. I haven't had much luck with their traffic though, are they a partner through your system also now?

Glad to hear about the traffic being restarted also, I look forward to it.

Thanks,
Kristy

On 2/2/06 2:14 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:

> Kristy,
>
> One of our team noticed the winfixer ad doing the prompt issue again through account 89573. It happens sporadically – but thankfully we have caught this before any of the partners in our network have – anyway to resolve this? Let me know so we don't run into problems.
>
> Also the 500140 campaign should be up again soon – we found the problem with the traffic client and should be able to get it resolved in the next day or so – then we can begin running on their list and work to grow it.
>
> Thanks,
>
> Geoff Gieron
>
> myGeek.com
>
>
> **From:** Robert McDaniel [mailto:robert@mygeek.com]
> **Sent:** Wednesday, February 01, 2006 3:49 PM
> **To:** Geoff Gieron
> **Subject:** Winfixer Ad
>
>
> This is the pop up that occurs first (with the web page resized and small down on the bottom right of the screen)



Closing the dialog or clicking cancel results in this page (note that it is trying to download an ActiveX control):



EXHIBIT NO. 15
Gieron
5-4-10

FTC 047420



IDSPAM:43a174a41528118900147971

**From:** Stephen Krikelis
**Sent:** Tuesday, March 21, 2006 12:20 PM
**To:** Geoff Gieron
**CC:** 'Robert McDaniel'
**Subject:** Re: WinAntiVirus

That should have read "I may be wrong..."
This string is definitely from the ad in question though.

Stephen


Stephen Krikelis wrote:

Hi Geoff,
I think this is it, but I'm not a techie so I mwrong...

adurl=http://url.cpvfeed.com/cpv.jsp?s=7458c=53491p=110077partnerMin=0.00345adultfilter=onaid=586_
cat=RON_PTcountry=USron=ondistID=1000%7C1000%7C0%7C0%7CBANNER02.EXEtransponderID={82EDFC2C-AC07-4C0-
7-A593-FCF5645D0921}url=http%3A%2F%2Fwww.apple.com%2F+adwarecontext=AppletransponderID={82EDFC2C-AC0-
7-4C07-A593-FCF5645D0921}default=http%3A%2F%2Fxadsj.offeroptimizer.com%2Fimp%2Fservlet%2FImpServe%3Fdi-
m%3D1x1%26s%3D7458%26MGCPV%3D1%26bho%3Daurora.exe%26phrase%3Dadware%26price%3D0.0050%26pid%3D6%26window-
Title%3DApple%26url%3Dhttp%3A%2F%2Fwww.apple.com%2F

Let me know if this helps
Stephen


Geoff Gieron wrote:

Stehpen - I worry someone is rotating this in which is making it hard to
catch - is there any way you can capture the feed string from us on this -
imbedded within the cpvfeed.com url I can identify who is initiating this
winantivirus.com ad


Geoff Gieron
myGeek.com


-----Original Message-----
From: Stephen Krikelis [mailto:stephen@direct-revenue.com]
Sent: Tuesday, March 21, 2006 11:12 AM
To: Geoff Gieron
Cc: 'Robert McDaniel'
Subject: Re: WinAntiVirus

Geoff,
We are still seing the WinAntiVirus ad today.  I take it you haven't
been able to suspend it yet?
Also, there seems to be a Sports Betting campaign live as well.  It was
triggered at the vegasinsider.com URL and the advertiser is
SportsInterAction.com

Stephen

Geoff Gieron wrote:


Stephen - we are still trying to hunt this down - we should not have any
type of ad like this going to you.

Geoff Gieron


EXHIBIT NO. 16
Gieron
5-4-10

MGC0149023478

myGeek.com

-----Original Message-----
From: Stephen Krikelis [mailto:stephen@direct-revenue.com]
Sent: Monday, March 20, 2006 10:17 AM
To: Geoff Giaron
Cc: Robert McDaniel
Subject: WinAntiVirus

Geoff,
There seems to be a very misleading ad from WinAntiVirus:
First off it makes users think it is a message from the Windows Security
Center.
It also leads users to believe they have a malicious virus on their PC.
Finally, its title bar is moved up so it neither visible, nor clickable.
I have attached a pic of the creative.

I received the ad from the RON feed while I was on the www.apple.com
homepage.
Could you please make sure that all WinAntiVirus creatives are removed

>from the feeds?


Thank you,
Stephen




--
Stephen Krikelis
Sr. Director, Network Analytics
Direct Revenue, LLC
t: 646-442-1243
f: 646-613-0386
e: stephen@direct-revenue.com


--
Stephen Krikelis
Sr. Director, Network Analytics
Direct Revenue, LLC
t: 646-442-1243
f: 646-613-0386
e: stephen@direct-revenue.com

MDR-TG 023479

**From:**    Stephen Krikelis
**Sent:**    Tuesday, March 21, 2006 01:28 PM
**To:**      Geoff Gieron
**CC:**      'Robert McDaniel'
**Subject:**  Re: WinAntiVirus

Wonderful!
Thanks a lot Geoff :)
I'll let you know if I see it again.
Stephen


Geoff Gieron wrote:

Alright - I think we have found it - please let me know if it pops up again
- ity appears the advertiser turned you on without us knowing.

Thank you for helping Stephen!

Geoff Gieron
myGeek.com


-----Original Message-----
From: Stephen Krikelis [mailto:stephen@direct-revenue.com]
Sent: Tuesday, March 21, 2006 11:12 AM
To: Geoff Gieron
Cc: 'Robert McDaniel'
Subject: Re: WinAntiVirus

Geoff,
We are still seing the WinAntiVirus ad today.  I take it you haven't
been able to suspend it yet?
Also, there seems to be a Sports Betting campaign live as well.  It was
triggered at the vegasinsider.com URL and the advertiser is
SportsInterAction.com

Stephen

Geoff Gieron wrote:


Stephen - we are still trying to hunt this down - we should not have any
type of ad like this going to you.

Geoff Gieron
myGeek.com


-----Original Message-----
From: Stephen Krikelis [mailto:stephen@direct-revenue.com]
Sent: Monday, March 20, 2006 10:17 AM
To: Geoff Gieron
Cc: Robert McDaniel
Subject: WinAntiVirus

Geoff,
There seems to be a very misleading ad from WinAntiVirus:
First off it makes users think it is a message from the Windows Security
Center.
It also leads users to believe they have a malicious virus on their PC.
Finally, its title bar is moved up so it neither visible, nor clickable.
I have attached a pic of the creative.

MGC01495
FTC 023482

I received the ad from the RON feed while I was on the www.apple.com
homepage.
Could you please make sure that all WinAntiVirus creatives are removed

>from the feeds?


Thank you,
Stephen




--
Stephen Krikelis
Sr. Director, Network Analytics
Direct Revenue, LLC
t: 646-442-1243
f: 646-613-0386
e: stephen@direct-revenue.com

MGC01496

FTC 023483

| | |
|---|---|
| **From:** | Stephen Krikelis [stephen@direct-revenue.com] |
| **Sent:** | Monday, March 20, 2006 1:17 PM |
| **To:** | Geoff Gieron |
| **Cc:** | Robert McDaniel |
| **Subject:** | WinAntiVirus |
| **Attachments:** | WinAntiVirus.JPG |

Geoff,

There seems to be a very misleading ad from WinAntiVirus:
First off it makes users think it is a message from the Windows Security Center.
It also leads users to believe they have a malicious virus on their PC.
Finally, its title bar is moved up so it neither visible, nor clickable.
I have attached a pic of the creative.

I received the ad from the RON feed while I was on the www.apple.com homepage.
Could you please make sure that all WinAntiVirus creatives are removed from the feeds?

Thank you,
Stephen

--
Stephen Krikelis
Sr. Director, Network Analytics
Direct Revenue, LLC
t: 646-442-1243
f: 646-613-0386
e: stephen@direct-revenue.com

FTC 047427



# Security Center
Help protect your PC

**Your system may be vulnerable to 'Blackworm'! We recommend you DOWNLOAD
one of these security software programs to prevent further malware infections**

The dangerous 'Blackworm' computer virus activated February 2006 and has started destroying data on computers it has
reached. The lethal virus, which has already infected over 1,000,000 computers in several countries, continues to spread
rapidly over the Internet.

**Attention!** Security Center ha | Security worm                    _ □ ✕ |  end private information and
documents to a remote compu |                                        | ion:

    There is a security vulnerability from the
    **BlackWorm** virus. We recommend you
    DOWNLOAD one of the security software
    programs to prevent malware infections.
                        OK

| | |
|---|---|
| IP address: | |
| Browser: | |
| Computer OS: | |
| PC Information: | Obtained |
| PC Location: | United States, Newyork |

**Latest Threats**

- Blackworm
- Blackmal
- Nyxem
- MyWife
- Kama Sutra

Your current security software is not able to stop this **sensitive information** from being transmitted. To clean up your computer
and prevent infections, you should download one of the following security software programs:

| Software name | link | free scan | usability | performance | advanced features | rating | daily update | quality |
|---|---|---|---|---|---|---|---|---|
| *WinAntiVirus PRO* 2006 | Download | yes | easy | 10/10 | yes | 10/10 | yes | 97% |
| *WinAntiSpyware* 2006 | Download | yes | very easy | 10/10 | no | 10/10 | yes | 95% |

# AdOn|network

Advertising Innovates

www.AdOnNetwork.com | www.AdOn Blog.o

FTC 047429

From: Robert McDaniel [robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 3:30 PM
To: Geoff Gieron
Subject: FW: Ad Issue for lrelt

Geoff,

The winantivirus ad coming from 87712 is doing a pop when the client tries it but no pop when I try it here. Looks like it is a similar issue like we had with winfixer before.

Can you turn off all of the winantivirus accounts from their traffic source 110386 today so they can start sending traffic? If Kristy is able to get the ad fixed, we can reintroduce, but if we don't get it on by 5pm EST today, it won't run all weekend.

Thanks,

Robert

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 11:56 AM
To: Robert McDaniel
Subject: RE: Ad Issue for lrelt

<Record link="**http://conversion.cpvfeed.com/presults.jsp?
partnerId=110386&vendorId=87712&type=10&code=4141725&rate=664362&cr=664362&domain=www.winantivirus.com&query=net&url=aHR0t**
bidprice="0.005" score="1" origin="87712" code="4141725" />

There you go!
Lee

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 2:53 PM
To: Lee Tankersley
Subject: RE: Ad Issue for lrelt

Would you send me the whole record node from the xml? It would look like the following:

<Record link="**http://conversion.cpvfeed.com/presults.jsp?
partnerId=110386&vendorId=89573&type=10&code=5406544&rate=664362&cr=664362&domain=www.winfixer.com&query=com&url=aHR0cDevL3d3dy53aW**
bidprice="0.005" score="1" origin="89573" code="5406544" />

Thanks,

Robert

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 11:36 AM
To: Robert McDaniel
Subject: RE: Ad Issue for lrelt

Yes, I am still seeing it from here.

Lee

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 2:24 PM
To: Lee Tankersley
Subject: RE: Ad Issue for lrelt

I'm not seeing the ad at all any more.

Please let me know if you are still seeing it.

Thanks,

Robert

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 9:16 AM
To: Robert McDaniel
Subject: RE: Ad Issue for lrelt

Robert,

Here is an example of the string I use to call that brings back the ad:

http://url.cpvfeed.com/cpv.jsp?p=110386&response=xml&ip=199.72.44.250&url=ctl10.netster.com

When the link attribute if record contains "domain=www.antivirus.com" this ad shows.

Lee

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 11:19 AM
To: Lee Tankersley

EXHIBIT NO. 18
Gieron
5-4-10
jmattino.com

**FTC 048309**

4/29/2010

**Subject:** RE: Ad Issue for Ireit

It must be coming through from more than one account. Can you send me the query string you are using that returns the ad?

Thanks,

Robert

**From:** Lee Tankersley [mailto:lee@netster.net]
**Sent:** Friday, May 05, 2006 6:25 AM
**To:** Robert McDaniel
**Subject:** RE: Ad Issue for Ireit

Robert,

As of 9am EST I am still seeing this advertisement. Please let me know when you are able to get this removed from our traffic. We would like to get the launch in before 4pm EST today.

Thanks!
Lee Tankersley
lee@netster.net

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Thursday, May 04, 2006 6:40 PM
**To:** Lee Tankersley
**Subject:** RE: Ad Issue for Ireit

Lee,

Turns out that wasn't winfixer. It was another vendor. Advertiser Services has inactivated their account, so you should be good to go in the morning.

Thanks,

Robert

**From:** Lee Tankersley [mailto:lee@netster.net]
**Sent:** Thursday, May 04, 2006 1:51 PM
**To:** Robert McDaniel
**Subject:** Ad Issue for Ireit

Robert,

For reference, here is an ad that is causing the issue:



Any Ads that behave this way should be disabled for our traffic.

FTC 048310

4/29/2010

Thanks!
Lee

-----Original Message-----
From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Thursday, May 04, 2006 1:52 PM
To: Lee Tankersley
Cc: 'Shawn Stevens'; robert.mcdaniel@mygeek.com
Subject: XML Feed Instructions from myGeek

Lee,

Internet REIT is set up to receive the myGeek CPV XML Feed.

I have attached the latest CPV Feed specification.

Internet REIT's partnerid is 110386

You can check your stats at http://www.mygeek.com/public/publishers.jsp

Your login information is the following:
Username = ireit
Password = ir110386

Please let us know if you need any assistance implementing the feed.  We are
always available to help you and answer any questions you may have.

Thank you and we look forward to working with you!

Sincerely,

Robert


------------------------------------------
Robert McDaniel
Director of Client and Partner Services
myGeek.com, Inc.
www.myGeek.com
robert.mcdaniel@myGeek.com
v: 602.797.8403
f: 602.297.4219


The information contained in this email is intended for the personal and
confidential use of the addressee only. It may also be privileged
information. If you are not the intended recipient then you are hereby
notified that you have received this document in error and that any review,
distribution or copying of this document is strictly prohibited. If you have
received this communication in error, please notify MyGeek.com, Inc.
immediately.

MyGeek is a trademark of MyGeek.com, Inc. - Copyright 2004 MyGeek.com, Inc.
- All rights reserved.  No portion of this document may be reproduced in any
manner without the prior written consent of MyGeek.com, Inc.

FTC 048311

4/29/2010

**From:** Shawn Stevens
**Sent:** Monday, May 08, 2006 05:52 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Ad Issue for Ireit

Hi Robert,

OK so I spoke with the bd guy over at Ireit and our numbers are way off from theirs.  They are seeing that they called our system close to 650,000 times on Saturday we didn't come close to showing those numbers.  Can you contact Lee tomorrow to find out the issue with this?  Let me know as soon as you are available to discuss our options.

Thanks,

Shawn

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Monday, May 08, 2006 3:30 PM
To: 'Shawn Stevens'
Subject: RE: Ad Issue for Ireit

Yes.  Here's the breakdown:

Date

Partnerid

NON-RON Amount

NON-RON Clicks

RON Amount

RON Clicks

05/05/2006

110386

21.3149

3519

92.3553

24545

05/06/2006

110386

MGC01589
FTC 023577

61.5602

9673

310.7789

80009

05/07/2006

110386

14.0056

2189

76.4293

18225


Robert


---

From: Shawn Stevens [mailto:shawn@mygeek.com]
Sent: Monday, May 08, 2006 12:01 PM
To: 'Robert McDaniel
Subject: RE: Ad Issue for Ireit

Did they mostly get RON traffic?


---

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Monday, May 08, 2006 11:58 AM
To: 'Shawn Stevens'
Subject: RE: Ad Issue for Ireit


No, they haven't contacted me today.  So no idea why they turned it off.


Robert


---

From: Shawn Stevens [mailto:shawn@mygeek.com]
Sent: Monday, May 08, 2006 11:25 AM
To: 'Robert McDaniel'
Subject: RE: Ad Issue for Ireit

Hi Robert,


Has Ireit.com contacted you today?  They stopped the feed.  Do you see anything that could be a problem with their feed this weekend?


MGC01590

FTC 023578

Thanks,


Shawn


---

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 4:18 PM
To: 'Shawn Stevens'
Subject: FW: Ad Issue for Ireit


FYI


---

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 4:14 PM
To: Robert McDaniel
Subject: RE: Ad Issue for Ireit

Robert,


Looks good from here. I no longer see the pop with the issue. Thanks for taking care of that for us. I pushed the pop live as of 7:15pm EST today.


Have a good weekend!

Lee


---

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Fri 5/5/2006 6:14 PM
To: Lee Tankersley
Subject: RE: Ad Issue for Ireit

Okay - I've checked now and don't see the winfixer ads either.


Let me know.


Thanks,


Robert


---

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 11:56 AM

MGC01591
FTC 023579

To: Robert McDaniel
Subject: RE: Ad Issue for Ireit

<Record
link="http://conversion.cpvfeed.com/presults.jsp?partnerid=110386vendorId=87712type=10code=4141725r-
ate=664362domain=www.winantivirus.comquery=netsurl=aHR0cDovL3d3dy53aW5hbnRpdmlydXMuY29tLz9z-
haWQ9bWd3d3d3d3d3d3d3YXY1JmxpZD1uZXQ=rnk=10" bidprice="0.005" score="1" origin="87712" code="4141725" />


There you go!

Lee


_____

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 2:53 PM
To: Lee Tankersley
Subject: RE: Ad Issue for Ireit


Would you send me the whole record node from the xml?  It would look like the following:


<Record
link="http://conversion.cpvfeed.com/presults.jsp?partnerid=110386vendorId=89573type=10code=5406544r-
ate=664362cr=664362domain=www.winfixer.comquery=comsurl=aHR0cDovL3d3dy53aW5maXhlci5jb20vcGFnXMvc2N-
hbm51ci19pbmRleC5waHA/YW1kPW1nazEmbGlkPWNvbSZwPTMmYXg9MA==rnk=1" bidprice="0.005" score="1" origin="89573"


Thanks,

Robert


_____

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 11:36 AM
To: Robert McDaniel
Subject: RE: Ad Issue for Ireit

Yes, I am still seeing it from here.


Lee


_____

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 2:24 PM
To: Lee Tankersley
Subject: RE: Ad Issue for Ireit


I'm not seeing the ad at all any more.


MGC01592
FTC 023580

Please let me know if you are still seeing it.


Thanks,


Robert


---

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 9:16 AM
To: Robert McDaniel
Subject: RE: Ad Issue for Ireit

Robert,


Here is an example of the string I use to call that brings back the ad:


http://url.cpvfeed.com/cpv.jsp?p=110386response=xmlip=199.72.44.250url=ctfl10.netster.com


When the link attribute if record contains "domain=www.antivirus.com" this ad shows.


Lee


---

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Friday, May 05, 2006 11:19 AM
To: Lee Tankersley
Subject: RE: Ad Issue for Ireit


It must be coming through from more than one account.  Can you send me the query string you are using that returns the ad?


Thanks,


Robert


---

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Friday, May 05, 2006 6:25 AM
To: Robert McDaniel

MGC01593
FTC 023581

Subject: RE: Ad Issue for Ireit

Robert,

As of 9am EST I am still seeing this advertisement. Please let me know when you are able to get this removed from our traffic. We would like to get the launch in before 4pm EST today.

Thanks!

Lee Tankersley

lee@netster.net

———

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Thursday, May 04, 2006 6:40 PM
To: Lee Tankersley
Subject: RE: Ad Issue for Ireit

Lee,

Turns out that wasn't winfixer. It was another vendor. Advertiser Services has inactivated their account, so you should be good to go in the morning.

Thanks,

Robert

———

From: Lee Tankersley [mailto:lee@netster.net]
Sent: Thursday, May 04, 2006 1:51 PM
To: Robert McDaniel
Subject: Ad Issue for Ireit

Robert,

For reference, here is an ad that is causing the issue:

Any Ads that behave this way should be disabled for our traffic.

MGC01594
FTC 023582

From: Robert McDaniel [robert.mcdaniel@mygeek.com]
Sent: Thursday, July 13, 2006 6:37 PM
To: ryan@mygeek.com
Cc: Geoff Gieron; Steve Armstrong
Subject: FW: Must block ALL WIN ANTIVIRUS ADS!!!!
Importance: High

Ryan,

Here's the message from Mike at Exact (110182)

Robert

From: Mike Romoff [mailto:mromoff@360i.com]
Sent: Thursday, July 13, 2006 3:17 PM
To: Robert McDaniel
Cc: Mike Romoff
Subject: Must block ALL WIN ANTIVIRUS ADS!!!!
Importance: High

Hey Robert –

These are now spawning activex. Please block all antivirus/registry cleaner ads coming through your feed. We can't have these happening.

I am getting a lot of complaints and it is coming through your feed.

Please confirm when blocked. I am going to have to take your feed down from some traffic until you can pull these.

Thanks,

Mike



After clicking "Cancel"



After clicking "Cancel"



After hitting the X



EXHIBIT NO. 20
Gieron
5-4-10

FTC 047368





Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

**From:** Mike Romoff
**Sent:** Thursday, July 13, 2006 6:09 PM
**To:** Robert McDaniel'
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Robert —

We see this ad a lot — and usually it's fine. But now it seems to be spawning pops and forcing activex downloads.

Can you take a look for me please?

Thanks,

Mike

FTC 047369



Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 8:40 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

We're still looking to find either of these vendors, but can't find them in our system.  We've had our DBA scan all landing URLs for either of the domains, but don't see it.

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it . . .

Mike

Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]

FTC 047370

**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe -- this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you -- that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
360i
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047371

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:39 PM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads
**Importance:** High

Geoff,

Are we sending either of those ads?  If so, would you turn off exact from those advertisers?

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047356

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:40 PM
**To:** Geoff Gieron
**Subject:** FW: Winfixer Ads
**Importance:** High

And winfixer.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 8:55 AM
**To:** Robert McDaniel
**Subject:** Winfixer Ads
**Importance:** High

Hey Robert –

Sorry for all the issues today – we are also getting complaints about WinFixer ads coming through.

http://www.winfixer.com/pages/scanner/index.php?aid=ap1_sm_ca_en&lid=keyin&ex=1&ax=1&ed=2

Can you please make sure that any winfixer ads are blocked from coming through to us from you?

Thanks,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047355

| | |
|---|---|
| **From:** | Robert McDaniel [robert.mcdaniel@mygeek.com] |
| **Sent:** | Wednesday, July 12, 2006 12:25 PM |
| **To:** | Geoff Gieron |
| **Subject:** | FW: Please block any Error Safe and Red Orbit ads |
| **Importance:** | High |

Here's some more info on errorsafe.

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel

FTC 047357

**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert —

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you — that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047358

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:51 PM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Sounds like Mike is seeing an ActiveX download attempt through Exit Exchange also.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 9:38 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Just FYI – I also saw the same download happen coming through Exit Exchange. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

FTC 047359

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads – or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**

**Helping Marketers Acquire Customers Online**

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047360

FTC 047361

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 1:30 PM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Here is the landing URL he sees for the RedOrbit ads

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

FTC 047362

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now.  Do you happen to **have URLs** that will generate the ads — or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert —

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you — that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended

recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047364

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 8:38 PM
**To:** 'Geoff Gieron'
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Its in the desktop 182 traffic.

No idea what spawned it.  I haven't been able to get it either.

Robert

**From:** Geoff Gieron [mailto:geoff@mygeek.com]
**Sent:** Wednesday, July 12, 2006 5:32 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Please block any Error Safe and Red Orbit ads

I have no idea where this is coming up – I had vimal look and no luck – is this on pub or desktop traffic? Any idea
what spawned it – I want to get it out of there if possible

Geoff Gieron
myGeek.com

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 10:30 AM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Here is the landing URL he sees for the RedOrbit ads

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help
find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

**Mike Romoff**
**Product Manager, Paid Listings**
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now.  Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

FTC 047366

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047367