| | |
|---|---|
| **From:** | Robert McDaniel [robert.mcdaniel@mygeek.com] |
| **Sent:** | Thursday, July 13, 2006 6:33 PM |
| **To:** | Geoff Gieron; Steve Armstrong |
| **Subject:** | FW: Must block ALL WIN ANTIVIRUS ADS!!!! |
| **Importance:** | High |

Here's an email also.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Thursday, July 13, 2006 3:17 PM
**To:** Robert McDaniel
**Cc:** Mike Romoff
**Subject:** Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Hey Robert –

These are now spawning activex. Please block all antivirus/registry cleaner ads coming through your feed. We can't have these happening.

I am getting a lot of complaints and it is coming through your feed.

Please confirm when blocked. I am going to have to take your feed down from some traffic until you can pull these.

Thanks,

Mike



After clicking "Cancel"



After clicking "Cancel"



After hitting the X





**If automated download doesn't start, please Click Here** ✔

**and select "Run" or "Open" when prompted.**

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Mike Romoff
**Sent:** Thursday, July 13, 2006 6:09 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Robert —

We see this ad a lot – and usually it's fine. But now it seems to be spawning pops and forcing activex downloads.

Can you take a look for me please?

Thanks,

Mike

FTC 047352



Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 8:40 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

We're still looking to find either of these vendors, but can't find them in our system.  We've had our DBA scan all landing URLs for either of the domains, but don't see it.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]

**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?aid=rdxu4000_us_en_ed2&lid=us&ex=16p=&ax=16h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

**Mike**

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads – or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047354

**From:**       Kristy Ross [kristy@globedat.com]
**Sent:**       Thursday, July 13, 2006 7:06 PM
**To:**         Ryan Maloney
**Cc:**         'Geoff Gieron'
**Subject:**    Re: Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Ryan,

Will check this out, maybe something to do with Firefox not sure.

Will try to get you a response.

-Kristy

On 7/13/06 6:42 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

With respect to the antivirus tags in account 555192, we had to deselect traffic sources 110182 and 110077 due to the activex spawn.

Our network partners have received numerous complaints and had to take us out of the feed until we removed the ads.  Is it possible to adjust the URL?

This is what they're seeing:



After clicking "Cancel"



After clicking "Cancel"



After hitting the X





Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

FTC 047419

EXHIBIT NO. _21_
Gieron
5-4-10

**From:** Kristy Ross [kristy@globedat.com]
**Sent:** Friday, July 14, 2006 8:07 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: Cachebuster links & RON

Ryan

If you are still there the account #s are

555630

And

555632

-Kristy

On 7/14/06 4:30 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

> Yes, we can one of the other US accounts into a RON account.  What is the Drivecleaner account
> number?
>
>
> Ryan Maloney
> myGeek.com
> 602-797-8443
> ryan@mygeek.com

---

> **From:** Kristy Ross [mailto:kristy@globedat.com]
> **Sent:** Thursday, July 13, 2006 5:28 PM
> **To:** Ryan Maloney
> **Subject:** Re: Cachebuster links & RON
>
> Ryan,
>
> Okay I will fill out the forms.  Also is it possible to change one of the other US accounts into
> another RON account?  The Drivecleaner client has a new landing page they say does well on the
> RON words.
>
> Thanks,
> Kristy
>
>
> On 7/13/06 7:22 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
> Hey Kristy –
>
> I have all 15 of the new accounts created.
>
> Because we have to set the pricing on our end, please submit everything to me and I'll make sure to
> load everything.  If you've already set up the US RON account, that's fine – but for all the rest, please
> send a spreadsheet or other doc with all the details for the other campaigns and I'll load it all.

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Thursday, July 13, 2006 2:23 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: Cachebuster links & RON

You aren't putting these into the campaign now are you? I have to give you another link.. This is just a random link I was giving to show the site.. Its from someone else's campaign. I will provide the URL for the account.

I would like to get the US RON account up today for winantivirus, let me know which account that is set up as and which are the English accounts so I can put the tags in those as well.

Thanks guys,
Kristy

On 7/13/06 4:47 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi again, Kristy –

Is there a way we can get an alternate URL for the freerepair campaign?

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

---

**From:** Ryan Maloney [mailto:ryan@mygeek.com] <mailto:ryan@mygeek.com%5d>
  <mailto:ryan@mygeek.com%5d>
**Sent:** Thursday, July 13, 2006 1:41 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: Cachebuster links & RON

Hi Kristy –

We're not going to be able to run the following tag due to the excessive pops:

http://www.freerepair.org/FRL/?p=1&w=1&id1=lm&id2=id <http://www.freerepair.org/FRL/?p=1&amp;w=1&amp;id1=lm&amp;id2=id> <http://www.freerepair.org/FRL/?p=1&amp;w=1&amp;id1=lm&amp;id2=id> <http://www.freerepair.org/FRL/?p=1&amp;w=1&amp;id1=lm&amp;id2=id>

The other two on this email are ok.

Thanks,

Ryan

---

**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>
**Sent:** Wednesday, June 28, 2006 11:44 AM
**To:** Geoff Gieron
**Cc:** 'Ryan Maloney'
**Subject:** Re: Additional Questions

Geoff,

I don't have landing pages from some of the people yet, some of the ones I have given use the homepage itself.

Some don't have a download – some are just a signup type page (such as the Ipodpremium site and the Getfreecar site). These I think are both using an English site, but have good success.

The below page currently does not have a second page download type option, they aren't with any advertisers currently that require this. We can certainly have them make this page – or maybe you find also their popup that requires them to read about what it does and hit okay also acceptable?

fr.systemdoctor.com/download/2006/index.php?aid=aid&lid=lid&ax=0&ex=0

Another company we have advertises in English I believe internationally as well with some success:

http://www.ipodpremium.com/ipod/index.php?r=

http://www.freerepair.org/FRL/?p=1&w=1&id1=lm&id2=id <http://www.freerepair.org/FRL/?
p=1&amp;w=1&amp;id1=lm&amp;id2=id> <http://www.freerepair.org/FRL/?
p=1&amp;w=1&amp;id1=lm&amp;id2=id> <http://www.freerepair.org/FRL/?
p=1&amp;w=1&amp;id1=lm&amp;id2=id>

```
Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

-----Original Message-----
From: Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%
5d> <mailto:kristy@globedat.com%5d>
Sent: Wednesday, July 12, 2006 2:42 PM
To: Ryan Maloney
Cc: 'Geoff Gieron'
Subject: Re: Cachebuster links & RON

Ryan that is correct.

Thanks,
Kristy


On 7/12/06 5:19 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
```

> Hi Kristy -
>
> I'll go ahead and take care of setting up the accounts.  I'll reply back
> when they're all created so you can fund.
>
> Just so I'm clear, I'm opening 1 for RON, 3 for your US Only accounts, and
> 11 for each country listed below, for a total of 15 new accounts.
 Correct?
>
> Thanks,
>
> Ryan Maloney
> myGeek.com
> 602-797-8443
> ryan@mygeek.com
>
>
> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
<mailto:kristy@globedat.com%5d> <mailto:kristy@globedat.com%5d>
> Sent: Wednesday, July 12, 2006 1:45 PM
> To: Ryan Maloney
> Cc: 'Geoff Gieron'
> Subject: Re: Cachebuster links & RON
>
> Ryan,
>
> No problem thanks for the fast update.
>
> Also to set up an RON account would you need to do it for me or I can do
it
> myself?
>
> I'm not sure if its faster for you to set up an account for me.. If so I'd
> like 3 new US Only accounts.
>
> Also I'd like to at least start setting up some of the International
> accounts while waiting for the pricing.
>
> I'd like to set up in this order to start testing, an account for each
> country separately:
>
> UK
> France
> Spain
> Netherlands
> Japan
> Norway
> Denmark
> Germany
> Canada
> Australia
> Sweden
>
> If we can name them all something similar like
>
> intl1
> intl2
> intl3
>
>

FTC 048482

```
> Thanks,
> Kristy
>
>
> On 7/12/06 3:48 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
>
>> Regarding your CACHEBUSTER question, our system looks for the exact
string
>> CACHEBUSTER (no brackets or anything else) and replaces it with a random
>> number.  Other people may have it implemented differently, which makes
> sense
>> because this is in our unique code base.
>
```

| | |
|---|---|
| **From:** | Kristy Ross [kristy@globedat.com] |
| **Sent:** | Tuesday, July 11, 2006 6:22 PM |
| **To:** | Geoff Gieron; Ryan Maloney |
| **Subject:** | Cachebuster links & RON |

Geoff/Ryan,

I did get your guys email last week and I will go over with you once I get a chance to finalize some other information about pricing.

#1: I am still hoping to hear back about RON pricing for International

#2: RON English account I would like to set up ASAP (US only)

#3: My links that I am currently using are:

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER

There seems to be some issue with using this format because we are overcounting the numbers. Mediaplex has said it is probably due to incorrect syntax in the setup.

Generally they say companies do {CACHEBUSTER} (CACHEBUSTER) or [CACHEBUSTER]

Are you guys sure you don't use any of these options instead of without brackets?


Thanks,
Kristy

FTC 048178

**F  om:**          Kristy Ross [kristy@globedat.com]
**Sent:**           Friday, July 14, 2006 8:14 PM
**To:**             Ryan Maloney; 'Geoff Gieron'
**Subject:**        Re: RON Accounts setup


Also are you 100% positive she clicked on mgcg6 at the end and not just mgcg
?

I just did this myself on accident and got some popups.  If the AID is not
exact (and I see on the link it doesn't show up on same line) it may cause
an issue?

-Kristy


On 7/14/06 5:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

> Hi Kristy -
>
> I have Firefox loaded on my system and Geoff uses IE.  When we both click
on
> the links below, all appears fine.  However, another mG employee who works
> out of state, who also uses Firefox received several pops when she loaded.
> Perhaps it is a Firefox issue.
>
> Ryan Maloney
> myGeek.com
> 602-797-8443
> ryan@mygeek.com
>
>
> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Friday, July 14, 2006 12:15 PM
> To: 'Geoff Gieron'; Ryan Maloney
> Subject: RON Accounts setup
>
> Ryan,
>
> Hi there.. I hope you can put these links in today possibly (and maybe
some
> publishers will approve them). I would like 1 RON for Drivecleaner and 1
RON
> account for Winantivirus for US traffic ONLY.
>
>
> This should be for DriveCleaner RON account I would like
>
> This will be in the cognac6 account:
>
>
http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg
> 6
>
>
>
> For the other RON account, cognac7 account please - Winantivirus RON
>
>
http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg
> 7

1

EXHIBIT NO. 22
Gieron
5-4-10

**FTC 048193**

```
>
>
>
> I will be out a lot of the afternoon, so if you have any questions please
> call me at 206-730-2606
>
>
> Thanks,
> Kristy
>
```

FTC 048194

| | |
|---|---|
| **From:** | Kristy Ross |
| **Sent:** | Friday, July 14, 2006 05:08 PM |
| **To:** | Ryan Maloney; 'Geoff Gieron' |
| **Subject:** | Re: RON Accounts setup |

Which account are they seeing pops on? I have had a bunch of people check from various states and no one is seeing anything on either link.

Is it on both or only on one??

-Kristy


On 7/14/06 5:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

> Hi Kristy -
>
> I have Firefox loaded on my system and Geoff uses IE.  When we both click on
> the links below, all appears fine.  However, another mG employee who works
> out of state, who also uses Firefox received several pops when she loaded.
> Perhaps it is a Firefox issue.
>
> Ryan Maloney
> myGeek.com
> 602-797-8443
> ryan@mygeek.com
>
>
> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Friday, July 14, 2006 12:15 PM
> To: 'Geoff Gieron'; Ryan Maloney
> Subject: RON Accounts setup
>
> Ryan,
>
> Hi there.. I hope you can put these links in today possibly (and maybe some
> publishers will approve them). I would like 1 RON for Drivecleaner and 1 RON
> account for Winantivirus for US traffic ONLY.
>
> This should be for DriveCleaner RON account I would like
>
> This will be in the cognac6 account:
>
> http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&id=mgcg
> 6
>
>
>
> For the other RON account, cognac7 account please - Winantivirus RON
>
> http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&id=mgcg
> 7
>
>
>
> I will be out a lot of the afternoon, so if you have any questions please
> call me at 206-730-2606
>
>
> Thanks,
> Kristy
>

MGC00930
FTC 022905

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Monday, July 17, 2006 1:50 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** FW: your screenshots
**Attachments:** ryanscreenshots.doc

Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com]
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com


EXHIBIT NO. _23_
Gieron
5-4-10

**FTC 048263**

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-mpt=CACHEBUSTER&aid=mgcg6



FTC 048264

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-mpt=CACHEBUSTER&aid=mgcg7



**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Monday, July 17, 2006 7:18 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

HI Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were
talking about, this is an example of the scanner.  If it is really a problem I can change the page – the
conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like
to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com]

FTC 048266

**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048267

| From: | Ryan Maloney [ryan@mygeek.com] |
| --- | --- |
| Sent: | Tuesday, July 18, 2006 12:51 PM |
| To: | 'Kristy Ross' |
| Cc: | 'Geoff Gieron' |
| Subject: | RE: your screenshots |

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

HI Kristy –

I think we're OK with this – I just need to check one more thing.

FTC 048268

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

---

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048269

FTC 048270

| | |
|---|---|
| **From:** | Ryan Maloney [ryan@mygeek.com] |
| **Sent:** | Tuesday, July 18, 2006 12:55 PM |
| **To:** | 'Vimal Parekh' |
| **Cc:** | 'Geoff Gieron' |
| **Subject:** | FW: your screenshots |

Vimal –

Can you please adjust the RON bid pricing for the following two accounts (only one campaign in each):

555630
Please adjust RON pricing to .0015

555632
Please adjust RON pricing to .002

Thank you!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Ryan Maloney [mailto:ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 9:51 AM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com

FTC 048271

602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy

On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

FTC 048272

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048273

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 12:56 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Forgot to mention...

For the international traffic, please adjust the landing page(s) by removing the box. We know it's not ActiveX but it appears that way to the international sources and we're required to remove it.

Once we have the adjusted pages, I can start loading the international accounts.

Let me know,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy

On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]

FTC 048274

**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion Is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048275

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 1:13 PM
**To:** 'Vimal Parekh'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Checked and verified.  Thanks much, Vimal.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Vimal Parekh [mailto:vparekh@mygeek.com]
**Sent:** Tuesday, July 18, 2006 10:10 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Done. Please check the accounts

Thanks,

Vimal

----- Original Message -----
**From:** Ryan Maloney
**To:** 'Vimal Parekh'
**Cc:** 'Geoff Gieron'
**Sent:** Tuesday, July 18, 2006 10:24 PM
**Subject:** FW: your screenshots

Vimal –

Can you please adjust the RON bid pricing for the following two accounts (only one campaign in each):

555630
Please adjust RON pricing to .0015

555632
Please adjust RON pricing to .002

Thank you!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

FTC 048276

**From:** Ryan Maloney [mailto:ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 9:51 AM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048278

**From:**  Ryan Maloney [ryan@mygeek.com]
**Sent:**  Tuesday, July 18, 2006 1:15 PM
**To:**  'Kristy Ross'
**Cc:**  'Geoff Gieron'
**Subject:**  RE: your screenshots

These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy

On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

OK, we're ready to launch.

To reiterate:

<u>Acct: 555630 - RON</u>
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

<u>Acct: 555632 - RON</u>
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

FTC 048279

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com




**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

FTC 048280

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – Is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 1:45 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price?  I will have to make a new URL for you, but it would be the same site.

–Kristy

On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

FTC 048282

Okay thanks.. Also are these the only 2 sources that have RON? Very good price on the one, I hope it will convert well.

Thanks,
Kristy


On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



From: Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
Sent: Monday, July 17, 2006 6:10 PM
To: Ryan Maloney
Cc: 'Geoff Gieron'
Subject: Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

FTC 048283

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are…


Rachel Greenberg

FTC 048284

Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048285

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 4:56 PM
**To:** 'Robert McDaniel'; 'rachel'
**Cc:** 'Geoff Gieron'
**Subject:** FW: your screenshots

This is a third URL that Globedat wants to run, at the normal .0035 price – US only, on desktop traffic.

Just wanted to run this by you before I launch.  Let me know if there are any desktop sources that I should deselect.  Same for you, Rachel.

Thanks,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 1:51 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=1&aid=mqcg8

Here is the link for this account for the RON – also the Drivecleaner client.

Thanks,
kristy


On 7/18/06 1:45 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'

FTC 048286

**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price?  I will have to make a new URL for you, but it would be the same site.

-Kristy


On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy


On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d> <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were
talking about, this is an example of the scanner.  If it is really a problem I can change the page – the
conversion is not as high.  But this is certainly not a popup or Activex.

FTC 048288

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today -- is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048289

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 5:35 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

OK, Kristy –

This one's set up and ready for funding as well.

Again...

555633
Login: cognac8
Pw: globedat1

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 1:51 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=1&aid=mgcg8

Here is the link for this account for the RON – also the Drivecleaner client.

Thanks,
kristy

On 7/18/06 1:45 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]

FTC 048290

**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price?  I will have to make a new URL for you, but it would be the same site.

-Kristy

On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy

On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only

FTC 048291

Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>  <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website. I had no idea that is what you were talking about, this is an example of the scanner. If it is really a problem I can change the page – the conversion is not as high. But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048293

**From:** Mike Romoff [mromoff@360i.com]
**Sent:** Friday, July 28, 2006 9:54 AM
**To:** Robert McDaniel
**Subject:** RE: Are you running freerepair.org ads?

Sounds great. Thanks again.

Mike

**Mike Romoff**
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Thursday, July 27, 2006 7:17 PM
**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

Great. I'll start working on setting this up. Hopefully I can have it over to you tomorrow. Essentially, the only difference will be in the partner ID in the query. Right now you are using 110182. I'll setup a second ID for you to use and make sure our advertiser services group turns off all the drivecleaner/registrycleaner/you've got an error' type accounts for that new partner ID.

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Thursday, July 27, 2006 2:27 PM
**To:** Robert McDaniel
**Subject:** RE: Are you running freerepair.org ads?

I like that idea a lot. Let's move ahead with that second feed – probably will give us some more flexibility in general anyway.

Just send over whatever we need to get it set up.

Really appreciate all of your help and attention on this.

Mike

Mike Romoff, Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Thursday, July 27, 2006 4:51 PM
**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

Mike,

I totally understand. These guys annoy us as well when they flip some kind of switch and start doing something they are not supposed to be doing.

Our guidelines say that activeX and exit pops are not allowed, and we do police that on sign-up. However, advertisers can change things around after sign up.

What we are going to do to address this problem is our advertiser services group will closely monitor the existing registry cleaner type ads in the system and watch to ensure they don't flip to being nefarious. This will keep a tighter hand on it, but probably won't guarantee 100% exclusion. We should get it most of the time though.

What I'd like to propose is a two fold approach.

1) Leave the current feed as is, with the registry cleaner ads in it. Our team will monitor and try to prevent any downloads or pops.

2) Setup a second feed for you without these types of ads in it.

That way you can continue to run #1 with your pubs where it won't be devastating if one slips through. And you can run the second feed with any pubs where it could be a huge problem if one slips buy us.

How does that sound?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 26, 2006 3:00 PM
**To:** Robert McDaniel
**Subject:** RE: Are you running freerepair.org ads?



EXHIBIT NO. 25
Gierow
5-4-10

**FTC 048249**

Hey Robert –

Yeah – it's confusing. . . .

There are a few separate issues here:
1 – activex obviously causes a lot of problems, so we can't have those
2 – often these ads will have some multiple pop or aggressive exit pop
3 - RON registry ads cause a number of complaints from publishers b/c of the perception of 1 and 2. So even clean ads, get roped into the same camp as the bad apples.

I have also seen a lot of "regular" ads that become "activex" at night or on the weekends.

There is one large publisher in particular who complains loudest about this stuff. I've blocked him from your feed so they won't get those ads anymore (they have been threatening to leave us over this). . .

So – I'm okay with registry cleaner ads, but we've seen them with activex almost every week for the last few months. If you feel comfortable that you can keep the activex under control, I'm happy to let them continue to run (and I'll just keep our large pub off your feed).

But, and believe me I'm not blaming you guys, if you don't think you can keep activex out 100%, I think we need to no longer accept those ads from you just to be on the safe side.

If I weren't getting so many complaints – I would be fine with it. But because of all of the issues these ads cause – we may have to implement that policy.

You guys are a great partner with us – so I'm definitely open to ideas.

If you want to jump on the phone and talk it through – just let me know.

Thanks,

Mike


Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 26, 2006 5:39 PM
**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

Hey Mike,

Thanks for the info. Wanted to clarify something with you first. Are you seeing an activeX download with the drivecleaner ads (e.g. the link below)?

I don't see any downloads or pops from the page. They do simulate a pop/dialog box with flash, but no download is initiated on the landing page.

Is it a perception of download that is the issue? Is there anyway the advertiser can alter the ad to be acceptable in your network?

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 26, 2006 1:07 PM
**To:** Robert McDaniel
**Subject:** RE: Are you running freerepair.org ads?

Like these guys. . . ;^)

http://drivecleaner.com/.freeware/?p=14&a=0&j=0&pp=0&w=1&ex=0&ap=0&mpt=1153943821832&aid=mgcog4&ruleid=6817858

Appreciate all of your help. . . .

Mike

---

**From:** Mike Romoff
**Sent:** Wednesday, July 26, 2006 3:55 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Are you running freerepair.org ads?

Thanks Robert.

We're getting more and more complaints about Activex and registry cleaner ads coming through.

If you can please remove all registry ads from coming through the feed (Winfixer, errorsafe, etc.) I would really appreciate it.

Thanks,

Mike

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 25, 2006 5:30 PM

FTC 048250

**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

We found it (and removed it).

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 25, 2006 11:53 AM
**To:** Robert McDaniel
**Subject:** Are you running freerepair.org ads?

These guys are throwing auto downloads. If you can please make sure you are not running them, I would appreciate it.

Thanks,

Mike

http://freerepair.org/FRL/?p=1&id1=mfr1-1&id2=cleaner&mpt=37999&fmt=1





**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
Helping Marketers Acquire Customers Online
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 048252

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 25, 2006 5:30 PM
**To:** 'Geoff Gieron'
**Subject:** RE: Are you running freerepair.org ads?

Thanks Geoff!

**From:** Geoff Gieron [mailto:geoff@mygeek.com]
**Sent:** Tuesday, July 25, 2006 2:28 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Are you running freerepair.org ads?

Found it – removed from 182 – it's kristy's – having ryan notify her

**Geoff Gieron**
**myGeek.com**

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 25, 2006 1:19 PM
**To:** 'Geoff Gieron'
**Subject:** FW: Are you running freerepair.org ads?

Geoff,

Are we running these?

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 25, 2006 11:53 AM
**To:** Robert McDaniel
**Subject:** Are you running freerepair.org ads?

These guys are throwing auto downloads. If you can please make sure you are not running them, I would appreciate it.

Thanks,

Mike

http://freerepair.org/FRL/?p=1&id1=mfr1-1&id2=cleaner&mpt=37999&fmt=1

FTC 047372





**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com

**Helping Marketers Acquire Customers Online**

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 25, 2006 4:19 PM
**To:** 'Geoff Gioron'
**Subject:** FW: Are you running freerepair.org ads?

Geoff,

Are we running these?

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 25, 2006 11:53 AM
**To:** Robert McDaniel
**Subject:** Are you running freerepair.org ads?

These guys are throwing auto downloads. If you can please make sure you are not running them, I would appreciate it.

Thanks,

Mike

http://freerepair.org/FRL/?p=1&id1=mfr1-1&id2=cleaner&mpt=37999&fmt=1





**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com

**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047375

From:     Mike Romoff [mromoff@360i.com]
Sent:     Thursday, July 27, 2006 5:27 PM
To:       Robert McDaniel
Subject:  RE: Are you running freerepair.org ads?

I like that idea a lot. Let's move ahead with that second feed – probably will give us some more flexibility in general anyway.

Just send over whatever we need to get it set up.

Really appreciate all of your help and attention on this.

Mike


Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Thursday, July 27, 2006 4:51 PM
To: Mike Romoff
Subject: RE: Are you running freerepair.org ads?

Mike,

I totally understand.  These guys annoy us as well when they flip some kind of switch and start doing something they are not supposed to be doing.

Our guidelines say that activeX and exit pops are not allowed, and we do police that on sign-up.  However, advertisers can change things around after sign up.

What we are going to do to address this problem is our advertiser services group will closely monitor the existing registry cleaner type ads in the system and watch to ensure they don't flip to being nefarious.  This will keep a tighter hand on it, but probably won't guarantee 100% exclusion.  We should get it most of the time though.

What I'd like to propose is a two fold approach.

1) Leave the current feed as is, with the registry cleaner ads in it.  Our team will monitor and try to prevent any downloads or pops.

2) Setup a second feed for you without these types of ads in it.

That way you can continue to run #1 with your pubs where it won't be devastating if one slips through.  And you can run the second feed with any pubs where it could be a huge problem if one slips buy us.

How does that sound?

Robert

From: Mike Romoff [mailto:mromoff@360i.com]
Sent: Wednesday, July 26, 2006 3:00 PM
To: Robert McDaniel
Subject: RE: Are you running freerepair.org ads?

Hey Robert –

Yeah – it's confusing. . . .

There are a few separate issues here:
1 – activex obviously causes a lot of problems, so we can't have those
2 – often these ads will have some multiple pop or aggressive exit pop
3 - RON registry ads cause a number of complaints from publishers b/c of the perception of 1 and 2. So even clean ads, get roped into the same camp as the bad apples.

I have also seen a lot of "regular" ads that become "activex" at night or on the weekends.

There is one large publisher in particular who complains loudest about this stuff. I've blocked him from your feed so they won't get those ads anymore (they have been threatening to leave us over this). . .

So – I'm okay with registry cleaner ads, but we've seen them with activex almost every week for the last few months. If you feel comfortable that you can keep the activex under control, I'm happy to let them continue to run (and I'll just keep our large pub off your feed).

But, and believe me I'm not blaming you guys, if you don't think you can keep activex out 100%, I think we need to no longer accept those ads from you just to be on the safe side.

If I weren't getting so many complaints – I would be fine with it. But because of all of the issues these ads cause – we may have to implement that policy.

You guys are a great partner with us – so I'm definitely open to ideas.

If you want to jump on the phone and talk it through – just let me know.

Thanks,

Mike

FTC 047442

Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 26, 2006 5:39 PM
**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

Hey Mike,

Thanks for the info. Wanted to clarify something with you first. Are you seeing an activeX download with the drivecleaner ads (e.g. the link below)?

I don't see any downloads or pops from the page. They do simulate a pop/dialog box with flash, but no download is initated on the landing page.

Is it a perception of download that is the issue? Is there anyway the advertiser can alter the ad to be acceptable in your network?

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 26, 2006 1:07 PM
**To:** Robert McDaniel
**Subject:** RE: Are you running freerepair.org ads?

Like these guys. . . ;^)

http://drivecleaner.com/.freeware/?p=14&a=0&j=0&pp=0&w=1&ex=0&ap=0&mpt=1153943821832&aid=mgcog4&ruleid=6617858

Appreciate all of your help. . . .

Mike

---

**From:** Mike Romoff
**Sent:** Wednesday, July 26, 2006 3:55 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Are you running freerepair.org ads?

Thanks Robert.

We're getting more and more complaints about ActiveX and registry cleaner ads coming through.

If you can please remove all registry ads from coming through the feed (Winfixer, errorsafe, etc.) I would really appreciate it.

Thanks,

Mike

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 25, 2006 5:30 PM
**To:** Mike Romoff
**Subject:** RE: Are you running freerepair.org ads?

We found it (and removed it).

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 25, 2006 11:53 AM
**To:** Robert McDaniel
**Subject:** Are you running freerepair.org ads?

These guys are throwing auto downloads. If you can please make sure you are not running them, I would appreciate it.

Thanks,

Mike

http://freerepair.org/FRL/?p=1&id1=mfr1-1&id2=cleaner&mpt=37999&fmt=1

FTC 047443





**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047444

**From:** Robert McDaniel [robert@adonnetwork.com]
**Sent:** Friday, August 25, 2006 11:46 AM
**To:** ryan@adonnetwork.com
**Cc:** geoff@adonnetwork.com; Steve Armstrong
**Subject:** FW: amaena and activex creatives

Ryan,

As soon as possible, need to make sure we have all amaena and drive cleaner ads out of Exact's traffic.  They are having too many problems with them.  Exact has 3 partner IDs (110182, 110470, and 110496).

I got the amaena ad myself this morning and it throws a pop as soon as it loads, and then does an exit pop with an attempted download.  We need to get that fixed for all traffic sources, or will be getting more complaints.

Please drop me a note when you're able to have all the amaena and drive cleaner ads out, and have been able to verify the winAntivirus ads are okay -- so I can follow up with Mike.

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Friday, August 25, 2006 6:19 AM
**To:** Robert McDaniel
**Subject:** amaena and activex creatives

Hey Robert --

We saw a number of activex creatives on our network yesterday. We actually lost one of our biggest pubs because of these issues.

So, can you please make sure that you guys aren't serving any activex registry cleaner ads?

We saw downloads from:
* Amaena
* DriveCleaner
* WinAntiVirus

Can you please make sure that no ads from amaena or drivecleaner at all come through to us?

We've just had too many issues with those guys. WinAntiVirus is okay -- as long as there is not forced download.

Appreciate your help.

Mike

EXHIBIT NO. 26
Gueron
5-4-10







Microsoft Internet Explorer

NOTICE: If your computer has been running slower than normal, it may be infected with Viruses, Adware or Spyware.

WinAntiVirus can perform a quick and completely FREE scan of your system for malicious programs.

Download WinAntiVirus FREE now!

[ OK ]   [ Cancel ]

# Arenson, Ethan

**From:**     Kristy Ross [kristy@globedat.com]
**Sent:**     Friday, June 02, 2006 5:32 PM
**To:**       Geoff Gieron
**Cc:**       robert@mygeek.com
**Subject:**  Re: Error Protector and Drive Cleaner issue - need your help please :)

Geoff,

I don' think anything was done at all to the accounts, I wasn't notified about anything. I've never even seen a popup that looks like that in any stuff I have done. Will check into it. It is the same thing on both? Would be a bit weird?

Thanks,
Kristy

On 6/3/06 2:10 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:



Kristy,

We just started getting calls this afternoon on your two accounts 554472 (errorprotector) and 553971 (drivecleaner) for loading the error message below and attempting install on the user's pc. It seems to have just started this afternoon. Is there any way to get this to go back to how it was being displayed before. I am seeing it normal on my end, but had a friend test it and he got the message below. Let me know so I can get the partner that called turned back on for your accounts.

Thank you ☺

Geoff

---

**Microsoft Internet Explorer**

  NOTICE: If your computer has errors in the registry database or file system, it could cause unpredictable or erratic bel Fixing these errors can increase your computer's performance and prevent data loss.

Would you like to install ErrorProtector to check your computer for free? (Recommended)

[ OK ]    [ Cancel ]

Ross000185

| | |
|---|---|
| From: | Mike Romoff |
| Sent: | Tuesday, September 05, 2006 09:37 AM |
| To: | Robert McDaniel |
| CC: | Michael Garcia; LaShena Huddleston |
| Subject: | FW: Activex In Pops |
| Importance: | High |

Hey Robert -

Looks like we still have some issues with activex in the feeds. . . .

Can you please make sure that no creatives from drivecleaner.com are coming through to us at all? I know it is hard to police these downloads - but we've been seeing them more and more frequently. I may need to block all of those registry ads from our network if this keeps happening. . .

We are going to move the traffic back to the second feed which does have those ads blocked. But in general we still can't have activex coming through. Is there anything more that we can be doing to keep this stuff from coming through? We're about to lose a few significant relationships because of these issues. . . .

If you can again verify that there are no activex creatives coming through, I would appreciate it.

Thanks for your help.

Mike

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

http://drivecleaner.com/.freeware/installdrivecleanerstart.cab

Our Pubs found this offer rotating in the tags over the weekend.... We need this removed ASAP.  Our Pubs are becoming very upset...

Please let me know ASAP when this has been removed.... So I can notify our Pubs.

Thank you.

ROSS000266

EX YRC 36D1

**From:** Mike Romoff
**Sent:** Tuesday, September 05, 2006 10:10 AM
**To:** Robert McDaniel
**Subject:** RE: Activex in Pops

Appreciate it. I know these guys are a pain in the neck – but we've got to find a way to keep them in check.

It looks like they have gotten a bit more aggressive in the last month or two.

Thanks for taking care of this for us.

Mike

**From:** Robert McDaniel [mailto:robert@adonnetwork.com]
**Sent:** Tuesday, September 05, 2006 1:08 PM
**To:** Mike Romoff
**Cc:** Michael Garcia; LaShena Huddleston
**Subject:** RE: Activex in Pops

Hi Mike,

Yes, I found out this morning there were some issues this weekend with a few advertisers and ActiveX. I believe our Advertiser Services team already has shut down those accounts — but I'm asking them for confirmation of that. I'm also asking them for confirmation the drivecleaner ads are out of your 110182 feed. I'll let you know when I get those confirmations.

We are working on a new process here to be more aggressive on these guys. Since it is difficult to automate, we are going to 'tag' these accounts in some way so we know which ones to watch -- and then our Advertiser Service Reps will check them on a daily basis to make sure they remain in compliance.

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]

ROSS000267

Sent: Tuesday, September 05, 2006 9:38 AM
To: Robert McDaniel
Cc: Michael Garcia; LaShena Huddleston
Subject: FW: Activex in Pops
Importance: High

Hey Robert -

Looks like we still have some issues with activex in the feeds. . . .

Can you please make sure that no creatives from drivecleaner.com are coming through to us at all? I know it is hard to police these downloads - but we've been seeing them more and more frequently. I may need to block all of those registry ads from our network if this keeps happening. . .

We are going to move the traffic back to the second feed which does have those ads blocked. But in general we still can't have activex coming through. Is there anything more that we can be doing to keep this stuff from coming through? We're about to lose a few significant relationships because of these issues. . . .

If you can again verify that there are no activex creatives coming through, I would appreciate it.

Thanks for your help.

Mike

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

http://drivecleaner.com/.freeware/installdrivecleanerstart.cab

Our Pubs found this offer rotating in the tags over the weekend... We need this removed ASAP. Our Pubs are becoming very upset...

Please let me know ASAP when this has been removed... So I can notify our Pubs.

Thank you.

ROSS000268

p 3

| | |
|---|---|
| **From:** | Kristy Ross |
| **Sent:** | Wednesday, September 13, 2006 04:34 PM |
| **To:** | Ryan Maloney |
| **CC:** | 'Geoff Gieron' |
| **Subject:** | Re: Hey guys - latest updates on campaigns |

I think Geoff was mentioning one of the partners was concerned about ads and that they were possibly from another advertiser (that advertises our products)?  I never heard back on this issue.

As for countries,

We are having success with your traffic in:

France
Spain
Germany
Netherlands
Norway
Italy
Japan
Sweden
Denmark

What price we can go up to is difficult to tell, I believe I have quite a few at $5 though on the cognac4 main account (I have them checked) for the keyword traffic and it appears to be converting, but I don't think there is much traffic from these.


For English:

I think we are already decently high on several of these countries, I will have to retag them separately to see exact results.

South Africa
Canada
UK
Australia

~Kristy


On 9/13/06 10:28 AM, "Ryan Maloney" <ryan@adonnetwork.com> wrote:

> Hi Kristy -
>
>
> Not sure about your first couple of questions - can you clarify, please?
>
> With respect to additional international inventory, which countries are you
> specifically interested in - and what price can you go up to?
>
> We don't have any specific keyword lists for international campaigns by
> category, but I can put together a list for you.
>
> Is it possible to continue using that spreadsheet I sent you with the
> accounts you're launching, so we can have all the active accounts in one
> document?
>
> Thanks, Kristy!
>
> Ryan Maloney
> ryan@AdOnNetwork.com
> 602-797-8443
>

> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Tuesday, September 12, 2006 6:44 PM
> To: Geoff Gieron; Ryan Maloney
> Subject: Hey guys - latest updates on campaigns
>
> Hey guys,
>
> Any updates from hearing back about the campaigns run by other advertisers?
> Also was there any feedback on removing a company's software/adware from the
> products we run?
>
> Also I am looking to ramp up more international inventory, even at a higher
> price.  It seems to be pretty low quantity compared to what was estimated we
> would be able to get International wise.
>
> Also what about possible keyword inventory/etc for international countries,
> sometimes it seems bidding on keywords has more impact than running the
> general "RON" campaigns.  Are there any international lists available?
>
> I should have some new links also shortly to place up.
>
> Thanks,
> Kristy
>

MGC00734

ROSS000270

**From:** Robert McDaniel [robert@adonnetwork.com]
**Sent:** Friday, January 26, 2007 6:14 PM
**To:** 'Geoff Gieron'
**Subject:** FW. SystemDoctor

**From:** Michael Garcia [mailto:MGarcia@innovationinteractive.com]
**Sent:** Friday, January 26, 2007 1:54 PM
**To:** Robert McDaniel
**Cc:** Mike Romoff
**Subject:** SystemDoctor

Hello Robert,

Hope you had a nice flight yesterday.  You just missed the deep freeze here

Say, we've had some reports from our publishers that this ad from 'System Doctor "spawning an auto download.  Can we have this ad and any other ones that might trigger a download removed from the 182 and 470 feeds?

Thanks!

- Mike



FTC 047382

| From: | Ryan Maloney [ryan@adonnetwork.com] |
|---|---|
| Sent: | Friday, January 26, 2007 6:52 PM |
| To: | 'Geoff Gieron', 'Robert McDaniel' |
| Subject: | RE: SystemDoctor |

Guys –

Confirming...

This was found in Globedat's 555466 acct.   I deselected 110182 & 110470

Ryan Maloney
602-797-8443 - phone
ryan@adonnetwork.com

**From:** Geoff Gieron [mailto:geoff@adonnetwork.com]
**Sent:** Friday, January 26, 2007 4:33 PM
**To:** 'Ryan Maloney'
**Subject:** FW: SystemDoctor

That aid look familiar?

Geoff Gieron
AdOn Network | Advertising Innovated

**From:** Robert McDaniel [mailto:robert@adonnetwork.com]
**Sent:** Friday, January 26, 2007 4:14 PM
**To:** 'Geoff Gieron'
**Subject:** FW: SystemDoctor

**From:** Michael Garcia [mailto:MGarcia@innovationinteractive.com]
**Sent:** Friday, January 26, 2007 1:54 PM
**To:** Robert McDaniel
**Cc:** Mike Romoff
**Subject:** SystemDoctor

Hello Robert.

Hope you had a nice flight yesterday.  You just missed the deep freeze here.

Say, we've had some reports from our publishers that this ad from "System Doctor "spawning an auto download.  Can we have this ad and any other ones that might trigger a download removed from the 182 and 470 feeds?

Thanks!

- Mike

FTC 047383

| | |
|---|---|
| **From:** | Mike Romoff |
| **Sent:** | Tuesday, September 05, 2006 09:37 AM |
| **To:** | Robert McDaniel |
| **CC:** | Michael Garcia; LaShena Huddleston |
| **Subject:** | FW: Activex in Pops |
| **Importance:** | High |

Hey Robert –

Looks like we still have some issues with activex in the feeds. . . .

Can you please make sure that no creatives from drivecleaner.com are coming through to us at all? I know it is hard to police these downloads – but we've been seeing them more and more frequently. I may need to block all of those registry ads from our network if this keeps happening. . .

We are going to move the traffic back to the second feed which does have those ads blocked. But in general we still can't have activex coming through. Is there anything more that we can be doing to keep this stuff from coming through? We're about to lose a few significant relationships because of these issues. . . .

If you can again verify that there are no activex creatives coming through, I would appreciate it.

Thanks for your help.

Mike

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

http://drivecleaner.com/.freeware/installdrivecleanerstart.cab

Our Pubs found this offer rotating in the tags over the weekend.... We need this removed ASAP.  Our Pubs are becoming very upset...

Please let me know ASAP when this has been removed.... So I can notify our Pubs.

Thank you.

ROSS000266

EX KRG 30 pl

| | |
|---|---|
| From: | Mike Romoff |
| Sent: | Tuesday, September 05, 2006 10:10 AM |
| To: | Robert McDaniel |
| Subject: | RE: Activex in Pops |

Appreciate it. I know these guys are a pain in the neck - but we've got to find a way to keep them in check.

It looks like they have gotten a bit more aggressive in the last month or two.

Thanks for taking care of this for us.

Mike

From: Robert McDaniel [mailto:robert@adonnetwork.com]
Sent: Tuesday, September 05, 2006 1:08 PM
To: Mike Romoff
Cc: Michael Garcia; LaShena Huddleston
Subject: RE: Activex in Pops

Hi Mike,

Yes, I found out this morning there were some issues this weekend with a few advertisers and ActiveX. I believe our Advertiser Services team already has shut down those accounts -- but I'm asking them for confirmation of that. I'm also asking them for confirmation the drivecleaner ads are out of your 110182 feed. I'll let you know when I get those confirmations.

We are working on a new process here to be more aggressive on these guys. Since it is difficult to automate, we are going to 'tag' these accounts in some way so we know which ones to watch -- and then our Advertiser Service Reps will check them on a daily basis to make sure they remain in compliance.

Thanks,

Robert

From: Mike Romoff [mailto:mromoff@360i.com]

ROSS000267

p 2

Sent: Tuesday, September 05, 2006 9:38 AM
To: Robert McDaniel
Cc: Michael Garcia; LaShena Huddleston
Subject: FW: Activex in Pops
Importance: High

Hey Robert –


Looks like we still have some issues with activex in the feeds. . . .


Can you please make sure that no creatives from drivecleaner.com are coming through to us at all? I
know it is hard to police these downloads – but we've been seeing them more and more frequently. I may
need to block all of those registry ads from our network if this keeps happening. . .


We are going to move the traffic back to the second feed which does have those ads blocked. But in
general we still can't have activex coming through. Is there anything more that we can be doing to keep
this stuff from coming through? We're about to lose a few significant relationships because of these
issues. . . .


If you can again verify that there are no activex creatives coming through, I would appreciate it.


Thanks for your help.


Mike


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


http://drivecleaner.com/.freeware/installdrivecleanerstart.cab


Our Pubs found this offer rotating in the tags over the weekend…. We need this removed ASAP.  Our Pubs
are becoming very upset…


Please let me know ASAP when this has been removed…. So I can notify our Pubs.


Thank you.

ROSS000268

p3

| From: | Kristy Ross |
|---|---|
| Sent: | Wednesday, September 13, 2006 04:34 PM |
| To: | Ryan Maloney |
| CC: | 'Geoff Gieron' |
| Subject: | Re: Hey guys - latest updates on campaigns |

I think Geoff was mentioning one of the partners was concerned about ads and
that they were possibly from another advertiser (that advertises our
products)?  I never heard back on this issue.

As for countries,

We are having success with your traffic in:

France
Spain
Germany
Netherlands
Norway
Italy
Japan
Sweden
Denmark

What price we can go up to is difficult to tell, I believe I have quite a
few at $5 though on the cognac4 main account (I have them checked) for the
keyword traffic and it appears to be converting, but I don't think there is
much traffic from these.


For English:

I think we are already decently high on several of these countries, I will
have to retag them separately to see exact results.

South Africa
Canada
UK
Australia

~Kristy


On 9/13/06 10:28 AM, "Ryan Maloney" <ryan@adonnetwork.com> wrote:

> Hi Kristy -
>
> Not sure about your first couple of questions - can you clarify, please?
>
> With respect to additional international inventory, which countries are you
> specifically interested in - and what price can you go up to?
>
> We don't have any specific keyword lists for international campaigns by
> category, but I can put together a list for you.
>
> Is it possible to continue using that spreadsheet I sent you with the
> accounts you're launching, so we can have all the active accounts in one
> document?
>
> Thanks, Kristy!
>
> Ryan Maloney
> ryan@AdOnNetwork.com
> 602-797-8443
>

MGC00733
ROSS000269

> -----Original Message-----
> From: Kristy Ross [mailto:kristy@globedat.com]
> Sent: Tuesday, September 12, 2006 6:44 PM
> To: Geoff Gieron; Ryan Maloney
> Subject: Hey guys - latest updates on campaigns
>
> Hey guys,
>
> Any updates from hearing back about the campaigns run by other advertisers?
> Also was there any feedback on removing a company's software/adware from the
> products we run?
>
> Also I am looking to ramp up more international inventory, even at a higher
> price.  It seems to be pretty low quantity compared to what was estimated we
> would be able to get International wise.
>
> Also what about possible keyword inventory/etc for international countries,
> sometimes it seems bidding on keywords has more impact than running the
> general "RON" campaigns.  Are there any international lists available?
>
> I should have some new links also shortly to place up.
>
> Thanks,
> Kristy
>

MGC00734

ROSS000270