RDX 24

**From:**   Mike Romoff [mromoff@360i.com]
**Sent:**   Friday, January 20, 2006 4:42 PM
**To:**     Robert McDaniel
**Cc:**     Shawn Stevens
**Subject:** RE: Impressions/Revenue Report

Hey Robert –

Thanks for the followup. Let me check if there is anything that we can do on our end to take care of this.

If not we may want to do that block. But since only a few publishers really have a problem – I don't want to go overboard and lose those advertisers if we don't have to.

Thanks again,

Mike

Mike Romoff
Product Manager, Paid Listings
*360I*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert@mygeek.com]
**Sent:** Friday, January 20, 2006 4:34 PM
**To:** Mike Romoff
**Cc:** 'Shawn Stevens'
**Subject:** RE: Impressions/Revenue Report

Mike,

Sorry for the problem. We do have the untargeted winfixer accounts in our system blocked from your traffic. We do have a few advertisers that operate like you do in our system - where they create an account and then rotate ads behind the URL they give us. My guess is that is how it would be still coming through, if it is coming from us.

Now, when I say 'untargeted', i am specifically referring to advertisers that are bidding on Run of Network. However, winfixer also has pretty general targets (such as internet, windows, software, etc.) that may match in other categories. That may allow for some apparently 'untargeted' ads being shown. Really the only way to guard against that is to have all Adon Network winfixer accounts blocked from your traffic.

Let me know if you want us to do that.

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]



EXHIBIT NO. 14
Gieron
5-4-10

**FTC 048246**

**Sent:** Friday, January 20, 2006 1:08 PM
**To:** Robert McDaniel
**Cc:** Shawn Stevens
**Subject:** RE: Impressions/Revenue Report

Hi Guys –

Is it possible that this is Winfixer ad still coming through to us from you guys?

It may not be coming to us direct from you – but if you could please verify that these types of ads are not coming through to us untargeted (or at all if need be)?

I was testing a tag for our shopping category and saw this come up a few times. We have been getting complaints about these ads in particular from a number of publishers.

Please let me know what you think as soon as you can.

Thanks,

Mike

http://www.winfixer.com/pages/scanner/index.php?aid=mgklup&lid=aol.com&p=3&ax=0



Mike Romoff
Product Manager, Paid Listings
360i

FTC 048247

(212)-703-7232

-----Original Message-----
From: Robert McDaniel [mailto:robert@mygeek.com]
Sent: Friday, January 20, 2006 2:24 PM
To: Mike Romoff
Cc: 'Shawn Stevens'
Subject: Impressions/Revenue Report

Mike,

Attached are the updated numbers.

And here are the raw impressions we received from you.
01/19: 255,651

Thanks,

Robert

FTC 048248

RDX 25

**From:** Kristy Ross [kristy@globedst.com]
**Sent:** Thursday, February 02, 2006 11:34 AM
**To:** Geoff Gieron
**Subject:** Re: Winfixer Ad

Geoff,

Thanks for letting me know about this, I am in Europe, but will be back in the US for awhile as of Monday. Sorry for not getting back to you sooner. I haven't heard of many issues lately as we were before, but I will try to send you some new link for this and hopefully it will resolve the problem.

Also I got a release today from Lycos about you partnering with them (I have an advertising account there of course). Do you have any additional information about this? I'm glad to see that you do their billing etc, as the Miva system there was horrible. I haven't had much luck with their traffic though, are they a partner through your system also now?

Glad to hear about the traffic being restarted also, I look forward to it.

Thanks,
Kristy

On 2/2/06 2:14 AM, "Geoff Gieron" <geoff@mygeek.com> wrote:

> Kristy,
>
> One of our team noticed the winfixer ad doing the prompt issue again through account 89573. It happens sporadically – but thankfully we have caught this before any of the partners in our network have – anyway to resolve this? Let me know so we don't run into problems.
>
> Also the 500140 campaign should be up again soon – we found the problem with the traffic client and should be able to get it resolved in the next day or so – then we can begin running on their list and work to grow it.
>
> Thanks,
>
> Geoff Gieron
>
> myGeek.com
>
>
> **From:** Robert McDaniel [mailto:robert@mygeek.com]
> **Sent:** Wednesday, February 01, 2006 3:49 PM
> **To:** Geoff Gieron
> **Subject:** Winfixer Ad
>
> This is the pop up that occurs first (with the web page resized and small down on the bottom right of the screen)



Closing the dialog or clicking cancel results in this page (note that it is trying to download an ActiveX control):



EXHIBIT NO. 15
Gieron
5-4-10

**FTC 047420**



!DSPAM:43e174a41528118900147971

RDX 26

| From: | Robert McDaniel [robert.mcdaniel@mygeek.com] |
|---|---|
| Sent: | Thursday, July 13, 2006 6:37 PM |
| To: | ryan@mygeek.com |
| Cc: | Geoff Gieron; Steve Armstrong |
| Subject: | FW: Must block ALL WIN ANTIVIRUS ADS!!!! |
| Importance: | High |

Ryan,

Here's the message from Mike at Exact (110182)

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Thursday, July 13, 2006 3:17 PM
**To:** Robert McDaniel
**Cc:** Mike Romoff
**Subject:** Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Hey Robert --

These are now spawning activex. Please block all antivirus/registry cleaner ads coming through your feed. We can't have these happening.

I am getting a lot of complaints and it is coming through your feed.

Please confirm when blocked. I am going to have to take your feed down from some traffic until you can pull these.

Thanks,

Mike



After clicking "Cancel"



After clicking "Cancel"



After hitting the X



EXHIBIT NO. 20
Gieron
5-4-10

jlasten.com





Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Mike Romoff
**Sent:** Thursday, July 13, 2006 6:09 PM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Robert –

We see this ad a lot – and usually it's fine. But now it seems to be spawning pops and forcing activex downloads.

Can you take a look for me please?

Thanks,

Mike

FTC 047369



Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
Sent: Wednesday, July 12, 2006 8:40 PM
To: Mike Romoff
Subject: RE: Please block any Error Safe and Red Orbit ads

Mike,

We're still looking to find either of these vendors, but can't find them in our system. We've had our DBA scan all landing URLs for either of the domains, but don't see it.

Robert

From: Mike Romoff [mailto:mromoff@360i.com]
Sent: Wednesday, July 12, 2006 10:14 AM
To: Robert McDaniel
Subject: RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it . . .

Mike

Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

From: Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]

FTC 047370

**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
360i
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads – or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spewing multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help.

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047371

| | |
|---|---|
| **From:** | Robert McDaniel [robert.mcdaniel@mygeek.com] |
| **Sent:** | Tuesday, July 11, 2006 12:39 PM |
| **To:** | Geoff Gieron |
| **Subject:** | FW: Please block any Error Safe and Red Orbit ads |
| **Importance:** | High |

Geoff,

Are we sending either of those ads? If so, would you turn off exact from those advertisers?

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047356

| | |
|---|---|
| **From:** | Robert McDaniel [robert.mcdaniel@mygeek.com] |
| **Sent:** | Tuesday, July 11, 2006 12:40 PM |
| **To:** | Geoff Gieron |
| **Subject:** | FW: Winfixer Ads |
| **Importance:** | High |

And winfixer.

Thanks,

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 8:55 AM
**To:** Robert McDaniel
**Subject:** Winfixer Ads
**Importance:** High

Hey Robert –

Sorry for all the issues today – we are also getting complaints about WinFixer ads coming through.

http://www.winfixer.com/pages/scanner/index.php?aid=ap1_sm_ca_en&lid=keyin&ex=1&ax=1&ed=2

Can you please make sure that any winfixer ads are blocked from coming through to us from you?

Thanks,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047355

**From:**      Robert McDaniel [robert.mcdaniel@mygeek.com]

**Sent:**      Wednesday, July 12, 2006 12:25 PM

**To:**        Geoff Gieron

**Subject:**   FW: Please block any Error Safe and Red Orbit ads

**Importance:** High

Here's some more info on errorsafe.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel

FTC 047357

**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail and delete all copies of this email.

FTC 047358

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:51 PM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Sounds like Mike is seeing an ActiveX download attempt through Exit Exchange also.

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 9:38 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Just FYI – I also saw the same download happen coming through Exit Exchange. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

FTC 047359

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert --

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you -- that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047361

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 1:30 PM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Here is the landing URL he sees for the RedOrbit ads

Robert

---

**From:** Mike Romoff [mailto:mromoff@360I.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360I.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

FTC 047362

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now.  Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

This e-mail and attachments, if any, may contain confidential and/or proprietary information. Please be advised that the unauthorized use or disclosure of the information is strictly prohibited. If you are not the intended

recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047364

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 8:38 PM
**To:** 'Geoff Gieron'
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Its in the desktop 182 traffic.

No idea what spawned it. I haven't been able to get it either.

Robert

**From:** Geoff Gieron [mailto:geoff@mygeek.com]
**Sent:** Wednesday, July 12, 2006 5:32 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Please block any Error Safe and Red Orbit ads

I have no idea where this is coming up – I had vimal look and no luck – is this on pub or desktop traffic? Any idea what spawned it – I want to get it out of there if possible

Geoff Gieron
myGeek.com

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 10:30 AM
**To:** Geoff Gieron
**Subject:** FW: Please block any Error Safe and Red Orbit ads

Here is the landing URL he sees for the RedOrbit ads

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys – but just wanted to pass it along to help find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

FTC 047365

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?
aid=rdxu4000_us_en_ed2&lid=us&ex=1&p=&ax=1&h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

**Mike**

**Mike Romoff**
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

**Mike,**

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

FTC 047366

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
**mromoff@360i.com**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047367

**From:** Robert McDaniel [robert.mcdaniel@mygeek.com]
**Sent:** Thursday, July 13, 2006 6:33 PM
**To:** Geoff Gieron; Steve Armstrong
**Subject:** FW: Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Here's an email also.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Thursday, July 13, 2006 3:17 PM
**To:** Robert McDaniel
**Cc:** Mike Romoff
**Subject:** Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Hey Robert –

These are now spawning activex. Please block all antivirus/registry cleaner ads coming through your feed. We can't have these happening.

I am getting a lot of complaints and it is coming through your feed.

Please confirm when blocked. I am going to have to take your feed down from some traffic until you can pull these.

Thanks,

Mike



After clicking "Cancel"



After clicking "Cancel"



After hitting the X

**FTC 047351**





Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

_____

**From:** Mike Romoff
**Sent:** Thursday, July 13, 2006 6:09 PM
**To:** 'Robert McDaniel'
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Robert –

We see this ad a lot – and usually it's fine. But now it seems to be spawning pops and forcing activex downloads.

Can you take a look for me please?

Thanks,

Mike

FTC 047352



Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Wednesday, July 12, 2006 8:40 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

We're still looking to find either of these vendors, but can't find them in our system.  We've had our DBA scan all landing URLs for either of the domains, but don't see it.

Robert

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 10:14 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads

http://www.redorbit.com/?utm_source=argsec5&utm_medium=pu&utm_campaign=home

Just saw a RedOrbit ad coming through. Not sure if it's from you guys ~ but just wanted to pass it along to help find it. . . .

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]

**Sent:** Wednesday, July 12, 2006 12:25 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Thanks Mike. I'm following up with Advertiser Services to see if they have been able to find the account.

Thanks,

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Wednesday, July 12, 2006 7:12 AM
**To:** Robert McDaniel
**Subject:** RE: Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

Got another complaint about errorsafe – this is the URL:
http://www.errorsafe.com/pages/scanner/index.php?aid=rdxu4000_us_en_ed2&lid=us&ex=16p&ax=16h=

Can please confirm these ads are no longer coming through? This error is forcing an activex download. . . .

Thanks,

Mike

Mike Romoff
Product Manager, Paid Listings
*360i*
(212)-703-7232

---

**From:** Robert McDaniel [mailto:robert.mcdaniel@mygeek.com]
**Sent:** Tuesday, July 11, 2006 12:45 PM
**To:** Mike Romoff
**Subject:** RE: Please block any Error Safe and Red Orbit ads

Mike,

They are looking for these ads now. Do you happen to have URLs that will generate the ads -- or the advertiser's landing URLs?

Robert

---

**From:** Mike Romoff [mailto:mromoff@360i.com]
**Sent:** Tuesday, July 11, 2006 7:42 AM
**To:** Robert McDaniel
**Subject:** Please block any Error Safe and Red Orbit ads
**Importance:** High

Hey Robert –

If you can please block any Error Safe and Red Orbit ads from the feed, I would appreciate it.

The Error Safe ads are spawning multiple pops. And we have gotten a number of complaints about Red Orbit for a variety of reasons.

If you can please confirm that these ads are not coming to us from you – that would be great.

Thanks for your help,

Mike



**Mike Romoff**
**Product Manager, Paid Listings**
**360i**
28 West 23rd St., 6th Floor
New York NY, 10010
P. 212.703.7232, F. 646.223.1255
mromoff@360i.com
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
**Helping Marketers Acquire Customers Online**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
This e-mail and attachments, if any, may contain confidential and/or
proprietary information. Please be advised that the unauthorized use or
disclosure of the information is strictly prohibited. If you are not the intended
recipient, please notify the sender immediately by reply e-mail and delete all
copies of this email.

FTC 047354

**From:**      Kristy Ross [kristy@globedat.com]
**Sent:**      Thursday, July 13, 2006 7:06 PM
**To:**        Ryan Maloney
**Cc:**        'Geoff Gieron'
**Subject:**   Re: Must block ALL WIN ANTIVIRUS ADS!!!!
**Importance:** High

Ryan,

Will check this out, maybe something to do with Firefox not sure.

Will try to get you a response.

-Kristy


On 7/13/06 6:42 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

> Hi Kristy –
>
> With respect to the antivirus tags in account 555192, we had to deselect traffic sources 110182 and
> 110077 due to the activex spawn.
>
> Our network partners have received numerous complaints and had to take us out of the feed until we
> removed the ads. Is it possible to adjust the URL?
>
> This is what they're seeing:



> After clicking "Cancel"



FTC 047417

After clicking "Cancel"



After hitting the X





Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

FTC 047419

RDX 27

**From:**        Ryan Maloney [ryan@mygeek.com]
**Sent:**        Monday, July 17, 2006 1:50 PM
**To:**          'Kristy Ross'
**Cc:**          'Geoff Gieron'
**Subject:**     FW: your screenshots
**Attachments:** ryanscreenshots.doc

Kristy --

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com]
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com



EXHIBIT NO. 23
Gieron
5-4-10

**FTC 048263**

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-mpt=CACHEBUSTER&aid=mgcg6



FTC 048264

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-mpt=CACHEBUSTER&aid=mgcg7



FTC 048265

**From:**   Ryan Maloney [ryan@mygeek.com]
**Sent:**   Monday, July 17, 2006 7:18 PM
**To:**     'Kristy Ross'
**Cc:**     'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy --

I think we're OK with this -- I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page -- the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Kristy --

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today -- is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com]

FTC 048266

**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048267

**From:**  Ryan Maloney [ryan@mygeek.com]
**Sent:**  Tuesday, July 18, 2006 12:51 PM
**To:**  'Kristy Ross'
**Cc:**  'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

FTC 048268

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were
talking about, this is an example of the scanner.  If it is really a problem I can change the page – the
conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like
to get this going today – is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com


FTC 048269

FTC 048270

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 12:55 PM
**To:** 'Vimal Parekh'
**Cc:** 'Geoff Gieron'
**Subject:** FW: your screenshots

Vimal –

Can you please adjust the RON bid pricing for the following two accounts (only one campaign in each):

555630
Please adjust RON pricing to .0015

555632
Please adjust RON pricing to .002

Thank you!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Ryan Maloney [mailto:ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 9:51 AM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com

FTC 048271

602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy

On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

FTC 048272

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048273

**From:**    Ryan Maloney [ryan@mygeek.com]
**Sent:**    Tuesday, July 18, 2006 12:56 PM
**To:**      'Kristy Ross'
**Cc:**      'Geoff Gieron'
**Subject:** RE: your screenshots

Forgot to mention...

For the international traffic, please adjust the landing page(s) by removing the box.  We know it's not ActiveX but it appears that way to the international sources and we're required to remove it.

Once we have the adjusted pages, I can start loading the international accounts.

Let me know,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy

On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]

FTC 048274

**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website. I had no idea that is what you were talking about, this is an example of the scanner. If it is really a problem I can change the page – the conversion is not as high. But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are…

Rachel Greenberg
Senior Director Publisher Solutions
www.mygeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048275

**From:**   Ryan Maloney [ryan@mygeek.com]
**Sent:**   Tuesday, July 18, 2006 1:13 PM
**To:**   'Vimal Parekh'
**Cc:**   'Geoff Gieron'
**Subject:** RE: your screenshots

Checked and verified.  Thanks much, Vimal.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Vimal Parekh [mailto:vparekh@mygeek.com]
**Sent:** Tuesday, July 18, 2006 10:10 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Done. Please check the accounts

Thanks,

Vimal

----- Original Message -----
**From:** Ryan Maloney
**To:** 'Vimal Parekh'
**Cc:** 'Geoff Gieron'
**Sent:** Tuesday, July 18, 2006 10:24 PM
**Subject:** FW: your screenshots

Vimal –

Can you please adjust the RON bid pricing for the following two accounts (only one campaign in each):

555630
Please adjust RON pricing to .0015

555632
Please adjust RON pricing to .002

Thank you!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

FTC 048276

**From:** Ryan Maloney [mailto:ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 9:51 AM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7

This should be live in the next 30-60 min.

Let me know if you have any questions,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

FTC 048277

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048278

**From:** Ryan Maloney [ryan@mygeek.com]
**Sent:** Tuesday, July 18, 2006 1:15 PM
**To:** 'Kristy Ross'
**Cc:** 'Geoff Gieron'
**Subject:** RE: your screenshots

These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy

On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

FTC 048279

Let me know if you have any questions,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy

On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

FTC 048280

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – Is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are…

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048281

**From:**     Ryan Maloney [ryan@mygeek.com]
**Sent:**     Tuesday, July 18, 2006 1:45 PM
**To:**       'Kristy Ross'
**Cc:**       'Geoff Gieron'
**Subject:** RE: your screenshots

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price?  I will have to make a new URL for you, but it would be the same site.

-Kristy

On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

FTC 048282

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy

On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

FTC 048283

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
 <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website.  I had no idea that is what you were talking about, this is an example of the scanner.  If it is really a problem I can change the page – the conversion is not as high.  But this is certainly not a popup or Activex.

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops.  We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d> <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg

FTC 048284

Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048285

**From:**   Ryan Maloney [ryan@mygeek.com]
**Sent:**   Tuesday, July 18, 2006 4:56 PM
**To:**   'Robert McDaniel'; 'rachel'
**Cc:**   'Geoff Gieron'
**Subject:** FW: your screenshots

This is a third URL that Globedat wants to run, at the normal .0035 price – US only, on desktop traffic.

Just wanted to run this by you before I launch. Let me know if there are any desktop sources that I should deselect. Same for you, Rachel.

Thanks,

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 1:51 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=1&aid=mgcg8

Here is the link for this account for the RON – also the Drivecleaner client.

Thanks,
kristy


On 7/18/06 1:45 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'

FTC 048286

**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price? I will have to make a new URL for you, but it would be the same site.

-Kristy


On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
These are the only 2 for which we can get that pricing. They're both large sources with lots of traffic so I too am hoping it converts well.


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON? Very good price on the one, I hope it will convert well.

Thanks,
Kristy


On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only
Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

**FTC 048287**

<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
  <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

I think we're OK with this – I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
  <mailto:kristy@globedat.com%5d>  <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan okay I see that.. This is not a popup, it is a flash in the website. I had no idea that is what you were talking about, this is an example of the scanner. If it is really a problem I can change the page – the conversion is not as high. But this is certainly not a popup or Activex.

FTC 048288

Let me know,
Kristy


On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...


Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048289

**From:**  Ryan Maloney [ryan@mygeek.com]
**Sent:**  Tuesday, July 18, 2006 5:35 PM
**To:**  'Kristy Ross'
**Cc:**  'Geoff Gieron'
**Subject:** RE: your screenshots

OK, Kristy –

This one's set up and ready for funding as well.

Again...

555633
Login: cognac8
Pw: globedat1

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** Kristy Ross [mailto:kristy@globedat.com]
**Sent:** Tuesday, July 18, 2006 1:51 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=1&aid=mgcg8

Here is the link for this account for the RON – also the Drivecleaner client.

Thanks,
kristy


On 7/18/06 1:45 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:

Yes, I can just assign one of the other accounts I created last week.

555633
Login: cognac8
Pw: globedat1


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com]

FTC 048290

**Sent:** Tuesday, July 18, 2006 10:45 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Can you also open another account for RON at the normal price?  I will have to make a new URL for you, but it would be the same site.

-Kristy


On 7/18/06 1:14 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
These are the only 2 for which we can get that pricing.  They're both large sources with lots of traffic so I too am hoping it converts well.


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com



**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
**Sent:** Tuesday, July 18, 2006 10:05 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

Okay thanks.. Also are these the only 2 sources that have RON?  Very good price on the one, I hope it will convert well.

Thanks,
Kristy


On 7/18/06 12:51 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy –

OK, we're ready to launch.

To reiterate:

Acct: 555630 - RON
Source: 110250
Country: US only
Bid price: $1.50
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg6
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg6>

Acct: 555632 - RON
Source: 110219
Country: US only

FTC 048291

Bid price: $2.00
Landing page: http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&aid=mgcg7
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>
<http://adfarm.mediaplex.com/ad/ck/7412-39608-3840-0?mpt=CACHEBUSTER&amp;aid=mgcg7>

This should be live in the next 30-60 min.

Let me know if you have any questions.


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 6:10 PM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

Ryan,

No problem I'll be around from early in the morning.

Thanks,
Kristy


On 7/17/06 7:17 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Hi Kristy —

I think we're OK with this — I just need to check one more thing.

We should be good to go by the morning.

Thanks for your patience,


Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com


**From:** Kristy Ross [mailto:kristy@globedat.com] <mailto:kristy@globedat.com%5d>
<mailto:kristy@globedat.com%5d>  <mailto:kristy@globedat.com%5d>
**Sent:** Monday, July 17, 2006 11:01 AM
**To:** Ryan Maloney
**Cc:** 'Geoff Gieron'
**Subject:** Re: your screenshots

FTC 048292

Ryan okay I see that.. This is not a popup, it is a flash in the website. I had no idea that is what you were talking about, this is an example of the scanner. If it is really a problem I can change the page – the conversion is not as high. But this is certainly not a popup or Activex.

Let me know,
Kristy

On 7/17/06 1:50 PM, "Ryan Maloney" <ryan@mygeek.com> wrote:
Kristy –

See the attached.

Even with making sure the "6" and "7" are included at the end of the URL, we're still getting pops. We'd really like to get this going today – is there a way to adjust the URLs?

Thanks!

Ryan Maloney
myGeek.com
602-797-8443
ryan@mygeek.com

**From:** rachel [mailto:rachel@mygeek.com] <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>  <mailto:rachel@mygeek.com%5d>
**Sent:** Monday, July 17, 2006 10:38 AM
**To:** 'Ryan Maloney'
**Subject:** your screenshots

Here they are...

Rachel Greenberg
Senior Director Publisher Solutions
www.myGeek.com <http://www.mygeek.com/>
(973)218-0048 (w)
(732)735-3600 (c)
rachel@mygeek.com

FTC 048293