# RDX 29

you, what materials did the FTC provide you with?

**A I was provided with a hard drive of images -- I'm sorry -- forensic images. They were drive images, not -- that contained graphics.**

**I was also provided four or five other graphics separately from the drive images. I was provided a list of the top -- I believe it's two hundred, which is actually attached to the report -- top two hundred -- the files that related to those. That was what I was provided for this report.**

Q The hard drive and images, how many -- what was the size of the files on the hard drive?

**A I want to say one was a sixty gig file. I don't remember off the top of my head. Sorry.**

Q Do you know how many files were on the hard drive?

**A There were two, two drive images.**

Q And within each drive image, how many files were contained on them?

**A I don't know off the top of my head.**

Q Do you know where the drive image came from?

**A To me?**

Q Yeah.

**A The FTC.**

Q Do you know where the FTC obtained the drive image from?

**A No.**

Q What was the -- what did the FTC tax you with for your initial report?

**A They asked me to look at graphics, the Flash objects, and certain binaries that were all listed in the report.**

Q So the FTC identified binaries for you to test?

**A Yes.**

Q Did they state why they wanted you to analyze those binaries?

**A They told me they -- why they wanted me to or why they chose those?**

Q Why did they choose these six binaries?

**A No.**

Q Did you test any of the other binaries on that drive?

**A I looked at the other files there. Part of my direction was, you know, analyze these and see if there is anything else on there that you think you need to analyze. I saw nothing else on the drive that was materially different from the files I analyzed.**

Q When you say "looked" at the other files on the system, what do you mean by look?

**A You mount the file system and explore it just like you would with Windows Explorer. Obviously, I don't use Windows Explorer to do that.**

Q Did you actually open other files?

**A Some of them, yes.**

Q Which files?

**A Off the top of my head, I don't know. Once I chose not to analyze them, there was no need to look any further.**

Q Were any limitations placed on your report by the FTC?

**A No.**

Q Did you make any revisions to your initial report based on comments from counsel from the FTC?

**A Did I make any revisions to my report, no.**

Q Did -- in drafting your initial report, who did you talk with from the FTC?

**A Coleen and Ethan.**

Q No one else from the FTC?

**A Not that I recall.**

Q Did you talk with anyone else about the drafting of your initial report apart from --

**A Absolutely not. No.**

Q So for your initial report, the materials that you relied on in reaching your conclusions were only the materials listed in the report?

**A Yes.**

Q And that would be the graphic files that you listed in your report?

**A Right.**

Q The Flash files listed in your report?

**A Yes.**

Q The Windows binaries listed in your report?

**A Yes.**

Q And the exhibits -- the exhibit of the impressions attached to your report?

**A Yes.**

Q Those are all the files that you relied on?

**A Yes.**

**(Deposition Exhibit Number 2 was marked for purposes of identification.)**

Q Turning now to your rebuttal report. I'll give it to you. Just take a look quickly through that and let me know if that is a true and correct copy of your rebuttal report.

**A Yes.**

Q What materials did you rely on in reaching the conclusions in your rebuttal report?

**A In these, I had access to -- I guess you call them rebuttal reports to my original report, the Kim and Ellis reports. I had the Leggen report. I had the drives still, you know, the files from the drives. I can't recall anything else other than -- oh, I had a document that included the HTML codes which we referenced in here from Media Click. I believe that's everything.**

Q And you did have that document for your initial report. Is that correct?

**A No, I did not.**

you treated it in the manner that you would treat files?

**A Yes.**

Q What -- in your -- are you familiar, in your experience with forensics, generally about some of the things about why it's important to maintain electronic evidence in a forensic manner?

**A Yes.**

Q Why is it important?

**A Why is it important to maintain files in a forensic manner?**

Q Electronic files. Just generally.

**A If -- I'm trying to figure out how to say it because it's such a big idea. There should always be an understanding of where a file is and who has touched it to the point that you can control that. It's never possible in any examination or forensics to say this file from the moment it was created was under this person's control. But to the best of that ability, you want to keep that list as you deal with it.**

Q And why is it important to know where it's been and who touched it, the file?

**A So you know who to ask questions of about the file.**

Q When you say "who touched the file," would that also include if a different person could touch the file they could somehow change or alter the file in some way? Is that possible?

**A Of course.**

Q And would any user that had the ability to touch or access the files have the capacity to change the file?

MR. ARENSON: Are you talking about any file in the universe at this point?

MRS. GURLAND: I guess we're talking generally. I guess we can talk about specifically the files that you received on the disk.

Q So take the --

**A I would not say that any user could change these files.**

Q Who could change --

**A Somebody who had knowledge of ActionScript and Flash Creation and had the tools to do that.**

Q And had access to the file?

A **Yes.**

Q But, again, you don't know who -- you don't know how big or how small the universe of people who had access to that file is before you came across it. Is that right?

A **No, ma'am.**

Q And so with respect to this CD -- and I apologize -- the CD with banner, underscore, DriveCleaner-Dc-En-Swf, that file, was there anything else on that CD besides that file?

A **I don't recall what was on the CD off the top of my head.**

Q So it's possible there are other files on the CD besides that?

A **I believe there were.**

Q Do you know what those other files were?

A **The same types of graphics as within the hard drive.**

Q So would it be a different SWF file -- other SWF file?

A **There could have been other SWF files. I don't recall exactly what's on it.**

Q And how did you select this particular one, banner, underscore, DriveCleaner-Dc --

**A This is one of the files that I was asked to analyze.**

Q And did you look at the other -- if there were indeed other SWF files on the CD, do you remember if you looked at them?

**A Same way as I said earlier. I would look to see if there were any material differences between the files other than that was red, that was blue.**

Q What were you looking at to see if it was different? Were you looking at --

**A I was analyzing how they loaded so if they all displayed similar advertisements, I would pick. I chose the one I was asked to and saw no reason to dig into other ones.**

Q So would you run them and --

**A In the flash player.**

Q And you would look at what appeared on the screen?

**A Yes, ma'am.**

Q And you were talking about the Flash -- can

you just describe for me in a sort of layman's version. When we talk about a Flash in this context of these files, what does it mean?

**A A Flash object is a binary file that contains -- can contain graphics, business logic, client code, that is created using something like the Adobe Design Suite, Adobe Flash, things like that. There are also other tools that will create them. And they are hosted on a web server and sent down to a browser for display using the flash plug-in in the browser in most cases. There are others.**

Q And when you looked at, for example, the particular ad, which is the banner DriveCleaner, one referenced at the bottom of page three on your February 22nd report, was -- how did -- was there a Flash functionality in that ad?

**A It was a SWF file, which is a Flash object. So, yeah.**

Q And was there a smaller box within the ad that had more than one image, almost as if it were a movie? Does it work like that?

**A The entire object contains multiple**

graphics and the logic to animate those graphics.

In this case, it proceeded to show you a progress bar saying it was scanning your system. It changed some of the file names telling you what file it was supposed to be looking at at that moment.

And then when it finished that progress bar, when it filled the progress bar up completely, it displayed what looks like a Windows dialogue but is actually a graphic inside the Flash object that says DriveCleaner found 948 dangerous files.

Q Is it -- by looking on page three, it appears that the program hadn't fully run at the time that you --

A This is two screenshots. One while it was supposedly scanning. And the other after it had finished and displayed the pop up.

I guess I never noticed it in the report. In the black and white version, they look like they're one big graphic. But if you look at the color version -- I never thought about printing -- this is the same file, just at a different state.

This is the -- it completed the scan and

**A No.**

Q What assurance do you have that the materials that you looked at in 2010 on this hard drive were the same materials as they appeared in, like, 2005 and 2006? Do you have any information about that?

**A I have no information about that.**

Q So you couldn't say, one way or another, whether the files, as you looked at them in 2010, were the same files as existed in 2005 or 2006?

**A I didn't look at that. I wasn't asked to look at that. No need to for what I was trying to answer.**

Q In giving your expert opinion here, sir, are you saying that it wasn't important to you whether or not any of these binaries were actually ever viewed by a consumer, ever?

MR. ARENSON: Objection.

Q Would it be relevant to you whether or not a consumer had ever even seen any of these files?

**A Would it be relevant to the question of what the file does, no.**

Q Would it be relevant to your expert report?

A **The expert report is to say what the file does.**

Q So it wouldn't?

A **Not to me.**

Q And you don't know, in fact whether or not any consumer ever saw the binaries that you analyzed?

A **I have no idea who touched these files.**

Q Do you know whether or not these executable files were ever distributed as advertisements?

MR. ARENSON: Object. I don't understand that question.

THE WITNESS: Yeah. I'm not sure what you mean.

Q I guess distributed by -- to me, in layman's terms, whether or not it reached some individual as an advertisement.

A **Well, the -- when you run the executable, it displays an ad that says to get further information, pay first -- I'm paraphrasing. That it's an advertisement. Whether somebody other than I ran it, I have no idea. I don't know what happened to these files before I got them.**

Q How did you select the six binaries that you ran?

**A I believe there were six -- five or six. They were the ones I was provided.**

Q And were you given any rationale about why these and why not others?

**A No.**

Q Do you know how many binaries were on that hard drive?

**A No, not off the top of my head.**

Q Was it like in the tens or more like in the hundreds or --

**A You're going back to the word binaries not executables. All the graphic files and SWF files are binary. Absolutely in the hundreds.**

Q The executables then.

**A With the executables, I have no idea. I never counted.**

Q How many were on the hard drive?

**A No. Yeah.**

Q And the first time in your February 22nd report that you analyzed the binaries, what was the

method that you followed there the first time? What did you do?

**A The main idea here was to see if these would alert on things that either did not exist or were exaggerated. So I created a VMware image, which is a virtual machine, running Windows XP. No patches beyond what was distributed by Microsoft. I didn't install it and then patch it. So it was not connected to the internet. Loaded the files into it, one at a time, and ran them to see what they did.**

Q And when -- on the fifth page of your February 22nd report, the final paragraph that begins to analyze each of these tools, I simply launched the executable.

Do you see that?

**A Yes.**

Q It says this then ran the program which launched the purported scan of the system.

Why do you call it a purported scan?

**A Because the results of that scan alerted on things that either didn't exist or alerted in such a way that didn't make any sense.**

Q But do you -- leaving aside the content of what was reported, do you dispute that the program touched files on the user's computer?

**A Any time you run something, it touches files on the computer. So I disagree with that.**

Q Well, if the binaries had zero functionality, then you would agree that it would not touch any files on a computer?

**A No. If you have an executable program, it touches files on the system. It's one of the things we're careful of as we're doing analysis in a drive.**

**If it had zero functionality, it's not an executable.**

Q So by its nature, an executable is a program that does something?

**A Right.**

Q Okay. The something that the binaries that you looked at did was to identify certain registry files that we'll talk about in a minute. But is that broadly the case?

**A Yes.**

Q And when you were analyzing the six

# RDX 30

# Approximately Supplemental Report

**Prepared by Scott R. Ellis, EnCE, RCA**

Following my deposition in connection with this case, I prepared this brief supplement to my report to address what I felt were the most outstanding issues and concerns that were raised during my deposition. Specifically, I tested the free version of Winfixer software located on the hard drive provided by the FTC and attempted to locate and test a free version of Drive Cleaner software.

## Windows Issues:

I created a new Windows XP SP2 VM "Clean Install" and copied the WinFixer2005ScannerSetup_jp.exe with hash value of 720b7e2b2b607c2aaf38d96887dc9988 file to it through the clipboard. I also copied the Microsoft SysInternals Process Monitor tool to the VM.

I then started Process Monitor and collected a sampling of system activity. This sampling demonstrates that, out of the box, there are many calls to files and registry items that are made by SVCHost (an internal Microsoft process) that are invalid. I stopped the capture and  saved this file. The scan log is contains approximately 1500 pages of name not found and other problems with a clean install of Windows XP SP2.

## WinFixer Free version:

For this analysis I used the following from the FTC provided media which has been remarked by myself as being of an entirely unknown and unverifiable (at this date) source with no chain of custody.

I created a new Windows XP SP2 VM and copied the WinFixer2005ScannerSetup_jp.exe 720b7e2b2b607c2aaf38d96887dc9988 executable to it through the clipboard. I also copied the Micrososft SysInternals Process Monitor tool to the VM.

I then started and stopped the process monitor and collected a sampling of system activity as described in the previous section of this report. I then started the process monitor again and installed the afore mentioned executable.  A process called UWFX5.exe launched and began scanning the registry of the VM.

The scan completed and this window popped up:



The number listed here, 138, does accurately reflect the number of problems found by the software scanner. This list is not a fabrication and the software identifies what it perceives to be problems.

The majority of the problems it listed involved invalid CLSID and PROGID entries. The purpose of a registry cleaner is to remove obsolete or unwanted items that build up in the registry over time. During the installation of Windows, many items are installed and uninstalled during the process. Registry cleaner software searches for items such as no longer needed or inaccurate entries left behind by system changes. This is known as "Software Rot" and it exists in new installations. Software rot can cause application program errors as exemplified in the Clean Install scan in attachment A.

Basic Functionality not in alignment with typical malicious "adware" products
The software presented an icon in the systray. This icon could be clicked on and offered the option to "Exit." Upon selecting this item, the software did exit and did not restart itself or fail to stop. Additionally, the software uninstalled without any issues and after a reboot the software did not reassert itself. It is a telltale action of malicious adware that you cannot uninstall it without using some sort of removal tool and that it will reinstall itself if it can.

## Testing Drive Cleaner Free Setup
As discussed in my deposition, I said I would test the free version and am attempting to do so. I pulled a list of 95 executables from the FTC provided media that contained the word "cleaner." It is noteworthy here to mention that Johnson had not tested the Drive Cleaner software, free or paid versions.

I then arbitrarily selected to test DriveCLeanerSetup2006.exe, with a hash of 515847bce786e14dab3ababcf934965f. Interestingly, this file had a Last Accessed date of 08/30/2009 07:48:36PM, a File Created Date of 08/30/2009 07:48:35PM, a Last Written Date of 01/04/2006 09:08:24AM, and an Entry Modified Date of 02/01/2009 10:41:05AM. This means that the file very likely changed size on 02/01/2009 which is an unexplained curiosity. Evidence should never have date stamps that show changes to the file after the files were collected. This is according to the DOJ's own best practices

I created a VM with a disabled network interface from a standard Win XP VM template that I use for creating Windows XP, SP 2 test environments. I then copied the Drive Cleaner software and Microsoft SysInternal's ProcessMon to the VM through the clipboard. I found that the version I selected was not a "Free" version that does scan only. Since each test takes two to hours to setup, I elected to be efficient with client resources at this point and halt testing. See Attachment B for the complete list.

**Attachment A "Logfile showing name not found and other problems - CLEAN INSTALL."**

## Attachment B Complete list of Executables that contain the word "Cleaner"

| | |
|---|---|
| 1 | DriveCleanerSetup_21012004.exe |
| 2 | DriveCleanerSetup_032504.exe |
| 3 | DriveCleanerSetup_032504.exe |
| 4 | DriveCleanerSetup2_21012004.exe |
| 5 | DriveCleanerSetup2_21012004.exe |
| 6 | DriveCleanerSetup.exe |
| 7 | DriveCleanerSetup.exe |
| 8 | WinDriveCleaner2005TrialSetup.exe |
| 9 | WinDriveCleanerSetup.exe |
| 10 | WinDriveCleanerSetup.exe |
| 11 | WinDriveCleaner2005TrialSetup.exe |
| 12 | drivecleaner_setup_07.exe |
| 13 | drivecleaner_setup_06.exe |
| 14 | WinDriveCleaner2005Setup.exe |
| 15 | SecureExpertCleaner_Dual_br1_En.exe |
| 16 | SecureExpertCleaner_Dual_Rezer_En.exe |
| 17 | SecureExpertCleaner_Paid_br1_En.exe |
| 18 | SecureExpertCleaner_Paid_Rezer_En.exe |
| 19 | DriveCleaner2006Setup.exe |
| 20 | DriveCleaner2006Setup.exe |
| 21 | drivecleaner2006setup.exe |
| 22 | WinDriveCleaner2005Setup.exe |
| 23 | WinDriveCleaner2005Setup.exe |
| 24 | ComputerCleanerSetup.exe |
| 25 | RegCleaner.exe |
| 26 | mobilecleaner.exe |
| 27 | mobilecleaner_de.exe |
| 28 | setupdrivecleanerend.exe |
| 29 | setupdrivecleanerend.exe |
| 30 | setupdrivecleanerend_br.exe |
| 31 | setupdrivecleanerend_de.exe |
| 32 | setupdrivecleanerend_dk.exe |
| 33 | setupdrivecleanerend_dk.exe |
| 34 | setupdrivecleanerend_dk.exe |
| 35 | setupdrivecleanerend_es.exe |
| 36 | setupdrivecleanerend_fr.exe |

37 setupdrivecleanerend_it.exe
38 setupdrivecleanerend_jp.exe
39 setupdrivecleanerend_jp.exe
40 setupdrivecleanerend_nl.exe
41 setupdrivecleanerend_no.exe
42 setupdrivecleanerend_se.exe
43 setupdrivecleanerstart.exe
44 setupdrivecleanerstart_br.exe
45 setupdrivecleanerstart_btb.exe
46 setupdrivecleanerstart_de.exe
47 mobilecleaner_dk.exe
48 setupdrivecleanerstart_dk.exe
49 setupdrivecleanerstart_dk.exe
50 setupdrivecleanerstart_dk.exe
51 setupdrivecleanerstart_dm.exe
52 setupdrivecleanerstart_es.exe
53 setupdrivecleanerstart_fr.exe
54 mobilecleaner_es.exe
55 setupdrivecleanerstart_it.exe
56 setupdrivecleanerstart_jp.exe
57 setupdrivecleanerstart_jp.exe
58 setupdrivecleanerstart_mc.exe
59 setupdrivecleanerstart_mc_de.exe
60 setupdrivecleanerstart_mc_dk.exe
61 setupdrivecleanerstart_mc_es.exe
62 setupdrivecleanerstart_mc_fr.exe
63 setupdrivecleanerstart_mc_it.exe
64 setupdrivecleanerstart_mc_jp.exe
65 setupdrivecleanerstart_mc_nl.exe
66 setupdrivecleanerstart_mc_no.exe
67 setupdrivecleanerstart_mc_se.exe
68 setupdrivecleanerstart_mes.exe
69 mobilecleaner_fr.exe
70 setupdrivecleanerstart_nl.exe
71 setupdrivecleanerstart_no.exe
72 setupdrivecleanerstart_pm.exe
73 mobilecleaner_it.exe
74 setupdrivecleanerstart_se.exe
75 setupdrivecleanerstart_tbn.exe
76 setupdrivecleanerstart_tbrn.exe
77 DriveCleanerSetup_21012004.exe

| | |
|---|---|
| 78 | ComputerCleanerSetup.exe |
| 79 | mobilecleaner_jp.exe |
| 80 | mobilecleaner_nl.exe |
| 81 | CleanerInstallerSilent.exe |
| 82 | CleanerInstaller.exe |
| 83 | mobilecleaner_no.exe |
| 84 | mobilecleaner_se.exe |
| 85 | advancedcleanersetup.exe |
| 86 | WinDriveCleaner2005Setup.exe |
| 87 | WinDriveCleaner2004Setup.exe |
| 88 | WinDriveCleaner2004Setup.exe |
| 89 | WinDriveCleaner2004Setup.exe |
| 90 | WinDriveCleanerSetup.exe |

# RDX 31





MGC01175

FTC 023162



MGC01176
FTC 023163



S16308

## Account Funding

Account Information for S16308

Your Account is Currently Inactive, with a balance of -($0.00)

Once your account has been funded and activated, you will begin receiving traffic to your listings within one hour. New accounts must wait for account review before being activated by client services within 1 to 2 business days.

You are currently on the PrePayment plan.

1) Payment Option

## Credit Card Information

* All Credit Card Charges Will Appear On Your Statement As AdOn Network Account

Account Information for S16308

Please be aware that changes to your account can take up to 24 hours to become effective.
Credit Card authorization may take a couple of minutes. Please click only once.

Submit

MGC01177

FTC 023164



553971
Account Funding
Credit Card Information
Please be aware that changes to your account can take up to 24 hours to become effective.

MGC01178

FTC 023165



MGC01179

FTC 023166



MGC01180

FTC 023167



554992
Account Funding
Credit Card Information
Advertiser Services
Helpful Links
Submit

MGC01181

FTC 023168



MGC01182

FTC 023169



MGC01183

FTC 023170

MGC01184

FTC 023171



555466
Account Funding
Credit Card Information

MGC01185

FTC 023172



555630
Account Funding
Advertiser Service
Helpful Links
Credit Card Information
Submit

MGC01186

FTC 023173



MGC01187

FTC 023174



555633
Account Funding
Account Information for 555633
Your Account is Currently Inactive, with a balance of: ($47.47)
Once your account has been funded and activated, you will begin receiving traffic to your listings within one hour. New accounts must wait for account review before being activated by client services within 1 to 2 business days.
Payment Option
Advertiser Service
Helpful Links
Credit Card Information
Please be aware that changes to your account can take up to 24 hours to become effective.
Credit Card authorization may take a couple of minutes. Please click only once.
Submit

MGC01188

FTC 023175



555634
Account Funding
Credit Card Information

MGC01189

FTC 023176



555635
Account Funding
Account Information for 555635:
1) Payment Option
Credit Card Information
Account Information for 555635:
Submit

MGC01190

FTC 023177



SS5636
Account Funding
Credit Card Information

MGC01191

FTC 023178



555660
Welcome Kristy
Edit Profile | Log Out
Account Funding
Account Information For 555660
Your Account Is Currently Inactive, with a balance of: ($21.76)
Once your account has been funded and activated, you will begin receiving traffic to your listings within one hour. New accounts must wait for account review before being activated by client services within 1 to 2 business days.
You are currently on the PrePayment plan.
1) Payment Option
Advertiser Service
Helpful Links
FAQS
Terms & Conditions
Credit Card Information
Please be aware that changes to your account can take up to 24 hours to become effective.
Submit

MGC01192

FTC 023179

555662
Account Funding
Account Information for 555662
Credit Card Information
Account Information for 555662
Submit

MGC01194

FTC 023181



MGC01195

FTC 023182



MGC01196

FTC 023183



558332
Account Funding
Advertiser Services
Helpful Links
Credit Card Information

MGC01197

FTC 023184



MGC01198

FTC 023185



558334
Account Funding
Your Account is Currently Inactive
Once your account has been funded and activated, you will begin receiving traffic to your listings within one hour.
You are currently on the ProPayment plan.
Advertiser Service
Helpful Links
FAQs
Credit Card Information
Please be aware that changes to your account can take up to 24 hours to become effective.
Credit Card authorization may take a couple of minutes. Please click only once.
Submit

MGC01199

FTC 023186



558335
Account Funding
Advertiser Service
Helpful Links
Credit Card Information
Submit

MGC01200

FTC 023187



MGC01201

FTC 023188



MGC01202

FTC 023189



558338
Account Funding:
Advertiser Service
Helpful Links
Credit Card Information

MGC01203

FTC 023190



558386
Account Funding:
Advertiser Service
Helpful Links
Credit Card Information

MGC01204

FTC 023191



MGC01205

FTC 023192



MGC01206

FTC 023193



MGC01207

FTC 023194



MGC01208

FTC 023195



87129
Account Funding
Advertiser Service
Helpful Links
1) Payment Option
Credit Card Information
Submit

MGC01209

FTC 023196



87712
Account Funding
Credit Card Information
Submit

MGC01210

FTC 023197



MGC01211

FTC 023198



88726
Account Funding
Credit Card Information
Advertiser Services
Helpful Links

MGC01212

FTC 023199

89573
Account Funding
Credit Card Information
Helpful Links

MGC01214

FTC 023201



90012
Account Funding
Advertiser Service
Helpful Links
Credit Card Information
Submit

MGC01215

FTC 023202



MGC01216

FTC 023203



90448
Welcome Kristy
Edit Profile | Log Out
Account Funding
Account Information for 90448
Advertiser Service
Helpful Links
FAQs
Terms & Conditions
Credit Card Information
Please be aware that changes to your account can take up to 24 hours to become effective.
Submit

MGC01217

FTC 023204



MGC01218

FTC 023205



MGC01219

FTC 023206



MGC01220

FTC 023207



90981
Account Funding
Credit Card Information

MGC01221

FTC 023208



MGC01222

FTC 023209