RDX 35



EXHIBIT NO. 4
Gueron
5-4-10

MGC00001
FTC 021962



MGC00002
FTC 021963



MGC00003

FTC 021964



MGC00004

FTC 021965



MGC00005
FTC 021966



MGC00006

FTC 021967

The image is a rotated, faded screenshot that is largely illegible. Just emit image ref and headers/footers.



MGC00007

FTC 021968



MGC00008
FTC 021969



MGC00009
FTC 021970



MGC00010
FTC 021971



MGC00011
FTC 021972



MGC00012

FTC 021973



MGC00013
FTC 021974



MGC00014
FTC 021975



MGC00015

FTC 021976



MGC00016
FTC 021977



MGC00017
FTC 021978



MGC00018

FTC 021979



MGC00019

FTC 021980



MGC00020

FTC 021981



MGC00021
FTC 021982

MGC00022
FTC 021983



MGC00023
FTC 021984



MGC00024
FTC 021985



MGC00025
FTC 021986



MGC00026
FTC 021987



MGC00027
FTC 021988



MGC00028
FTC 021989



MGC00029
FTC 021990



MGC00030
FTC 021991



MGC00031
FTC 021992



MGC00032
FTC 021993



MGC00033
FTC 021994



MGC00034
FTC 021995



MGC00035

FTC 021996



MGC00036
FTC 021997



MGC00037

FTC 021998



MGC00038
FTC 021999



MGC00039

FTC 022000



MGC00040
FTC 022001



MGC00041
FTC 022002



MGC00042
FTC 022003



MGC00043
FTC 022004



MGC00044

FTC 022005



MGC00045

FTC 022006



MGC00046

FTC 022007



MGC00047

FTC 022008



MGC00048

FTC 022009



MGC00049

FTC 022010



MGC00050

FTC 022011



MGC00051
FTC 022012



MGC00052

FTC 022013



MGC00053
FTC 022014



MGC00054

FTC 022015

RDX 36

NETWORK-#launch.log
May 14 11:56:45 <fuzzy> that ad - it says your curent antivirus is not effective
May 14 11:56:47 <fuzzy> cant say that
May 14 11:56:50 <fuzzy> also the english on it is bad
May 14 11:57:55 <fuzzy> same on http://avsystemcare.com/data/index.php?p=29
May 14 11:58:02 <fuzzy> so when we can get those fixed that would be good
May 14 11:58:16 <leo75> Hello Kristy
May 14 11:58:16 <leo75> thanks a lot
May 14 11:58:20 <fuzzy> please make sure the language is fixed on error then
May 14 11:58:33 <fuzzy> leo what is the status on DC generic
May 14 11:58:38 <-- Lunch has quit (Operation timed out)
May 14 11:59:31 <leo75> We starting with Dieter now
May 14 11:59:39 <leo75> traffic live
May 14 11:59:46 <fuzzy> ok please get me results
May 14 11:59:53 <leo75> for now traffic going to 1 creative with higest CTR
May 14 11:59:55 <fuzzy> cause we have some affiliate with alot of traffic in those countries
May 14 12:00:02 <fuzzy> what countries is dieter running it on
May 14 12:00:10 <fuzzy> which creative please
May 14 12:00:11 <leo75> mostly USA
May 14 12:00:26 <leo75> http://pcprivacytool.com/privacy/?48585407100b5c5756
May 14 12:00:42 <leo75> this creative have higest CTR during test launch
May 14 12:00:58 <leo75> will optimize in manual mode later today
May 14 12:01:15 <fuzzy> hrm that ad is almost too risque
May 14 12:01:17 <fuzzy> for RON
May 14 12:01:27 <fuzzy> it is
May 14 12:01:31 <fuzzy> we cant use that for RON
May 14 12:01:36 <fuzzy> that shows a nipple in it
May 14 12:01:43 <fuzzy> maybe dieter can run it, but we cant
May 14 12:02:22 <fuzzy> so lets get that ad redone
May 14 12:02:29 <fuzzy> without no nudity
May 14 12:02:39 <fuzzy> the bottom part is too risque for RON too
May 14 12:02:47 <leo75> ok I see
May 14 12:02:47 <leo75> I`ll try select next creatives without nipples
May 14 12:02:52 <leo75> sec I`ll provide links
May 14 12:02:58 <fuzzy> well dieter might run it
May 14 12:03:02 <fuzzy> i dont care if he wants to
May 14 12:03:06 <fuzzy> we cant run it ourselves though
May 14 12:03:28 <fuzzy> actually its best not to run it at all on ron
May 14 12:03:35 <fuzzy> that might upset people and give bad publicity
May 14 12:05:36 <fuzzy> i think we can redo it easily enough and keep high ctr
May 14 12:05:36 <leo75> pcprivacytool.com/privacy/index.php?p=26
May 14 12:05:36 <leo75> pcprivacytool.com/privacy/index.php?p=22
May 14 12:05:45 <leo75> pcprivacytool.com/privacy/index.php?p=32
May 14 12:05:54 <fuzzy> Kristy what about these creatives?
May 14 12:06:02 <fuzzy> let me look 1 minute
May 14 12:06:14 <leo75> p26 - 29771 1760 5.91
May 14 12:06:31 <leo75> p22 -  5814 332 5.71
May 14 12:06:49 <leo75> p11 - 7876 440 5.59
May 14 12:07:45 <leo75> p32 - 26992 1300 4.82
May 14 12:07:49 <fuzzy> ok well
May 14 12:07:49 <fuzzy> pcprivacytool.com/privacy/index.php?p=26 could still be bad, we can try it
May 14 12:07:57 <fuzzy> lets get it replaced with a girl in a swimsuit though
May 14 12:08:02 <fuzzy> instead of panties/stockings
May 14 12:08:27 <leo75> ok noticed thanks
May 14 12:08:42 <fuzzy> these pics are too risque
May 14 12:08:43 <fuzzy> pcprivacytool.com/privacy/index.php?p=22
May 14 12:08:46 <fuzzy> on this its fine but
May 14 12:08:51 <fuzzy> for the computer picture, it shows some girl butt
May 14 12:09:07 <fuzzy> so it should at least be girl in swimsuit bottom
May 14 12:09:09 <fuzzy> or something like that
May 14 12:10:24 <fuzzy> pcprivacytool.com/privacy/index.php?p=32
May 14 12:10:26 <fuzzy> that also bad
Page 228

FTC 025180
(2007)

```
                              NETWORK-#launch.log
May 14 12:10:30 <fuzzy> the hand needs to cover up her boobs
May 14 12:15:22 <leo75> hmm ok
May 14 12:15:22 <leo75> Mike can we get this creatives fixed?
May 14 12:15:31 <leo75> also - we have not just 1 for GDC
May 14 12:15:35 <mike> ya i'llg et tix in
May 14 12:15:37 <mike> and tak to .ar
May 14 12:15:38 <mike> immly
May 14 12:15:55 <leo75> with typical system scan or amth like PRP for example
May 14 12:16:18 <leo75> http://privacyprotector.com/.freeware/?p=1
May 14 12:29:41 --> paco (paco@10.9.17.16) has joined #launch
May 14 12:30:11 --- paco is now known as paco_duty
May 14 12:32:07 <-- Vinchenso has quit (Operation timed out)
May 14 12:38:18 --> Vinchenso (Miranda@10.9.40.53) has joined #launch
May 14 12:39:51 --> shane_ (shane@10.11.0.101) has joined #launch
May 14 12:48:14 <-- shane has quit (Connection reset by peer)
May 14 12:48:51 --- vovka is now known as vovka_bot_log
May 14 12:50:46 <-- aelin_duty has quit (Quit:  )
May 14 12:58:15 --> uniq (uniq@10.11.0.101) has joined #launch
May 14 12:58:16 <-- shane_ has quit (Connection reset by peer)
May 14 13:07:02 <-- paco_duty has quit (Quit:  )
May 14 13:08:54 --> shane_ (shane@10.11.0.104) has joined #launch
May 14 13:15:38 --> paco (paco@10.9.17.13) has joined #launch
May 14 13:16:12 --- paco is now known as paco_duty
May 14 14:01:49 <-- uniq has quit (Operation timed out)
May 14 14:09:00 <-- fuzzy has quit (No route to host)
May 14 14:12:12 --> ak_ (ak@10.9.40.37) has joined #launch
May 14 14:19:14 <-- ak_ has quit (Quit:  Leaving)
May 14 14:31:52 <-- paco_duty has quit (Connection reset by peer)
May 14 14:32:15 --- leo75 is now known as leo75|bb1
May 14 14:34:52 --> paco (paco@10.9.17.13) has joined #launch
May 14 14:35:33 --- paco is now known as paco_duty
May 14 14:54:46 <-- mikhail_duty has quit (Quit:  )
May 14 14:55:02 <-- neon_duty has quit (Quit:  )
May 14 14:56:35 <-- mike has quit (Quit:  "Whenever you see a successful business,
someone once made a courageous decision."  - Peter Drucker)
May 14 14:56:58 --> mike (mike@box7.yyz1.vpn) has joined #launch
May 14 14:56:58 --- ChannelProtector gives channel operator status to mike
May 14 15:04:54 <-- paco_duty has quit (Quit:  )
May 14 15:06:00 --> paco (paco@10.9.17.12) has joined #launch
May 14 15:06:28 --- paco is now known as paco_duty
May 14 15:23:22 --> fuzzy (admin@10.1.255.111) has joined #launch
May 14 15:24:13 --- fuzzy is now known as BADNK3621567
May 14 15:25:21 --- BADNK3621567 is now known as fuzzy
May 14 15:25:25 --- fuzzy is now known as fuzzy-
May 14 15:25:45 --- fuzzy- is now known as fuzzy
May 14 15:34:15 --> leo75_home (Alexey@10.11.0.107) has joined #launch
May 14 15:34:15 --- ChannelProtector sets mode +q #launch leo75_home
May 14 15:34:15 --- ChannelProtector gives channel operator status to leo75_home
May 14 15:34:30 --- Channel #launch modes: +ntr
May 14 15:34:30 --- Channel #launch created on Wed Nov 22 03:03:00 2006
May 14 15:40:52 --> ak (ak@10.11.0.107) has joined #launch
May 14 15:44:19 <-- leo75_home has quit (Operation timed out)
May 14 16:01:49 --> leo75_home (Alexey@10.11.0.106) has joined #launch
May 14 16:01:49 --- ChannelProtector sets mode +q #launch leo75_home
May 14 16:01:49 --- ChannelProtector gives channel operator status to leo75_home
May 14 16:02:04 --- Channel #launch modes: +ntr
May 14 16:02:04 --- Channel #launch created on Wed Nov 22 03:03:00 2006
May 14 16:05:06  Hello Mike
May 14 16:05:16  any news from designers about creatives?
May 14 16:07:07 <mike> i have tix in on all, they said they will get back to us
May 14 16:07:09 <mike> shortly
May 14 16:07:16 <mike> they are organizing priorities
May 14 16:07:43  thanks
```

FTC 025181