# RDX 37

**Drexler, Sheryl**

**From:** Robert McDaniel [robert@mygeek.com]
**Sent:** Monday, October 03, 2005 2:55 PM
**To:** Geoff Glaron; Steve Armstrong
**Subject:** FW: [Fwd: Re: WinFixer]

Geoff,

Any word yet from Globedat?

Robert

-----Original Message-----
**From:** jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
**Sent:** Monday, October 03, 2005 10:44 AM
**To:** Robert McDaniel
**Subject:** [Fwd: Re: WinFixer]

Hi Robert,

Any news about the WinFixer campaigns, their strange behavior and how we could stop the bleeding of impressions caused by this problem?

Regards,

Jean-Nicolas

-------- Original Message --------
Subject:Re: WinFixer
Date:Fri, 30 Sep 2005 17:51:09 -0400
From:jnv@mediatraffic.com
To:Robert McDaniel <robert@mygeek.com>
References:<BNECHAJNNNEIFCPGMMGAEPBDGAA.robert@mygeek.com>

Yes, same thing from this url.

Jean-Nicolas

Robert McDaniel wrote:

> I've asked some guys outside of our network to test this for us as well.
>
> Don't think it is related to the Canada thing.
>
> Do you get those same pops when you go to this URL:
>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&lid=com&o=3&ax=0
>
> Thanks,
>
> Robert
>
> > -----Original Message-----
> > **From:** jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
> > **Sent:** Friday, September 30, 2005 12:58 PM
> > **To:** Robert McDaniel
> > **Subject:** Re: WinFixer
> >
> > Hi Robert,
> >
> > I talked with the programmers and we don't limit the size of urls. They tell me that anyway your urls are shorter than others we use.
> >
> > I thought it could be because we are in Canada? But setting a US proxy gives the same results.
> >
> > Maybe they filter your IP to hide their behavior? Do you have any other idea?
> >
> > On our side, these urls show this succession of windows and prompts:
> >
> > Microsoft Internet Explorer
> >
> > OK Cancel











Let me know if there's anything we can do,

Jean-Nicolas

Robert McDaniel wrote:

> Jean-Nicolas,
>
> I tried clicking on the links below for both 89573 and 90012. Both took me to the following URL:
>
> http://www.winfixer.com/pages/scanner/index.php?aid=mgwf1&lid=com&p=3&x=0
>
> Is this the URL you get when clicking on those?

FTC 045560
ROSS000090

p 2

This displays their standard ad - no multiple pops or ActiveX control downloads.

We had a similar problem with these ads with another partner. Same type of thing where we internally would always see the acceptable winfixer ad, but he would get the aggressive pops. The problem he was having was the URL was getting truncated (the conversion.cpvfeed.com url, like the ones you included below). Some kind of character limit he had in his desktop application. When those winfixer ad URLs get changed, it does start the aggressive pops. For example, take off the last part of the URL above:

http://www.winfixer.com/pages/scanner/index.php?aid=mow1&lid=com&p=3

This link takes me to the same ad, but tries to do an ActiveX install.

Is there any possibility that your app has a hard character limit on URL strings?

Robert

-----Original Message-----
From: jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
Sent: Friday, September 30, 2005 10:25 AM
To: Robert McDaniel
Subject: Re: WinFixer

Hi Robert,

We've started it again for 5 minutes and the problems were the same.

The vendorIds we had at the beginning of the week were
89573
http://conversion.cpvfeed.com/presults.jsp?
partnerid=110181&vendorId=89573&type=10&code=5076152&rate=906362&cr=906362&domain=www.winfixer.com&query=com&c
90012
http://conversion.cpvfeed.com/presults.jsp?
partnerid=110181&vendorId=90012&type=10&code=4777308&rate=422362664&cr=422362664&domain=www.winfixer.com&query=
90729
http://conversion.cpvfeed.com/presults.jsp?
partnerid=110181&vendorId=90729&type=10&code=5129266&rate=664422&cr=664422&domain=www.winfixer.com&query=popup&

Vendor 90784 was the only one promoting WinFixer appropriately:
http://conversion.cpvfeed.com/presults.jsp?
partnerid=110181&vendorId=90784&type=10&code=5132367&rate=664362&cr=664362&domain=www.winfixer.com&query=isp+pr

Right now vendors 89573 and 90012 are still doing the same thing and 90784 still popping one window only. 90729 was not seen in our 5 minutes test. The three bad ones are blocked again now.

Let me know if you have a quick solution for this so we could avoid a hole in the weekend revenues.

Thank you!

Jean-Nicolas

Robert McDaniel wrote:

Jean-Nicolas,

We've gone through every Winfixer account currently in our system, and are not seeing the problem. So as far as we know, the problem is resolved, and you can turn back on those ads.

We do monitor this on our end, and will continue to look for this problem. If it does reoccur, if you can send us the link used to display the ad, we can track it down and resolve it immediately.

Thanks,

Robert

-----Original Message-----
From: jnv@mediatraffic.com [mailto:jnv@mediatraffic.com]
Sent: Wednesday, September 28, 2005 1:05 PM
To: Robert McDaniel
Subject: Re: Keyword list

Hi Robert,

1. This morning we stopped all traffic going to domain winfixer.com because 95% of it's advertisement was a succession of at least five windows appearing after closing each previous one, including an ActiveX prompt and a .exe download prompt. This is a lot of traffic that is stopped. Can you could get those advertisers to display regular creatives or landing pages so we can start sending again those 200 thousand pops per day?

2. What are the rules for your advertisers? Our network only accepts one window pops, and doesn't accept ActiveXs or .exe prompts.

3. Thank you for the updated keywords list, we are working on ways to reduce its size in order to upload it faster to our clients.

4. Here is the form you requested with our EULA and Privacy policy.
You can download a toolbar which bundles SurfAccuracy with on Slotchbar.com (using IE).

5. The amendment to the contract was faxed back yesterday. Did you receive it and is everything ready to start with the new shares in October?

FTC 045561
ROSS000091

p 3

6. That's good news about the international traffic. Did it really open today? If so can you tell me what we need to add to the query string and what countries are accepted? We might also need another amendment to the contract if you open more than the original countries in the contract.

Regards,

Jean-Nicolas

--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088

--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088

--
Jean-Nicolas Vandelac
Product Manager
Media Traffic Agency
Icq: 297-949-197
t:+1-514-334-0177 x222
f:+1-514-334-7088

# RDX 38

NETWORK-#launch.log

```
May 31 07:50:34 <leo75> http://avsystemcare.com/data/order.php
May 31 07:50:46 <sam> please remove urgently asap
May 31 07:51:01 <sam> why would we not have it on wavpro but on gav
May 31 07:51:07 <sam> our goal is to clone conversion
May 31 07:51:10 <sam> so get rid of it
May 31 07:51:21 <sam> <leo75> cuz its new software
May 31 07:51:21 <sam> <leo75> and presale is important part for sales formula
May 31 07:51:24 <sam> its obviously not working
May 31 07:51:30 <sam> so no reason to have it on * traffic
May 31 07:51:35 <sam> u can test on idt or somewhere
May 31 07:52:19 <leo75> ok noticed
May 31 07:52:19 <leo75> will escaplate to production
May 31 07:52:50 <sam> leo, why is ak changing the aidon barcelona
May 31 07:52:53 <sam> back to swgb????????
May 31 07:53:02 <sam> cl.dctrick.com/MTYwMTk=/2/422//
May 31 07:53:06 <sam> now its going to swgb again
May 31 08:00:13 <sam> i went to : cl.dctrick.com/MTYwMTk=/2/422//
May 31 08:00:21 <sam> i clicked on click here to scan
May 31 08:00:26 <sam> iclicked 'run' onthe installer
May 31 08:00:39 <sam> the landing page was avsystemcare
May 31 08:00:45 <sam> now its trying to install errclean
May 31 08:00:46 <sam> why?!?
May 31 08:04:31 <ak> fixed with barcelonas aid, now it's swbg only
May 31 08:07:27 --> moroz (ircuser@10.9.9.7) has joined #launch
May 31 08:31:00 <-- sunny has quit (Connection reset by peer)
May 31 08:35:16 --> fuzzy_ (admin@10.1.255.106) has joined #launch
May 31 08:45:48 <-- fuzzy has quit (No route to host)
May 31 08:47:21 --- fuzzy_ is now known as fuzzy
May 31 09:01:48 <-- _3D has quit (Quit:  )
May 31 09:03:49 <leo75> @@ attention pls
May 31 09:03:52 --> aelin (aelin@10.9.17.13) has joined #launch
May 31 09:03:57 <leo75> setup-based optimizer turned on
May 31 09:04:03 <leo75> for Barcelona placement
May 31 09:04:17 <leo75> Generic AV
May 31 09:04:20 <leo75> Domain Set 1
May 31 09:16:51 <fuzzy> leo
May 31 09:16:55 <leo75> yes
May 31 09:16:55 <fuzzy> im getting ton of errors
May 31 09:16:57 <fuzzy> all over barcelona
May 31 09:16:58 <fuzzy> Something went wrong - -32700 : parse error. not well formed
May 31 09:16:58 <fuzzy> Something went wrong - -32300 : transport error - HTTP
status code was not 200
May 31 09:17:07 <leo75> where it come?
May 31 09:17:07 <fuzzy> http://virusgarde.com/garde/?430f500c15560c055454
May 31 09:17:12 <fuzzy> on 4 pages
May 31 09:17:15 <fuzzy> ill take screenshot and send
May 31 09:17:18 <fuzzy> its all over the place for me
May 31 09:17:23 <fuzzy> im in france FYI
May 31 09:17:44 <fuzzy> and i see why
May 31 09:17:45 <leo75> cluster dead geez
May 31 09:17:45 <leo75> sorry will escalate ammly
May 31 09:17:47 <fuzzy> i just fixed it
May 31 09:17:50 <fuzzy> if it doesnt go to www.
May 31 09:17:51 <fuzzy> its broken
May 31 09:17:53 <fuzzy> if you put www
May 31 09:17:54 <fuzzy> it works
May 31 09:18:20 <fuzzy> or it just came live
May 31 09:18:23 <fuzzy> i guess it all works now
May 31 09:18:37 <sam> also weird
May 31 09:18:43 <sam> why does it say avertisesement
May 31 09:18:45 <sam> all over the creative
May 31 09:18:50 <sam> it says its like 5 times
May 31 09:18:51 <fuzzy> also what is weird is
```

NETWORK-#launch.log

May 31 09:18:52 <sam> in big red bold
May 31 09:18:55 <fuzzy> 1. http://virusalarma.es/alarma/?405b0657165759045000
May 31 09:18:58 <fuzzy> when i go there i get spanish
May 31 09:19:00 <fuzzy> but when i go to french page
May 31 09:19:02 <fuzzy> i get english
May 31 09:19:05 <fuzzy> (i have english setting)
May 31 09:19:27 <leo75> Kristy
May 31 09:19:28 <leo75> there no redirect by browser lang
May 31 09:19:28 <leo75> only with mplx
May 31 09:19:47 <fuzzy> weird now i get english
May 31 09:19:51 <fuzzy> er french
May 31 09:20:20 <leo75> <title>Alerte du panneau de configuration</title>
May 31 09:20:30 <leo75> Kristy pls try clear cache
May 31 09:20:38 <leo75> I getting french from garde
May 31 09:20:42 <leo75> and ES from alarme
May 31 09:20:47 <fuzzy> its ok now
May 31 09:20:52 <fuzzy> anyway we have to get all this advertisement stuff
May 31 09:20:53 <fuzzy> off these ads
May 31 09:21:09 <fuzzy> can you please sure it happens
May 31 09:21:14 <fuzzy> it needs to happen for all domains
May 31 09:21:32 <leo75> what do you mean off?
May 31 09:21:40 <fuzzy> the 'advertisement'
May 31 09:21:59 <moroz> hello! is it supposed to be removed from all the languages?
May 31 09:22:00 <fuzzy> eror again
May 31 09:22:01 <fuzzy> Something went wrong - -32700 : parse error. not well formed
May 31 09:22:01 <fuzzy> Something went wrong - -32300 : transport error - HTTP status code was not 200
May 31 09:22:01 <leo75> ah
May 31 09:22:01 <leo75> we talked we need add
May 31 09:22:01 <leo75> like rules...
May 31 09:22:01 <leo75> ok wil disavble
May 31 09:22:06 <fuzzy> http://avsystemcare.com/data/index.php?52595a0d01020b110357075945476909050453Of01020659041e500c5a40050c08040316525a04064256000d0844415a536b04446d51583e515d5303
May 31 09:22:13 <leo75> yes admins messed cluster
May 31 09:22:13 <fuzzy> error everywhere
May 31 09:22:19 <sam> yes all langauges, everywhere
May 31 09:22:19 <leo75> I am calling Kurbik
May 31 09:22:48 <moroz> ok, I am assigning the folk
May 31 09:23:04 <sam> thats also a very bad ad. it says advertisement 3 x in big red bold, with Shrek3 green buttons ..how is that going to scare anyl little kids
May 31 09:23:48 <fuzzy> were supposed to get it all off
May 31 09:23:50 <leo75> Sam
May 31 09:23:50 <leo75> can we switch Barcelona to dieter creatives only?
May 31 09:23:50 <leo75> only system stile
May 31 09:24:00 <sam> yes
May 31 09:24:02 <sam> lets do it
May 31 09:24:05 <leo75> style
May 31 09:24:05 <leo75> and see on conversion
May 31 09:24:16 <leo75> approved?
May 31 09:24:34 <sam> ya
May 31 09:27:12 <leo75> lets go ahead
May 31 09:36:12 --- You have left channel #launch (Left all channels)
**** ENDING LOGGING AT Thu May 31 09:36:12 2007

**** BEGIN LOGGING AT Thu May 31 09:36:44 2007

May 31 09:36:44 --> You are now talking on #launch
May 31 09:36:44 --- Topic for #launch is 1168132467
May 31 09:36:44 --- Topic for #launch set by ChannelProtector at Sat Jan 6 20:14:27 2007
May 31 09:36:53 --- Channel #launch modes: +nrt
May 31 09:36:53 --- Channel #launch created on Wed Nov 22 03:03:00 2006