RDX 39

20101004kollbergasciil (2)

1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2               DISTRICT OF MARYLAND

 3     _____

 4   Federal Trade Commission    )

 5          Plaintiff,           )

 6   V.                          )    Civil No.

 7   Innovative Marketing, Inc., ) RDB 08-CV-3233

 8   Et al.                      )

 9          Defendants.          ) JURY TRIAL DEMANDED

10   AND                         )

11   Maurice D'Souza             )

12          Relief Defendant.    )

13   _____)
```

20101004kollbergasciil (2)

14

15        VIDEOTAPED DEPOSITION OF DIRK KOLLBERG

16                  Hamburg, Germany

17               Monday, October 4, 2010

18                     2:41 p.m.

19

20

21

22   REPORTED BY:  FREDERICK WEISS, CSR, CM

⏚

                                              2

1   Job No.: 2010-1004

2   Pages:  1 - 192

3          Videotaped deposition of Dirk Kollberg,

20101004kollbergasciil (2)
4     held at the offices of:

5

6

7                    Marriott Armstrong Conference Room

8                    Courtyard Hamburg Airport Hotel

9                    Flughafenstrasse 47

10                   22415 Hamburg, Germany

11

12

13

14             Pursuant to agreement, before Frederick

15     Weiss,  Court Reporter.

16

17

18

19

20101004kollbergasciil (2)

20

21

22

ᐧ

3

1               A P P E A R A N C E S

2       ON BEHALF OF DEFENDANT KRISTY ROSS:

3               CAROLYN GURLAND, ESQUIRE

4               2731 N. Mildred Avenue,

5               Chicago, IL  60614

6               (312) 420-9263

7               E-mail:  Cgurland@comcast.net

8

9       ON BEHALF OF THE FEDERAL TRADE COMMISSION

10              (By Skype and speakerphone)

Page 4

20101004kollbergasciil (2)

11          COLLEEN B. ROBBINS, ESQUIRE

12          Federal Trade Commission

13          600 Pennsylvania Avenue, NW, Room 288

14          Washington, DC  20580

15          (202) 326-2548

16          E-mail:  Crobbins@ftc.gov

17      ALSO PRESENT:

18          ANJA WEISS, AGCV, CCV, Videographer

19

20

21

22

                                        4

1               C O N T E N T S
                    Page 5

20101004kollbergasciil (2)

2    EXAMINATION OF DIRK KOLLBERG                    PAGE

3    Direct Examination by Ms. Gurland              6

4    Cross-Examination by Ms. Robbins              165

5    Re-Direct Examination by Ms. Gurland          187

6                        ---oOo---

7                    E X H I B I T S

8              (NO EXHIBITS WERE MARKED)

9

10

11

12

13

14

15

16

20101004kollbergasciil (2)

17

18

19

20

21

22

□

5

1                    P R O C E E D I N G S

02:41:24  2                    THE VIDEOGRAPHER:  Today is Monday,

02:41:24  3    October the 4th, 2010.  The time is 2:41 p.m.

02:41:32  4                    This is Tape No. 1 of the video

02:41:34  5    deposition of Dirk Kollberg taken in the matter of

02:41:37  6    Federal Trade Commission, plaintiff, versus

02:41:39  7    Innovative Marketing, Inc., et al, defendants, and

20101004kollbergasciil (2)

02:41:44  8    Maurice D'Souza, relief defendant, in the United

02:41:47  9    States District Court, district of Maryland, Civil

02:41:54 10    Number RDB 08-CV-3233.

02:41:54 11                    This deposition is taking place at

02:41:56 12    the Marriott Airport Hotel, Flughafenstrasse 47,

02:42:00 13    22415, Hamburg, Germany.

02:42:02 14                    All persons will please identify

02:42:04 15    themselves for the record.

02:42:05 16                    MS. GURLAND:  On behalf of

02:42:07 17    defendant Kristy Ross, that's R-O-S-S, my name is

02:42:11 18    Carolyn Gurland, G-U-R-L-A-N-D.

02:42:15 19                    MS. ROBBINS:  On behalf of the

02:42:17 20    Federal Trade Commission, Colleen Robbins.

02:42:23 21                    THE VIDEOGRAPHER:  Will the court

02:42:30 22    reporter swear in the witness?

0

20101004kollbergasciil

03:10:28 20          Q.     And -- but when you described what

03:10:30 21     -- what was being done at the beginning, you had

03:10:32 22     said -- you had used the pronoun "we."

⬜

32

03:10:34 1                    Were -- were there other people

03:10:35 2      involved at the -- at the beginning of looking at

03:10:37 3      what was on the servers?

03:10:38 4          A.     Yes, there was also a friend of

03:10:40 5      mine.

03:10:40 6          Q.     And who was that?

03:10:41 7          A.     He wants to stay anonymous.   He

03:10:45 8      doesn't like to let his name known.

03:10:47 9          Q.     Does he work at McAfee?

03:10:49 10          A.      20101004kollbergasciil
                             No.

03:10:50 11          Q.      And you won't divulge -- you won't

03:10:54 12   say what the person's name was?

03:10:55 13          A.      No.  He doesn't like to.  So I

03:10:58 14   respect this.

03:10:58 15          Q.      Okay.  In terms of the -- did you

03:11:09 16   let McAfee know what you were doing -- you and the

03:11:12 17   other individual, did you let them know about

03:11:15 18   everything you did, or were there things that you

03:11:17 19   did that McAfee didn't know about?

03:11:19 20          A.      Well, the research was -- I told my

03:11:22 21   managers about the research I did and -- so yes,

03:11:29 22   with colleagues and then my managers.
0

33

20101004kollbergasciil

03:11:30 1          Q.      What did you tell your managers

03:11:33 2     about the research that you did?

03:11:34 3          A.      That we found web servers serving

03:11:38 4     the malicious files and that we found a way -- or

03:11:41 5     that I found a way to monitor those servers and to

03:11:45 6     download the latest creations of this fake IP.

03:11:50 7                  So these files get updated a few

03:11:52 8     times a day, so it's always a different file.  And

03:11:56 9     this is done to make it hard for antivirus

03:11:59 10    companies to keep up -- keep up with their

03:12:03 11    detection, so they have always to develop

03:12:05 12    something new.

03:12:05 13         Q.      And were you copying from a long

03:12:10 14    period of time from November -- did you say -- the

03:12:13 15    time period, it started in November of 2008.

03:12:17 16                 And when was the last time that you

20101004kollbergasciil

03:12:19 17    stopped copying material from these servers?

03:12:22 18           A.    So these servers hosting the

03:12:29 19    malicious files, the server structure got changed

03:12:32 20    and we haven't been able to download files

03:12:35 21    anymore.  And this change was in -- early in April

03:12:41 22    2009, I think.

34

03:12:48 1            Q.    How did the structure change of the

03:12:50 2     -- of the servers?  What was the difference?

03:12:54 3            A.    The old servers have been hosting

03:12:57 4     status page where the IP address of someone who

03:13:02 5     was downloading the malicious files was included

03:13:04 6     and the path, the exact URI where the file is

03:13:09 7     located on the server.

20101004kollbergasciil

03:13:10  8                    So I wrote an application to parse

03:13:15  9      the log file and take the download address and to

03:13:17 10      download the file again.

03:13:19 11           Q.     Okay.  We might have to take that

03:13:20 12      in steps, if we can.  Can we go back?

03:13:24 13                    So you said that the -- the -- I

03:13:26 14      guess my original question was:  How did the

03:13:29 15      behavior of the servers change in 2009 which

03:13:33 16      caused you to stop being able to download

03:13:36 17      information?  So if we can just take it a step at

03:13:38 18      a time about what was different.

03:13:39 19           A.     Yes.  The servers which have been

03:13:42 20      downloading the software had a different software

03:13:45 21      running, a different web server application.

03:13:47 22           Q.     The old servers?

20101004kollbergasciil

35

03:13:48  1          A.     Well, those are different.  The old

03:13:51  2     and the new.  So they changed later to a different

03:13:53  3     server software, and then one was no longer

03:14:00  4     offering these report files that we've been

03:14:06  5     filing.

03:14:06  6          Q.     Okay.  So during the time period

03:14:08  7     that you were able to download information from

03:14:10  8     the server, can you just describe what you had

03:14:11  9     answered before to the question just so that I

03:14:14  10    could get each step down about what about it was

03:14:16  11    making it possible to get the information

03:14:19  12    downloaded somewhere else?

03:14:21  13         A.     On the web servers which have been

20101004kollbergasciil

03:14:25 14    hosting the scareware, there was an HTML document,

03:14:32 15    like a log file showing the latest entries who has

03:14:38 16    -- who had downloaded the file from which location

03:14:41 17    on the server.

03:14:43 18                    And I wrote an application to parse

03:14:46 19    those log files and to download the files again.

03:14:51 20    Those download URLs are only valid for 15 minutes,

03:14:54 21    so this program was running every 90 minutes to

03:14:58 22    see if new malware got hosted on the machines.

                                                                36

03:15:02 1             Q.    So your application was an

03:15:05 2    application to download the log files from the

03:15:07 3    server?

03:15:09 4             A.    A small -- yes, a small report,

20101004kollbergasciil

03:15:12  5      then to parse it, and to download the executable

03:15:15  6      files which were linked inside the log file.

03:15:22  7              Q.      And then download the executables

03:15:24  8      that were?

03:15:26  9              A.      The malicious files, the scareware.

03:15:28 10              Q.      Right, but you said something else.

03:15:30 11      And then download the executables that were --

03:15:38 12      that were linked inside the log files?

03:15:40 13              A.      Yes.  That's correct, linked inside

03:15:43 14      the log files.

03:15:44 15              Q.      And I think you -- you gave a

03:15:51 16      presentation, did you not, about your

03:15:53 17      investigation in connection with IMI.

03:15:55 18                      Is that right?

03:15:56 19              A.      Yes.

03:15:56 20              Q.      Okay.  And that was in Las Vegas?

20101004kollbergasciil

03:15:59 21            MS. ROBBINS: Carolyn, I'm sorry.

03:16:00 22    Could you have just repeat that one question?  I

◻

37

03:16:02  1    couldn't hear you.

03:16:02  2                    MS. GURLAND:  Yes.  I said, "You

03:16:04  3    gave a presentation, did you not, about your

03:16:05  4    investigation of IMI?"

03:16:06  5                    THE WITNESS:  Yes.

03:16:07  6    BY MS. GURLAND:

03:16:07  7            Q.    And that was in Las Vegas?

03:16:08  8            A.    Yes, at McAfee Focus Conference.

03:16:11  9            Q.    Was it -- was it a presentation

03:16:13 10    that you were doing on your own -- you know, on

20101004kollbergasciil

03:16:16 11   your own for yourself or were you doing the

03:16:18 12   presentation on behalf of McAfee?

03:16:20 13           A.    It was my -- my research, but it

03:16:24 14   was presented during the McAfee conference, and

03:16:26 15   McAfee has been paying for -- for the trip.  So

03:16:29 16   this was an official event.

03:16:31 17           Q.    Okay.  And you were there when you

03:16:33 18   gave the presentation as a representative of

03:16:35 19   McAfee --

03:16:36 20           A.    Yes.

03:16:36 21           Q.    -- is that fair to say?

03:16:37 22                 When was that?
▯

                                                        38

03:16:39  1           A.    October of 2009, I think, maybe

20101004kollbergasciil

03:16:48 2    almost exactly the year.

03:16:49 3         Q.    And --

03:16:51 4         A.    It was the first day of the focus

03:16:54 5    conference last year.

03:16:55 6         Q.    And what is a "focus conference"?

03:16:56 7         A.    That's a customer conference or a

03:16:59 8    McAfee event in one of the big conference halls in

03:17:07 9    Las Vegas, and we're presenting about new trends

03:17:10 10   on the Web and where -- where do we see the big

03:17:13 11   problems in the future, how does the threat

03:17:15 12   landscape change, presentation about products and

03:17:22 13   partners are there as well.

03:17:22 14              THE REPORTER:  Products and who?

03:17:22 15              THE WITNESS:  Partners.

03:17:23 16   BY MS. GURLAND:

03:17:23 17        Q.    And what was the topic on which you

20101004kollbergasciil

03:17:27 18    presented personally?

03:17:28 19         A.    There was on -- yeah.  What was the

03:17:33 20    title?  Inside the scareware company.

03:17:38 21         Q.    And the company that you were

03:17:39 22    talking about is IMI.

◻

39

03:17:40 1                    Is that right?

03:17:42 2          A.    Innovative Marketing, yes.

03:17:44 3          Q.    Innovative Marketing, right.

03:17:46 4                    Was there a fee for the people who

03:17:48 5     came to the conference, do you know?

03:17:49 6          A.    No, I don't know.

03:17:50 7          Q.    You don't know?

03:17:51 8          A.    No.

20101004kollbergasciil

03:17:53  9          Q.      Okay.

03:17:54 10          A.      That's --

03:17:55 11          Q.      Okay.  Did you get a fee for

03:17:57 12    speaking at the conference?

03:17:58 13          A.      No.

03:17:58 14          Q.      But you were employed by McAfee at

03:18:01 15    the time.

03:18:02 16                  Is that right?

03:18:02 17          A.      Yes.

03:18:02 18          Q.      And so you were, during that period

03:18:04 19    of time, making your regular salary from McAfee --

03:18:09 20          A.      Yes.

03:18:09 21          Q.      -- right?

03:18:10 22          A.      But I'm -- I'm not allowed to work

 

40

20101004kollbergasciil

03:18:12  1     in the US, so I don't have a work permission,

03:18:15  2     so...

03:18:15  3          Q.     Don't worry.  That's not where I

03:18:17  4     was going.

03:18:18  5                  But was -- but was it part of your

03:18:19  6     job?  I mean, you did this in connection with your

03:18:21  7     job that you held at McAfee?

03:18:23  8                  Is that right?

03:18:23  9          A.     Yes.

03:18:23 10          Q.     All right.  And in terms of the

03:18:27 11     presentation that you gave, I think -- and I can

03:18:32 12     at various -- represent to you that I have various

03:18:34 13     articles.  I'm not going to introduce them at this

03:18:36 14     time.

20101004kollbergasciil

03:18:36 15          But it was, anyway, my impression

03:18:39 16     from the articles that the -- that the description

03:18:43 17     of accessing the servers, the description included

03:18:50 18     the observation that there -- that there was a

03:18:57 19     security vulnerability on the servers?

03:19:00 20          A.    No.  I haven't made use of any

03:19:03 21     vulnerabilities, no.

03:19:06 22          Q.    Okay.

                                                              41

03:19:07 1           A.    That's not allowed in Germany.  So

03:19:09 2      even if they have been dialogues asking for

03:19:13 3      username and password, we have stopped and we

03:19:16 4      haven't tried any default passwords or anything.

03:19:19 5           So all the information are just

20101004kollbergasciil

03:19:20  6    completely free on the Web without any username

03:19:23  7    and password certification, without any tricks or

03:19:27  8    injections or code injections or anything.

03:19:27  9              THE REPORTER:  (Interruption)

03:19:27 10              THE WITNESS:  Injections -- code

03:19:27 11    injections.

03:19:35 12    BY MS. GURLAND:

03:19:35 13         Q.     Okay.  So would it be accurate to

03:20:12 14    -- so would it be accurate or inaccurate to

03:20:13 15    describe that during the time that you found the

03:20:18 16    servers, that you were surprised that the servers

03:20:21 17    were not passware protected -- password-protected.

03:20:27 18              Is that right?

03:20:27 19         A.     For normal coding, I would expect

03:20:30 20    to have internal servers not connected to the

03:20:33 21    internet.  I don't know why they made the decision

20101004kollbergasciil

03:20:35 22     to connect to the internet, maybe for remote



42



03:20:38 1     people to connect.  But even then, usually I would

03:20:42 2     suggest to password-protect those systems, yes.

03:20:45 3          Q.     Okay.  And would it be accurate to

03:20:47 4     describe the way that the servers were set up as a

03:20:51 5     security lapse of breathtaking irony?  Was it a

03:20:55 6     security lapse the way that the servers were set

03:20:58 7     up?  Would you describe it like that?

03:21:00 8          A.     Not necessarily, no.  We -- based

03:21:08 9     on the information that we found, they had an

03:21:12 10    internal VPN network, so they know how to secure

03:21:16 11    their systems.  But, again, I don't know for which

20101004kollbergasciil

03:21:18 12    reason they decided for put some on the internet

03:21:22 13    directly.  As I don't know the reasons, I can't

03:21:25 14    tell if this was by mistake or if it served some

03:21:32 15    purpose.

03:21:38 16            Q.     And what types of material -- well,

03:21:43 17    first of all, you had said that there was just not

03:21:46 18    one server but more than one server.

03:21:48 19                   Is that right?

03:21:49 20            A.     Yes.

03:21:49 21            Q.     Can you -- how many servers were

03:21:52 22    there?

⬜

43

03:21:52  1            A.     I think we had about 38 servers

03:21:56  2    hosting the malware and 18 other servers which we

20101004kollbergasciil

03:22:05  3    found or which might be related to Innovative

03:22:10  4    Marketing.

03:22:10  5                    So, for example, we found the

03:22:13  6    external code server -- external call center, they

03:22:17  7    have been recalling all their customer calls, and

03:22:19  8    those have been published on the web as well.

03:22:23  9         Q.    And is the external call center,

03:22:25 10    was that information that was contained on one

03:22:29 11    server?

03:22:29 12         A.    Yes.

03:22:30 13         Q.    Was there other information on that

03:22:33 14    same server or was there just one server that was

03:22:36 15    devoted to external call center information only?

03:22:41 16         A.    So these servers have not been in

03:22:47 17    the IP range of Innovative Marketing Ukraine.

03:22:50 18    This was outside, but they had -- but when you

20101004kollbergasciil

03:22:54 19    listen to the calls, they are supporting the

03:22:57 20    products from Innovative Marketing.

03:22:58 21           Q.    And did you listen to the calls?

03:23:04 22           A.    I listened to a few, yes.

44

03:23:06 1            Q.    And was it -- in what form were

03:23:08 2     they captured?

03:23:09 3            A.    Audio files, so some as wav files

03:23:11 4     some as GSM files.

03:23:13 5            Q.    And did you listen to just some of

03:23:15 6     them or all of them?

03:23:16 7            A.    Just some.  It's too many.

03:23:18 8            Q.    And is it -- is it accurate to say

03:23:20 9     that -- that a surprising thing was that 95

20101004kollbergasciil

03:34:43 18          Q.     Okay.  Well, is it -- I guess what

03:34:46 19    I'm trying to get at, is it generic or is it

03:34:49 20    something that was one -- could more than one

03:34:52 21    company use it?

03:34:53 22          A.     This is something that more people

◻

56

03:34:57 1    have been using, not only -- not only one company.

03:35:00 2          Q.     And was there a particular version

03:35:03 3    or, you know, a particular thing about this

03:35:07 4    toolkit that made it unique?  Did it have a number

03:35:09 5    or a way to look it up to know that there is one

03:35:13 6    particular one or it's just a generic kind of

03:35:17 7    tool?

03:35:17 8          A.     The GNIDA was especially created to

20101004kollbergascii1

03:35:21  9    exploit a vulnerability in the Adobe Shockwave

03:35:21 10    Player.

03:35:21 11         Q.    Okay.  I'm not sure that answer --

03:35:25 12    is it unique?  Is it -- can you uniquely identify

03:35:28 13    the toolkit?  Is there a serial number or

03:35:31 14    registration number or hash value or anything of

03:35:34 15    that nature?

03:35:34 16         A.    There is some GUI interface, and

03:35:39 17    you can look at the README.TXT file.  So you see,

03:35:42 18    there are many files that belong to this toolkit.

03:35:45 19    So...

03:35:45 20         Q.    Do you have any idea who

03:35:48 21    particularly, either a corporation or an

03:35:49 22    individual, developed this toolkit?

57

20101004kollbergasciil

03:35:51  1          A.     No, I don't.

03:35:52  2          Q.     Did you ever try to contact anybody

03:35:57  3    from Innovative Marketing at the point in time

03:36:00  4    that you learned that there was some ability to

03:36:03  5    get information from servers registered to this

03:36:07  6    entity?

03:36:07  7          A.     No, I didn't.

03:36:08  8          Q.     So no correspondence with anybody

03:36:12  9    of any sort?

03:36:13 10          A.     No.

03:36:13 11          Q.     You were describing before the way

03:36:20 12    that the -- the way that you were able to get to

03:36:25 13    the information that was on the server?

03:36:26 14          A.     Yes.

20101004kollbergasciil
03:36:27 15          Q.    Okay.  And just so I understand,

03:36:29 16    the server was -- how -- how did it work that it

03:36:34 17    was connected to the internet that -- that -- was

03:36:38 18    it on a -- was it a link that you could

03:36:40 19    immediately go from a company web site immediately

03:36:44 20    to this server?

03:36:45 21          A.    No.  This was you just enter the IP

03:36:49 22    address in the -- in your Web browser and press
⬚

58

03:36:53 1    return, and then it took us to the page.

03:36:56 2          Q.    And what happened after it took you

03:36:58 3    to the page?

03:36:59 4          A.    It was displaying the -- its

03:37:03 5    contents.  That's what a Web server is supposed to

20101004kollbergasciil

03:37:06  6    do.

03:37:06  7         Q.    So it took you to a page, and on

03:37:09  8    this page was displayed the contents of the server

03:37:11  9    immediately?

03:37:12 10         A.    There have been interfaces and --

03:37:15 11    like a wiki page where you can click through.

03:37:25 12         Q.    What would a person have to do to

03:37:27 13    get from the IP address to the page -- the IP

03:37:32 14    address, if you go to the -- on the web browser

03:37:35 15    and look at a page, what would a person have to do

03:37:37 16    to get from there to the information on the

03:37:40 17    server?  What were all the steps that a person

03:37:42 18    would have to take?

03:37:43 19         A.    Just to enter the IP address and to

03:37:45 20    press return.

03:37:46 21         Q.    And that -- but that just takes to

Page 92

20101004kollbergasciil

03:37:49 22    a page, that doesn't take you -- well, where does

    ⬚

                                                                    59

03:37:52  1    it take you exactly?

03:37:53  2              A.      To the server.

03:37:53  3              Q.      To the server?

03:37:54  4              A.      To the Web server for the IP.

03:38:00  5              Q.      And once you were on the Web

03:38:02  6    server, was it immediately possible to get all of

03:38:06  7    the information on that server?

03:38:08  8              A.      Yes.

03:38:09  9              Q.      And how exactly does that -- does

03:38:12 10    that work?  Did it display -- well, how many --

03:38:15 11    how much information are we talking about?  I

03:38:19 12    mean, is this the 63 gigabytes of information or
                              Page 93

20101004kollbergasciil

03:38:22 13    is that the aggregate of all the different

03:38:24 14    servers?

03:38:25 15         A.    It's all together --

03:38:25 16         Q.    Okay.

03:38:26 17         A.    -- so a part of that.

03:38:28 18         Q.    Okay.  So let's -- let's take --

03:38:29 19    let's take -- let's assume that we are dealing

03:38:31 20    with one of the eight servers that was registered

03:38:33 21    to IMI.  Let's take that for a minute.  So we're

03:38:37 22    in -- we're in -- we have gone to the IP address;

 

60

03:38:39 1     we're in a Web browser -- I mean, the Web browser

03:38:44 2     has taken us to a page.

20101004kollbergasciil

03:38:45  3                    And then what -- and then what --

03:38:49  4    what's displayed -- what is displayed for the user

03:38:53  5    to see once the user does what you say and clicks

03:38:56  6    on something?

03:38:56  7              A.    So, for example, the Asterisk phone

03:39:01  8    system was showing the Asterisk welcome screen,

03:39:04  9    and from there you have a menu where you can click

03:39:07 10    and see statistics and go through the menus.

03:39:16 11              Q.    When you say that you could see the

03:39:18 12    menus, could you -- was there sort of a directory

03:39:21 13    when you went into this about all the information

03:39:24 14    that would be contained on that server?

03:39:25 15              A.    Yes.

03:39:27 16              Q.    And you would -- would it display

03:39:31 17    the directory and then when you clicked on one of

03:39:35 18    the line items that you were interested in, it

20101004kollbergasciil

03:39:37 19    would take you there?  Is that how it worked?

03:39:40 20         A.    It's like when you -- when you are

03:39:44 21    in a normal web site and there is like a news

03:39:47 22    magazine and there is a link to another story, and

☐

61

03:39:49 1     so there is a link that you click on.

03:39:51 2                    And then it takes you to the next

03:39:55 3     page, and there was one button for the people

03:39:57 4     directory, for example, and then we saw 666

03:40:01 5     entries of people working for this company and --

03:40:07 6          Q.    What kind of information was

03:40:09 7     available on the servers about the people who

03:40:13 8     worked for the company?

03:40:14 9          A.    A lot of -- many documents had

20101004kollbergasciil

03:40:18 10    names inside of who has lost one, who modified the

03:40:25 11    document or who created it.

03:40:26 12            Q.    Are these the log files that you

03:40:27 13    were talking about?

03:40:28 14            A.    No, these were just the documents

03:40:29 15    on the Web server in the --

03:40:34 16            Q.    Okay.

03:40:34 17            A.    And --

03:40:35 18            Q.    Any information about the

03:40:36 19    individuals specifically?

03:40:36 20            A.    There has been the phone book that

03:40:41 21    some people had their private E-mail addresses in

03:40:44 22    that, pictures of themselves or some other

[]

62

20101004kollbergasciil

04:14:58 14    in the US, who you don't remember who they are or

04:15:01 15    what they said, did you talk to Mr. Schmidt again

04:15:04 16    after that?

04:15:05 17              A.    No.

04:15:05 18              Q.    And do you remember anything that

04:15:11 19    you were -- that -- anything you changed about

04:15:14 20    your presentation after talking to Mr. Schmidt or

04:15:17 21    the lawyer who you don't remember?

04:15:18 22              A.    No.

             0

                                                                99

04:15:22  1              Q.    So you don't remember any -- do you

04:15:25  2    remember anything at all about -- about those

04:15:26  3    contacts with lawyers, about the presentation?

04:15:31  4              A.    No.  I was really busy at the end,

                                    Page 156

20101004kollbergasciil

04:15:33  5    because I had to change the presentation and get a

04:15:36  6    new layout on, because McAfee templates changed,

04:15:40  7    and this was taking a lot of time to change the

04:15:43  8    presentation, the framework.

04:15:44  9          Q.    And the reason that you just said

04:15:46 10    is because McAfee templates changed?  Is that why

04:15:50 11    you had to change it?

04:15:51 12          A.    No.  That -- that made the time

04:15:54 13    before the presentation quite busy for me.  I

04:16:02 14    don't really -- I can't exactly recall when I've

04:16:05 15    been talking to him.

04:16:06 16          Q.    Okay.  And do you remember anything

04:16:07 17    about the presentation at all that you changed

04:16:10 18    based on conversation with lawyers?

04:16:12 19          A.    No, there wasn't anything.

04:16:13 20          Q.    Other than the conversation that --
                                  Page 157

20101004kollbergasciil

04:16:29 21    with Mr. Schmidt and then those other lawyers in

04:16:31 22    the US, and other than the conversation that you

0

100

04:16:34 1    had with McAfee lawyers about the procedure about

04:16:40 2    delivering the hard drive to the FTC, do you

04:16:43 3    remember any other conversations with lawyers in

04:16:47 4    this matter at any time?

04:16:49 5              A.    No.

04:16:50 6              Q.    How many conversations do you

04:16:53 7    recall with lawyers about the actions that you

04:16:55 8    took gathering data from the servers?

04:16:58 9              A.    It might have been three or four,

04:17:06 10    four calls, five calls, I don't know.

04:17:08 11              20101004kollbergasciil
                   Q.    Based on any of the information

04:17:12 12   that you received from the lawyers in these calls,

04:17:17 13   approximately five or you don't know, did you ever

04:17:20 14   seek to consult a lawyer who was representing just

04:17:24 15   you personally?

04:17:24 16         A.    No.

04:17:25 17         Q.    Now, when you were discussing the

04:17:33 18   issue of the information on the IMI servers being

04:17:37 19   available to the public, is that what you -- is

04:17:40 20   that what your position is, it was available to

04:17:42 21   the public?

04:17:42 22         A.    Yes.  The server was connected to

   ⧠

101

04:17:44  1   the Web -- to the internet, yes.

Page 159

20101004kollbergasciil

04:17:48  2          Q.      Okay.  Does that mean that -- what

04:17:50  3     -- what type of special technical know-how would a

04:17:54  4     person have to have -- during the time that you

04:17:57  5     say that that server was connected to the web

04:18:00  6     site, what kind of technical know-how, if any,

04:18:04  7     would a person have to have to get on to the

04:18:06  8     content of that server?

04:18:07  9          A.      He would need a Web browser and to

04:18:09 10     put in the IP address of one of Innovative

04:18:14 11     Marketing's marketing's IP -- IPs they had.

04:18:18 12          Q.      Is that all that you would need?

04:18:19 13          A.      Yes.

04:18:20 14          Q.      Would -- so is it fair to say that

04:18:22 15     a person wouldn't need any specialized technical

04:18:25 16     know-how to access the server at the time that you

04:18:27 17     did?

20101004kollbergasciil

04:18:27 18          A.     Yes.

04:18:27 19          Q.     And if a person could access the

04:18:31 20    server, would it be fair to say that they could

04:18:33 21    also access files that were on the server?

04:18:35 22          A.     This was a Web server serving web
          ☐

102

04:18:40  1    pages.  Some of them, there have been others, I

04:18:47  2    don't know which -- so the Web server, the big

04:18:54  3    one, that one, yeah, was -- was like a Web front

04:18:57  4    end that you can navigate through, and it's

04:18:59  5    dynamically building the content that you request.

04:19:05  6          Q.     Okay.

04:19:06  7          A.     Like there is a fixed header line;

04:19:08  8    there is a fixed bottom line.

Page 161

20101004kollbergasciil

04:19:10 9          Q.      Okay.  And is it possible to access

04:19:12 10    particular files on the -- on the server once you

04:19:15 11    can get in there?

04:19:16 12          A.      What do you mean with "files"?

04:19:19 13          Q.      They are not particular files?  I

04:19:22 14    guess the -- take for example the roster of the

04:19:26 15    666 employees, in what format is that?  Is that

04:19:30 16    not a file --

04:19:30 17          A.      That's --

04:19:31 18          Q.      -- and/or a document?

04:19:32 19          A.      Yes.  If you like, it's an HTML

04:19:37 20    document which gets dynamically created by the web

04:19:42 21    server which reads from some database on the hard

04:19:45 22    disk and transfers this as an HTML page to the web
⬚

103

20101004kollbergasciil

04:19:49  1      client.

04:19:49  2                Q.      Okay.  So is it possible if you can

04:19:51  3      access that HTML page, could you -- I'm not saying

04:19:58  4      that you did this, but could you, if you're in

04:20:00  5      there, could you do -- make any kind of change to

04:20:02  6      that page once you're in there?  Is it possible?

04:20:07  7                A.      I don't know.  I have no clue.  So

04:20:10  8      I don't know if you have to log in to make changes

04:20:13  9      to documents, if you have to -- so the people who

04:20:18 10      created the documents, there was a name included

04:20:19 11      in the pages.  And I don't know if they have to

04:20:22 12      authenticate themselves to do modifications.  That

04:20:27 13      was none of my interest.

04:20:28 14                Q.      Okay.  But based on your -- without

20101004kollbergasciil

04:20:32 15     -- and I appreciate that your testimony is that

04:20:34 16     you didn't try to do anything to the pages that

04:20:37 17     you saw.

04:20:38 18                    But do you have any information to

04:20:39 19     offer just based on your technical expertise, as

04:20:43 20     to whether or not based on what was going on,

04:20:46 21     based on the setup that you're describing, whether

04:20:48 22     or not it's possible to make changes?

                104

04:20:50 1            A.     I don't know.  I can't tell.  I

04:20:54 2     don't know this application in detail.  I don't

04:20:55 3     know how it was set up.

04:20:58 4            Q.     Okay.  So you don't know one way or

04:21:00 5     another whether or not you can?

Page 164

20101004kollbergasciil

04:21:03  6          A.     Yes.

04:21:04  7          Q.     So it's fair to say that you didn't

04:21:08  8     -- it wasn't -- you didn't need software to

04:21:10  9     download any data from the -- from the server?

04:21:14 10     Was it -- was it a process that you used software

04:21:16 11     to do or not?

04:21:17 12          A.     Yeah, you can do it if you do it on

04:21:19 13     the web server and type the IP address and then go

04:21:23 14     on file, save as, or I've been using wget.  This

04:21:27 15     is an online tool.

04:21:28 16          Q.     Using -- okay.  So this is -- now,

04:21:32 17     just so that we are clear, this is a tool that

04:21:34 18     during the time period from November 2008 through

04:21:36 19     April of 2008, when you were pulling information

04:21:39 20     from the server?

04:21:41 21          A.     Yeah.

20101004kollbergasciil

04:21:42 22         Q.    Okay.  I'm asking you about what



                                                                    105



04:21:44  1    the -- what software tool, if any, you used to do

04:21:46  2    that?

04:21:47  3         A.    That was Wget to take mirrors of

04:21:53  4    the server.

04:21:53  5              THE REPORTER: (Interruption)

04:21:53  6              THE WITNESS:  Wget.

04:21:55  7    BY MS. GURLAND:

04:21:55  8         Q.    W-G-E-T?

04:21:56  9         A.    Yes.

04:21:57 10         Q.    And then take, T-A-K-E?

04:21:59 11         A.    No.  Just Wget.xe.

04:22:02 12           20101004kollbergasciil
           Q.    And what is that?

04:22:03 13          A.    That's an online application that

04:22:06 14  you can give an IP address and some parameters,

04:22:09 15  and then it starts connecting to the Web server

04:22:13 16  like a web browser does, and it downloads files

04:22:17 17  found on the server.

04:22:18 18         Q.    Can you back up to that, give the

04:22:22 19  IP address in parameters and then it does?

04:22:25 20         A.    Then connects to the Web server and

04:22:27 21  downloads the files.

04:22:33 22         Q.    Was there ever any problem

106

04:22:38 1  downloading the information from the server?

04:22:40 2         A.    No.

Page 167

20101004kollbergasciil

04:22:41  3          Q.      It didn't ever pause, stop or have

04:22:44  4      an error message and not be able to do it, or

04:22:47  5      every single time it just downloaded it right

04:22:50  6      away?

04:22:50  7          A.      The script was set to do

04:22:52  8      incremental updates, which means I was running it

04:22:58  9      once and the next week again, and then it was

04:23:01 10      checking if any content on the web server changed

04:23:04 11      in the mean time and if it was updating the

04:23:07 12      content of the local mirror that I had.

04:23:09 13          Q.      So in the last part, and if it was?

04:23:13 14          A.      If it was different than it was

04:23:19 15      storing the newer version on -- on the local copy.

04:23:22 16          Q.      And when it stored the newer

04:23:23 17      version, would it overwrite the older version?

04:23:25 18          A.      Yes.

20101004kollbergasciil

04:23:27 19        Q.     Is the information about when the

04:23:36 20    newest version of each of the pieces of

04:23:39 21    information that was added to the -- I guess to

04:23:43 22    the hard drive ultimately, is that -- can one tell

107

04:23:46 1     from having those files when -- when the last

04:23:50 2     piece of information was added?

04:23:51 3        A.     Some documents had time stamps in,

04:23:56 4     so it was saying like someone edited the file at

04:24:00 5     this date, this time, but this is not for all

04:24:05 6     files.

04:24:06 7        Q.     And the time stamp, what would the

04:24:10 8     time stamp reflect?  Would it reflect when it went

04:24:13 9     from the server to the -- to the hard drive that

20101004kollbergasciil

04:24:16 10   you had?

04:24:16 11         A.    No.  It was when the document

04:24:18 12   changed on the web server.

04:24:19 13         Q.    Oh, okay.  So in terms of the --

04:24:30 14   the -- when one looks at the content of the 63 or

04:24:34 15   67 gigabytes of material that's on the hard drive,

04:24:37 16   can one tell for any individual, can I say file,

04:24:42 17   any individual file, when it was added to the

04:24:46 18   server -- I mean, when it was added to the hard

04:24:49 19   drive?

04:24:49 20         A.    Yes.  The time stamps of the files

04:24:52 21   are accurate on the hard drive.

04:24:53 22         Q.    Okay.  And will those time

☐

108

20101004kollbergasciil

04:24:55  1    stamps -- is it accurate to say that those time

04:24:59  2    stamps would reflect the -- the point in time when

04:25:01  3    it was taken from the -- from the server and

04:25:03  4    stored on to the hard drive?

04:25:04  5           A.    Yes.

04:25:05  6           Q.    Okay.  Did you use -- did you use

04:25:23  7    the EnCase tool to store the files?  When you

04:25:27  8    finished compiling the 63 gigabytes of

04:25:35  9    information, did you put it into an EnCase format

04:25:38 10    yourself?

04:25:38 11           A.    I don't know what EnCase is.

04:25:39 12           Q.    So I guess the answer is that you

04:25:41 13    didn't?

04:25:41 14           A.    No.

04:25:41 15           Q.    Did you put it in -- did you do

20101004kollbergasciil

04:25:42 16     anything to that data before sending it off to the

04:25:46 17     -- I guess the first -- the first was the German

04:25:48 18     LKA.

04:25:49 19                    Did you do anything to put the data

04:25:52 20     in any form before you sent it?

04:25:55 21          A.     I put them into a TrueCrypt volume.

04:25:58 22          Q.     Into a?



                                                          109



04:26:00 1           A.     TrueCrypt.

04:26:01 2           Q.     TrueCrypt.

04:26:03 3                       And that was a -- that was

04:26:05 4      password-protected?

04:26:06 5           A.     Yes.

04:26:06 6           Q.     Is that what's that's about?  And

20101004kollbergasciil

04:26:08  7      then did you give LKA in Hamburg the password, is

04:26:12  8      that how it works?

04:26:13  9              A.    Yes.

04:26:13 10              Q.    And did you just, like, walk over

04:26:15 11      with it --

04:26:15 12              A.    Yes.

04:26:15 13              Q.    -- or drive over with the -- with

04:26:17 14      the physical hard drive?

04:26:17 15              A.    Yes.

04:26:18 16              Q.    Okay.  After you delivered that to

04:26:20 17      the LKA in Hamburg, have you had any follow-up

04:26:24 18      conversations with them?  Did they ask anything

04:26:26 19      else of you after that?

04:26:27 20              A.    No.

04:26:28 21              Q.    Did they ask any follow-up

04:26:30 22      questions about what they were looking at or how

Page 173

20101004kollbergasciil

110

04:26:33  1    -- how you got it or what happened?

04:26:34  2              A.     I met them again, I think, half a

04:26:39  3    year later, but they haven't done any

04:26:42  4    investigations, because they had no open case at

04:26:45  5    that time.

04:26:45  6              Q.     Did you tell them about the -- the

04:26:51  7    FTC, that your contacts with the FTC to let them

04:26:57  8    know that there was another case?

04:26:58  9              A.     Yes.  Yes.

04:26:59 10              Q.     Okay.  And what -- what was that

04:27:00 11    conversation, as much as you remember?  First of

04:27:03 12    all, is there an individual at the LKA in Hamburg

20101004kollbergasciil
05:37:41 21          Q.    That you can think of, that's a

05:37:43 22    good reason to do that, is there any good reason
⬚

151

05:37:45 1    that you can think of to do that?

05:37:47 2          A.    Well, to give remote access to

05:37:49 3    other people.

05:37:49 4          Q.    Okay.  But is there not an ability

05:37:51 5    to give remote access to other people that can be

05:37:54 6    set up without giving access to audio files of

05:37:56 7    customer complaints to everybody with a computer?

05:37:58 8                MS. ROBBINS:  Objection.  He's

05:37:59 9    already testified that there may be reasons, and

05:38:01 10    he doesn't know what they are.

05:38:05 11                THE WITNESS:  So I think --

Page 239

20101004kollbergasciil

05:38:06 12    BY MS. GURLAND:

05:38:06 13        Q.      Same question.  Well, you said

05:38:08 14    there may be reasons, and I just -- well, this is

05:38:10 15    a more specific question, because you had said in

05:38:13 16    answer to something that I said, you said because

05:38:15 17    you wanted -- you said as an example of a reason,

05:38:18 18    because in fact you can testify to such things,

05:38:21 19    you said that maybe it was the case that they

05:38:22 20    wanted to, you know, give a link to someone in the

05:38:25 21    call center.

05:38:25 22                        But -- but that's -- but I'm asking

◌

152

05:38:27 1    something about -- I mean, couldn't you do that

05:38:29 2    without -- if you wanted to do something like

Page 240

20101004kollbergasciil

05:38:31  3      that, the example that you gave me, couldn't you

05:38:32  4      do that without giving access to everybody in the

05:38:35  5      world with a computer?  As a technical matter, is

05:38:37  6      it possible?

05:38:38  7              A.      There are different methods to do

05:38:39  8      that, yes.

05:38:40  9              Q.      Okay.

05:38:41  10             A.      But I don't know need -- don't know

05:38:42  11     the need or the intention behind it.  So it

05:38:45  12     depends on -- on what you're going to set up.

05:38:47  13             Q.      Okay.  But -- but it's your

05:38:49  14     testimony that records of customers complaining

05:38:52  15     about the software were on the internet for

05:38:56  16     anybody with a computer to listen to and -- and

05:38:59  17     get to.

05:39:00  18                             Is that right?
                                         Page 241

20101004kollbergasciil

05:39:00 19         A.     Yes.

05:39:00 20         Q.     And you had also told me earlier

05:39:03 21    that it was -- it was set up like that, that a

05:39:05 22    person didn't even have to have any kind of

☐

153

05:39:08 1    technical expertise of any sort to -- to -- to get

05:39:11 2    right into that and listen -- to get right into

05:39:13 3    those audio files and listen to the complaints.

05:39:16 4              Is that right?

05:39:16 5         A.     Yes.

05:39:18 6         Q.     Okay.  Are you aware of anyone of

05:39:20 7    any members of the general public or anyone else

05:39:23 8    besides you that have -- that have done that?  Are

20101004kollbergasciil

05:39:26  9    you aware of anybody who's -- who's gone on to the

05:39:29 10    server, you know, put the IP address and used the

05:39:32 11    internet Explorer and -- and gone there to listen

05:39:34 12    to audio files?

05:39:35 13                    Do you know of anyone else who has

05:39:37 14    done that, any members of the general public who

05:39:39 15    have done that?

05:39:40 16          A.    What do you mean with "general

05:39:41 17    public"?

05:39:42 18          Q.    Do you know anybody, anybody who

05:39:43 19    has done that, who has done it the way that you

05:39:45 20    did it on the server?

05:39:46 21          A.    I can't tell.  I don't see the log

05:39:50 22    files, so I don't know.
〇

154

20101004kollbergasciil

05:39:52  1            Q.     But is it -- the way that you're --

05:39:54  2    what your testimony is, so I understand it, was

05:39:58  3    that anybody with a computer and a browser could

05:40:00  4    have done it if they wanted to?

05:40:01  5            A.     Yes.

05:40:02  6            Q.     And the IP address that you typed

05:40:05  7    in, do you know what the IP address was that you

05:40:08  8    typed -- that you put in, or do you know where we

05:40:10  9    -- that could be found?

05:40:11 10            A.     That's in the -- on the hard drive.

05:40:14 11            Q.     Okay.  And -- and that would be --

05:40:17 12    are there -- are there various IP addresses?  I

05:40:19 13    mean, is there -- there's one for each of the

05:40:21 14    seven or eight servers that are registered to IMI.

05:40:24 15                       Is that right?

20101004kollbergasciil

05:40:25 16          A.     Right.

05:40:25 17          Q.     Okay.

05:40:26 18          A.     But the phone calls, if I remember

05:40:28 19    correct, haven't been on the Innovative Marketing

05:40:28 20    server.

05:40:32 21          Q.     The phone calls were?

05:40:32 22          A.     Somewhere else.

                                                                    155

05:40:33 1           Q.     Oh, because I -- well, we can see

05:40:35 2     the records.  So I think you told me earlier that

05:40:38 3     that was one of the -- that the audio files were

05:40:39 4     from an IMI server.

05:40:41 5                  But it's your recollection they're

05:40:43 6     from other place now, not from a server?
                            Page 245

20101004kollbergasciil

05:40:45  7          A.     I'm not sure.  You have to look at

05:40:47  8    the IP addresses.  So I think that those servers

05:40:50  9    in India, they have been on a different IP

05:40:53 10    address.

05:40:53 11          Q.     And different -- by "different,"

05:40:56 12    you mean a registered -- an IP address that was

05:40:59 13    registered to something else but not to IMI?

05:41:01 14          A.     Yes.

05:41:05 15          Q.     Okay.  To support the -- what your

05:41:12 16    testimony is about the fact that you just -- you

05:41:14 17    know, you just went to an IP address and that

05:41:17 18    there was a link from the IP address to

05:41:19 19    information on the server.

05:41:20 20                    Is there any support that you can

05:41:23 21    point me to that -- that backs up the explanation

20101004kollbergasciil
05:41:26 22    that you gave about how it is?  Is there any --

□

156

05:41:29 1    anything that you can point me to that would --

05:41:31 2    that would support that that's how it worked, any

05:41:34 3    screen shots or anything at all?

05:41:36 4         A.    It's on -- on the hard drive.

05:41:37 5         Q.    Okay.  And does the material on the

05:41:39 6    hard drive, would it actually illustrate how --

05:41:42 7    how everything that you're telling me about how it

05:41:44 8    worked?  I mean, how it worked, that you went to

05:41:47 9    an IP address and that you could without doing

05:41:49 10   anything else link directly to files?

05:41:52 11        A.    Yes.

05:41:54 12        Q.    When you were talking about using