UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | Civil No.: RDB 08-CV-3233 |
| Plaintiff, | ) | |
| v. | ) | |
| Innovative Marketing, Inc., *et al.* | ) | |
| Defendants, | ) | |
| AND | ) | |
| Maurice D'Souza | ) | |
| Relief Defendant. | ) | |

**[PROPOSED] ORDER GRANTING LEAVE TO DEPOSIT FUNDS IN THE COURT REGISTRY**

Upon consideration Stipulated Motion for Leave to Deposit Funds in the Court Registry, and for good cause shown, it is hereby ORDERED that Marc D'Souza and Maurice D'Souza are GRANTED leave to deposit $1,000,000 into the Court Registry pursuant to the terms of the Stipulated Final Order for Permanent Injunction and Monetary Judgment as to Marc D'Souza and Maurice D'Souza entered by this Court on 10th day of January, 2011. The money shall be held in an interest-bearing account and the Court shall be paid ten percent of the interest earned during the period the money is held in the registry.

Dated: 10th day of January, 2011

_____
Richard D. Bennett
United States District Judge

4