IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| PLAINTIFF, | * | |
| v. | * | CIVIL ACTION NO.: RDB-08-3233 |
| KRISTY ROSS, *INDIVIDUALLY AND AS AN OFFICER OF INNOVATIVE MARKETING, INC.*, | * | |
| DEFENDANT. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER & JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, this 24th day of September 2012, it is HEREBY ORDERED and ADJUDGED:

1. That Judgment is entered in favor of Plaintiff Federal Trade Commission ("FTC") against Defendant Kristy Ross, individually and as an officer of Innovative Marketing, Inc. on all Counts contained in the FTC Complaint;

2. That Defendant Kristy Ross shall be permanently restrained and enjoined from the marketing and sale of computer security software and software that interferes with consumers' computer use as well as from engaging in any form of deceptive marketing;

3. That Defendant Ross shall be jointly and severally liable with the co-Defendants Innovative Marketing, Inc., Sam Jain and Daniel Sundin for the consumer redress amount of $163,167,539.95;

4. That any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58;

5. That the Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties; and

6. That the Clerk of the Court CLOSE THIS CASE.

/s/_____
Richard D. Bennett
United States District Judge