## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Hon. Richard D. Bennett |
| v. | Civil No. RDB 08-CV-3233 |
| KRISTY ROSS, | |
| Defendant. | |

### KRISTY ROSS'S RULE 60(b) MOTION TO VACATE THE DAMAGES PORTION OF THE JUDGMENT AGAINST HER

Pursuant to Rules 60(b)(4) and 60(b)(6) of the Federal Rules of Civil Procedure, defendant Kristy Ross ("Ross") hereby moves for vacatur of the damages component of the judgment entered against her on September 24, 2012, in the amount of $163,167,539.95. On April 22, 2021, the United States Supreme Court decided *AMG Capital Management, LLC v. FTC*, 141 S. Ct. 1341 (2021), and provided controlling authority demonstrating beyond all doubt that this Court lacked statutory authorization to enter any form of a monetary judgment against Ross. Under Rule 60(b)(4), the monetary judgment is void because the Court lacked statutory authority (and thus jurisdiction) to enter it. Alternatively, under Rule 60(b)(6), the change in law by *AMG*, coupled with other compelling circumstances, are so "extraordinary" that vacatur of the monetary judgment is independently warranted. For these reasons and those set forth more fully in the attached supporting memorandum of law, Ms. Ross respectfully requests that the Court vacate the monetary judgment entered against her.

| | |
|---|---|
| September 9, 2021 | Respectfully submitted |
| | KRISTY ROSS |

                                                    By: *Brent E. Newton*
                                                  Brent E. Newton
                                                  Attorney at Law
                                                  Maryland Attorney #2002060016
                                                  19 Treworthy Road
                                                  Gaithersburg, MD 20878
                                                  Phone: (202) 975-9105
                                                  Email: brentevannewton@gmail.com

                                                  William W. Flachsbart
                                                  DUNLAP, BENNETT & LUDWIG
                                                  333 N. Michigan Ave., 27th Floor
                                                  Chicago, IL  60601-3901
                                                  Phone: (312) 551-9500
                                                  E-mail: WFlachsbart@DBLlawyers.com
                                                  *Admitted Pro Hac Vice*

                                                  Attorneys for Defendant Kristy Ross

## CERTIFICATE OF SERVICE

       I certify that on this 9th of September 2021, a copy of the foregoing motion was served on counsel of record for all parties via CM/ECF.

                                                  *Brent E. Newton*
                                                  Brent E. Newton